Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  21−15113−VFP
           Chapter:  11
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Supportive Health LLC
    72 Van Reipen St #353
    Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
    80−0198863

      CORRECTION

Please disregard the First Meeting of Creditors scheduled for 7/28/21 at 10:00 am and all deadlines. This notice was generated in error.

Dated: June 24, 2021
JAN: mlc

                                                                                      Jeanne Naughton
                                                                                    Clerk