**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | Case No.: | 21-15113 |
|---|---|---|---|
| Supportive Health LLC | | Hearing Date: | August 12, 2021 |
| | | Chapter: | 11 |
| Debtor. | | Judge: | Vincent F. Papalia |

**NOTICE OF GENERAL STATUS CONFERENCE**

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Location, Date, and Time of Hearing:** A Status conference will be conducted on August 12, 2021 at 10:00am by telephone conference call. Any party who wishes to appear should contact Court Solutions. (https://www.court-solutions.com or dial 917-746-7476), to schedule an appearance.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on July 1, 2021, this notice was served on the following:

Debtor, Debtor's Counsel, the U.S. Trustee Office and any party having filed a Notice of Appearance.

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

*rev. 1/4 / 17*