**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 21-15113 |
|---|---|---|
| Supportive Health LLC | Hearing Date: | August 12, 2021 |
| | Chapter: | 11 |
| Debtor. | Judge: | Vincent F. Papalia |

**NOTICE OF GENERAL STATUS CONFERENCE**

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Location, Date, and Time of Hearing:** A Status conference will be conducted on August 12, 2021 at 10:00am by telephone conference call. Any party who wishes to appear should contact Court Solutions. (https://www.court-solutions.com or dial 917-746-7476), to schedule an appearance.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on July 1, 2021, this notice was served on the following:

Debtor, Debtor's Counsel, the U.S. Trustee Office and any party having filed a Notice of Appearance.

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

*rev. 1/4 / 17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

**Recip ID        Recipient Name and Address**
db        + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:**

**Name        Email Address**

David Gerardi
            on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Joseph D Lento
            on behalf of Debtor Supportive Health LLC accounting@lentolawgroup.com

U.S. Trustee
            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3