# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:

**SUPPORTIVE HEALTH LLC,**

   Debtor.

**Case No.: 21-15113-VFP**

**(Chapter 11)**

**(Joint Administration Requested)**

## STATEMENT OF NO DOCUMENTS

Statement that No Documents Required by U.S.C. 1116 Have Been Filed or Prepared.

Filed by Lento Law Group on behalf of Supportive Health LLC.