IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Lento Law Group, P.C.**
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08054
(856) 652-2000

In re:

**SUPPORTIVE HEALTH LLC,**

  Debtor.

**Case No.: 21-15113-VFP**

**(Chapter 11)**

**Judge : Hon. Vincent F. Papalia**

---

**AMENDED NOTICED RE TELEPHONIC §341 MEETING**

---

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting presently scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on Wednesday, August 11, 2021 shall instead take place Wednesday, September 1, 2021 by conference call commencing at 9:00 AM EDT. If you wish to participate in the call, please e-mail Debtors' counsel at lentogroupfile@gmail.com no later than the end of business on Tuesday, August 31, 2021 and you will receive dial-in instructions. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

DATED: August 10, 2021

                                                **LENTO LAW GROUP, P.C.**
                                                Attorneys for Debtors

                                                _/s/ Joseph Lento_
                                                Joseph Lento, Esq.