IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Lento Law Group, P.C.**
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08054
(856) 652-2000

In re:

**SUPPORTIVE HEALTH LLC,**

  Debtor.

**Case No.:  21-15113-VFP**

**(Chapter 11)**

**Judge : Hon. Vincent F. Papalia**

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        X Withdrawn

Matter:  Case History Document #19, Filed on 8/9/2021 - 341 Notice Hearing

Date:   8/10/2021

**LENTO LAW GROUP, P.C.**
Attorneys for Debtors

 _/s/ Joseph Lento_
Joseph Lento, Esq.