UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  David.Gerardi@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 21-15113(VFP) |
| | : Chapter 11 |
| Supportive Health, LLC, | : |
| | : The Honorable Vincent F. Papalia |
| Debtor. | : Hearing Date: |

**DECLARATION OF FRANCYNE D. ARENDAS, BANKRUPTCY AUDITOR**

I, Francyne D. Arendas, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Bankruptcy Auditor for the Office of the United States Trustee ("OUST") in Newark, New Jersey and I have full knowledge of the facts set forth herein.

2. On June 22, 2021, Supportive Health LLC (the "Debtor") filed a voluntary petition ("Petition") for relief under Chapter 11 of title 11, United States Code.  This case was assigned case number 21-15113(VFP).  ECF No. 1.

3. The Petition was filed by Joseph D. Lento, Esq. on behalf of the Debtor.  To date, Mr. Lento has not filed an application to be retained by the Debtor with this Court.  To date, Mr. Lento has not filed a Rule 2016(b) disclosure.  Upon information and belief, Mr. Lento has never before filed a chapter 11 bankruptcy case as counsel.

4. This Petition describes the business as both a Single Asset Real Estate case and a small business debtor case.

5. This Petition is signed by Carline Bolivar, Manager and 100% owner of the Debtor entity. The Debtor's Resolution to File Chapter 11, signed by Ms. Bolivar, references an election under Subchapter V of the Code. *Id.* at pg. 13. Neither the Petition nor the Amended Petition elected to proceed under Subchapter V. ECF Nos. 1 & 16 (Official Form 201, line item 8).

6. On July 11, 2021, an Amended Petition ("Amended Petition") was filed by the Debtor omitting the Single Asset Real Estate description and filing as a small business debtor as defined in 11 U.S.C. §101(51D). ECF No. 16.

7. The Amended Petition was also executed by Carline Bolivar.

8. On June 28, 2021, the Debtor filed Schedules and Statement of Financial Affairs to accompany its Petition. ECF No. 10.

9. Schedule A/B records 100% ownership in real property located at 2229 E. Eden Pl., St. Francis, WI.

10. The Court initially scheduled a First Meeting of Creditors ("§341(a) Meeting") to be held on August 4, 2021.

11. Attendant to the scheduled §341(a) Meeting, on July 28, 2021, Tina Oppelt, Paralegal with the OUST, provided instructions to Mr. Lento for conducting the §341(a) Meeting telephonically and proper notice to creditors. In addition, a request was made to provide the OUST with proper identification for Ms. Bolivar to provide testimony on behalf of the Debtor.

12. As Mr. Lento failed to provide proper notice and instruction for the scheduled §341(a) Meeting, the meeting could not go forward and necessitated adjournment to September 1, 2021.

13. On July 15, 2021, I sent an email to Mr. Lento to arrange for an Initial Debtor Interview. Within this email, I also requested that the Debtor provide the OUST with proof of insurance maintained on the real property.

14. On July 19, 2021, having received no response to my initial email, I, again, sent a request to Mr. Lento via email to arrange for an Initial Debtor Interview and provide proofs of insurance. To date, I have not received a response to either request from Mr. Lento.

15. Independent research of public records provides that the real property at 2229 E. Eden Pl, was purchased on December 7, 2012 by Paul Perrault. On February 17, 2016 this property was transferred via quit claim deed to Supportive Health, LLC.

16. Independent research of public records provides that the Debtor entity may also hold title to a property located at 3269 S. New York Ave, Milwaukee, WI. Public records show that this property was purchased on September 19, 2003 by Jean Paul Perrault. On February 17, 2016, this property was transferred via quit claim deed to Supportive Health, LLC.

17. Independent research of public records provides that both Carline Bolivar and Jean Paul Perrault reside at 85 Sycamore Road, Jersey City, New Jersey.

18. The docket reflects that counsel initially noticed the adjourned §341 meeting for August 11, 2021 and subsequently filed a new notice for the correct date after being contacted by the OUST. ECF Nos.

I declare under penalty of perjury that the forgoing is true and correct.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By:  */s/ Francyne D. Arendas*
      Francyne D. Arendas
      Bankruptcy Auditor

Dated: August 11, 2021