UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: David.Gerardi@usdoj.gov

In re:

Supportive Health, LLC ,

Debtor.

Case No.: 21-15113 (VFP)

Chapter 11

Hearing Date:

Judge: Hon. Vincent F. Papalia

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) and three (3), are hereby **ORDERED**.

......

**(Page 2)**

Supportive Health, LLC

Chapter 11 Case No.: 21-15113 (VFP)

**Order Converting Case to Chapter 7**

---

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting the Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, his counsel, and parties in interest, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of Supportive Health, LLC, Case No.: 21-15113 (VFP) is CONVERTED from chapter 11 to chapter 7, and it is further;

**ORDERED** that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,
- All schedules and statement required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- A schedule of all property which was acquired after the commencement of the case, but before the entry of this order,
- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**(Page 3)**

Supportive Health, LLC

Chapter 11 Case No.: 21-15113 (VFP)

**Order Converting Case to Chapter 7**

---

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and further;

**ORDERED** that the debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed