| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW VARA<br>UNITED STATES TRUSTEE, REGIONS 3& 9<br>David Gerardi, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: David.Gerardi@usdoj.gov | |
| In re:<br><br>Supportive Health, LLC,<br><br>Debtor. | Case No.: 21-15113 (VFP)<br><br>Chapter 11<br><br>Hearing Date:<br><br>Judge: Hon. Vincent F. Papalia |

**ORDER DISMISSING CASE**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

......

**(Page 2)**

Supportive Health, LLC

Chapter 11, Case No.: 21-15113 (VFP)

**Order Dismissing Case**

_____

Upon consideration of the motion of the United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to Debtor, his counsel, and parties that filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned chapter 11 case, Supportive Health, LLC, Case No. 21-15113 (VFP), is **DISMISSED.**