| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Lento Law Group, P.C.<br>3000 Atrium Way<br>Suite 200<br>Mt. Laurel, NJ 08054<br>(856) 652-2000 | |
| In Re:<br><br>  SUPPORTIVE HEALTH LLC | Case No.:     21-15113-VFP<br><br>Judge:     Vincent F. Papalia<br><br>Chapter:           11         |

Recommended Local Form:     ☒  Followed        ☐  Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant,          Supportive Health LLC         , is the (check all that apply):

    ☐  Trustee:     ☐  Chap. 7     ☐  Chap. 11     ☐  Chap. 13.

    ☒  Debtor:      ☐  Chap. 11     ☐  Chap. 13

    ☐  Official Committee of _____

2. The applicant seeks to retain the following professional   Lento Law Group PC   to serve as (check all that apply):

    ☒  Attorney for:     ☐  Trustee     ☒  Debtor-in-Possession

                                        ☐  Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:
   Supportive Health LLC needs attorney representation for the bankruptcy
   _____
   _____

4. The professional has been selected because:
   Professional is a NJ Licensed Attorney who is admitted to the US Bankruptcy
   Court of NJ
   _____

5. The professional services to be rendered are as follows:
   Legal Representation
   _____
   _____

6. The proposed arrangement for compensation is as follows:
   Flat Pay of $2,100.00 paid upfront
   _____
   _____

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☑ None

    ☐ Describe connection:_____
    _____
    _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☑ does not hold an adverse interest to the estate.

    ☑ does not represent an adverse interest to the estate.

    ☑ is a disinterested person under 11 U.S.C. § 101(14).

    ☑ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain:
    _____
    _____
    _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

    _____
    _____
    _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  8/12/2021                                                          /S/ Carline Bolivar
                                                                                                        Signature of Applicant

                                                                                                        Carline Bolivar - Manager
                                                                                                       Name of Applicant

rev.6/1/06;jml