UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Supportive Health LLC.,

Debtor.

Order Filed on August 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-15113

Chapter: 11

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 12, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of David Gerardi as counsel for U.S. Trustee, for a reduction of time for a hearing on Motion to Convert Case from Chapter 11 to Chapter 7, or Dismiss case, under Fed. R. Bankr. P. 9006(c)(1), it is ORDERED as follows:

1. A hearing will be conducted on the matter on <u>August 19, 2021 at 2:30pm in the United States Bankruptcy Court, via telephone Conference call. Instructions on appearing by phone can be found on page three (3) of this order.</u>

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
<u>The principal(s) of the Debtor, as known; Debtor's counsel, all secured creditors or their counsel, if known;</u>

by [X] each, ☐ any of the following methods selected by the Court:
    (if available)          (if available)
[X] fax, [X] overnight mail, ☐ regular mail, [X] email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
<u>All other creditors or their counsel; any other party having filed a Notice of Appearance in the case and any other party in interest.</u>

by ☐ each, [X] any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, [X] regular mail, [X] email, ☐ hand delivery

4. Service must be made:

  ☐ on the same day as the date of this order, or

  [X] within __1__ day(s) of the date of this Order.

5. Notice by telephone:

  [X] is not required

  ☐ must be provided to _____

    ☐ on the same day as the date of this Order, or

    ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any supplemental submissions in support to said motion identified above:

    [X] must be filed with the Court and served on all parties in interest by electronic or overnight mail by August 16, 2021. Any objections to the motion must be filed with Court and served on parties in interest by August 18, 2021 at noon.

    ☐ be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*