# Exhibit A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **NJ**
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Supportive Health LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 0 – 0 1 9 8 8 6 3

4. **Debtor's address**

   **Principal place of business**
   72 Van Reipen Ave #353
   Number    Street

   Jersey City    NJ    07306
   City    State    ZIP Code

   Hudson
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**  N/A

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | Supportive Health LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  5   3   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Supportive Health LLC**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)_____
　　　　　Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　　District _____  When _____  Case number _____
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
    　　　　　District _____  When _____
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　　Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　　What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　　　Number　　Street
    　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　_____  _____  _____
    　　　　　　　　　　　　　　　City　　　　　　　　　　　　　　　　　State  ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    　　　　　Contact name _____
    　　　　　Phone _____

---

**Statistical and administrative information**

---

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 3

Debtor  Supportive Health LLC                              Case number (if known) _____
            Name

| 13. **Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|

| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  06/07/2021
                 MM / DD / YYYY

    ✗ s/ Carline Bolivar                               Carline Bolivar
    Signature of authorized representative of debtor   Printed name

    Title  Executive Member

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

| Debtor | Supportive Health LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**    ✗ s/ Joseph Lento    Date 06/07/2021

Signature of attorney for debtor    MM / DD / YYYY

Joseph Lento, Esq.
Printed name

Lento Law Group, P.C.
Firm name

3000 Atrium Way, Suite 200
Number    Street

Mt. Laurel                                        NJ        08054
City                                              State     ZIP Code

856-652-2000                                      LentoGroupFile@gmail.com
Contact phone                                     Email address

013252008                                         NJ
Bar number                                        State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

**SUPPORTIVE HEALTH LLC,**

Debtor.

Case No.: _____

**(Chapter 11)**

**(Joint Administration Requested)**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is_____.

2. The following financial data is the latest available information and refers to the debtor's condition on 06/07/2021.

    a. Total assets                                                          $ 180,282

    b. Total debts (including debts listed in 2.c., below)                   $ 120,000

    c. Debt securities held by more than 500 holders

                                                                             Approximate number of holders:

    secured  ☐ unsecured   subordinated   $ _____   _____
    secured    unsecured   subordinated   $ _____   _____
    secured    unsecured   subordinated   $ _____   _____
    secured    unsecured   subordinated   $ _____   _____
    secured    unsecured   subordinated   $ _____   _____

    d. Number of shares of preferred stock                                   0
    e. Number of shares common stock                                         100

    Comments, if any: _____

3. Brief description of debtor's business:  Single Property LLC

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Carline Bolivar

Official Form 201A        Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

**Fill in this information to identify the case and this filing:**

Debtor Name: Supportive Health LLC

United States Bankruptcy Court for the: _____ District of NJ (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/2021        ✖ s/ Carline Bolivar
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                               Carline Bolivar
                               Printed name

                               Manager
                               Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

**SUPPORTIVE HEALTH LLC,**

   Debtor.

Case No.: _____

**(Chapter 11)**

**(Joint Administration Requested)**

## LIST OF SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all known holders having a direct or indirect ownership interest of the above captioned debtor in possession:

| Name and Last Known Address or Place of Business Holder | Kind/Class of Ownership Interest | Percentage of Ownership Interest Held' |
|---|---|---|
| Carline Bolivar<br>Supportive Health LLC<br>72 Van Reipen St #353<br>Jersey City, NJ 07306 | Common Stock | 100% |
| | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

**SUPPORTIVE HEALTH LLC,**

   Debtor.

Case No.: _____

**(Chapter 11)**

**(Joint Administration Requested)**

**CORPORATE OWNERSHIP STATEMENT (RULES 1007(a)(1) AND 7007.1)**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the corporations' equity interests:

| Corporate Equity Holder(s) | Address of Corporate Equity Holder(s) | Percentage of Equity Held |
|---|---|---|
| N/A | N/A | N/A |
|  |  |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

**SUPPORTIVE HEALTH LLC,**

 Debtor.

Case No.: _____

**(Chapter 11)**

**(Joint Administration Requested)**

## MASTER LIST OF CREDITORS

City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

**Fill in this information to identify the case:**

Debtor name: Supportive Health LLC

United States Bankruptcy Court for the: _____ District of NJ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | City of Milwaukee<br>200 E Wells St<br>Milwaukee, WI 53202 | Kevin Sullivan<br>City of Milwaukee Attorney<br>200 E. Wells St, Rm 800<br>Milwaukee, WI 53202<br>414-286-2601 | Municipal Judgments | Disputed | | | 115,000.00 |
| 2 | Schmidlkofer, Toth, Loeb & Drosen, LLC<br>949 Glenview Ave<br>Wauwatosa, WI 53213 | Basil Loeb<br>Schmidlkofer, Toth, Loeb & Drosen, LLC<br>949 Glenview Ave<br>Wauwatosa, WI 53213<br>(414) 250-8548 | Professional | | | | 5,000.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Supportive Health LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## SUPPORTIVE HEALTH LLC

## Resolution to File Chapter 11, Subchapter V Reorganization

WHEREAS, the Limited Liability Company is insolvent and unable to pay its debts when due, and WHEREAS, the Limited Liability Company and its creditors would best be served by reorganization of the Limited Liability Company under Chapter 11, Subchapter V of the Bankruptcy Code, be it:

RESOLVED, that the Limited Liability Company file as soon as practicable for reorganization pursuant to Chapter 11, Subchapter V of the Bankruptcy Code.

The undersigned hereby certifies that he/she is the single member of the company, and serves as the qualified Secretary and the custodian of the books and records and seal of SUPPORTIVE HEALTH LLC, a Limited Liability Company duly formed pursuant to the laws of the state of NEW JERSEY and that the foregoing is a true record of a resolution duly adopted by the company in accordance with state law and the Bylaws of the above-named Limited Liability Company on June 7, 2021 and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as the Manager of the above-named Limited Liability Company this 7th Day of June, 2021.


Supportive Health LLC

By: *Carline Bolivar*
Name: Carline Bolivar
Title: Manager