# Exhibit B

DOC.# 10543559
RECORDED 02-26-2018
03/01/2016 12:00 PM
John Barrett
JOHN LA GAVE Clerk of Circuit Court
REGISTER OF DEEDS 2017CV012487
Milwaukee County, WI
AMOUNT: $30.00

FEE EXEMPT #: 77.25(15S)0
***This document has been electronically recorded and returned to the submitter.**

State Bar of Wisconsin Form 3-2003
**QUIT CLAIM DEED**

Document Number | Document Name

THIS DEED, made between PERRAULT JEAN PAUL

_____ ("Grantor," whether one or more),

and SUPPORTIVE HEALTH LLC, A NJ LLC

_____ ("Grantee," whether one or more).

Grantor quit claims to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in Milwaukee County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

LOTS 13 AND 14 IN BLOCK 4, IN VILLAGE OF ST. FRANCIS BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 AND SOUTHWEST 1/4 OF SECTION 15, IN TOWNSHIP 6 NORTH, OF RANGE 22 EAST, IN THE CITY OF ST. FRANCIS, MILWAUKEE COUNTY, WISCONSIN

Recording Area

Name and Return Address
PERRAULT JEAN PAUL
85 SYCAMORE ROAD
JERSEY CITY, NJ 07305

540-1432-000
Parcel Identification Number (PIN)

This **is not** homestead property.
(is) (is not)

Dated 2/17/16

_____(SEAL)
* PERRAULT JEAN PAUL

_____(SEAL)    _____(SEAL)

**AUTHENTICATION**

Signature(s) _____

authenticated on _____

*_____

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRAFTED BY:
PERRAULT JEAN PAUL

**ACKNOWLEDGMENT**

STATE OF New Jersey )
                     ) ss.
Hudson       COUNTY )

Personally came before me on February 17, 2016
the above-named Perrault Jean-Paul

to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.

*_____
Notary Public, State of ~~Wisconsin~~ New Jersey
My Commission (is permanent) (expires: 9/30/2019)

CARLINE BOLIVAR
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 9/30/2019

(Signatures may be authenticated or acknowledged. Both are not necessary.)
NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
QUIT CLAIM DEED    © 2003 STATE BAR OF WISCONSIN    FORM NO. 3-2003
* Type name below signatures.

Doc Yr: 2016 Doc# 10543559 Page# 1 of 1

UNOFFICIAL COPY