# Exhibit C

# AFFIDAVIT

FILED
06-17-2019
John Barrett
Clerk of Circuit Court
2017CV012487

June 15, 2019

To Whom It May Concern:

My name is Carline Bolivar. I am a licensed Notary Public in the State of NJ. It has been brought to my attention that a document I notarized on November 16, 2012 bears a stamp with an expiration beyond my licensed term. I am aware of this issue. Sometime in 2012, I mistakenly ordered a Notary Public stamp with an incorrect notary expiration date. That stamp was used briefly for certain signings. This issue was corrected as soon as the mistake was discovered.

Please note further that in New Jersey a Notary Public is not required to keep a journal. As such, I do not have a record of the signing. Considering that the signing occurred over seven (7) years ago, I would not be able to recall or testify as to details of the signing.

Sincerely,

*[signature]*

Carline Bolivar

---

## ACKNOWLEDGEMENT

State of New Jersey           )
                              )ss
County of Hudson              )

On this 15 day of June, 20 19, before me personally appeared Carline Bolivar (name of signer), who has satisfactorily identified him/herself as the signer to the above referenced document.

My Commission Expires  _(Notary Signature)_  6/15/2019 (Date)

BRENT T POMARICO
ID # 2342307
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires March 24, 2021