

# Exhibit A