| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>David Gerardi, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail: David.Gerardi@usdoj.gov | Case No.:    21-15113 (VFP)<br><br>Chapter 11 |
| In Re:<br><br>Supportive Health, LLC,<br><br>Debtor. | Hearing Date:    August 19, 2021, at 2:30 p.m.<br><br>Judge:    Vincent F. Papalia |

# CERTIFICATION OF SERVICE

1. I, Michael Aponte:

    ☐ represent _____ in the this matter.

    ☒ am the paralegal for <u>David Gerardi, Esq.</u>, who represents <u>Andrew R. Vara, United States Trustee for Region 3</u> in this matter.

2. On <u>August 13, 2021</u>, I caused to be served copies of the following pleadings and/or documents to the parties listed in the chart below.

    - (i) The Order and Application Shortening Time Period, Limiting Notice and Setting Hearing; (ii) the The Motion by the United States Trustee for an Order Converting the Case to Chapter 7 or, in the alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112 and supporting documents; (iii) Supplement to Motion by the United States Trustee for an Order Converting the Case to Chapter 7 or, in the alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112; and (iv) the Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>August 13, 2021</u>

/s/ Michael Aponte
Michael Aponte
Paralegal Specialist

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Supportive Health, LLC<br>72 Van Reipen Ave. #353<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(By BMC Group, an approved Bankruptcy Notice Provider)**</u>.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph D. Lento, Esq.<br>Lento Law Group P.C.<br>3000 Atrium Way<br>Suite 200<br>Mt. Laurel, NJ 08054<br>accounting@lentolawgroup.com<br>jdlento@lentolawgroup.com<br>dstone@lentolawgroup.com | Debtor's Counsel | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Email and Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(Overnight Mail by BMC Group, an approved Bankruptcy Notice Provider)**</u>.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aaron Birnbaum, Esq.<br>Kohn Law Firm S.C.<br>735 N. Water St., Suite 1300<br>Milwaukee, WI 53202-4106<br>AaronB@kohnlaw.com | Counsel for Creditor, City of Milwaukee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Email and Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(Overnight Mail by BMC Group, an approved Bankruptcy Notice Provider)**</u>.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Basil Loeb, Esq.<br>Schmidlkofer, Toth, Loeb & Drosen, LLC<br>949 Glenview Ave.<br>Wauwatosa, WI 53213<br>loeb@lawintosa.com | Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Email and Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(Overnight Mail by BMC Group, an approved Bankruptcy Notice Provider)**</u>. |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Samuel Jackson, Esq.<br>The Law Firm of Samuel Jackson<br>15 Lexington Rd.<br>Somerset NJ 08873<br>attorneysamueljackson@gmail.com | Fact witness | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Email and Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(Overnight Mail by BMC Group, an approved Bankruptcy Notice Provider)**</u>.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carline Bolivar<br>85 Sycamore Road<br>Jersey City, NJ 07305 | Debtor's Principal | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(By BMC Group, an approved Bankruptcy Notice Provider)**</u>.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Perrault Jean Paul<br>85 Sycamore Road<br>Jersey City, NJ 07305<br>perrault22@gmail.com | Interested party | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: <u>Via Email and Overnight Mail Pursuant to 8/12/21 Order Shortening Time **(Overnight Mail by BMC Group, an approved Bankruptcy Notice Provider)**</u>.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*