**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐ Followed   ☐ Modified

# Order Denying Application Retention of the Lento Law Group, P.C.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

An application for retention allegedly having been filed on August 12, 2021, by the Lento Law Group, and the Lento Law Group having indicated it did not file the application and having sought withdrawal as counsel in any event, and the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

> ORDERED that the aforesaid motion is denied for all the reasons set forth on the record on August 19, 2021.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*