UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Supportive Health, LLC, | : | |
| | : | CASE NO.: 21-15113(VFP) |
| Debtor. | : | |
| _____ | : | |

Eric Perkins, Esq.
Becker, LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Eric Perkins, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGION 3 and 9

By:   */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

Dated: August 19, 2021