UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: David.Gerardi@usdoj.gov

Order Filed on August 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Supportive Health, LLC ,<br><br>Debtor. | Case No.: 21-15113 (VFP)<br><br>Chapter 11<br><br>Hearing Date: 8/19/2021<br><br>Judge: Hon. Vincent F. Papalia |

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) and three (3), are hereby

**ORDERED**.

**DATED: August 19, 2021**

......

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**

Supportive Health, LLC

Chapter 11 Case No.: 21-15113 (VFP)

**Order Converting Case to Chapter 7**

_____

Upon consideration of the Motion of the United States Trustee by and through counsel,

for an Order Converting the Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to

11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, his counsel, and

parties in interest, and the Court having found cause for the entry of the within order, and the

Court having further found that the entry of the within order is in the best interests of creditors

and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of Supportive Health, LLC, Case No.: 21-15113

(VFP) is CONVERTED from chapter 11 to chapter 7, and it is further;

**ORDERED** that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,

- All schedules and statement required by 11 U.S.C. § 521(a), if such

  documents have not already been filed,

- A schedule of all property which was acquired after the commencement of the

  case, but before the entry of this order,

- A schedule of executory contracts and unexpired leases entered into or

  assumed after the commencement of the case, but before the entry of this

  Order,

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**(Page 3)**

Supportive Health, LLC

Chapter 11 Case No.: 21-15113 (VFP)

**Order Converting Case to Chapter 7**

---

    **ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and further;

    **ORDERED** that the debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-15113-VFP

Supportive Health LLC                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                          Page 1 of 1

Date Rcvd: Aug 19, 2021                 Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021                         Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Joseph D Lento | on behalf of Debtor Supportive Health LLC accounting@lentolawgroup.com  Notices@lentolawgroup.com |
| Samuel Jackson | on behalf of Debtor Supportive Health LLC attorneysamueljackson@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4