UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Proposed Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

Supportive Health, LLC.,

                Debtor.

Case No: 21-15113 (VFP)

Chapter: 7

Judge: Hon. Vincent F. Papalia

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Eric J. Perkins, is the (check all that apply):

   ☒ Trustee:    ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional <u>Becker LLC, as counsel to Eric R. Perkins, Trustee (the "**Trustee**"), for the bankruptcy estate (the "**Estate**") of the Debtor herein Supportive Health, LLC. (the "**Debtor**"),</u> to serve as (check all that apply):

   ☒ Attorney for:    ☒ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor      ☐ Appraiser      ☐ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   <u>To assist in the effective liquidation of the estate.</u>

4. The professional has been selected because: <u>Becker LLC has considerable experience and knowledge in representation of trustees and in the field of bankruptcy and in other areas of law related to the effective administration and liquidation of chapter 7 estate and is well qualified to represent the Trustee in this proceeding</u>.

5. The professional services to be rendered are as follows: <u>To assist the Trustee in the effective liquidation of the Estate's assets; to advise the Trustee with respect to his powers and duties as Trustee in the effective liquidation of the Estate; to assist with negotiations with creditors and taking the necessary legal steps to liquidate the Estate; to appear before the Bankruptcy Court to represent and protect the interests of the Trustee and the Estate; to prepare on behalf of the Trustee all necessary applications, motions, complaints, responses, proposed orders and other papers to be filed in this matter; to perform all other legal services for the Trustee which may be necessary or proper for the effective liquidation and administration of the Estate, as well as all professional services required by the Trustee.</u>

6. The proposed arrangement for compensation is as follows: <u>Partners:  $350.00 to $515.00; Of Counsel:  $350.00 to $475.00; Associates:  $275.00 to $315.00; Paralegals and law clerks: $150.00 to $175.00.  The rates are subject to change on an annual basis.  Compensation will be subject to Court approval.</u>

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☐ None

☒ Describe connection: <u>Becker LLC has and does perform services for the Trustee on other matters completely unrelated to this case and has represented clients whose interests are adverse to other bankruptcy estates for which the Trustee served as trustee.</u>

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: <u>September 20, 2021</u>                                              <u>/s/ Erick R. Perkins</u>
                                                                              Signature of Applicant

*rev.8/1/15*