UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ  07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Proposed Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

Supportive Health LLC.,

     Debtor.

Case No.: 21-15113 (VFP)

Judge: Hon. Vincent F. Papalia

Chapter: 7

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Justin S. Baumgartner, Esq., being of full age, certify as follows:

  1. I am seeking authorization to be retained as <u>counsel to Eric R. Perkins, Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of the Debtor herein, Supportive Health LLC., (the "**Debtor**")</u> .

  2. My professional credentials include: <u>I am an attorney at law duly admitted to practice before this Court and am an associate in the firm of Becker LLC.  My firm and I possess the requisite expertise in handling bankruptcy proceedings</u>.

  3. I am a member of or associated with the firm of: <u>Becker LLC, Eisenhower Plaza Two, 354 Eisenhower Parkway, Suite 1500, Livingston, New Jersey 07039</u>.

  4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: <u>Partners:  $350.00 to $515.00; Of Counsel:  $350.00 to $475.00; Associates:  $275.00 to $315.00; Paralegals and law clerks:  $150.00 to $175.00.  The rates are subject to change on an annual basis.  Compensation will be subject to Court approval.</u>

  ☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection: <u>Becker LLC has and does perform services for the Trustee on other matters completely unrelated to this case and has represented clients whose interests are adverse to other bankruptcy estates for which the Trustee served as trustee.</u>

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain:

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property:

      b.      The proposed method of calculation of my compensation, including rates and formulas, is:

Pursuant to D.N.J. 2014-2, I ☐ do   or   ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

      c.      Have you, or a principal of your firm, been convicted of a criminal offense?

          ☒ No      ☐ Yes (explain below)

      d.      I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

I certify under penalty of perjury that the above information is true.

Date: September 20, 2021                           /s/ Justin S. Baumgartner, Esq.
                                                                           Signature of Professional

*rev.8/1/15*