**NOTICE TO U.S. TRUSTEE OF CHANGE OF
NO-ASSET CHAPTER 7 CASE TO
ASSET CHAPTER 7 CASE**

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

| | |
|---|---|
| Case Name: | Supportive Health LLC |
| Case No.: | 21-15113 (VFP) |
| Amount of Funds on Hand: | $0.00 |

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimate value of assets:

Actual Value: Undetermined

Estimated Value: Undetermined

Other information relating to status of case:

 /s/Eric R. Perkins
ERIC R. PERKINS

Dated: October 11, 2021