**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 21−15113−VFP | **DATE FILED::** 6/22/21 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Supportive Health LLC<br><br>80−0198863 | ADDRESS OF DEBTOR(S):<br><br>72 Van Reipen St #353<br>Jersey City, NJ 07306 |
| DEBTOR'S ATTORNEY:<br>Supportive Health LLC<br>72 Van Reipen St #353<br>Jersey City, NJ 07306 | TRUSTEE:<br>Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>973−422−1100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/10/22

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: October 12, 2021

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: noa | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |
| aty | + | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 1500, Livingston, NJ 07039-1023 |
| intp | + | Joseph Lento, Lento Law Group, P.C., 3000 Atrium Way, Suite 200, Mount Laurel, NJ 08054-3910 |
| 519247929 | + | Schmidlkofer, Toth, Loeb & Drosen, LLC, 949 Glenview Ave, Wauwatosa, WI 53213-3007 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2021 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2021 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247928 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Oct 12 2021 22:06:33 | City of Milwaukee, 200 E Wells St, Milwaukee, WI 53202-3515 |
| 519248475 | + | EDI: IRS.COM | Oct 13 2021 02:03:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: noa | Total Noticed: 8 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5