## Supportive Health LLC

72 Van Reipen Ave #353
Jersey City, NJ 07306

**FILED**
JEANNE A. NAUGHTON, CLERK

OCT 14 2021

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Hon. Vincent F. Papalia
U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
chambers_of_vfp@njb.uscourts.gov

Re: In Re Supportive Health LLC, Docket #21-15113-VFP

Dear Honorable Papalia,

  The Lento Law group withdrew as the attorney for Supportive Health LLC on August 19, 2021. Since then, Supportive Health has been working earnestly to hire new counsel to represent it in the case. Supportive Health has been unable to find any attorney willing to represent it. Supportive Health has reached out to all bankruptcy attorneys in Northern and Central New Jersey to no avail. Supportive Health has also reached out to the NJ Lawyer referral service. All lawyers from the lawyer referral service have declined to take the case. Supportive Health requests an additional 30 days to retain an attorney to represent it.

  The case was initially filed as a Chapter 11 bankruptcy to give Supportive Health LLC an opportunity to restructure its debt. Without representation from counsel, the court converted the case to a Chapter 7 Bankruptcy case without giving Supportive Health an opportunity to oppose the conversion.

  Eighty Percent (80%) of the debt, the judgment obtained by the City of Milwaukee for razing a property that then attached to the owner of the property from whom Supportive Health acquired property, is in dispute in the Milwaukee Circuit Court, As such, this case is not ready for a Chapter 7 liquidation.

  In addition, the information used by the Chapter 7 bankruptcy is flawed. Supportive Health LLC has assets. Supportive Health LLC has funds to pay the debt owed.

  I pray that the court gives me an opportunity to find a replacement attorney to defend Supportive Health LLC.

Sincerely,
/s/ Carline Bolivar
Carline Bolivar
Manager

Cc: Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039
eperkins@becker.legal


Justin S. Baumgartner, Esq.
BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
jbaumgartner@becker.legal

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov