| | |
|---|---|
| **From:** | donotreply@supportivehealth.com |
| **To:** | Chambers_of_VFP |
| **Cc:** | eperkins@becker.legal; jbaumgartner@becker.legal; USTPRegion03.NE.ECF@usdoj.gov |
| **Subject:** | In Re Supportive Health LLC, Docket #21-15113-VFP |
| **Date:** | Wednesday, October 13, 2021 11:39:24 PM |
| **Attachments:** | SupportiveHealth_Chapter11_LtrToCourt_10132021.pdf |

**CAUTION - EXTERNAL:**

Letter attached

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.