**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Supportive Health LLC,<br><br>　　Debtor. | Case No.: **21-15113-VFP**<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia<br><br>Hearing Date |

**NOTICE OF MOTION OF CARLINE BOLIVAR FOR AN ORDER DISMISSING THE BANKRUPTCY WITHOUT PREJUDICE**

　　**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and a creditor of Supportive Health LCC, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an order converting this case to a chapter 11 case, or, in the alternative, an order dismissing the case.

　　**PLEASE TAKE FURTHER NOTICE** that the Supportive Health LLC shall rely upon the Memorandum of Law and Certification submitted herewith.

　　**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Supportive Health LLC and Carline Bolivar.

.

　　　　　　　　　　　　　　　　/s/ Carline Bolivar
　　　　　　　　　　　　　　　　Carline Bolivar
　　　　　　　　　　　　　　　　Sole-Member and Principal, Supportive Health LLC

DATED: October 28, 2021