# EXHIBIT B

## Renewal Homeowners Policy Declarations

Your policy effective date is August 15, 2021


You're in good hands.

Page 1 of 3

**Total Premium** for the Premium Period (Your bill will be mailed separately)

| | |
|---|---|
| Premium for property insured | $1,410.14 |
| **Total** | **$1,410.14** |

Information as of June 1, 2021

### Summary

Named Insured(s)
**Supportive Health LLC**
Mailing address
72 Van Reipen Ave #353
Jersey City, NJ 07306
Policy number
**912 645 014**

Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Claim Free | 15% | Protective Device | 5% |

Your policy provided by
**Allstate Property and Casualty Insurance Company**

Policy period
Begins on **August 15, 2021** at 12:01 A.M. standard time, with no fixed date of expiration

### Location of property insured

3269 S New York Ave, Milwaukee, WI 53207-3075

Premium period
Beginning **August 15, 2021** through **August 15, 2022** at 12:01 A.M. standard time

### Rating Information*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X67831-2) for additional coverage information. Contact us if you have any changes.

The dwelling is of frame construction and is occupied by 2 families

Your dwelling is 2 miles to the fire department

**Dwelling Style:**
Built in 1910; 2 families; 1903 sq. ft.; 2 stories

**Foundation:**
Below grade basement, 100%

**Attached structure:**
Open porch, 127 sq. ft.

**Detached structure:**
One 2-car detached garage

**Interior details:**
Two basic kitchens        Two basic full baths

**Exterior wall type:**
100% vinyl siding

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Gas heating, 100%

**Additional details:**

Your Allstate agency is
**Sue Kempfer & Assoc**
555 Donofrio #102
Madison WI 53719-2053
(608) 274-4147
SueKempfer@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

(continued)

B2077



# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 08/12/2021

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Wolfgram Insurance Agency, Inc.
PO Box 122
North Prairie, WI 53153

**CONTACT NAME:** LOGAN WOLFGRAM
**PHONE (A/C, No, Ext):** (262) 349-9605
**FAX (A/C, No):** (262) 349-9608
**E-MAIL ADDRESS:** logan@wolfgraminsurance.com

**INSURER(S) AFFORDING COVERAGE** | **NAIC #**
INSURER A: Berkshire Hathaway Homestate Companies
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED**
Supportive Health, LLC
72 Zan Reipen St
#353
Jersey City, NJ 07306

**COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE [X] OCCUR | | | 02PRM020205 | 07/16/2021 | 07/16/2022 | EACH OCCURRENCE | $ 300,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY [ ] PRO-JECT [ ] LOC [ ] | | | | | | GENERAL AGGREGATE | $ 600,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ EXCLUDED |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR  EXCESS LIAB CLAIMS-MADE  DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | COMMERCIAL PROPERTY BUSINESS INCOME/EXTRA EXPENSE | | | 02PRM020205 | 07/16/2021 | 07/16/2022 | $150,000    DEDUCTIBLE $1000 $10,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

PROPERTY ADDRESS:

2229 E EDEN PLACE
SAINT FREANCIS, WI 53236

**CERTIFICATE HOLDER**

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE** *Logan Wolfgram*

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD