72 Van Reipen St, #353
Jersey City, NJ 07305

November 1, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

Dear Court Clerk:
Enclosed for filing in the above referenced matter please find a Motion to Dismiss with Exhibits.

Sincerely,
*/s/ Carline Bolivar*
Carline Bolivar
Principal and Creditor, Supportive Health LLC