



**PRIORITY MAIL EXPRESS 1-DAY™**

PERRAULT JEAN-PAUL
85 SYCAMORE RD
JERSEY CITY NJ 07305-1237

Scheduled Delivery Date: 11/02/21

0007
C014

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 6:00 PM

SHIP TO:
COURT CLERK
US BANKRUPTCY COURT
50 WALNUT ST
NEWARK NJ 07102-3551

**USPS TRACKING #**

9470 1036 9930 0061 8913 14





