Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  21−15113−VFP
                Chapter:  7
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Supportive Health LLC
    72 Van Reipen St #353
    Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
    80−0198863

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Carline Bolivar.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 12/7/21
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: November 2, 2021
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 21-15113-VFP

Supportive Health LLC                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                                  Page 1 of 2
Date Rcvd: Nov 02, 2021              Form ID: 170                              Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |
| aty | + | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 1500, Livingston, NJ 07039-1023 |
| intp | + | Carline Bolivar, 72 Van Reipen Avenue, #353, Jersey City, NJ 07306-2806 |
| intp | + | Joseph Lento, Lento Law Group, P.C., 3000 Atrium Way, Suite 200, Mount Laurel, NJ 08054-3910 |
| r | + | The Cream City Real Estate Company, The Cream City Real Estate Company, 3474 S. Pennsylvania Avenue, Milwaukee, WI 53207-3106 |
| 519247929 | + | Schmidlkofer, Toth, Loeb & Drosen, LLC, 949 Glenview Ave, Wauwatosa, WI 53213-3007 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247928 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Nov 02 2021 20:30:18 | City of Milwaukee, 200 E Wells St, Milwaukee, WI 53202-3515 |
| 519248475 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2021 20:30:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5