| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CAPTION IN COMPLIANCE WITH D.N. J. LBR 9004-2 (C)** | |
| **BECKER LLC** **354 EISENHOWER PARKWAY** **PLAZA TWO, SUITE 1500** **LIVINGSTON, NEW JERSEY 07039** **(973) 422-1100** **ATTORNEY FOR CHAPTER 7 TRUSTEE, ERIC R. PERKINS** **JUSTIN S. BAUMGARTNER, ESQ.** **EMAIL:JBAUMGARTNER@BECKER.LEGAL** | |
| **IN RE:** **SUPPORTIVE HEALTH LLC,** **DEBTOR.** | **CASE NO. 21-15113-VFP** **CHAPTER 7** **JUDGE: HON. VINCENT F. PAPALIA** **HEARING DATE:  NOVEMBER 30, 2021 AT 10:00 A.M.** |

**NOTICE OF MOTION OF ERIC R. PERKINS, CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 541(A), 542(A) AND 704(A)(1) AND (A)(4) DEEMING TENANTS' RENTS PROPERTY OF THE BANKRUPTCY ESTATE, COMPELLING THE TURNOVER OF ALL RENTS HELD BY TENANTS AND PERRAULT JEAN PAUL TO THE CHAPTER 7 TRUSTEE AND FOR OTHER RELATED RELIEF**

**TO:  ALL PARTIES ON THE ATTACHED SERVICE LIST**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

ERIC R. PERKINS, as the Chapter 7 Trustee (the "**Trustee**" or the "**Movant**"), for the debtor herein, Supportive Health LLC (the "**Debtor**"), has filed papers with the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") for the entry of Order

pursuant 11 U.S.C. §§ 105(A), 541(A), 542(A) And 704(A)(1) And (A)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants To The Chapter 7 Trustee And For Other Related Relief (the "**Motion for Turnover of Rents**").

If you do not want the Bankruptcy Court to grant the relief sought in the Motion for Turnover of Rents or if you want the Bankruptcy Court to consider your views on the motion, then, on or before **November 23, 2021** (the "**Response Date**"):

- You or your attorney must file with the court a written response stating with particularity the basis of the objection ("**Response**").

    If your attorneys regularly practices before the Bankruptcy Court, you must file your Response in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "**General Order**") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "**Supplementary Commentary**"). (The General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website of the Bankruptcy Court.)

    All other parties-in- interest must file their Response on CD-ROM in Portable Document Format (PDF) at:

    > United States Bankruptcy Court
    > Martin Luther King Federal Building
    > 50 Walnut Street
    > Newark, New Jersey 07102

    If you mail your Response to the court for filing, you must mail it early enough so the court **receives** it on or before **November 23, 2021.**

- Send a copy of your response to the following parties so that they **receive** it on or before **November 23, 2021**:

    > Becker LLC
    > Attention: Justin S. Baumgartner, Esq.
    > Eisenhower Plaza Two, Suite 1500
    > 354 Eisenhower Parkway
    > Livingston, NJ 07039
    > Attorneys to Chapter 7 Trustee, Eric R. Perkins

In addition, if you object to this Motion for Auction Sale, you or your attorney must attend the hearing scheduled to be held on **November 30, 2021, at 10:00 a.m.** at the **United States Bankruptcy Court, Martin Luther King Jr Federal Building, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. 3B. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

                                       **BEKCER LLC**
                                       **Attorneys for Eric R. Perkins,**
                                       **Chapter 7 Trustee**

                    By: */s/ Justin S. Baumgartner*
                          Justin S. Baumgartner

Dated: November 9, 2021

**SUPPORTIVE HEALTH LLC – CASE NO. 21-15113 (VFP) – SERVICE LIST**

David Gerardi, Esq.
U.S. Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
Via CM/ECF Filing & Regular Mail

Carline Bolivar, Pro Se
Supportive Health LLC,
72 Van Reipen St #353
Jersey City, NJ 07306
Debtor
Via Certified Mail/R.R.R. & Regular Mail

Department of Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101
Creditor
Via Regular Mail

Perrault Jean-Paul
85 Sycamore Road
Jersey City, New Jersey 07305-1237
Party-in-Interest
Via Certified Mail/R.R.R. &  Regular Mail