# EXHIBIT "B"

# RESIDENTIAL LEASE

WHEREAS, Lessor is the fee owner of certain real property being, lying and situated in MILWAUKEE County, WISCONSIN, such real property having a street address of ___2229 E Eden Pl, St Francis, WI 53235_____ (hereinafter referred to as the "Premises").

NOW, THEREFORE, for good consideration, the receipt and sufficiency of which is hereby acknowledged, and the covenants and obligations contained herein, the parties hereto hereby agree as follows:

**LEASE AGREEMENT,** entered into between Perrault Jean-Paul (Lessor) and __Patrick Newbury and Jennifer Newbury_____ (Tenant(s)).

**1. TERM:** This lease shall be for a term of approximately One Year (12 months), commencing on March 1, 2021 and expiring on February 28, 2022. At its expiration, lease is converted to a month to month lease where tenant(s) must provide lessor with 60 (sixty) days notice prior to vacating Premises.

**2. RENT:** Tenant shall pay Lessor in monthly payments of __$1,300.00_____, each payable monthly on the first day of each month in advance at such place as we may from time to time specify by written notice to you. A penalty of 5% ( $65.00 ) will be assessed to rent received after the 5th of the month, as additional rent.

**3. NON-PAYMENT OF RENT:** Eviction Action will commence in the event that rent is not received by the 10th of the month. Tenant is liable for the costs of eviction and attorney's fees in the event that eviction is commenced as a result of non-payment of rent.

**3. SECURITY DEPOSIT:** Tenant shall pay a security deposit of __$2,600.00___, to be returned upon termination of this Lease, and the payment of all rents due and performance of all other obligations.

**4. TENANT'S HOLD OVER:** If Tenant remains in possession of the Premises with the consent of Lessor after the natural expiration of this Agreement, a new tenancy from month-to-month shall be created between Lessor, and Tenant which shall be subject to all of the terms and conditions hereof.

**5. SHOWING HOUSE TO PROSPECTIVE TENANTS:** Upon notice of lease termination, Lessor reserves the right to show house to prospective tenants. Tenant will be given reasonable notice and showings will be conducted at reasonable times.

**6. UTILITIES AND SERVICES:** Tenant shall at its own expense provide the following utilities or services: Tenant must pay promptly as they become due all charges for furnishing gas, electricity, waste removal, water and sewer to the premises during the lease term.

Lessor does not warrant the quality or adequacy of the utilities or services specified above, nor does Lessor warrant that any of the utilities or services specified above will be free from interruption caused by repairs, improvements, or alterations of the

building or the House or any of the equipment and facilities of the building, any labor controversy, or any other causes of any kind beyond Lessor's reasonable control. Any such interruption--and any other inability on Lessor's part to fulfill their lease obligations resulting from any such cause will not be considered an eviction or disturbance of Tenant's use and possession of the House, or render Lessor liable to Tenant for damages, or relieve Tenant from performing your their obligations under this Agreement.

**7. CONDITION OF PREMISES:** Tenant stipulates, represents and warrants that Tenant has examined the Premises, and that the premises is clean, in good order and that all fixtures are in good working condition.

Upon the expiration of the Lease, Tenant shall return possession of the Premises in its present condition, reasonable wear and tear excepted. Tenant shall commit no waste to the leased Premises.

**8. ALTERATIONS AND IMPROVEMENTS:** Tenant shall make no alterations to the buildings or improvements on the Premises or construct any building or make any other improvements or changes on the Premises without the prior written consent of Lessor.

**9. COMPLIANCE WITH LAW:** Tenant shall comply with all building, zoning and health codes and other applicable laws for the use of said premises. Without limiting the generality of the foregoing, Tenant shall:

(a) Not create a nuisance on Premises;

(b) Deposit all trash, garbage, rubbish or refuse in the locations provided, and shall not allow any trash, garbage, rubbish or refuse to be deposited or permitted to stand on the exterior of any building or within the common elements;

(c) Not obstruct the driveways, sidewalks, courts, entry ways, stairs and/or halls, which shall be used for the purposes of ingress and egress only;

(d) Tenant shall not keep on the Premises any item of a dangerous, flammable or explosive character that might unreasonably increase the danger of fire or explosion on the Premises, or that might be considered hazardous or extra hazardous by any responsible insurance company.

**10. RIGHT OF ENTRY:** Lessor and Lessor's agents shall have the right at all reasonable times during the term of this Agreement and any renewal thereof to enter the Premises, subject to 24-hour notice to inform the Tenant, for the purpose of inspecting the Premises, conducting general maintenance, on all buildings and improvements thereon.

(a) Tenant shall not cause or permit any change in the locks or hooks to be placed upon any door or window without the prior written consent of Lessor.

11. **ASSIGNMENT OR SUBLETTING:** Tenant shall not assign or sublet said premises or allow any other person to occupy the leased Premises without Lessor's prior written consent.

12. **PETS:** Tenant shall not allow pets on the Premises.

13. **SUBORDINATION:** This Lease shall be subordinate to all present or future mortgages against the property.

14. **TIME OF ESSENCE:** Time is of the essence in this Agreement.

15. **RIGHT OF TERMINATION AND RE-ENTRY:** In the event of any breach of the payment of rent or any other allowed charge, or other breach of this Lease, Lessor shall have full rights to terminate this Lease in accordance with state law and re-enter and re-claim possession of the leased Premises, in addition to such other remedies available to Lessor arising from said breach.

16. **INDEMNITY:** Tenant will indemnify and hold Lessor and Lessor's property--including the leased premises--free and harmless from any liability for injury to or death of any person, including Tenant, or for damage to property arising from Tenant's using and occupying the premises or from the act or omission of any person or persons, including Tenant, in or about the premises with Tenant's express or implied consent.

17. **BINDING EFFECT:** The covenants, obligations and conditions herein contained shall be binding on and inure to the benefit and obligation of the heirs, legal representatives, and assigns of the parties hereto.

18. **RIGHTS AND REMEDIES CUMULATIVE:** The rights and remedies under this lease are cumulative, and either party's using any one right or remedy will not preclude or waive that party's right to use any other. These rights and remedies are in addition to any other rights the parties may have by law, statute, ordinance, or otherwise.

19. **GOVERNING LAW:** This agreement is to be construed under <u>WISCONSIN</u> state law, and all obligations of the parties created under this lease are performable in <u>MILWAUKEE County, WISCONSIN</u>.

20. **LEGAL CONSTRUCTION AND SEVERABILITY:** If any one or more of the lease provisions are for any reason held invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability will not affect any other provision of this lease, which will be construed as if it had never included the invalid, illegal, or unenforceable provision.

21. **PRIOR AGREEMENT SUPERSEDED:** This agreement constitutes the only agreement of the parties and supersedes any prior understandings or written or oral agreements between the parties respecting the subject matter.

22. **AMENDMENT:** No amendment, modification, or alteration of this lease is binding unless in writing, dated subsequent to the date of this lease, and duly executed by the parties.

**23. ATTORNEY'S FEES:** Should it become necessary for Lessor to employ an attorney to enforce any of the conditions or covenants hereof, including the collection of rentals or gaining possession of the Premises, or entry therein, Tenant agrees to pay all expenses so incurred, including reasonable attorney's fees.

**24. ADDITIONAL LEASE TERMS:**

Tenant represents that the premises will only be occupied by the listed tenants and their minor children. The residence of other individuals at the premises is cause for termination of the lease. Tenants fully agree to maintain the property, remove the snow, cut the grass and perform general upkeep of the property.

Signed this __18th__ day of __February__, __2021__.

   **IN WITNESS OF THIS AGREEMENT**, the Lessor and Tenant execute this agreement as of the day and year first above written.

**LESSOR:**

Perrault Jean-Paul  [Lessor]
85 Sycamore Rd
Jersey City, NJ 07305

By _____ [signature]

**TENANT:**

Patrick Newbury [Tenant]   Jennifer Newbury [Tenant]
By _____ [signature]  By Jennifer Newbury [signature]
2431 S. 66th St [address]  2431 S. 66th St. [address]
West Allis, WI 53219 [address]  West Allis, WI 53219 [address]

\* To secure the house, tenant agrees to pay first month's rent, last month's rent and 2 months of security deposit upfront. The total upfront payment is $5,200.00. All rent and deposits to be made to Lessor's Chase Account – which will be provided to tenant. Tenant will receive keys on the 27th of February, 2021. Keys will be provided two days before lease start date as a courtesy.