| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | |
| In re:<br><br>Supportive Health LLC,<br><br>                                             Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:    November 30, 2021<br>                        at 10:00 a.m. |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 541(a), 542(a) AND 704(a)(1) AND (a)(4) DEEMING TENANTS' RENTS PROPERTY OF THE BANKRUPTCY ESTATE, COMPELLING THE TURNOVER OF ALL RENTS HELD BY TENANTS AND PERRAULT JEAN PAUL TO THE CHAPTER 7 TRUSTEE AND GRANTING OTHER RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED.**

Debtor:            Supportive Health LLC

Case No.:          21-15113-VFP

Caption of Order:  Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief

_____

**THIS MATTER** having been brought before the Court upon the motion of Eric R. Perkins, Chapter 7 Trustee (the "Trustee") for the debtor in the above-captioned case, Supportive Health LLC (the "Debtor"), by and through his counsel, Becker LLC, for an Order pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property of the Bankruptcy Estate, Compelling the Turnover of All Rents Held by Tenants and Perrault Jean Paul to the Chapter 7 Trustee and for other related relief (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and notice of the Motion having been given and being sufficient; and the Court having considered the papers and arguments in support of this Motion, and those in opposition, if any; and for good cause shown,

   **IT IS** hereby **ORDERED**:

   1.   The Motion be, and hereby is, **GRANTED** as stated herein.

   2.   The Debtor's real properties located at 2229 E. Eden Place, St. Francis, Wisconsin (the "Eden Place Property") and 3269 S. New York Ave, Milwaukee, WI (the

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief |

_____

"New York Ave. Property") are hereby deemed property of the Debtor's bankruptcy estate under Bankruptcy Code § 541(a).

3.  All rents generated from leases from either the Eden Place Property or the New York Ave. Property are hereby deemed property of the Debtor's bankruptcy estate under Bankruptcy Code § 541(a).

4.  The Eden Place Property's current tenants Patrick Newbury and Jennifer Newbury (collectively the "Tenants") shall remit and turnover all rents not already remitted to Perrault Jean Paul to the Trustee for as long as they remain in the property.

5.  Perrault Jean Paul shall turnover all previously collected and/or received rents from the Tenants at the Eden Place Property since the filing of this bankruptcy case on June 22, 2021 (the "Petition Date") within 10 days of the date of entry of this Order.

6.  Perrault Jean Paul shall further provide a certified statement to the Trustee accounting for all previous rents he collected from the Tenants since the Petition Date within 10 days of the date of entry of this Order.

Debtor: Supportive Health LLC

Case No.: 21-15113-VFP

Caption of Order: Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief

_____

7. The Trustee is authorized to file a Motion to hold Perrault Jean Paul in contempt of this Court and to request appropriate monetary sanctions should he not comply with paragraphs 5 and 6 of this Order.

8. Notwithstanding the terms of any prior lease agreement between Perrault Jean Paul and/or the Debtor with the Tenants, the Trustee is the only individual or entity that may evict the Tenants during the pendency of this Chapter 7 bankruptcy proceeding.

9. The Trustee is hereby authorized to enter into a short-term use and occupancy agreement with the Tenants that shall expire on February 28, 2022.

10. The Court retains jurisdiction over any and all disputes relating to this Order.