UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

Supportive Health, LLC.,

Debtor.

Case No.: 21-15113 (VFP)
Chapter: 7
Adv. No.:
Hearing Date: November 30, 2021
Judge: Vincent F. Papalia

## AMENDED CERTIFICATION OF SERVICE

1. I, __Mary Ann Ambrose__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Becker LLC__, who represents __Eric R. Perkins, Chapter 7 Trustee__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 10, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice Of Motion Of Eric R. Perkins, Chapter 7 Trustee For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(A), 541(A), 542(A) And 704(A)(1) And (A)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants And Perrault Jean Paul To The Chapter 7 Trustee And For Other Related Relief, and

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __November 10, 2021__

/s/ Mary Ann Ambrose
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patrick Newbury<br>Jennifer Newbury<br>2229 E. Eden Place<br>St. Francis, WI  53235 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Newbury<br>Jennifer Newbury<br>2431 South 66th Street<br>West Allis, WI  53219 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |