72 Van Reipen St, #353  
Jersey City, NJ 07305

November 10, 2021

US Bankruptcy Court  
Court Clerk  
50 Walnut Street  
Newark, NJ 07102

Re:   In re: Supportive Health LLC,  
      Case No.: 21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find a an Objection to the Motion to Turn Over Rent and a Cross Motion to Stay and Vacate the Order Shortening Time in this matter..

Sincerely,  
/s/ Carline Bolivar  
Carline Bolivar

**UNITED STATES POSTAL SERVICE® Click-N-Ship®**

9405 5036 9930 0058 3436 60 0087 0000 0010 7102

usps.com
$8.70
US POSTAGE
Flat Rate Env

US POSTAGE PAID
Click-N-Ship

11/10/2021    Mailed from 07306    0005

**PRIORITY MAIL 1-DAY™**

Expected Delivery Date: 11/13/21

C014

CARLINE BOLIVAR
SUPPORTIVE HEALTH LLC
72 VAN REIPEN AVE # 353
JERSEY CITY NJ 07306-2806

SHIP
TO: COURT CLERK
US BANKRUPTCY COURT
50 WALNUT ST
NEWARK NJ 07102-3551

USPS TRACKING #

9405 5036 9930 0058 3436 60

Electronic Rate Approved #038555749

USPS.COM/PICKUP