72 Van Reipen St, #353
Jersey City, NJ 07305

November 10, 2021

Hon. Vincent F. Papalia
U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Re:   In Re Supportive Health LLC, Docket #21-15113-VFP

### Letter Motion to Hold Hearings Telephonically or via Zoom or Zoom-like Videoconferencing

Dear Honorable Papalia,

I have received notice of a "hearing to determine if there is cause for dismissal" scheduled for December 7, 2021 at 10 AM at Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102. Further, a motion to turn over rent is scheduled for November 30, 2021 at the same location in the Federal Courthouse.

Due to my health, I am unable to attend the motion hearings in person at the court house. I suffer severe Inflammatory Bowel Disease and am severely impaired and have difficulty walking. I also have an extremely weak immune system both from my condition and the many medications I have been placed on. A meeting at the Federal Building would put me at great risk of contracting Covid-19 and, with my disease, Covid-19 would be life threatening. I would appreciate a telephonic hearing or a Zoom or zoom-like hearing. If the court wishes an in-camera review of medical records detailing my condition, I am happy to oblige. Thank you for your understanding.

Sincerely

Carline Bolivar