IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

### NOTICE OF CROSS-MOTION OF CARLINE BOLIVAR FOR AN ORDER VACATING THE COURT ORDER TO SHORTEN TIME AND ORDER STAYING PROCEEDINGS UNTIL THE ADJUDICATION OF THE MOTION TO DISMISS

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and a creditor of Supportive Health LCC, shall cross-move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an order vacating this court's order to shorten time and an order staying proceedings until the adjudication of the motion to dismiss.

**PLEASE TAKE FURTHER NOTICE** that Carline Bolivar shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

_____
Carline Bolivar

DATED: November 10, 2021