72 Van Reipen St, #353
Jersey City, NJ 07305

November 10, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

Re:    In re: Supportive Health LLC,
       Case No.: 21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find a letter motion to hold hearings telephonically or via zoom or zoom-like video conferencing.

Sincerely,
*/s/ Carline Bolivar*
Carline Bolivar