Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  21−15113−VFP
    Chapter:  7
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Supportive Health LLC
   72 Van Reipen St #353
   Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
   80−0198863

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on 11/30/21 at 10:00 AM

to consider and act upon the following:

*61* − NOTICE OF CROSS−MOTION OF CARLINE BOLIVAR FOR AN ORDER VACATING THE COURT ORDER TO SHORTEN TIME AND ORDER STAYING PROCEEDINGS UNTIL THE ADJUDICATION OF THE MOTION TO DISMISS (related document: (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance) and 26 Order on Application to Shorten Time) Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at Telephonic. (Attachments: # 1 Declaration of Carline Bolivar # 2 Certificate of Service # 3 Letter motion to hold hearings telephonically) (mcp).

Dated: 11/18/21

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court