---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

| | |
|---|---|
| Case No.: | 21-15113 (VFP) |
| Chapter: | 7 |

In Re:

Supportive Health, LLC.,

Debtor.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | December 7, 2021 |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Mary Ann Ambrose__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Becker LLC__, who represents __Eric R. Perkins, Chapter 7 Trustee__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 1, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 7 Trustee's Objection To The Debtor's Motion To Dismiss Chapter 7 Case Without Prejudice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 1, 2021__

/s/ Mary Ann Ambrose
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Gerardi, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supportive Health LLC,<br>72 Van Reipen St #353<br>Jersey City, NJ 07306<br>donotreply@supportivehealth.com | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Perrault Jean-Paul<br>85 Sycamore Road<br>Jersey City, New Jersey 07305-1237 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Newbury<br>Jennifer Newbury<br>2229 E. Eden Place<br>St. Francis, WI 53235<br>      -and-<br>2431 South 66th Street<br>West Allis, WI  53219 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |