**BECKER** LLC
ATTORNEYS AT LAW

JUSTIN BAUMGARTNER

MEMBER OF NJ BAR
MEMBER OF NY BAR

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 1500
Livingston, New Jersey 07039

Direct:     (973) 251-8920
Main:      (973) 422-1100
Facsimile: (973) 422-9122

jbaumgartner@becker.legal

December 3, 2021

<u>Via ECF</u>
The Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court for the District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, NJ 07102

Re:   **In re Supportive Health, LLC.**
      **Case No. 21-15113 (VFP)**
      **Chapter 7**

      **Supplement to Trustee's Objection to the Debtor's Motion to Dismiss Chapter 7 Case**

Your Honor:

As the Court is aware, this firm represents Eric R. Perkins, the Chapter 7 Trustee (the "<u>Trustee</u>") for the bankruptcy estate (the "<u>Estate</u>") of the Debtor Supportive Health, LLC (the "<u>Debtor</u>") in the above-referenced matter. Please accept this filing as a supplement to the Trustee's Objection to the Debtor's Motion to Dismiss (ECF No. 65). This afternoon, counsel for the City of Milwaukie sent the Trustee the attached letter that the Trustee believes provides additional details as to the bad faith motives of the Debtor's bankruptcy filing. As such, the Trustee respectfully requests that the Court consider same when deciding the Debtor's Motion to Dismiss.

As always, the courtesies of the Court are greatly appreciated.

Respectfully submitted,
BECKER LLC

*/s/ Justin S. Baumgartner*

Justin S. Baumgartner

CC: Carline Bolivar via email (donotreply@supportivehealth.com)

NEW YORK   •   NEW JERSEY   •   PENNSYLVANIA   •   CALIFORNIA

www.becker.legal

**TEARMAN SPENCER**
City Attorney

**CELIA M. JACKSON**
Special Deputy City Attorney

**ODALO J. OHIKU**
**ROBIN A. PEDERSON**
**YOLANDA Y. MCGOWAN**
**TODD FARRIS**
Deputy City Attorneys



Milwaukee City Hall Suite 800  •  200 East Wells Street  •  Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601  •  TDD: 414.286.2025  •  Fax: 414.286.8550

**PATRICIA A. FRICKER**
**HEIDI WICK SPOERL**
**GREGG C. HAGOPIAN**
**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**JEREMY R. MCKENZIE**
**PETER J. BLOCK**
**JENNY YUAN**
**ALLISON N. FLANAGAN**
**HEATHER H. HOUGH**
**ANDREA J. FOWLER**
**PATRICK J. MCCLAIN**
**ELLENY B. CHRISTOPOULOS**
**HANNAH R. JAHN**
**JULIE P. WILSON**
**GREGORY P. KRUSE**
**JAMES M. CARROLL**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**ALEX T. MUELLER**
**ALEXANDER COSSI**
**LISA A. GILMORE**
**NICHOLAS R. SINRAM**
**TAVISS K. SMITH**
**KATHERINE A. HEADLEY**
**ANTHONY JACKSON**
**NICHOLAS ZALES**
**JENNIFER T. DEMASTER**
**JOHN D. MCNALLY**
Assistant City Attorneys

December 3, 2021

Via email to eperkins@becker.legal

Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

**RE:** *In Re Bankruptcy of Supportive Health, LLC*
US Bankruptcy Court, NJ Case No. 21-15113

Dear Trustee Perkins,

Please accept this letter on behalf of the City of Milwaukee, a named creditor in US Bankruptcy Court, District of New Jersey Case No: 21-15113 (VFP), conversion to Chapter 7. This letter is to provide the Trustee and the Court with a background on the debtor, Supportive Health, LLC and its principal actor, Perrault Jean-Paul (hereinafter "Jean-Paul") and his repeated efforts to avoid, obstruct and delay executions of valid judgments of the City of Milwaukee.

As of January 12, 2016, Jean-Paul owned property located at 2229 East Eden Place, St. Francis, Wisconsin 53235 (hereinafter "Eden Place property") On January 12, 2016, the City of Milwaukee (hereinafter "the City") filed Milwaukee County Case No. 16 CV 255 ("Underlying Case") alleging that Jean-Paul owed the City for certain raze charges that were incurred on separate properties owned by Jean-Paul. On January 21, 2016, Jean-Paul was served with the Summons and Complaint for the Underlying Case. On February 17, 2016, Jean-Paul transferred the Eden Place property to Supportive Health, LLC via a quit claim deed in order to avoid a judgment lien attachment. On that same date, Jean-Paul also transferred 3269 South New York Avenue, Milwaukee, Wisconsin 53207 to Supportive Health via a quit-claim deed. The agent for Supportive Health was Jean-Paul, who also prepared and filed the real estate transfer tax returns with the State of Wisconsin. The filer inputs the transfer type. Here, Jean-Paul chose "transfer into LLC," which indicates a transfer between an LLC and one of its members if all members are related to each other and the transfer is for no consideration other than assumption of debt or ownership interest in the LLC. Wis. Stat. § 77.25(15s).



Trustee Perkins
December 3, 2021
Page 2 of 4

On March 15, 2016, a money judgment was entered in the Underlying Case in the amount of $61,624.29. On or about March 28, 2017, the City received a letter report for the Eden Place Property which confirmed that Jean-Paul was no longer the current owner of said property and that title was transferred to Supportive Health.

The City then filed a foreclosure action against Jean-Paul and Supportive Health, LLC, on November 3, 2017 in Milwaukee County Case No. 17 CV 012487 ("2017 Case"), to void the fraudulent property transfer to Supportive Health, LLC. Jean-Paul was personally served at his home on December 13, 2017. Supportive Health was served via corporate service with defendant Jean-Paul accepting service on their behalf on January 24, 2018. The 2017 Case is still pending; the following facts and conclusions have been asserted by the City in that litigation but not yet decided by the court.

As this litigation has progressed, it has become clear that defendant Jean-Paul fraudulently and intentionally transferred property he owned to hinder, delay or defraud the City from executing via foreclosure on a valid judgment. It has become clear that Supportive Health, LLC was formed, is owned and has continued to operate as an "alter ego" of Jean-Paul.

Supportive Health LLC was formed by Jean-Paul on or about June 16, 2008, as shown by State of New Jersey records and admissions of Jean-Paul himself. The principal location originally listed for Supportive Health was the home address of Jean-Paul, 85 Sycamore Road, Jersey City, New Jersey. Jean-Paul was in fact listed as the manager of Supportive Health, LLC from when it was formed on June 16, 2008 until August 19, 2019, when Supportive Health's Annual Report was filed after many years of delinquency. Supportive Health has been unable to produce any other records such as bank statements, receipts of payments made by Jean-Paul, or any records of any communication between Jean-Paul and Supportive Health from 2012 through 2020, as was requested in discovery. Additionally, Supportive Health has no copies of "adequate books and records" or company accounting from 2008 to the present, even though it is required by their alleged Operating Agreement.

Jean-Paul and Supportive Health provided a Promissory Note detailing an agreement for Supportive Health to provide $61,500.00 to Jean-Paul for the purchase of the Eden Place Property. This note was allegedly signed in 2012, but one signor, Roderick Sanders, is now allegedly passed away. (The City has been unable to independently confirm Mr. Sander's death.) The notary public for that note, Carline Bolivar, who allegedly notarized the document on November 16, 2012, has been unavailable for deposition and discovery. However, on the document, the notary stamp indicates Ms. Bolivar's term expires on September 30, 2019. Ms. Bolivar also notarized an affidavit signed by Roderick Sanders on September 16, 2018, using the same stamp with expiration of September 30, 2019. Ms. Bolivar also notarized the quit claim on February 17, 2016 using the same stamp with expiration of September 30, 2019. Notary Public commissions issued by the state of New Jersey expire after five years. In 2012, when the Promissory Note was allegedly signed, Ms. Bolivar's commission could not have extended to 2019.

Trustee Perkins
December 3, 2021
Page 3 of 4

Additionally, on November 16, 2019, Ms. Bolivar was post-served with a deposition notice at her address of 85 Sycamore Road, Jersey City, New Jersey, the same address as Jean-Paul. Ms. Bolivar failed to appear at her properly-noticed deposition.

Despite the quit claim transfer of the Eden Place property from Jean-Paul to Supportive Health, Jean-Paul retained possession of the property and continues to retain possession today. In a 2020 deposition, Jean-Paul admitted that after the transfer, he continued to and currently still checks in on the Eden Place property. Jean-Paul admitted in his deposition that after the Eden Place property was transferred to Supportive Health, tax bills still came to his home at 85 Sycamore Road, Jersey City, New Jersey, the address he shares with Carline Bolivar. In addition, after transfer of the Eden Place property to Supportive Health, rent payments still came to Jean-Paul and continue to this day.

Not only have Jean-Paul and Supportive Health's actions fraudulently denied the City from executing on valid judgments, Jean-Paul's repeated and consistent dilatory tactics have unnecessarily delayed the City's foreclosure action. Throughout litigation and discovery in the 2017 Case, Jean-Paul and Supportive Health have either failed to appear or have been unavailable for several depositions. After the alleged passing of Roderick Sanders, the City was informed by Supportive Health's attorney Basil Loeb that he has been unable to contact any representative for Supportive Health to appear for a deposition or to answer discovery requests.

Jean-Paul has filed numerous motions to dismiss, motions to stay, and motions for extension of time, and has failed to appear at some court hearings, in what seem to be nothing more than stalling tactics. On October 28, 2020, he filed another collateral attack against the Underlying Judgment, Milwaukee County Case No. 2020 CV 6391 ("2020 Case.") The 2020 Case was dismissed by the circuit court, then remanded by the appellate court due to procedural issues. The 2020 Case is pending, with the City having filed its supplemental brief in support of its motion to dismiss on September 15, 2021. Jean-Paul has requested and received multiple extensions on his written responses, with no supplemental responses having been filed as of the date of this letter. He has requested and received multiple adjournments of the dispositive motion hearing due to family health issues—his father is allegedly suffering from Covid-19. A status conference is set for December 16, 2021.

On May 18, 2021, the City filed its Motion for Relief against Transfer and for Summary Judgment in the 2017 Case. Jean-Paul's response was due June 3, 2021. After a request for more time to respond, the Court set Jean-Paul's new motion response date as June 17, 2021. On June 18, 2021, Jean-Paul filed eleven blank pages. Then on June 23, 2021, Jean-Paul filed a notice in Milwaukee County indicating that Supportive Health had filed a Chapter 11 Bankruptcy petition in the District of New Jersey on June 22, 2021. As such, the Milwaukee Circuit Court placed a stay on the proceedings in the 2017 Case, which is in place to this date.

Trustee Perkins
December 3, 2021
Page 4 of 4

Currently, the City of Milwaukee has a judgment against Perrault Jean-Paul in Milwaukee County Case No. 16 CV 255. That judgment balance is $79,728.69 as of December 2, 2021 and continues to accrue interest at 4.5% annually.

Very Truly Yours,

*Electronically signed by Hannah R. Jahn*
Assistant City Attorney

*Electronically signed by Aaron Birnbaum*
Kohn Law Firm, SC

HRJ/tbm

Attachments: Wisconsin Real Estate Transfer Tax Returns for 2229 East Eden Place and 3269 South New York Avenue

County: MILWAUKEE       SAINT FRANCIS, CITY OF
2229 E EDEN PLACE

### Grantor (Seller)

| | |
|---|---|
| Name: | PERRAULT JEAN PAUL |
| Address: | 85 SYCAMORE ROAD JERSEY CITY New Jersey 07305 |
| Relationship with grantee(s): | INDIVIDUAL/SOLE MEMBER |
| Grantor type: | |
| Ownership interest transferred: | Full |
| Owner interest other note: | |
| Grantor retains the right: | None |
| Grantor rights other note: | |

### Grantee (Buyer)

| | |
|---|---|
| Name: | SUPPORTIVE HEALTH LLC, A NJ LLC |
| Address: | 85 SYCAMORE ROAD JERSEY CITY New Jersey 07305 |
| Grantee type: | Limited Liability Company |
| Grantee certification date: | 03/01/2016 |

### Recording Information

| | |
|---|---|
| County document number: | 10543559 |
| Date recorded: | 03/01/2016 |
| Volume/jacket: | |
| Page/Image: | |

### Parcel

| | |
|---|---|
| County: | MILWAUKEE |
| Property legal description: (short - first 200 characters) | LOTS 13 AND 14 IN BLOCK 4, IN VILLAGE OF ST. FRANCIS BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 AND SOUTHWEST 1/4 OF SECTION 15, IN TOWNSHIP 6 NORTH, RANGE 22 EAST, IN THE CITY OF ST. FRANCIS, M<br>All of parcel 540-1432-000 in the SAINT FRANCIS, CITY OF |
| Physical property address: | 2229 E EDEN PLACE |
| Section/township/baseline/range/meridian: | 15/6/22/E |
| Subdivision or condo/lot or unit#/block: | VILLAGE OF ST. FRANCIS/13/4 |
| Primary residence of grantee: | No |

### Fee Computation

| | |
|---|---|
| Total value of real estate transferred: | $129,400.00 |
| Value subject to fee: | $0.00 |
| Transfer fee due: | $0.00 |
| Transfer fee exemption number: | 15s |
| Personal property value excluded from total value: | $0.00 |
| Property value exempt from local property tax: | $0.00 |

### Tax Bill Mailing Address

Send tax bill to:

| | |
|---|---|
| Name: | SUPPORTIVE HEALTH LLC, A NJ LLC |
| Street Address: | 85 SYCAMORE ROAD |
| City, State Zip: | JERSEY CITY, NJ 07305 |

### Transfer and Financing

| | |
|---|---|
| Transfer type: | Quit Claim Deed / TRANSFERING INTO LLC |
| Transfer type other note: | TRANSFERING INTO LLC |
| Conveyance document type: | Quit Claim Deed |
| Conveyance code other note: | |
| Conveyance date: | 02/18/2016 |
| Grantee financing: | None |

### Physical Description

| | |
|---|---|
| Property type: | Land and Buildings |
| Predominant use: | Single Family |
| Lot square footage: | 0 |
| Total acres: | 1 |
| MFL/PFC acres: | 0 |
| Feet of water frontage: | 0 |
| Number of units: | 0 |

### Agent and Preparer

| | |
|---|---|
| Grantor agent: | NONE |
| Grantee agent: | PERRAULT JEAN PAUL, 85 SYCAMORE ROAD, JERSEY CITY, NJ 07305 |
| Preparer name: | PERRAULT JEAN PAUL |

### Weatherization

| | |
|---|---|
| Subject to residential rental weatherization standards: | No |
| Energy exclusion: | W-3 |

### System Information

| | |
|---|---|
| Recording information added on: | 03/01/2016 |
| Document locator number: | 201602019989325 |
| Previous document number: | |

### Municipal Assessor Information

| | |
|---|---|
| Arm's length: | 2 - Non-Useable Sale |
| Primary class: | |
| Water type: | |
| Property code: | |

### Full Legal Description

LOTS 13 AND 14 IN BLOCK 4, IN VILLAGE OF ST. FRANCIS BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 AND SOUTHWEST 1/4 OF SECTION 15, IN TOWNSHIP 6 NORTH, RANGE 22 EAST, IN THE CITY OF ST. FRANCIS, MILWAUKEE COUNTY, WISCONSIN

County: MILWAUKEE                                                                                    MILWAUKEE, CITY OF
3269 S NEW YORK AVENUE

### Grantor (Seller)

| | |
|---|---|
| Name: | PERRAULT JEAN-PAUL |
| Address: | 85 SYCAMORE ROAD JERSEY CITY New Jersey 07305 |
| Relationship with grantee(s): | INDIVIDUAL AND SOLE MEMBER OF LLC |
| Grantor type: | |
| Ownership interest transferred: | Full |
| Owner interest other note: | |
| Grantor retains the right: | None |
| Grantor rights other note: | |

### Grantee (Buyer)

| | |
|---|---|
| Name: | SUPPORTIVE HEALTH LLC, A NJ LLC |
| Address: | 85 SYCAMORE ROAD JERSEY CITY New Jersey 07305 |
| Grantee type: | Limited Liability Company |
| Grantee certification date: | 03/01/2016 |

### Recording Information

| | |
|---|---|
| County document number: | 10543560 |
| Date recorded: | 03/01/2016 |
| Volume/jacket: | |
| Page/Image: | |

### Parcel

| | |
|---|---|
| County: | MILWAUKEE |
| Property legal description: (short - first 200 characters) | LOT 17 AND THE NORTH 1/2 OF LOT 18, IN BLOCK 2, IN FERNWOOD, IN THE NORTHEAST 1/4 OF SECTION 15, TOWNSHIP 6 NORTH, RANGE 22 EAST, IN THE CITY OF MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN |
| | All of parcel 541-0643-700 in the MILWAUKEE, CITY OF |
| Physical property address: | 3269 S NEW YORK AVENUE |
| Section/township/baseline/range/meridian: | 15/6/22/E |
| Subdivision or condo/lot or unit#/block: | FERNWOOD/17/2 |
| Primary residence of grantee: | No |

### Fee Computation

| | |
|---|---|
| Total value of real estate transferred: | $206,000.00 |
| Value subject to fee: | $0.00 |
| Transfer fee due: | $0.00 |
| Transfer fee exemption number: | 15s |
| Personal property value excluded from total value: | $0.00 |
| Property value exempt from local property tax: | $0.00 |

### Tax Bill Mailing Address

| | |
|---|---|
| Send tax bill to: | |
| Name: | SUPPORTIVE HEALTH LLC, A NJ LLC |

| | |
|---|---|
| Street Address: | 85 SYCAMORE ROAD |
| City, State Zip: | JERSEY CITY, NJ 07305 |

### Transfer and Financing

| | |
|---|---|
| Transfer type: | Quit Claim Deed / TRANSFERING INTO LLC |
| Transfer type other note: | TRANSFERING INTO LLC |
| Conveyance document type: | Quit Claim Deed |
| Conveyance code other note: | |
| Conveyance date: | 02/17/2016 |
| Grantee financing: | None |

### Physical Description

| | |
|---|---|
| Property type: | Land and Buildings |
| Predominant use: | Single Family |
| Lot square footage: | 0 |
| Total acres: | 1 |
| MFL/PFC acres: | 0 |
| Feet of water frontage: | 0 |
| Number of units: | 0 |

### Agent and Preparer

| | |
|---|---|
| Grantor agent: | NONE |
| Grantee agent: | PERRAULT JEAN -PAUL, 85 SYCAMORE ROAD, JERSEY CITY, NJ 07305 |
| Preparer name: | PERRAULT JEAN-PAUL |

### Weatherization

| | |
|---|---|
| Subject to residential rental weatherization standards: | No |
| Energy exclusion: | W-3 |

### System Information

| | |
|---|---|
| Recording information added on: | 03/01/2016 |
| Document locator number: | 201602019989333 |
| Previous document number: | |

### Municipal Assessor Information

| | |
|---|---|
| Arm's length: | 2 - Non-Useable Sale |
| Primary class: | |
| Water type: | |
| Property code: | |

### Full Legal Description

| | |
|---|---|
| | LOT 17 AND THE NORTH 1/2 OF LOT 18, IN BLOCK 2, IN FERNWOOD, IN THE NORTHEAST 1/4 OF SECTION 15, TOWNSHIP 6 NORTH, RANGE 22 EAST, IN THE CITY OF MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN |