IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## NOTICE OF MOTION OF CARLINE BOLIVAR FOR AN ORDER DISMISSING THE BANKRUPTCY WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and a creditor of Supportive Health LCC, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an order converting this case to a chapter 11 case, or, in the alternative, an order dismissing the case.

**PLEASE TAKE FURTHER NOTICE** that the Supportive Health LLC shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Supportive Health LLC and Carline Bolivar.

/s/ Carline Bolivar
Carline Bolivar
Sole-Member and Principal, Supportive Health LLC

DATED: October 28, 2021

1 | Page

Doc #53

/s/ Carline Bolivar
Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: October 28, 2021

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ Carline Bolivar
Carline Bolivar
Principal and Creditor, Supportive Health LLC

DATED: November 1, 2021

/s/ is a signature for Approved Participants of the Court's Electronic Case Filing System. All other Filings must contain Original Signatures. Correct & Refile

PRIORITY MAIL PRESORT RATE ENVELOPE · ANY WEIGHT



USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

Peel free Package Pickup. Scan the QR code.




UNITED STATES POSTAL SERVICE®

---

**UNITED STATES POSTAL SERVICE®**  **Click-N-Ship®**

E

usps.com  $27.10
US POSTAGE
Flat Rate Env

9470 1036 9930 0062 4647 46 0271 0000 0010 7102



12/02/2021        Mailed from 07306    062S0000000312

### PRIORITY MAIL EXPRESS 1-DAY™

CARLINE BOLIVAR
SUPPORTIVE HEALTH LLC
72 VAN REIPEN AVE
# 353
JERSEY CITY NJ 07306-2806

Scheduled Delivery Date: 12/03/21

**0007**

C014

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 6:00 PM

SHIP TO:
COURT CLERK
US BANKRUPTCY COURT
50 WALNUT ST
**NEWARK NJ 07102-3551**

### USPS TRACKING #



9470 1036 9930 0062 4647 46

---

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.