**Order Filed on December 8, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

SUPPORTIVE HEALTH, LLC,

Debtor.

Case No.:      21-15113 (VFP)

Chapter:      7

Hearing Date: December 7, 2021

Judge:        Vincent F. Papalia

## ORDER DENYING MOTION TO DISMISS
## FILED BY CARLINE BOLIVAR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Case:           In re Supportive Health, LLC
Case No.:       21-15113 (VFP) (Chapter 7)
Re:             Order Denying Motion to Dismiss Filed by Carline Bolivar
_____

This matter having been opened to the Court on the motion (the "Motion") filed by Carline

Bolivar, who is scheduled in Debtor's petition as Debtor's 100% owner, to dismiss the case on the

grounds that the petition was not properly authorized; and Chapter 7 Trustee Eric. R. Perkins, Esq.

(the "Trustee") having filed an objection thereto; and Ms. Bolivar, a reply; and the Trustee, a

surreply that consisted of a letter from the City of Milwaukee, Wisconsin; and the Court having

considered the submissions of the parties; and having heard oral argument; and due notice

having been given; and for good cause shown; and for the reasons set forth on the record on

December 7, 2021, it is

**ORDERED** that the Motion of Carline Bolivar to dismiss this bankruptcy case is

**DENIED**.