| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on December 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>                                          Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:       December 7, 2021<br>                             at 10:00 a.m. |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 541(a), 542(a) AND 704(a)(1) AND (a)(4) DEEMING TENANTS' RENTS PROPERTY OF THE BANKRUPTCY ESTATE, COMPELLING THE TURNOVER OF ALL RENTS HELD BY TENANTS AND PERRAULT JEAN PAUL TO THE CHAPTER 7 TRUSTEE AND GRANTING OTHER RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED.**

**DATED: December 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief |

_____

**THIS MATTER** having been brought before the Court upon the motion of Eric R. Perkins, Chapter 7 Trustee (the "Trustee") for the debtor in the above-captioned case, Supportive Health LLC (the "Debtor"), by and through his counsel, Becker LLC, for an Order pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property of the Bankruptcy Estate, Compelling the Turnover of All Rents Held by Tenants and Perrault Jean Paul (a/k/a Jean Paul Perrault and referrred to herein as "Perrault") to the Chapter 7 Trustee and for other related relief (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and notice of the Motion having been given and being sufficient; and the Court having considered the papers and arguments in support of this Motion, and those in opposition, if any; and for good cause shown,

**IT IS** hereby **ORDERED**:

1. The Motion be, and hereby is, **GRANTED** as stated herein.

2. The Debtor's real properties located at 2229 E. Eden Place, St. Francis, Wisconsin (the "Eden Place Property") and 3269 S. New York Ave, Milwaukee, WI (the

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief |

_____

"New York Ave. Property") are property of the Debtor's bankruptcy estate under Bankruptcy Code § 541(a).

3.  All post-petition rents generated from leases from either the Eden Place Property or the New York Ave. Property are property of the Debtor's bankruptcy estate under Bankruptcy Code § 541(a).

4.  The Eden Place Property's current tenants Patrick Newbury and Jennifer Newbury (collectively the "Tenants") shall promptly remit and turnover all rents not already remitted to Perrault to the Trustee for as long as they remain in that Property.

5.  Perrault shall turnover all previously collected and/or received rents from the Tenants at the Eden Place Property since the filing of this bankruptcy case on June 22, 2021 (the "Petition Date") within 14 days of the date of entry of this Order.

6.  Perrault shall further provide a certified statement to the Trustee accounting for all previous rents he collected from the Tenants since the Petition Date within 14 days of the date of entry of this Order.

Debtor: Supportive Health LLC

Case No.: 21-15113-VFP

Caption of Order: Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief

_____

7. In the event that Perrault fails to timely comply with the terms of this Order, the Trustee may and serve file a motion seeking sanctions and/or other appropriate relief against Perrault.

8. Notwithstanding the terms of any prior lease agreement between Perrault Jean Paul and/or the Debtor with the Tenants, the Trustee is the only individual or entity that may evict the Tenants during the pendency of this Chapter 7 bankruptcy proceeding.

9. The Trustee is hereby authorized to enter into a short-term use and occupancy agreement with the Tenants that shall expire on February 28, 2022 or such other reasonable period of time, not to exceed six months in total, as the parties may agree upon in writing.

10. The Court retains jurisdiction over any and all disputes relating to this Order.

11. The Trustee shall serve a copy of this Order on all interested parties by regular mail within three (3) business days of its entry, provided that the Tenants, Perrault and Ms. Bolivar shall be so served by regular mail and certified mail, return receipt requested.