| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BECKER LLC<br>Eisenhower Plaza Two<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, NJ  07039<br>(973) 422-1100<br>Justin S. Baumgartner, Esq.<br>jbaumgartner@becker.legal<br>Attorneys for Eric R. Perkins, Chapter 7 Trustee | Case No.: 21-15113 (VFP)<br><br>Chapter: 7 |
| In Re:<br><br>Supportive Health, LLC.,<br><br>Debtor. | Adv. No.: <br><br>Hearing Date: <br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Mary Ann Ambrose__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Becker LLC__, who represents __Eric R. Perkins, Chapter 7 Trustee__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 9, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Entered Order Pursuant To 11 U.S.C. §§ 105(A), 541(A), 542(A) And 704(A)(1) And (A)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants And Perrault Jean Paul  To The Chapter 7 Trustee And For Other Related Relief, (Doc. 72).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December  9, 2021__         /s/ Mary Ann Ambrose
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Gerardi, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carline Bolivar, Pro Se<br>Supportive Health LLC,<br>72 Van Reipen St #353<br>Jersey City, NJ 07306 | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Certified Mail/R.R.R.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Perrault Jean-Paul<br>Carline Bolivar, Pro Se<br>85 Sycamore Road<br>Jersey City, New Jersey 07305-1237 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Newbury<br>Jennifer Newbury<br>2229 E. Eden Place<br>St. Francis, WI  53235<br> - and-<br>2431 South 66th Street<br>West Allis, WI  53219 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2