IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

　　Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

U.S. BANKRUPTCY COURT FILED
2021 DEC -9 P 2: 31

## NOTICE OF MOTION OF CARLINE BOLIVAR FOR AN ORDER COMPELLING TRUSTEE ERIC PERKINS TO FURNISH ACCOUNTING OF THE BANKRUPTCY

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and a party of interest, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an order compelling the trustee, Eric Perkins, to furnuish and accounting of the bankruptcy pursuant to

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

_Carline Bolivar_

DATED: December 8, 2021