**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re:

Supportive Health LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## DECLARATION OF CARLINE BOLIVAR IN SUPPORT OF MOTION

I, Carline Bolivar, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am the principal of Supportive Health LLC ("Supportive Health"), a New Jersey LLC, and I have full knowledge of the facts set forth herein.

2.    I am also an equity holder in Supportive Health LLC and party of interest in this bankruptcy.

3.    I am submitting this motion *pro se*.

4.    Pursuant to 11 U.S. Code § 704, I move the court to compel the trustee Eric Perkins to furnish information concerning the estate and the estate's administration including:

    a.  A detailed list of all debt owed by debtor

    b.  The status of each debt (whether secured or unsecured)

    c.  Whether the debt is final or disputed

    d.  Contact information of the creditor for the debt

    e.  Whether the trustee has completed i's due diligence in validating the debt

5.    As the debtor is intends to pay its debt to avoid liquidation, it is requested that the information be furnished as soon as possible.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Carline Bolivar

DATED: December 8, 2021