**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**



In re:

Supportive Health LLC,

    Debtor.

**Case No.:  21-15113-VFP**

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## CERTIFICATION OF SERVICE

    **I,** Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in the

is this bankruptcy.

    On December 1, 2021, I sent a copy of the Motion to Compel Accounting to the

following parties via first class mail:

    Eric Raymond Perkins
    Eric R. Perkins, Chapter 7 Trustee
    354 Eisenhower Parkway
    Suite 1500
    Livingston, NJ 07039

    Becker LLC
    Eisenhower Plaza II
    354 Eisenhower Parkway, Ste. 1500
    Livingston, NJ 07039

    David Gerardi
    DOJ-Ust
    U.S. Department of Justice
    Office of the U.S. Trustee
    One Newark Center, Ste 2100
    Newark, NJ 07102
    973-645-3014

    City of Milwaukee
    200 E Wells St
    Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

Carline Bolivar

DATED: December 1, 2021