72 Van Reipen St, #353
Jersey City, NJ 07305

December 8, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

Re:   In re: Supportive Health LLC,
      Case No.: 21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find a Motion to Compel in this matter.

Sincerely,

Carline Bolivar

# Click-N-Ship®

**UNITED STATES POSTAL SERVICE**

usps.com 9470 1036 9930 0062 5805 90 0271 0000 0010 7102
$27.10
US POSTAGE
Flat Rate Env

E

12/08/2021  Mailed from 07306  062S0000000312

## PRIORITY MAIL EXPRESS 1-DAY™

CARLINE BOLIVAR
72 VAN REIPEN AVE
# 353
JERSEY CITY NJ 07306-2806

Scheduled Delivery Date: 12/09/21

**0007**

**C014**

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 6:00 PM

X-RAY

SHIP TO:
COURT CLERK
US BANKRUPTCY COURT
50 WALNUT ST
NEWARK NJ 07102-3551

### USPS TRACKING #

9470 1036 9930 0062 5805 90

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.