Order Filed on December 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re: | Case No.: 21-15113 (VFP) |
| SUPPORTIVE HEALTH, LLC, | Chapter: 7 |
| | Hearing Date: December 7, 2021 |
| Debtor. | Judge: Vincent F. Papalia |

**ORDER DENYING MOTION TO DISMISS
FILED BY CARLINE BOLIVAR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 8, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Case:        In re Supportive Health, LLC
Case No.:    21-15113 (VFP) (Chapter 7)
Re:          Order Denying Motion to Dismiss Filed by Carline Bolivar

___

This matter having been opened to the Court on the motion (the "Motion") filed by Carline Bolivar, who is scheduled in Debtor's petition as Debtor's 100% owner, to dismiss the case on the grounds that the petition was not properly authorized; and Chapter 7 Trustee Eric. R. Perkins, Esq. (the "Trustee") having filed an objection thereto; and Ms. Bolivar, a reply; and the Trustee, a surreply that consisted of a letter from the City of Milwaukee, Wisconsin; and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on December 7, 2021, it is

**ORDERED** that the Motion of Carline Bolivar to dismiss this bankruptcy case is **DENIED**.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | |
| | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | |
| | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | |
| | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | |
| | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6