| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
|---|---|
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | **Order Filed on December 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:   December 7, 2021<br>                           at 10:00 a.m. |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 541(a), 542(a) AND 704(a)(1) AND (a)(4) DEEMING TENANTS' RENTS PROPERTY OF THE BANKRUPTCY ESTATE, COMPELLING THE TURNOVER OF ALL RENTS HELD BY TENANTS AND PERRAULT JEAN PAUL TO THE CHAPTER 7 TRUSTEE AND GRANTING OTHER RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED.**

**DATED: December 8, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:          Supportive Health LLC

Case No.:        21-15113-VFP

Caption of Order:    Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief

_____

**THIS MATTER** having been brought before the Court upon the motion of Eric R. Perkins, Chapter 7 Trustee (the "Trustee") for the debtor in the above-captioned case, Supportive Health LLC (the "Debtor"), by and through his counsel, Becker LLC, for an Order pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property of the Bankruptcy Estate, Compelling the Turnover of All Rents Held by Tenants and Perrault Jean Paul (a/k/a Jean Paul Perrault and referrred to herein as "Perrault") to the Chapter 7 Trustee and for other related relief (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and notice of the Motion having been given and being sufficient; and the Court having considered the papers and arguments in support of this Motion, and those in opposition, if any; and for good cause shown,

    **IT IS** hereby **ORDERED**:

    1.    The Motion be, and hereby is, **GRANTED** as stated herein.

    2.    The Debtor's real properties located at 2229 E. Eden Place, St. Francis, Wisconsin (the "Eden Place Property") and 3269 S. New York Ave, Milwaukee, WI (the

Debtor:            Supportive Health LLC

Case No.:          21-15113-VFP

Caption of Order:  Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief

_____

"New York Ave. Property") are property of the Debtor's bankruptcy estate under Bankruptcy Code § 541(a).

    3.    All post-petition rents generated from leases from either the Eden Place Property or the New York Ave. Property are property of the Debtor's bankruptcy estate under Bankruptcy Code § 541(a).

    4.    The Eden Place Property's current tenants Patrick Newbury and Jennifer Newbury (collectively the "Tenants") shall promptly remit and turnover all rents not already remitted to Perrault to the Trustee for as long as they remain in that Property.

    5.    Perrault shall turnover all previously collected and/or received rents from the Tenants at the Eden Place Property since the filing of this bankruptcy case on June 22, 2021 (the "Petition Date") within 14 days of the date of entry of this Order.

    6.    Perrault shall further provide a certified statement to the Trustee accounting for all previous rents he collected from the Tenants since the Petition Date within 14 days of the date of entry of this Order.

Debtor:            Supportive Health LLC

Case No.:          21-15113-VFP

Caption of Order:  Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief

_____

      7.      In the event that Perrault fails to timely comply with the terms of this Order, the Trustee may and serve file a motion seeking sanctions and/or other appropriate relief against Perrault.

      8.      Notwithstanding the terms of any prior lease agreement between Perrault Jean Paul and/or the Debtor with the Tenants, the Trustee is the only individual or entity that may evict the Tenants during the pendency of this Chapter 7 bankruptcy proceeding.

      9.      The Trustee is hereby authorized to enter into a short-term use and occupancy agreement with the Tenants that shall expire on February 28, 2022 or such other reasonable period of time, not to exceed six months in total, as the parties may agree upon in writing.

      10.      The Court retains jurisdiction over any and all disputes relating to this Order.

      11.      The Trustee shall serve a copy of this Order on all interested parties by regular mail within three (3) business days of its entry, provided that the Tenants, Perrault and Ms. Bolivar shall be so served by regular mail and certified mail, return receipt requested.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 09, 2021 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6