# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

   Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

**RECEIVED**
JEANNE A. NAUGHTON, CLERK
DEC 1 0 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## NOTICE OF MOTION OF CARLINE BOLIVAR FOR A RECONSIDERATION OF THE MOTION TO DISMISS

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and a creditor of Supportive Health LCC, shall cross-move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for a reconsideration of the motion to dismiss filed by Carline Bolivar in this matter.

**PLEASE TAKE FURTHER NOTICE** that Carline Bolivar shall rely upon the Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

*/s/ Carline Bolivar*
Carline Bolivar

DATED: December 10, 2021