# EXHIBIT A

CITY OF MILWAUKEE

    Plaintiff,

vs.

JEAN PAUL PERRAULT

    Defendant.

MAR 1 5 2016

**$5.00 JUDGMENT FEE PAID**

## JUDGMENT

In that the Court granted judgment in favor of the Plaintiff,

IT IS ADJUDGED as follows:

The plaintiff, City Of Milwaukee, shall recover from the defendant, Jean Paul Perrault, the amount of $61,015.29 plus costs taxed at $359.00 plus statutory attorney fees of $250.00 for a total sum of $61,624.29.

Dated _____ MAR 1 5 2016 _____

JOHN BARRETT,
Clerk of Circuit Court/Director of Court Services

BY: _____
~~DEPUTY CLERK/~~JUDGMENT CLERK

FILED
MAR 1 5 2016
JOHN BARRETT
Clerk of Circuit Court

| | |
|---|---|
| Suit Amount: | $61,015.29 |
| Less Payments to Date: | ($.00) |
| Plus Additional Interest from Date of Complaint: | $.00 |
| TOTAL DAMAGES: | $61,015.29 |

COSTS AND DISBURSEMENTS:

| | |
|---|---|
| Filing Fees: | $269.00 |
| Entry of Judgment Fees: | $5.00 |
| Service of Process Fees: | $85.00 |
| Attorney Fees: | $250.00 |
| TOTAL COSTS AND DISBURSEMENTS: | $609.00 |
| TOTAL JUDGMENT: | $61,624.29 |



JOHN BARRETT,
Clerk of Circuit Court/Director of Court Services

BY: _____
JUDGMENT CLERK

DATE OF ENTRY OF JUDGMENT: MAR 1 5 2016

DATE OF DOCKET OF JUDGMENT: MAR 1 5 2016

# EXHIBIT B

16CV000255  #832442

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |
|---|---|---|

CITY OF MILWAUKEE
200 E WELLS ST
MILWAUKEE WI 53202
    Plaintiff,

HON. GLENN YAMAHIRO, BR. 34
CIVIL I

SUMMONS
Case No.
***CLASSIFICATION CODE 30301

vs.

JEAN PAUL PERRAULT
85 SYCAMORE RD
JERSEY CITY NJ 07305

    Defendant.

FILED
JAN 12 2016
JOHN BARRETT
Clerk of Circuit Court

THE STATE OF WISCONSIN, to the said defendant (and each of them):

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within twenty (20) days of receiving this summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an answer that does not follow the requirements of the Statutes. The answer must be sent or delivered to the court, whose address is: 901 N 9TH ST, MILWAUKEE WI 53233 and the Kohn Law Firm S.C., plaintiff's attorneys, whose address is 735 N. Water St., Suite 1300, Milwaukee, WI 53202. You may have an attorney help or represent you.

If you do not provide a proper answer within twenty (20) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated at Milwaukee, Wisconsin this     **JAN 06 2016**

KOHN LAW FIRM S.C.

BY: _____
JOSEPH R. JOHNSON
STATE BAR #1053052

735 N. Water St., Suite 1300
Milwaukee, WI 53202-4106
(414) 276-0435

16CV000255 Code #832442

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |

CITY OF MILWAUKEE
200 E WELLS ST
MILWAUKEE WI 53202

COMPLAINT
Case No.
***AMOUNT CLAIMED IS OVER $10,000

Plaintiff,

vs.

JEAN PAUL PERRAULT
85 SYCAMORE RD
JERSEY CITY NJ 07305

Defendant.

FILED
JAN 12 2016
JOHN BARRETT
Clerk of Circuit Court

Now comes the plaintiff by the KOHN LAW FIRM S.C., plaintiff's attorney, and for a cause of action against the defendant herein alleges as follows:

1. The plaintiff, the City of Milwaukee, is a municipal corporation, organized and existing under the laws of the State of Wisconsin, with offices located at 841 N. Broadway Milwaukee, Wisconsin 53202.

2. Upon information and belief, the defendant is:

JEAN PAUL PERRAULT
85 SYCAMORE RD
JERSEY CITY NJ 07305

3. On August 1, 2012, the plaintiff issued and subsequently served an order to raze certain real property located at 3409 W Vine St, Milwaukee, Wisconsin.

4. On or about April 7, 2014, the plaintiff incurred costs to raze and remove said property, as well as costs to restore said property to a dust-free and erosion-free condition.

5. Upon information and belief, the defendant owned said property while the order to raze was recorded in the register of deeds office and/or when the property was razed, removed and restored.

6. Pursuant to Section 74.53 of the Wisconsin Statutes, the plaintiff is legally entitled to recover from the defendant the costs of razing, removal and restoration.

7. As of the date of this Complaint, there is a balance due to the plaintiff from the defendant in the amount of $61,015.29. The defendant refuses to pay this debt, despite due demand having been made.

WHEREFORE, the plaintiff demands judgment against the defendant in the sum of $61,015.29, together with the costs and disbursements of this action, as well as any other relief this Court deems just and equitable.

JAN 0 6 2016

Dated at Milwaukee, Wisconsin this _____

KOHN LAW FIRM S.C.

BY: _____
JOSEPH R. JOHNSON
STATE BAR #1053052

735 N. Water St., Suite 1300
Milwaukee, WI 53202-4106
(414) 276-0435

# EXHIBIT C

# City of Milwaukee

**Department of Neighborhood Services**
Inspectional services for health, safety and sound neighborhoods

Art Dahlberg
Commissioner

Thomas G. Mishefske
Operations Manager

1/16/2015

Jean-Paul Perrault
65 Sycamore Road
Jersey City, NJ 7308

Re: 3409 W Vine Street
    Milwaukee, Wisconsin    Tax Key #    3491926000

On 4-7-14, the City of Milwaukee demolished your building under the authority of State statute or local ordinance. The costs incurred are as follows:

| Description | Amount |
|---|---|
| TITLE LETTER REPORT | 100.00 |
| POSTING OF RAZE ORDER | 60.00 |
| PUBLICATION OF RAZE ORDER | 69.61 |
| SERVICE OF RAZE ORDER | 27.64 |
| RECORDING OF RAZE ORDER WITH REGISTER OF DEEDS | 30.00 |
| INSPECTION TO IDENTIFY ASBESTOS CONTAINING MATERIALS | 585.75 |
| DEMOLITION | 14128.00 |
| ADMINISTRATIVE CHARGE | 125.00 |
| | $ 15115.00 |

Under Wisconsin Statute 74.53 these costs are the personal liability of the property owner. You are requested to reimburse the City of Milwaukee for these costs within 30 days. There may be additional costs other than those listed above for which you may be liable. Please send your check payable to the City of Milwaukee to my attention at 841 North Broadway, 1st Floor, Milwaukee, WI 53202.

If we have not received payment within 30 days, the case will be referred to a private third party for further legal action.

Another bill will be sent to you at a later date for the cost of restoring the site to a dust free and e free condition, unless the building that was demolished was a garage or a shed.

Sincerely,



M. Piwaron
Program Assistant

