IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

SUPPORTIVE HEALTH LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

RECEIVED
JEANNE A. NAUGHTON, CLERK
DEC 10 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

Carline Bolivar, as an interested party, equity stake holder and principal of Supportive Health LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
❏ Plaintiff
❏ Defendant
❏
Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
❏ Debtor
❏ Creditor
❏ Trustee
☒ Other (describe)  Party in Interest

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

Appellant appeals from three orders rendered by the bankruptcy court. The first order is Dkt 34 converting the bankruptcy from a Chapter 11 bankruptcy to a Chapter 7 bankruptcy. The second order is Dkt 71 Denying Carline Bolivar's motion to dismiss case. The third order is Dkt 72 granting trustee's motion to turn over funds.

2. State the date(s) on which the judgment, order, or decree was entered: Order Dkt 34 was entered on August 19, 2021. Order Dkt 71 was entered on December 9, 2021. Order Dkt 72 was entered on December 9, 2021.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7<br>Trustee | Justin Baumgartner<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>973-422-1100<br>973-422-9122 (fax) |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_                                        December 9, 2021

*Carline Bolivar*
Party in Interest
Principal of Supportive Health LLC

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2021 DEC 10 PM 1:59

NJ Bankruptcy court Clerk

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, N.J. 07101