RECEIVED
JEANNE A. NAUGHTON, CLERK
DEC 1 0 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

### NOTICE OF MOTION OF CARLINE BOLIVAR FOR AN ORDER COMPELLING TRUSTEE ERIC PERKINS TO ABANDON PROPERTY OF THE DEBTOR

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and a party of interest, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an order compelling the trustee, Eric Perkins, to compel the Trustee Eric Perkins to Abandon Property of the debtor pursuant to Bankruptcy Code 11 U.S.C. § 554(b).

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

*/s/ Carline Bolivar*
Carline Bolivar

DATED: December 9, 2021