IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JEANNE A. NAUGHTON, CLERK
DEC 1 0 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:

Supportive Health LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

### DECLARATION OF CARLINE BOLIVAR IN SUPPORT OF MOTION TO COMPEL ABANDONMENT

I, Carline Bolivar, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the principal of Supportive Health LLC ("Supportive Health"), a New Jersey LLC, and I have full knowledge of the facts set forth herein.

2. I am also an equity holder in Supportive Health LLC and party of interest in this bankruptcy.

3. I am submitting this motion *pro se*.

4. Pursuant to 11 U.S.C. § 554(b), I move the court to compel the trustee Eric Perkins to abandon the property at 3269 S New York Ave, Milwaukee, WI as the property is of inconsequential value and benefit to the estate.

5. The property at 3269 S New York Ave is encumbered by a mortgage of approximately $180,000.

6. The property at 2229 E Eden Pl, St. Francis, WI is not encumbered by a mortgage.