# EXHIBIT A

# realtor.com®

Perrault

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights

Advertise



Saint Francis, WI

Public   Owner

## Interested in selling your home?
Estimated home value*

# $220,900

See your selling options

*Estimation is calculated based on tax assessment records, recent sale prices of comparable properties, and other factors.


Map
Commute Time

| 3 beds | 1 bath | 1,920 sq ft | 6,098 sqft lot |

FEMA Zone **X** (est.) • Flood Factor 1/10  NEW

2229 E Eden Pl, Saint Francis, WI 53235

Share    Edit Facts                                    Ask an agent

**Property Overview** - Beautiful 3 bedroom, 1 bath bungalow with lots of potential! Hardwood Floors - Stained Glass - Large Kitchen - Attached Garage and more! Freddie Mac Room and lot sizes are estimates and all information should be verified. Please include in any offer the following language: Buyer to assume any/all code violations. Property is
Read More ⌄

$127.40K
Since last listed in 2012 ⓘ

## Own this home?
Check out your owner dashboard to:
- Track your home's value and comps
- Update the important details and photos
- Easily compare similar homes in your area

Claim your home

## Home Value