72 Van Reipen St, #353
Jersey City, NJ 07305

December 9, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

**RECEIVED**
JEANNE A. NAUGHTON, CLERK
DEC 1 0 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Re:   In re: Supportive Health LLC,
      Case No.: 21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find a Motion to Compel Abandonment of Property in this matter. The requisite filing fee of $188.00 is enclosed.

Sincerely,

Carline Bolivar

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
FILED

2021 DEC 10  P 1: 57

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, N.J. 07102

NJ Bankruptcy Court Clerk