IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## NOTICE OF MOTION OF CARLINE BOLIVAR FOR A RECONSIDERATION OF THE MOTION TO TURNOVER PROPERTY

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and an interested party in Supportive Health LCC bankruptcy, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for a reconsideration of the motion to turnover property in this matter.

**PLEASE TAKE FURTHER NOTICE** that Carline Bolivar shall rely upon the Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

_____
Carline Bolivar

DATED: December 12, 2021

1 | Page