72 Van Reipen St, #353
Jersey City, NJ 07305

December 12, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

Re:    In re:  Supportive Health LLC,
       Case No.:  21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find the Motion of Carline Bolivar for a Reconsideration Of The Motion To Turnover Property in the above referenced matter.

Sincerely,

*[signature]*
Carline Bolivar