| | |
|---|---|
| From: | Supportive Health |
| To: | Chambers of VFP |
| Subject: | Letter from Supportive Health, Bankruptcy #21-15113 |
| Date: | Thursday, August 19, 2021 8:45:50 AM |
| Attachments: | newcounselreq.pdf |

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 15 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# SUPPORTIVE HEALTH LLC

72 Van Reipen Street #353 * Jersey City, NJ 07306

August 18, 2021

Dear Judge Papalia,

Supportive Health LLC has been made aware that its bankruptcy filing is in jeopardy of being dismissed because of ineffective counsel. Given the money and time that Support Health has already invested towards the bankruptcy, it would not be just to dismiss the bankruptcy without giving Supportive Health an opportunity to be represented by competent counsel. As it seems that Supportive Health must now speak for itself, Supportive Health requests an opportunity to retain new counsel to continue its case. Supportive Health should be able to retain new counsel within 30 days.

Thank you for your consideration.

Sincerely,
*Carline Bolivar*
Supportive Health LLC