## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

**Case No.: 21-15113-VFP**

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

### NOTICE OF MOTION OF CARLINE BOLIVAR FOR AN ORDER COMPELLING THE PRODUCTION OF ORIGINAL SIGNATURES PURSUANT TO FED.R. BANKR. P. 9011

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and an interested party in Supportive Health LCC bankruptcy, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for a motion compelling the production of original signatures pursuant to to Fed.R. Bankr. P. 9011.

**PLEASE TAKE FURTHER NOTICE** that Carline Bolivar shall rely upon the Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

Carline Bolivar

DATED: December 13, 2021