IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

# CARLINE BOLIVAR'S MOTION TO COMPEL THE PRODUCTION OF ORIGINAL SIGNATURES PURSUANT TO FED.R. BANKR. P. 9011

Carline Bolivar, in her capacity as an equity stake hold of the debtor, Supportive Health LLC, an interested party and further as principal of Supportive Health LLC, hereby files this motion, pursuant to NJ Bankruptcy Court Administrative Procedure and Fed.R. Bankr. P. 9011 to compel the production of original signatures for the petition and all schedules, all of which have been signed electronically with the "/s/ Jane Doe" specification.

1. The United States Bankruptcy Court, District Of New Jersey, Administrative Procedures For Filing, Signing, And Verifying Documents By Electronic Means (II)(c) asserts:

```
C. Signatures
1. Filing any document using a login and password issued by the
Court, shall constitute the Participant's signature for purposes
of signing the document under Fed.R. Bankr.P. 9011. The name of
the Participant under whose log-in and password the document is
submitted must be displayed by an "/s/" and typed in the space
where the signature would otherwise appear, e.g.,"/s/Jane Doe."
No person shall knowingly utilize or cause another person to
```

2 | P a g e

utilize the password of a Participant unless such a person is an authorized employee of the law firm

2. Documents that are electronically filed and require original signatures, other than that of the Participant ("third party signatures"), must be maintained in paper form by the Participant for a period not less than seven years from the date of closure of the case or proceeding in which the document is filed. Upon request, the original document must be provided to other parties or the court for review. The document requiring third party signatures must be electronically filed either by (1) submitting a scanned document containing the third party signature; or (2) by submitting a document displaying the name of the person signing the document, preceded by an "/s/" and typed in the space where the signature would otherwise appear, e.g., "/s/Jane Doe."

2.      Pursuant to Administrative Procedure, ECF allows the use of the electronic signature "/s/ Jane Doe" only for attorneys who log into the electronic filing system using their user name and password. The administrative Procedure asserts that the "/s/ Jane Doe" shall constitute the attorney's signature for purposes of Fed.R. Bankr.P. 9011. When "/s/ Jane Doe" is used for a third-party signer, such as the principal of the debtor in this case, the attorney is required to maintain paper signatures and that such signatures must be provided to the court for review upon request.

3.      Pursuant to United States Bankruptcy Court, District Of New Jersey, Administrative Procedures For Filing, Signing, And Verifying Documents By Electronic Means (II)(c), Carline Bolivar moves the court to compel the production of original signatures for Carline Bolivar on the petition and all schedules signed and submitted electronically using the

3 | Page

"/s/ Carline Bolivar" specification.

4.    I, further, move the court to compel the original signatures of Mr. Joseph Lento, the attorney who electronically signed the petition and schedules with "/s/ Joseph Lento", as Mr. Lento testified under oath that his ECF filing credentials were stolen and that he did not file any of the documents in the bankruptcy.

5.    If the original signature of Joseph Lento and Carline Bolivar are not produced or unable to be produced for the documents filed, I move the court to deem the documents UNSIGNED and dismiss the instant bankruptcy pursuant to NJ Bankruptcy Court Administrative Procedure and Fed.R. Bankr. P. 9011.

WHEREFORE, for the foregoing reasons, Carline Bolivar, respectfully requests that this Court grant her motion to compel the production of original signatures for the filings of the petition and schedules in this bankruptcy. In the event that the original signatures cannot be produce, Carline Bolivar moves the court to dismiss the instant bankruptcy pursuant to Fed.R. Bankr. P. 9011.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Carline Bolivar

DATED: December 13, 2021