72 Van Reipen St, #353
Jersey City, NJ 07305

December 13, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

Re:   In re: Supportive Health LLC,
      Case No.: 21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find the Motion of Carline Bolivar for an Order to Compel Production of Original Signatures in the above referenced matter.

Sincerely,

Carline Bolivar