PRIORITY MAIL EXPRESS

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

## UNITED STATES POSTAL SERVICE®    Click-N-Ship®

**E**

usps.com
**$27.10**
US POSTAGE
Flat Rate Env

9470 1036 9930 0062 6986 08 0271 0000 0010 7102



12/14/2021        Mailed from 07306      062S0000000310

### PRIORITY MAIL EXPRESS 1-DAY™

CARLINE BOLIVAR                    Scheduled Delivery Date: 12/15/21
72 VAN REIPEN AVE
# 353
JERSEY CITY NJ 07306-2806                      **0007**

                                   **C014**

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 6:00 PM

SHIP
TO:    COURT CLERK
       US BANKRUPTCY COURT
       50 WALNUT ST
       NEWARK NJ 07102-3551

## USPS TRACKING #



**9470 1036 9930 0062 6986 08**