**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re: | Case No.: | 21-15113 |
| Supportive Health, LLC.; | Hearing Date: | January 11, 2022 |
| | Chapter: | 7 |
| Debtor. | Judge: | Vincent F. Papalia |

**NOTICE OF HEARING ON VARIOUS MOTIONS FOR
RECONSIDERATION AND MOTIONS TO COMPEL
FILED BY CARLINE BOLIVAR**

**Location, Date, and Time of Hearing:** Hearings will be conducted on January 11, 2022 at 10:00am, by telephone conference call before the Honorable Vincent F. Papalia, U.S. Bankruptcy Court Judge, on each of the following motions filed by Carline Bolivar:

ECF # 74 Motion to compel Trustee to furnish an accounting

ECF # 78 Motion to reconsider Order Denying Dismissal, [ECF#71]

ECF # 91 Motion to compel abandonment of the Milwaukee, WI property

ECF # 92 Motion to reconsider Motion for turnover of property, [ECF#56]

ECF # 95 Motion to compel production of original signatures

Movant, Carline Bolivar, shall serve a copy of each motion listed herein on the Lento Law Group and any other party that filed a Notice of Appearance in the instant case, in addition to the parties previously served, by regular mail. This notice resolves Ms. Bolivar's Application to Shorten Time.

Objection(s) should be filed and served by January 4, 2022, with replies, if any, due by January 7, 2022. <u>Please contact Court Solutions at (https://www.court-solutions.com or by dialing 917-746-7476 to schedule a telephonic appearance.</u>

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on December 23, 2021, this notice was served on the following:

Carline Bolivar; the Debtor; Jean-Paul Perrault; Lento Law Group, P.C.; Chapter 7 Trustee; U.S. Trustee's Office; Hannah R. Jahn, as counsel for the City of Milwaukee; and any party having filed a Notice of Appearance by electronic mail and/or regular mail

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

*rev. 1/4 / 17*