| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Carline Bolivar<br>Interested Party and<br>Principal of Supportive Health LLC<br>72 Van Reipen St, #353<br>Jersey City, NJ 07306 | 2021 DEC 23 P 3:16<br><br>FILED<br>JEANNE A. NAUGHTON, CLERK<br>DEC 23 2021<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br>Supportive Health, LLC,<br><br>Debtors. | Case No.: 21-15113 (VFP)<br>Chapter: 7<br>Hearing Date: _____<br>Judge: Vincent F. Papalia |

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Carline Bolivar__, on behalf of __Carline Bolivar__ requests that the time period to/for __notice, service and hearing__ as required by __D.N.J. LBR 9013-2__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Estate is in imminent danger of being liquidated. Shortened time requested for Carline Bolivar's motions for reconsideration and motion to compel

2. State the hearing dates requested:
   At the earliest convenience of the Court.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 12/17/2021

Signature

rev.8/1/15

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 23 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

NJ Bankruptcy Court

U.S. DISTRICT COURT
MARTIN LUTHER KING, JR.
FERAL BLD. & U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, N.J. 07102