**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Supportive Health, LLC.;<br><br>Debtor. | Case No.: 21-15113<br>Hearing Date: January 11, 2022<br>Chapter: 7<br>Judge: Vincent F. Papalia |

**NOTICE OF HEARING ON VARIOUS MOTIONS FOR
RECONSIDERATION AND MOTIONS TO COMPEL
FILED BY CARLINE BOLIVAR**

**Location, Date, and Time of Hearing:** Hearings will be conducted on January 11, 2022 at 10:00am, by telephone conference call before the Honorable Vincent F. Papalia, U.S. Bankruptcy Court Judge, on each of the following motions filed by Carline Bolivar:

ECF # 74 Motion to compel Trustee to furnish an accounting

ECF # 78 Motion to reconsider Order Denying Dismissal, [ECF#71]

ECF # 91 Motion to compel abandonment of the Milwaukee, WI property

ECF # 92 Motion to reconsider Motion for turnover of property, [ECF#56]

ECF # 95 Motion to compel production of original signatures

Movant, Carline Bolivar, shall serve a copy of each motion listed herein on the Lento Law Group and any other party that filed a Notice of Appearance in the instant case, in addition to the parties previously served, by regular mail. This notice resolves Ms. Bolivar's Application to Shorten Time.

Objection(s) should be filed and served by January 4, 2022, with replies, if any, due by January 7, 2022. Please contact Court Solutions at (https://www.court-solutions.com or by dialing 917-746-7476 to schedule a telephonic appearance.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on December 23, 2021, this notice was served on the following:
Carline Bolivar; the Debtor; Jean-Paul Perrault; Lento Law Group, P.C.; Chapter 7 Trustee; U.S. Trustee's Office; Hannah R. Jahn, as counsel for the City of Milwaukee; and any party having filed a Notice of Appearance by electronic mail and/or regular mail

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

*rev. 1/4/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |
| aty | + | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 1500, Livingston, NJ 07039-1023 |
| intp | + | Carline Bolivar, 72 Van Reipen Avenue, #353, Jersey City, NJ 07306-2806 |
| intp | + | Joseph Lento, Lento Law Group, P.C., 3000 Atrium Way, Suite 200, Mount Laurel, NJ 08054-3910 |
| r | + | The Cream City Real Estate Company, The Cream City Real Estate Company, 3474 S. Pennsylvania Avenue, Milwaukee, WI 53207-3106 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 5 |

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6