# Justin Baumgartner

| | |
|---|---|
| **From:** | Justin Baumgartner |
| **Sent:** | Friday, December 10, 2021 10:03 AM |
| **To:** | donotreply@supportivehealth.com |
| **Cc:** | Eric R Perkins |
| **Subject:** | RE: Request for Responses to Trustee's October 27, 2021 Letter to Supportive Health |

Ms. Bolivar,

Thank you for the email. I appreciate that you are seeking legal representation and ask that you please forward us your counsel's information once he or she is retained. In regard to your request for an accounting, the Trustee is not in a position to account for all the assets or debts associated with Supportive Health, LLC at this time because you or your representatives have failed to fully and properly complete the Debtor's schedules and attend a 341 meeting.

Under 11 U.S.C. § 521, the Debtor is required file a list of creditors, a schedule of current assets and liabilities, a statement of the Debtor's financial affairs among many other documents.
The Trustee uses all this information to ascertain a debtor's assets and liabilities and to begin the process of administering the bankruptcy estate. In other words, what the Debtor lists on those lists, schedules, and statements is the starting point for the Trustee in investigating the Debtor's financial affairs and asking creditors to file proofs of claim against the bankruptcy estate. Moreover, an authorized representative of Supportive Health is required to attend the Debtor's § 341 Meeting of Creditors at which time the Trustee asks various questions about the information contained in the Debtor's schedules. Please note, the Debtor has an obligation to cooperate with the Trustee under 11 U.S.C. § 521(a)(3) to enable the Trustee to carry out his duties under the Bankruptcy Code.

Put simply, without you amending the original schedules provided to the Court, which you have admitted were laden with errors, and attending the Debtor's 341 meeting, the Trustee cannot even begin to administer the bankruptcy estate and provide an accounting to yourself or the Court. Further, all amended lists, schedules, and statements that you file with the Court must be complete, accurate, and actually signed by you as the sole member Supportive Health, LLC. You should also be aware that you are required to sign the lists, schedules, and statements under penalty of perjury to ensure their accuracy.

As such, the Trustee asks that you please:

1. Amend all lists, schedules, and statements previously filed with the Court that you have contended are inaccurate or are otherwise incomplete within the next 14 days (12/24/21).
2. Respond to the Trustee's questions in his October 27, 2021 letter within the next 14 days (12/24/21).
3. Immediately, provide a date within the next 30 days that you will be available to attend a rescheduled 341 meeting.

Please understand that absent your compliance with the above requests your demand for an accounting is empty.

Thank you for your attention to this matter and your anticipated cooperation.

Sincerely,

Justin Baumgartner


**Justin Baumgartner**