UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

Supportive Health, LLC.,

Debtor.

Case No.: 21-15113 (VFP)
Chapter: 7
Adv. No.:
Hearing Date:
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, __Mary Ann Ambrose__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Becker LLC__, who represents __Eric R. Perkins, Chapter 7 Trustee__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 4th & 5th, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Chapter 7 Trustee's Omnibus Objection, et al. ECF # 106.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __January 5, 2022__

/s/ Mary Ann Ambrose
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Gerardi, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carline Bolivar, Pro Se<br>Supportive Health LLC,<br>72 Van Reipen St #353<br>Jersey City, NJ 07306 | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email - Jan. 4, 2022<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Perrault Jean-Paul<br>Carline Bolivar, Pro Se<br>85 Sycamore Road<br>Jersey City, New Jersey 07305-1237 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Newbury<br>Jennifer Newbury<br>2229 E. Eden Place<br>St. Francis, WI  53235<br> - and-<br>2431 South 66th Street<br>West Allis, WI  53219 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |