IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK
JAN 06 2022
U.S. BANKRUPTCY COURT
NEWARK, NJ
BY _____

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## CERTIFICATION OF SERVICE

I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this bankruptcy.

On January 6, 2022, I sent a copy of the Reply to Oppositions to Motions and Opposition to Cross Motions to the following parties via first class mail:

Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Ste. 1500
Livingston, NJ 07039

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014

City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

_____
Carline Bolivar

DATED: January 6, 2022