| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal |

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC, | Chapter 7 |
| Debtor. | Judge: Hon. Vincent F. Papalia |
| | Hearing Date:   January 11, 2022<br>                            at 10:00 a.m. |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S CROSS-MOTION TO COMPEL CARLINE BOLIVAR'S ATTENDANCE AT THE DEBTOR'S RESCHEDULED § 341 MEETING OF CREDITORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Granting Chapter 7 Trustee's Cross-Motion to Compel Carline Bolivar's Attendance at the Debtor's Rescheduled § 341 Meeting of Creditors |

_____

**THIS MATTER** having been brought before the Court upon the cross-motion of Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee in the above-captioned case of Supportive Health LLC (the "Debtor"), by and through his counsel Becker LLC, to compel Carline Bolivar ("Ms. Bolivar"), the Debtor's managing member and principal, to attend the Debtor's rescheduled § 341 meeting of creditors (the "Cross-Motion," ECF No. 106); and Ms. Bolivar having filed an objection to the Trustee's Cross-Motion (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that the Trustee's Cross-Motion to compel Ms. Bolivar to attend the Debtor's rescheduled § 341 meeting of creditors is **GRANTED** as stated herein; and it is further

**ORDERED** that Ms. Bolivar or another authorized representative of the Debtor with personal knowledge of the Debtor's financial affairs shall attend the Debtor's rescheduled § 341 meeting of creditors; and it is further

Debtor:                Supportive Health LLC

Case No.:            21-15113-VFP

Caption of Order:    Order Granting Chapter 7 Trustee's Cross-Motion to Compel Carline Bolivar's Attendance at the Debtor's Rescheduled § 341 Meeting of Creditors

_____

**ORDERED** that within three (3) days of the date of entry of this Order, the Trustee shall contact Ms. Bolivar to schedule the Debtor's rescheduled § 341 meeting for a date and time on or after February 28, 2022; and it is further

**ORDERED** that Ms. Bolivar shall have until February 11, 2022 to retain counsel for the Debtor and/or herself so that said counsel may represent the interests of the Debtor or Ms. Bolivar at the Debtor's rescheduled § 341 meeting; and it is further

**ORDERED** that by February 21, 2022, the Debtor shall file with the Court, through counsel or through Ms. Bolivar if counsel has not been retained, all required lists, schedules, and statements pursuant to § 521(a) of the Bankruptcy Code; and it is further

**ORDERED** that pursuant § 521(a)(3), Ms. Bolivar shall cooperate with the Trustee to the maximum extent possible at the Debtor's § 341 meeting subject to her fifth amendment right against self-incrimination.