IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

FILED
JEANNE A. NAUGHTON, CLERK
JAN 18 2022
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

## APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES PURSUANT TO FED. R. BANKR. P. 8009(a)

### STATEMENT OF THE ISSUES ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a), Carline Bolivar ("Appellant") hereby submits her designation of the record and statement of issues on appeal in connection with her appeal from the Order Denying the Motion to Dismiss the Bankruptcy (Dkt. No. 71):

1. Did the Bankruptcy Court err in Denying Carline Bolivar's Motion to Dismiss the Bankruptcy as Void *Ab Initio*?

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Carline Bolivar designates the following pleadings and other documents as the record on appeal:

| Date filed | ECF No. | Short desc | Long Desc |
|---|---|---|---|
| 06/22/21 | 1 | Voluntary Petition (Chapter 11) | Chapter 11 Voluntary Petition Filed by Joseph D Lento on behalf of Supportive Health LLC. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/20/2021. (Lento, Joseph) |
| 07/11/21 | 15 | Ch. 11 Small Business Statement of No Documents | Statement that No Documents Required by U.S.C. 1116 Have Been Filed or Prepared filed by Joseph D Lento on behalf of Supportive Health LLC. (Lento, Joseph) |
| 07/11/21 | 16 | Amended Schedules (Fee Attorney) | Amended Schedule(s) : Other Schedules re:Amended Voluntary Petition filed by Joseph |

1 | Page

| Date | Doc # | Type | Description |
|---|---|---|---|
| | | | D Lento on behalf of Supportive Health LLC. (Lento, Joseph) |
| 07/12/21 | 17 | Order Respecting Amendment to Schedule(s) or Document(s) | Order Respecting Amendment to Schedule(s) Voluntary Petition (related document:16 Amended Schedules (Fee Attorney) filed by Debtor Supportive Health LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/12/2021. (dlr) |
| 07/14/21-Filed 07/15/21-Entered | 18 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 07/14/2021. (Admin.) |
| 08/05/21 | 18 | Statement Adjourning Meeting of Creditors | Statement Adjourning 341(a) Meeting of Creditors (related document:11 Meeting of Creditors Chapter 11) filed by U.S. Trustee. 341(a) Meeting Continued to 9/1/2021 at 09:00 AM at Telephonic. (UST Staff03) |
| 08/09/21 | 19 | Document | Document re: Notice of 341 Hearing filed by Joseph D Lento on behalf of Supportive Health LLC. (Lento, Joseph) |
| 08/10/21 | 20 | Document | Document re: Amended 341 Hearing Notice filed by Joseph D Lento on behalf of Supportive Health LLC. (Lento, Joseph) |
| 08/11/21-Filed & Entered 08/19/21-Terminated | 22 | Motion to Convert Case from Chapter 11 to Chapter 7 | Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15., or in the alternative Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance Filed by David Gerardi on behalf of U.S. Trustee. (Attachments: # 1 Certification of Francyne D. Arendas in Support of Motion # 2 Memorandum of Law # 3 Proposed Order Converting Case to Chapter 7 # 4 Proposed Order Dismissing Case) (Gerardi, David) Modified TO INCLUDE UST EXEMPT IN RECEIPT FIELD on 9/15/2021 (mrm). |

| | | | |
|---|---|---|---|
| 08/11/21-Filed & Entered 08/19/21- Terminated | | 22 | Motion to Dismiss Case | Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15., or in the alternative Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance Filed by David Gerardi on behalf of U.S. Trustee. (Attachments: # 1 Certification of Francyne D. Arendas in Support of Motion # 2 Memorandum of Law # 3 Proposed Order Converting Case to Chapter 7 # 4 Proposed Order Dismissing Case) (Gerardi, David) Modified TO INCLUDE UST EXEMPT IN RECEIPT FIELD on 9/15/2021 (mrm). |
| 08/11/21-Filed & Entered 08/12/21- Terminated | | 23 | Application to Shorten Time | Application to Shorten Time (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance) Filed by David Gerardi on behalf of U.S. Trustee. (Attachments: # 1 Proposed Order Shortening Time) (Gerardi, David) |
| 08/12/21 | | 23 | Hearing Held and Continued | Minute of Hearing Held and Continued from 8/12/2021 (related document(s): [13] Notice of Hearing (Upload)) Hearing scheduled for 08/19/2021 at 02:30 PM at VFP - Courtroom 3B, Newark. (mcp) |
| 08/12/21 | | 24 | Document | Document re: Supportive Health Proof of Insurance filed by Joseph D Lento on behalf of Supportive Health LLC. (Lento, Joseph) |
| 08/12/21 | | 25 | Document | Document re: Application of Retention of Attorney for Supportive Health LLC filed by Joseph D Lento on behalf of Supportive Health LLC. (Lento, Joseph) |
| 08/12/21 | | 26 | Order on Application to Shorten Time | Order Granting Application to Shorten Time (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/12/2021. Hearing scheduled for 8/19/2021 at 02:30 PM by Telephone. (jf) |
| 08/13/21 | | 26 | Notice of Docketing Error | Correction Notice in Electronic Filing (related document:25 Document filed by Debtor Supportive Health LLC). Type of Error: INCORRECT EVENT CODE USED; FILE UNDER |

| Date | # | Type | Description |
|---|---|---|---|
| | | | MOTIONS/APPLICATIONS, filed by JOSEPH D LENTO. |
| 08/13/21 | 27 | Support | Supplement in support of (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee U.S. Trustee, Motion to Dismiss Case) filed by David Gerardi on behalf of U.S. Trustee. (Attachments: # 1 Exhibit Petition # 2 Exhibit Quit Claim Deed # 3 Exhibit Bolivar affidavit) (Gerardi, David) |
| 08/13/21 | 28 | Document | Document re: Certification of Samuel D. Jackson, Esq. (related document:13 Notice of Hearing (Upload)) filed by Samuel Jackson on behalf of Supportive Health LLC. (Attachments: # 1 Exhibit A) (Jackson, Samuel) |
| 08/13/21 | 29 | Certificate of Service | Certificate of Service (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee U.S. Trustee, Motion to Dismiss Case, 23 Application to Shorten Time filed by U.S. Trustee U.S. Trustee, 26 Order on Application to Shorten Time, 27 Support filed by U.S. Trustee U.S. Trustee) filed by David Gerardi on behalf of U.S. Trustee. (Gerardi, David) |
| 08/15/21-Filed 08/16/21-Entered | 30 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/15/2021. (Admin.) |
| 08/16/21 | 31 | Cross Motion | Cross Motion re: Motion to Withdraw as Counsel (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance, 23 Application to Shorten Time (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance) filed by U.S. Trustee U.S. Trustee) Filed by Joseph D Lento on behalf of Supportive Health LLC. Hearing scheduled for 8/19/2021 at 02:30 PM at VFP - Courtroom 3B, Newark. (Lento, Joseph) |

4 | Page

| Date | | Doc # | Type | Description |
|---|---|---|---|---|
| 08/18/21 | | 32 | Objection | Objection to (related document:25 Document re: Application of Retention of Attorney for Supportive Health LLC filed by Joseph D Lento on behalf of Supportive Health LLC. filed by Debtor Supportive Health LLC) filed by David Gerardi on behalf of U.S. Trustee. (Gerardi, David) |
| 08/19/21 | | 32 | Hearing Held | Minute of Hearing Held, OUTCOME: Granted (related document(s): [31] Cross Motion filed by Supportive Health LLC) (mcp) |
| 08/19/21 | | 32 | Hearing Held | Minute of Hearing Held, OUTCOME: Concluded, Case Converted (related document(s): [13] Notice of Hearing (Upload)) (mcp) |
| 08/19/21-Filed 08/20/21-Entered | | 32 | Hearing held | Minute of Hearing Held, OUTCOME: Granted (related document(s): [22] Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee) (mcp) |
| 08/19/21 | | 33 | Order (Generic) | Order Denying Application for Retention of the Lento Law Group, P.C. (related document:25 Document re: Application of Retention of Attorney for Supportive Health LLC filed by Joseph D Lento on behalf of Supportive Health LLC. filed by Debtor Supportive Health LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/19/2021. (jf) |
| 08/19/21 | | 34 | Order on Motion to Convert Case From Chapter 11 to 7 | Order Granting Motion to Convert Case to Chapter 7 (Related Doc # 22). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/19/2021. Missing schedules due within 14 days of the date of the order. (jf) |
| 08/19/21 | | 35 | Notice Appointing Trustee | Notice of Appointment of Eric Raymond Perkins as Trustee filed by U.S. Trustee. U.S. Trustee. (United States Trustee, by Martha Hildebrandt, Assistant United States Trustee) |
| 08/20/21 | | 36 | Meeting of Creditors Chapter 7 No Asset | Appointment of Trustee.Trustee Eric Raymond Perkins appointed to case. Meeting of Creditors 341(a) meeting to be held on 10/18/2021 at 12:00 PM at Telephonic. (UST Staff 15) |

| | | | |
|---|---|---|---|
| 08/21/21-Filed 08/22/21-Entered | 37 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/21/2021. (Admin.) |
| 08/21/21-Filed 08/22/21-Entered | 38 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/21/2021. (Admin.) |
| 08/21/21-Filed 08/22/21-Entered | 39 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/21/2021. (Admin.) |
| 08/25/21-Filed 08/26/21-Entered | 40 | BNC Certificate of Notice - Meeting of Creditors | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 2. Notice Date 08/25/2021. (Admin.) |
| 09/20/21-Filed & Entered 09/28/21-Terminated | 41 | Application for Retention | Application For Retention of Professional Becker LLC as Attorneys for Chapter 7 Trustee Filed by Justin Baumgartner on behalf of Eric Raymond Perkins. Objection deadline is 9/27/2021. (Attachments: # 1 Certification of Professional # 2 Proposed Order) (Baumgartner, Justin) |
| 09/20/21 | 42 | Certificate of Service | Certificate of Service (related document:41 Application for Retention filed by Trustee Eric Raymond Perkins) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 09/28/21 | 43 | Order on Application For Retention | Order Granting Application to Employ Becker LLC as Counsel for Chapter 7 Trustee (Related Doc # 41). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/28/2021. (jf) |
| 09/30/21-Filed 10/01/2021-Entered | 44 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 09/30/2021. (Admin.) |
| 09/30/21-Filed 10/01/2021-Entered | 45 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 09/30/2021. (Admin.) |
| 10/11/21 | 46 | Notice of Assets | Notice of Assets & Request for Notice to Creditors filed by Eric Raymond Perkins. Proofs of Claim due by 1/10/2022. (Perkins, Eric) |
| 10/14/21-Filed 10/15/2021-Entered | 47 | BNC Cert - Notice of Assets | BNC Certificate of Notice re: Notice of Assets. No. of Notices: 4. Notice Date 10/14/2021. (Admin.) |

| | | | |
|---|---|---|---|
| 10/14/21-Filed 10/15/2021-Entered | 48 | Correspondence | Correspondence re: Letter to the Court submitted by Carline Bolivar as Debtor's Manager (related document:1 Chapter 11 Voluntary Petition Filed by Joseph D Lento on behalf of Supportive Health LLC. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/20/2021. filed by Debtor Supportive Health LLC) filed by Carline Bolivar. (jf) Additional attachment(s) added on 12/15/2021 (jf). |
| 10/18/21-Filed 10/26/2021-Entered | 49 | Application for Retention | Application For Retention of Professional The Cream City Real Estate Company as Realtor for Eric R. Perkins, Chapter 7 Trustee Filed by Justin Baumgartner on behalf of Eric Raymond Perkins. Objection deadline is 10/25/2021. (Attachments: # 1 Exhibit A to Application # 2 Exhibit B to Application # 3 Certification of Professional in support of Application # 4 Proposed Order # 5 Certificate of Service) (Baumgartner, Justin) |
| 10/26/21 | 50 | Order on Application For Retention | Order Granting Application to Employ The Cream City Real Estate Company as Realtor (Related Doc # 49). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/26/2021. (jf) |
| 10/28/21-Filed 10/29/2021-Entered | 51 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 10/28/2021. (Admin.) |
| 10/28/21-Filed 10/29/2021-Entered | 52 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 10/28/2021. (Admin.) |
| 11/02/21-Filed 11/08/2021-Entered | 53 | Motion to Dismiss Case | Motion to dismiss case for other reasons Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration in Support # 2 Memorandum of Law # 3 Exhibit A # 4 Exhibit B # 5 Certificate of Service # 6 Cover Letter # 7 Scanned Copy of Envelope Submitting Motion) (rah) |
| 11/04/21-Filed 11/05/2021-Entered | 54 | BNC Hrg to Dismiss Case | BNC Certificate of Notice - Notice of Hearing to Dismiss Case. No. of Notices: 6. Notice Date 11/04/2021. (Admin.) |

| | | | |
|---|---|---|---|
| 11/09/21-Filed & Entered 12/08/21-Terminated | 56 | Motion for Turnover of Property | Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins. Hearing scheduled for 11/30/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Verified Application in Support of Motion # 2 Exhibit A to Application in support of Motion # 3 Exhibit B to Application in Support of Motion # 4 Proposed Order) (Baumgartner, Justin) |
| 11/09/21 | 57 | Certificate of Service | Certificate of Service (related document:56 Motion for Turnover of Property filed by Trustee Eric Raymond Perkins) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 11/10/21 | 58 | Certificate of Service | Amended Certificate of Service (related document:56 Motion for Turnover of Property filed by Trustee Eric Raymond Perkins, 57 Certificate of Service filed by Trustee Eric Raymond Perkins) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 11/16/21 | 59 | Objection | OBJECTION OF CREDIT AND DEBTOR'S PRINCIPAL CARLINE BOLIVAR TO TRUSTEE ERIC PERKINS MOTION TO TURN OVER RENT (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins. Hearing scheduled for 11/30/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Verified Application in Support of Motion # 2 Exhibit A to Application in support of Motion # 3 Exhibit B to Application in Support of Motion # 4 Proposed Order) filed by Trustee Eric Raymond Perkins) filed by Carline Bolivar. (Attachments: # 1 Mail Support) (mcp) |
| 11/16/21 | 60 | Correspondence | Correspondence re: Letter Motion to Hold Hearings Telephonically or via Zoom or Zoom-like Videoconferencing (related document:53 Motion to dismiss case for other reasons Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration in Support # 2 Memorandum of Law # 3 Exhibit A # 4 Exhibit B # 5 Certificate of Service # 6 Cover Letter # 7 Scanned Copy of Envelope Submitting Motion) (rah) filed by Interested Party Carline Bolivar) filed by Carline Bolivar. (mcp) |

| Date | Doc # | Type | Description |
|---|---|---|---|
| 11/16/21 | 61 | Cross Motion | NOTICE OF CROSS-MOTION OF CARLINE BOLIVAR FOR AN ORDER VACATING THE COURT ORDER TO SHORTEN TIME AND ORDER STAYING PROCEEDINGS UNTIL THE ADJUDICATION OF THE MOTION TO DISMISS (related document: (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance) and 26 Order on Application to Shorten Time) Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at Telephonic. (Attachments: # 1 Declaration of Carline Bolivar # 2 Certificate of Service # 3 Letter motion to hold hearings telephonically) (mcp). |
| 11/18/21 | 62 | Hearing (Document) Rescheduled | Hearing Rescheduled from 12/7/2021. (related document:61 NOTICE OF CROSS-MOTION OF CARLINE BOLIVAR FOR AN ORDER VACATING THE COURT ORDER TO SHORTEN TIME AND ORDER STAYING PROCEEDINGS UNTIL THE ADJUDICATION OF THE MOTION TO DISMISS (related document: (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance) and 26 Order on Application to Shorten Time) Filed by Carline Bolivar. (Attachments: # 1 Declaration of Carline Bolivar # 2 Certificate of Service # 3 Letter motion to hold hearings telephonically) (mcp). filed by Interested Party Carline Bolivar) Hearing scheduled for 11/30/2021 at 10:00 AM by Telephone. (jf) |
| 11/20/21-Filed 11/21/2021- Entered | 63 | BNC Certificate of Notice | BNC Certificate of Notice. No. of Notices: 2. Notice Date 11/20/2021. (Admin.) |
| 11/22/21 | 64 | Notice of Appearance and Request | Notice of Appearance and Request for Service of Notice filed by Mitchell Hausman on behalf of U.S. Trustee. (Hausman, Mitchell) |
| 11/24/21 | 64 | Hearing (Document) Rescheduled | Hearing Rescheduled from 11/30/2021 (related document(s): [56] Motion for Turnover of Property filed by Eric Raymond Perkins) Hearing scheduled for 12/07/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (jf) |

| | | | |
|---|---|---|---|
| 11/24/21 | 64 | Hearing (Document) Rescheduled | Hearing Rescheduled from 11/30/2021 (related document(s): [61] Cross Motion filed by Carline Bolivar) Hearing scheduled for 12/07/2021 at 10:00 AM by Telephone. (jf) |
| 11/30/21 | 65 | Objection | Objection to Debtor's Motion to Dismiss (related document:53 Motion to dismiss case for other reasons Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration in Support # 2 Memorandum of Law # 3 Exhibit A # 4 Exhibit B # 5 Certificate of Service # 6 Cover Letter # 7 Scanned Copy of Envelope Submitting Motion) (rah) filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 12/01/21 | 66 | Certificate of Service | Certificate of Service (related document:65 Objection filed by Trustee Eric Raymond Perkins) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 12/02/21 | 67 | Response | Response to (related document:65 Objection to Debtor's Motion to Dismiss (related document:53 Motion to dismiss case for other reasons Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration in Support # 2 Memorandum of Law # 3 Exhibit A # 4 Exhibit B # 5 Certificate of Service # 6 Cover Letter # 7 Scanned Copy of Envelope Submitting Motion) (rah) filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. filed by Trustee Eric Raymond Perkins) filed by Carline Bolivar. (smz) |
| 12/02/21 | 68 | Certificate of Service | Certificate of Service (related document:67 Response to (related document:65 Objection to Debtor's Motion to Dismiss (related document:53 Motion to dismiss case for other reasons Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration in Support # 2 Memorandum of Law # 3 Exhibit A # 4 Exhibit B # 5 Certificate of Service # 6 Cover Letter # 7 Scanned Copy of Envelope Submitting Motion) (rah) filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. filed by Trustee Eric |

| | | | |
|---|---|---|---|
| | | | Raymond Perkins) filed by Carline Bolivar. (smz) filed by Interested Party Carline Bolivar) filed by Carline Bolivar. (smz) |
| 12/03/21 | | 69 | Objection | Supplemental Objection to Debtor's Motion to Dismiss Chapter 7 (related document:65 Objection to Debtor's Motion to Dismiss (related document:53 Motion to dismiss case for other reasons Filed by Carline Bolivar. Hearing scheduled for 12/7/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration in Support # 2 Memorandum of Law # 3 Exhibit A # 4 Exhibit B # 5 Certificate of Service # 6 Cover Letter # 7 Scanned Copy of Envelope Submitting Motion) (rah) filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. filed by Trustee Eric Raymond Perkins) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 12/07/21-Filed 12/08/2021-Entered | | 69 | Hearing Held | Minute of Hearing Held, OUTCOME: Denied, Court Order (related document(s): [53] Motion to Dismiss Case filed by Carline Bolivar) (mcp) |
| 12/07/21-Filed 12/08/2021-Entered | | 69 | Hearing Held | Minute of Hearing Held, OUTCOME: Granted, Order to be Submitted by Trustee (related document(s): [56] Motion for Turnover of Property filed by Eric Raymond Perkins) (mcp) |
| 12/07/21-Filed 12/08/2021-Entered | | 69 | Hearing Held | Minute of Hearing Held, OUTCOME: Moot (related document(s): [61] Cross Motion filed by Carline Bolivar) (mcp |
| 12/07/21 | | 70 | Document | Document re: In support Motion # 53 to provide proper signatures. (related document:53 Motion to Dismiss Case filed by Interested Party Carline Bolivar) filed by Carline Bolivar. (mcp) |

11 | Page

| Date | Doc # | Type | Description |
|---|---|---|---|
| 12/08/21-Filed 12/09/2021-Entered | 71 | Order on Motion to Dismiss Case | Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc # 53). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2021. (jf) |
| 12/08/21-Filed 12/09/2021-Entered | 72 | Order on Motion for Turnover of Property | Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee AndGranting Other Related Relief(Related Doc # 56). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2021. (jf) |
| 12/09/21 | 73 | Certificate of Service | Certificate of Service (related document:72 Order on Motion for Turnover of Property) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 12/09/21 | 74 | Motion (Generic) | Motion re: Notice of Motion of Carline Bolivar for an Order Compelling Trustee Eric Perkins to Furnish Accounting of the Bankruptcy Filed by Carline Bolivar. Hearing scheduled for 1/4/2022 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Declaration of Carline Bolivar in Support of Motion # 2 Certificate of Service # 3 Mail Support) (mcp) |
| 12/10/21-Filed 12/13/2021-Entered | 78 | Motion to Reconsider | Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2021. (jf)) Filed by Carline Bolivar. (Attachments: # 1 Motion for Reconsideration # 2 Exhibit # 3 Certificate of Service) (rah) |
| 12/10/21-Filed 12/13/2021-Entered | 79 | Notice of Appeal | Notice of Appeal to District Court Court. (related document:34 Order on Motion to Convert Case From Chapter 11 to 7, Order on Motion to Dismiss Case). Receipt Number FEE DUE, Fee Amount $ 298. Filed by Carline Bolivar. Appellant Designation due by 12/27/2021. Transmission of Designation Due by 1/10/2022. (lc) |

| | | | |
|---|---|---|---|
| 12/10/21-Filed 12/13/2021-Entered | | 80 | Notice of Appeal | Notice of Appeal to District Court Court. (related document:71 Order on Motion to Dismiss Case). Receipt Number Fee Due, Fee Amount $ 298. Filed by Carline Bolivar. Appellant Designation due by 12/27/2021. Transmission of Designation Due by 1/10/2022. (lc) |
| 12/10/21-Filed 12/13/2021-Entered | | 81 | Notice of Appeal | Notice of Appeal to District Court Court. (related document:72 Order on Motion for Turnover of Property). Receipt Number Fee Due, Fee Amount $ 298. Filed by Carline Bolivar. Appellant Designation due by 12/27/2021. Transmission of Designation Due by 1/10/2022. (lc) |
| 12/10/21-Filed 12/14/2021-Entered | | 91 | Motion to Compel Abandonment | Motion to Compel Abandonment re: 3269 S. New York Avenue, Milwaukee, WI. Receipt Number 543402, Fee Amount $ 188. Filed by Carline Bolivar. (Attachments: # 1 Declaration in Support # 2 Declaration in Support # 3 Exhibit # 4 Certificate of Service # 5 Cover Letter and Copy of Envelope) (rah) Modified on 12/21/2021 to reflect fee paid on 12/21/21 reciept number 543402 in the amount of $188.00 (dmc). |
| 12/11/21-Filed 12/12/2021-Entered | | 75 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/11/2021. (Admin.) |
| 12/11/21-Filed 12/12/2021-Entered | | 76 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/11/2021. (Admin.) |
| 12/11/21-Filed 12/12/2021-Entered | | 77 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/11/2021. (Admin.) |
| 12/14/21 | | 85 | Certificate of Service - Appeal | Clerk's Certificate of Service of Notice of Appeal (related document:34 Order on Motion to Convert Case From Chapter 11 to 7, Order on Motion to Dismiss Case, 79 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) |
| 12/14/21 | | 86 | Certificate of Service - Appeal | Clerk's Certificate of Service of Notice of Appeal (related document:71 Order on Motion to Dismiss Case, 80 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) |
| 12/14/21 | | 87 | Certificate of Service - Appeal | Clerk's Certificate of Service of Notice of Appeal (related document:72 Order on Motion for Turnover of Property, 81 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) |

| Date | Doc # | Type | Description |
|---|---|---|---|
| 12/14/21 | 88 | Transmittal of Record on Appeal (USDC) | Transmittal of Record on Appeal to U.S. District Court (related document:34 Order on Motion to Convert Case From Chapter 11 to 7, Order on Motion to Dismiss Case, 79 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) |
| 12/14/21 | 89 | Transmittal of Record on Appeal (USDC) | Transmittal of Record on Appeal to U.S. District Court (related document:71 Order on Motion to Dismiss Case, 80 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) |
| 12/14/21 | 90 | Transmittal of Record on Appeal (USDC) | Transmittal of Record on Appeal to U.S. District Court (related document:72 Order on Motion for Turnover of Property, 81 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) |
| 12/14/21 | 92 | Motion to Reconsider | Motion to Reconsider (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins. Hearing scheduled for 11/30/2021 at 10:00 AM at VFP - Courtroom 3B, Newark. (Attachments: # 1 Verified Application in Support of Motion # 2 Exhibit A to Application in support of Motion # 3 Exhibit B to Application in Support of Motion # 4 Proposed Order) filed by Trustee Eric Raymond Perkins) Filed by Carline Bolivar. (Attachments: # 1 Caroline Bolivar's Motion for Reconsideration of the Decision on the Motion to Turnover Property # 2 Certificate of Service # 3 Cover Letter addressed to the Court) (jf) |
| 12/14/21 | 92 | Document | Carline Bolivar's Supplemental Certification to the Motion for Reconsideration.(related document:78 Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2021. (jf)) Filed by Carline Bolivar. (Attachments: # 1 Motion for Reconsideration # 2 Exhibit # 3 Certificate of Service) (rah) filed by Interested Party Carline Bolivar) (Attachments: # 1 Certificate of Service) (jf) |
| 12/14/21-Filed 12/16/2021-Entered | 96 | Notice of Docketing Record on Appeal | Notice of Docketing Record on Appeal to District Court. Case Number: 21-CV-20503-SDW. (related document: 81 Notice of Appeal filed by Carline Bolivar). United States District Court Judge Susan D. Wigenton Assigned. (jpp) |

14 | Page

| Date | # | Type | Description |
|---|---|---|---|
| 12/14/21-Filed 12/16/2021-Entered | 97 | Notice of Docketing Record on Appeal | Notice of Docketing Record on Appeal to District Court. Case Number: 21-CV-20502-SDW. (related document: 80 Notice of Appeal filed by Carline Bolivar). United States District Court Judge Susan D. Wigenton Assigned. (jpp) |
| 12/14/21-Filed 12/16/2021-Entered | 98 | Notice of Docketing Record on Appeal | Notice of Docketing Record on Appeal to District Court. Case Number: 21-CV-20464-SDW. (related document: 79 Notice of Appeal filed by Carline Bolivar). United States District Court Judge Susan D. Wigenton Assigned. (jpp) |
| 12/15/21 | 94 | Correspondence | Letter emailed to the Court on August 19, 2021, by Carline Bolivar (related document:22 Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount $ 15. filed by U.S. Trustee U.S. Trustee, Motion to dismiss case for other reasons re: Failure to Provide Proof of Insurance). (jf) |
| 12/15/21 | 95 | Motion to Compel | Motion to Compel the production of original signatures pursuant to Fed.R.Bank.P. 9011, Filed by Carline Bolivar. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Cover page # 4 Priority mail receipt) (jf) |
| 12/21/21 | 95 | Receipt Number and Filing Fee (generic) - Court Use Only | Receipt of Motion to Compel Abandonment Fee Amount $ 188.00, Receipt Number 543402. (related document:91 Motion to Compel Abandonment filed by Interested Party Carline Bolivar). Fee received from Jean-Paul Industries LLC (dmc) |
| 12/21/21 | 99 | Application to Shorten Time | Application to Shorten Time (related document:78 Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate filed by Interested Party Carline Bolivar, 92 Motion to Reconsider (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins.) Filed by Carline Bolivar, Related document(s) 95 Motion to Compel filed by Interested Party Carline Bolivar. Modified on 12/22/2021 (jf). |
| 12/21/21 | 100 | Certificate of Service | Certificate of Service (related document:95 Motion to Compel the production of original signatures pursuant to Fed.R.Bank.P. 9011, Filed by Carline Bolivar. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Cover page # 4 Priority mail |

15 | Page

| Date | Doc # | Type | Description |
|---|---|---|---|
| | | | receipt) (jf) filed by Interested Party Carline Bolivar) filed by Carline Bolivar. (jf) |
| 12/23/21 | 100 | Hearing (Document) Rescheduled | Hearing Rescheduled from 1/4/2022 (related document(s): [74] Motion (Generic) filed by Carline Bolivar) Hearing scheduled for 01/11/2022 at 10:00 AM by Telephone. (jf) |
| 12/23/21 | 101 | Notice of Hearing (Upload) | Notice of Hearing on various Motions for Reconsideration and Motions to Compel filed by Carline Bolivar and on request to shorten time, 99 Application to Shorten time. (Related document:74 Motion re: Notice of Motion of Carline Bolivar for an Order Compelling Trustee Eric Perkins to Furnish Accounting of the Bankruptcy Filed by Carline Bolivar., 78 Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53)., 91 Motion to Compel Abandonment re: 3269 S. New York Avenue, Milwaukee, WI. Receipt Number 543402, Fee Amount $ 188. Filed by Carline Bolivar., 92 Motion to Reconsider (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins., Filed by Carline Bolivar., 95 Motion to Compel the production of original signatures pursuant to Fed.R.Bank.P. 9011, Filed by Carline Bolivar.). The following parties were served via eletronic mail or regular mail: Carline Bolivar; the Debtor; Jean-Paul Perrault; Lento Law Group,P.C.; Chapter 7 Trustee; U.S. Trustee's Office; Hannah R. Jahn, as counsel for the City of Milwaukee; and any party having filed a Notice of Appearance. Hearing scheduled for 1/11/2022 at 10:00 AM by Telephone. (jf) |
| 12/23/21 | 102 | Document | Document: Application to Shorten Time filed by Carline Bolivar- This is Duplicative of Application #99.. (env) |
| 12/23/21 | 103 | Document | Document re: Certificate of Service filed by Carline Boliver - This is Duplicative of Doc #100.. (env) |
| 12/23/21 | 104 | Motion (Generic) | Motion Filed by Carline Bolivar. (Attachments: # 1 Carolin Bolivar's Motion to Redact) (env) |

| | | | |
|---|---|---|---|
| 12/25/21-Filed 12/26/2021- Entered | | 105 | BNC Certificate of Notice - Order | BNC Certificate of Notice - Order No. of Notices: 5. Notice Date 12/25/2021. (Admin.) |
| 12/28/21 | | 105 | Receipt Number and Filing Fee (generic) - Court Use Only | Receipt of Fee Amount $ 298.00, Receipt Number 543424. (related document:80 Notice of Appeal filed by Interested Party Carline Bolivar). Fee received from Jean-Paul Industries LLC (dmc) |
| 01/05/22 | | 107 | Certificate of Service | Certificate of Service (related document:106 Objection filed by Trustee Eric Raymond Perkins) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) |
| 01/06/22-Filed 01/12/22-Entered | | 109 | Objection | Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross-Motion to Bar Future Filings in Opposition to Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross-Motion to Bar Future Filings (related document:106 Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross-Motion to Bar Future Filings and Compel Attendance at 341 Meeting (related document:101 Notice of Hearing on various Motions for Reconsideration and Motions to Compel filed by Carline Bolivar and on request to shorten time, 99 Application to Shorten time. (Related document:74 Motion re: Notice of Motion of Carline Bolivar for an Order Compelling Trustee Eric Perkins to Furnish Accounting of the Bankruptcy Filed by Carline Bolivar., 78 Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53)., 91 Motion to Compel Abandonment re: 3269 S. New York Avenue, Milwaukee, WI. Receipt Number 543402, Fee Amount $ 188. Filed by Carline Bolivar., 92 Motion to Reconsider (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins., Filed by Carline Bolivar., 95 Motion to Compel the production of original signatures pursuant to Fed.R.Bank.P. 9011, Filed by Carline Bolivar.). The following parties were served via eletronic |

|  |  |  | mail or regular mail: Carline Bolivar; the Debtor; Jean-Paul Perrault; Lento Law Group,P.C.; Chapter 7 Trustee; U.S. Trustee's Office; Hannah R. Jahn, as counsel for the City of Milwaukee; and any party having filed a Notice of Appearance. Hearing scheduled for 1/11/2022 at 10:00 AM by Telephone. (jf)) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Attachments: # 1 Exhibit A) filed by Trustee Eric Raymond Perkins) filed by Carline Bolivar. (Attachments: # 1 Reply # 2 Certificate of Service) (rh) |
|---|---|---|---|
| 01/07/22 |  | 109 | Terminate Deadline | Follow Up Deadline Terminated, Reason: Case Converted (lc) |

| | | | |
|---|---|---|---|
| | | | Transcript regarding Hearing Held 12/07/21 (related document:53 Motion to Dismiss Case filed by Interested Party Carline Bolivar, 56 Motion for Turnover of Property filed by Trustee Eric Raymond Perkins, 61 Cross Motion filed by Interested Party Carline Bolivar). The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to contact the transcriber, call the Clerk's Office. Notice of Intent to Request Redaction Deadline Due By 1/18/2022. List of Items to be Redacted Due By 01/31/2022. Redacted Transcript Submission Due By 02/10/2022. Remote electronic access to the transcript will be restricted through 04/11/2022. (J&J Court Transcribers) |
| 01/10/22 | 108 | Transcript | |

_____
Carline Bolivar

DATED: January 15, 2021

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

2022 JAN 19 P 12:37

Bankruptcy Court