Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21–15113–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Supportive Health LLC
72 Van Reipen St #353
Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
80–0198863

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 25, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 123 – 95
Order Granting Carline Bolivars Motion to Compel the Production ofOriginal Signatures Pursuant to Fed. R. Bankr. P. 9011 and New JerseyBankruptcy Court Administrative Procedures and Granting Related Relief (Related Doc # 95). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2022
JAN: jf

Jeanne Naughton
Clerk