Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15113−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Supportive Health LLC
72 Van Reipen St #353
Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
80−0198863

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on January 25, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 124 − 106
Order Granting In Part and Denying In Part Chapter 7 TrusteesCross−Motion to Bar Carline Bolivar From Future Pro Se Filings (related document:106 Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross−Motion to Bar Future Filings and Compel Attendance at 341 Meeting (related document:101 Notice of Hearing on various Motions for Reconsideration and Motions to Compel filed by Carline Bolivar and on request to shorten time, 99 Application to Shorten time. (Related document:74 Motion re: Notice of Motion of Carline Bolivar for an Order Compelling Trustee Eric Perkins to Furnish Accounting of the Bankruptcy Filed by Carline Bolivar., 78 Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53)., 91 Motion to Compel Abandonment re: 3269 S. New York Avenue, Milwaukee, WI. Receipt Number 543402, Fee Amount $ 188. Filed by Carline Bolivar., 92 Motion to Reconsider (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins., Filed by Carline Bolivar., 95 Motion to Compel the production of original signatures pursuant to Fed.R.Bank.P. 9011, Filed by Carline Bolivar.). The following parties were served via eletronic mail or regular mail: Carline Bolivar; the Debtor; Jean−Paul Perrault; Lento Law Group,P.C.; Chapter 7 Trustee; U.S. Trustee's Office; Hannah R. Jahn, as counsel for the City of Milwaukee; and any party having filed a Notice of Appearance. Hearing scheduled for 1/11/2022 at 10:00 AM by Telephone. (jf)) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Attachments: # 1 Exhibit A) filed by Trustee Eric Raymond Perkins). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2022
JAN: jf

Jeanne Naughton
Clerk