UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BECKER LLC**
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Attorney for Chapter 7 Trustee, Eric R. Perkins
Justin S. Baumgartner,  Esq.
Email: jbaumgartner@becker.legal

Order Filed on January 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Supportive Health LLC,<br><br>                           Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:  January 11, 2022<br>                          at 10:00 a.m. |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S CROSS-MOTION TO COMPEL THE ATTENDANCE OF CARLINE BOLIVAR OR OTHER AUTHORIZED DEBTOR REPRESENTATIVE AT THE DEBTOR'S RESCHEDULED § 341 MEETING OF CREDITORS

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby **ORDERED.**
 **DATED: January 25, 2022**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2 of 3
Debtor:    Supportive Health LLC
Case No.:   21-15113-VFP
Caption:   Order Granting Chapter 7 Trustee's Cross-Motion to Compel the Attendance of Carline Bolivar or Other Authorized Debtor Representative at the Debtor's Rescheduled § 341 Meeting of Creditors

---

**THIS MATTER** having been brought before the Court upon the cross-motion of Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee (the "Trustee") in the above-captioned case of Supportive Health LLC (the "Debtor"), by and through his counsel Becker LLC,  to compel Carline Bolivar ("Ms. Bolivar"), the Debtor's managing member and principal, or other authorized Debtor representative, to attend the Debtor's rescheduled § 341 meeting of creditors (the "Cross-Motion," ECF No. 106); and Ms. Bolivar having filed an objection to the Trustee's Cross-Motion (ECF No. 109); and the Court having considered the submissions of the  parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022; and the Court having considered the objections of Ms. Bolivar to the proposed form of Order submitted by the Trustee, the Trustee's response and Ms. Bolivar's reply thereto, it is

**ORDERED** that the Trustee's Cross-Motion to compel Ms. Bolivar or other authorized representative of the Debtor to attend the Debtor's rescheduled § 341 meeting of creditors is **GRANTED** on the terms set forth herein; and it is further

**ORDERED** that Ms. Bolivar or another authorized representative of the Debtor with personal knowledge of the Debtor's financial and business affairs is required  to  attend the Debtor's rescheduled § 341 meeting of creditors, whether or not such representative is represented by an attorney; and it is further

Page 2 of 3
Debtor:       Supportive Health LLC
Case No.:     21-15113-VFP
Caption:      Order Granting Chapter 7 Trustee's Cross-Motion to Compel the
              Attendance of Carline Bolivar or Other Authorized Debtor Representative
              at the Debtor's Rescheduled § 341 Meeting of Creditors

---

**ORDERED** that within seven (7) days of the date of entry of this Order, the Trustee shall contact Ms. Bolivar to schedule the Debtor's rescheduled 341 meeting for a date and time after February 28, 2022. If Ms. Bolivar advises that the Debtor has designated another person as its authorized representative, she shall provide the Trustee with such person's contact information (including telephone number, physical address and email address) and the basis of such person's personal knowledge of the Debtor's business and financial affairs; and it is further

**ORDERED** that the Debtor, Ms. Bolivar or any other authorized representative of the Debtor shall have until February 18, 2022 to retain counsel for the Debtor and/or herself or other authorized representative of the Debtor so that said counsel may represent the interests of the Debtor, Ms. Bolivar and/or such other authorized representative, as the case may be, at the Debtor's rescheduled § 341 meeting; and it is further

**ORDERED** that by February 28, 2022, the Debtor shall file with the Court, through counsel, or through Ms. Bolivar or other authorized representative, if counsel has not been retained, all required lists, schedules, and statements pursuant to § 521(a) of the Bankruptcy Code; and it is further

**ORDERED** that pursuant § 521(a)(3), Ms. Bolivar and any other authorized representative of the Debtor is required to cooperate with the Trustee as necessary for the Trustee to perform his duties under the Bankruptcy Code, subject to any applicable privileges.