| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:　　January 11, 2022<br>　　　　　　　　　　at 10:00 a.m. |

### ORDER DENYING CARLINE BOLIVAR'S MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE ERIC R. PERKINS TO FURNISH AN ACCOUNTING CONCERNING THE DEBTOR'S BANKRUPTCY ESTATE AND THE ESTATE'S ADMINISTRATION WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:            Supportive Health LLC

Case No.:          21-15113-VFP

Caption of Order:  Order Denying Carline Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy Estate and the Estate's Administration Without Prejudice

_____

**THIS MATTER** having been brought before the Court upon the *pro se* motion of Carline Bolivar ("Ms. Bolivar"), the managing member and principal of the debtor in the above-captioned case Supportive Health LLC (the "Debtor"), for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy Estate and the Estate's Administration pursuant to § 704(a)(7) of the Bankruptcy Code (the "Motion," ECF No. 74); and Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee (the "Trustee") having filed an objection thereto as part of his Omnibus Objection to Ms. Bolivar's various motions for Reconsideration and to Compel and Cross-Motions to Bar Future *Pro Se* Filings from Ms. Bolivar and Compel Ms. Bolivar's Attendance at the Debtor's § 341 Meeting (ECF No. 106); and creditor the City of Milwaukee, Wisconsin having filed a joinder to the Trustee's objection; and Ms. Bolivar having filed a reply to the Trustee's objection (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that Ms. Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy

Debtor: Supportive Health LLC

Case No.: 21-15113-VFP

Caption of Order: Order Denying Carline Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy Estate and the Estate's Administration Without Prejudice

_____

Estate and the Estate's Administration is **DENIED** without prejudice to Ms. Bolivar's right to renew said Motion, subject to the succeeding decretal paragraph, should a change in circumstances occur during the Trustee's administration of the Debtor's bankruptcy estate; and it is further

**ORDERED** that Ms. Bolivar may only file a renewed Motion after the Debtor has submitted all necessary lists, schedules, and statements as required by § 521(a) of the Bankruptcy Code and the Trustee has conducted the Debtor's § 341 meeting of creditors.