| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:   January 11, 2022<br>                        at 10:00 a.m. |

## ORDER DENYING CARLINE BOLIVAR'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE

The relief set forth on the following page, numbered two (2) is hereby

**ORDERED.**

 **DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Denying Carline Bolivar's Motion for Reconsideration of Court's Order Denying Motion to Dismiss Bankruptcy Case |

_____

**THIS MATTER** having been brought before the Court upon the *pro se* motion of Carline Bolivar ("Ms. Bolivar"), the managing member and principal of the debtor in the above-captioned case Supportive Health LLC (the "Debtor"), for reconsideration of the Court's Order Denying Motion To Dismiss Filed By Carline Bolivar (ECF No. 71) (the "Motion," ECF No. 78); and Ms. Bolivar having filed a Certification in further support of the Motion (ECF No. 93); and the Chapter 7 Trustee Eric. R. Perkins, Esq. (the "Trustee") having filed an objection thereto as part of his Omnibus Objection to Ms. Bolivar's various motions for Reconsideration and to Compel and Cross-Motions to Bar Future *Pro Se* Filings from Ms. Bolivar and Compel Ms. Bolivar's Attendance at the Debtor's § 341 Meeting (ECF No. 106); and creditor the City of Milwaukee, Wisconsin having filed a joinder to the Trustee's objection; and Ms. Bolivar having filed a reply to the Trustee's objection (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that Ms. Bolivar's Motion for reconsideration of the Court's Order Denying Motion To Dismiss Filed By Carline Bolivar is **DENIED**.