| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:    January 11, 2022<br>at 10:00 a.m. |

### ORDER DENYING CARLINE BOLIVAR'S MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE ERIC R. PERKINS TO ABANDON PROPERTY OF THE DEBTOR WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Denying Carline Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon Property of the Debtor Without Prejudice |

_____

**THIS MATTER** having been brought before the Court upon the *pro se* motion of Carline Bolivar ("Ms. Bolivar"), the managing member and principal of the debtor in the above-captioned case Supportive Health LLC (the "Debtor"), for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon the Debtor's real property located at 3269 S New York Avenue, Milwaukee, WI (the "Motion," ECF No. 91); and Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee (the "Trustee") having filed an objection thereto as part of his Omnibus Objection to Ms. Bolivar's various motions for Reconsideration and to Compel and Cross-Motions to Bar Future *Pro Se* Filings from Ms. Bolivar and Compel Ms. Bolivar's Attendance at the Debtor's § 341 Meeting (ECF No. 106); and creditor the City of Milwaukee, Wisconsin having filed a joinder to the Trustee's objection; and Ms. Bolivar having filed a reply to the Trustee's objection (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that Ms. Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon the Debtor's real property located at 3269 S New York Avenue, Milwaukee, WI is **DENIED** without prejudice to Ms. Bolivar's right to

Debtor:              Supportive Health LLC

Case No.:            21-15113-VFP

Caption of Order:    Order Denying Carline Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon Property of the Debtor Without Prejudice

_____

renew said Motion subject to the decretal paragraphs below and should circumstances change during the Trustee's administration of the Debtor's bankruptcy estate; and it is further

**ORDERED** that Ms. Bolivar shall cooperate with the Trustee's request to provide all relevant documentation relative to any and all real estate of the Debtor, including but not limited to, all mortgage documents, including without limitation, recent mortgage statements of all balances due, copies of leases for all real estate of the Debtor, and current bank statements of the Debtor; and it is further

**ORDERED** that Ms. Bolivar shall cooperate with the Trustee to provide the Trustee and his professionals, including the Trustee's realtors and attorneys, with immediate access to all real estate of the Debtor.