Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21–15113–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Supportive Health LLC
   72 Van Reipen St #353
   Jersey City, NJ 07306
Social Security No.:

Employer's Tax I.D. No.:
   80–0198863

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 25, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 130 – 92
Order Denying Carline Bolivars Motion For Reconsideration of the Courts Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants Rents Property of the Bankruptcy Estate, Compelling the Turnover of All Rents Held by Tenants and Perrault Jean Paul to the Chapter 7 Trustee and Granting Other Related Relief (Related Doc # 92). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2022
JAN: jf

Jeanne Naughton
Clerk