Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15113−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Supportive Health LLC
   72 Van Reipen St #353
   Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
   80−0198863

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on 2/8/22 at 10:00 AM

to consider and act upon the following:

*104* − Motion Filed by Carline Bolivar. (Attachments: # 1 Carolin Bolivar's Motion to Redact) (env)

Dated: 1/25/22

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court