| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BECKER LLC<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Case No.: 21-15113 (VFP)<br><br>Chapter: 7 |
| In Re:<br><br>Supportive Health LLC,<br><br>Debtor. | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: Click or tap here to enter text.<br><br>Judge: Hon. Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose:

    ☐ represent Click or tap here to enter text. in this matter.

    ☒ am the secretary/paralegal for Becker LLC, who represents Eric R. Perkins, Chapter 7 Trustee in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On January 26, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Order Granting Carline Bolivar's Motion To Compel The Production Of Original Signatures Pursuant To Fed. R. Bankr. P. 9011 And New Jersey Bankruptcy Court Administrative Procedures And Granting Related Relief (Document #123);

    2. Order Granting In Part And Denying In Part Chapter 7 Trustee's Cross-Motion To Bar Carline Bolivar From Future *Pro Se* Filings (Document #124);

    3.    Order Granting Chapter 7 Trustee's Cross-Motion To Compel The Attendance Of Carline Bolivar Or Other Authorized Debtor Representative At the Debtor's Rescheduled § 341 Meeting Of Creditors (Document #126);

    4.    Order Denying Carline Bolivar's Motion For An Order Compelling Chapter 7 Trustee Eric R. Perkins To Furnish An Accounting Concerning The Debtor's Bankruptcy Estate And The Estate's Administration Without Prejudice (Document #127);

    5.    Order Denying Carline Bolivar's Motion For Reconsideration Of The Court's Order Denying Motion To Dismiss Bankruptcy Case (Document #128);

    6.    Order Denying Carline Bolivar's Motion For An Order Compelling Chapter 7 Trustee Eric R. Perkins To Abandon Property Of The Debtor Without Prejudice (Document #129); and

    7.    Order Denying Carline Bolivar's Motion For Reconsideration Of the Court's Order Pursuant To 11 U.S.C. §§ 105(a), 541(a), 542(a) And 704(a)(1) And (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants And Perrault Jean Paul To The Chapter 7 Trustee And Granting Other Related Relief (Document #130).

    3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    January 26, 2022                      /s/ Mary Ann Ambrose
                                                                  Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Mitchell Hausman, Esq.<br>David Gerardi, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF Filing<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carline Bolivar, Pro Se<br>Supportive Health LLC,<br>72 Van Reipen St #353<br>Jersey City, NJ 07306<br>donotreply@supportivehealth.com | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Carline Bolivar, Pro Se<br>85 Sycamore Road<br>Jersey City, New Jersey 07305-1237<br>donotreply@supportivehealth.com | Pro Se Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Perrault Jean-Paul<br>85 Sycamore Road<br>Jersey City, New Jersey 07305-1237 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick Newbury<br>Jennifer Newbury<br>2229 E. Eden Place<br>St. Francis, WI 53235 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patrick Newbury<br>Jennifer Newbury<br>2431 South 66th Street<br>West Allis, WI  53219 | Party-in-Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph D. Lento, Esq.<br>Lento Law Group<br>3000 Atrium Way, Suite 200<br>Mt. Laurel, NJ  08054<br>jdlento@lentolawgroup.com | Former Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Samuel D. Jackson, Esq.<br>Lento Law Group<br>3000 Atrium Way, Suite 200<br>Mt. Laurel, NJ  08054<br>sdjackson@Lentolawgroup.com | Former Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*