Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15113−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Supportive Health LLC
  72 Van Reipen St #353
  Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
  80−0198863

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on January 25, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 124 − 106
Order Granting In Part and Denying In Part Chapter 7 TrusteesCross−Motion to Bar Carline Bolivar From Future Pro Se Filings (related document:106 Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross−Motion to Bar Future Filings and Compel Attendance at 341 Meeting (related document:101 Notice of Hearing on various Motions for Reconsideration and Motions to Compel filed by Carline Bolivar and on request to shorten time, 99 Application to Shorten time. (Related document:74 Motion re: Notice of Motion of Carline Bolivar for an Order Compelling Trustee Eric Perkins to Furnish Accounting of the Bankruptcy Filed by Carline Bolivar., 78 Motion to Reconsider (related document:71 Order Denying Motion to Dismiss Case, filed by Carline Bolivar (Related Doc 53)., 91 Motion to Compel Abandonment re: 3269 S. New York Avenue, Milwaukee, WI. Receipt Number 543402, Fee Amount $ 188. Filed by Carline Bolivar., 92 Motion to Reconsider (related document:56 Motion for Turnover of Property Filed by Justin Baumgartner on behalf of Eric Raymond Perkins., Filed by Carline Bolivar., 95 Motion to Compel the production of original signatures pursuant to Fed.R.Bank.P. 9011, Filed by Carline Bolivar.). The following parties were served via eletronic mail or regular mail: Carline Bolivar; the Debtor; Jean−Paul Perrault; Lento Law Group,P.C.; Chapter 7 Trustee; U.S. Trustee's Office; Hannah R. Jahn, as counsel for the City of Milwaukee; and any party having filed a Notice of Appearance. Hearing scheduled for 1/11/2022 at 10:00 AM by Telephone. (jf)) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Attachments: # 1 Exhibit A) filed by Trustee Eric Raymond Perkins). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2022
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 21-15113-VFP

Supportive Health LLC                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                         Page 1 of 2
Date Rcvd: Jan 25, 2022                       Form ID: orderntc                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

**Recip ID           Recipient Name and Address**
intp              + Carline Bolivar, 72 Van Reipen Avenue, #353, Jersey City, NJ 07306-2806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022                         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

**Name**                      **Email Address**
David Gerardi
                              on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Eric Raymond Perkins
                              on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
                              nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
                              eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Justin Baumgartner
                              on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal

Mitchell Hausman
                              on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jan 25, 2022     Form ID: orderntc     Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6