| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>                                            Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:    January 11, 2022<br>                              at 10:00 a.m. |

### ORDER GRANTING IN PART AND DENYING IN PART CHAPTER 7 TRUSTEE'S CROSS-MOTION TO BAR CARLINE BOLIVAR FROM FUTURE *PRO SE* FILINGS

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED.**

**DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:           Supportive Health LLC

Case No.:         21-15113-VFP

Caption of Order: Order Granting In Part and Denying In Part Chapter 7 Trustee's Cross-Motion to Bar Carline Bolivar From Future *Pro Se* Filings

_____

**THIS MATTER** having been brought before the Court upon the cross-motion of Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee (the "Trustee") in the above-captioned case of Supportive Health LLC (the "Debtor"), by and through his counsel Becker LLC, to bar future *pro se* filings from Carline Bolivar ("Ms. Bolivar"), the Debtor's managing member and principal (the "Cross-Motion," ECF No. 106); and Ms. Bolivar having filed an objection to the Trustee's Cross-Motion (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022; and the Court having considered the objection of Ms. Bolivar to the proposed form of Order submitted by the Trustee, the Trustee's response and Ms. Bolivar's reply thereto; it is

**ORDERED** that the Trustee's Cross-Motion to bar future *pro se* filings of Ms. Bolivar is **GRANTED IN PART AND DENIED IN PART** as set forth herein; and it is further

**ORDERED** that Ms. Bolivar is prohibited and barred from filing any future motions to reconsider the Court's Orders: (1) Denying Ms. Bolivar's Motion to Dismiss the present bankruptcy case (ECF No. 71) and denying her Motion for Reconsideration of the Denial of Dismissal Order (collectively, the "Denial of Dismissal Orders"); (2) Granting the Trustee's Motion to Deem Tenants' Rents

Debtor:             Supportive Health LLC

Case No.:           21-15113-VFP

Caption of Order:   Order Granting In Part and Denying In Part Chapter 7 Trustee's Cross-Motion to Bar Carline Bolivar From Future *Pro Se* Filings

---

Property of the Bankruptcy Estate and to Compel the Turnover of All Rents Held by Tenants and Perrault Jean Paul to the Chapter 7 Trustee (ECF No. 72) and denying her Motion for Reconsideration of the Turnover Order (collectively, the "Turnover Orders") ; and (3) all subsidiary issues decided in connection with the issuance of such Orders, including (without limitation) whether the Debtor's bankruptcy filing was properly authorized, without the prior approval of this Court in accordance with the procedures set forth in this Order; and it is further

**ORDERED** that any future motions to reconsider filed by Ms. Bolivar relating to the Dismissal Orders and/or the Turnover Orders, and all subsidiary issues decided in connection with the issuance of such Orders, must be preceded by a letter or other supporting document certifying or affirming under penalty of perjury that the basis for the motion to reconsider involves new and additional grounds for relief that were not previously raised by or known to the parties or considered by the Court; and it is further

**ORDERED** that all parties-in-interest shall have seven (7) days from the date Ms. Bolivar's certification or affirmation is filed with the Court to object to same; and it is further

**ORDERED** that in the event an objection is filed, the Court will decide on the papers if Ms. Bolivar's Motion to Reconsider is in fact based on new and additional grounds for relief that were not previously raised by the parties or considered by the

Debtor:           Supportive Health LLC

Case No.:         21-15113-VFP

Caption of Order: Order Granting In Part and Denying In Part Chapter 7 Trustee's Cross-Motion to Bar Carline Bolivar From Future *Pro Se* Filings

---

Court or the Court may conduct a hearing to decide whether such approval should be granted; and it is further

**ORDERED** that if the Court decides that sufficient new grounds exist for Ms. Bolivar to file a Motion to Reconsider, the Court will advise the interested parties that her request has been approved and that the Motion may be filed and will be scheduled for hearing in the ordinary course; and it is further

**ORDERED** that if the Court decides that no such sufficient new grounds exist for Ms. Bolivar to file a Motion to Reconsider, the Court will advise the interested parties that the request has not been approved. In such event, the Motion may not be filed and it will not be scheduled for hearing; and it is further

**ORDERED** that in the event Ms. Bolivar files a Motion to Reconsider without the above-referenced certification, the Court will not consider or schedule a return date for such Motion; and it is further

**ORDERED** that if Ms. Bolivar complies with the preceding conditions of this Order and no party-in-interest files an objection to her certification within seven (7) days of the certification being filed on the Court's docket, the Court shall schedule a return date for said Motion in the ordinary course; and it is further

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Granting In Part and Denying In Part Chapter 7 Trustee's Cross-Motion to Bar Carline Bolivar From Future *Pro Se* Filings |

---

**ORDERED** that the conditions set forth herein shall apply to all motions to reconsider (or seeking similar relief) filed by Ms. Bolivar on or after January 11, 2022 and shall also apply to any similar motions filed by or on behalf of the Debtor or Mr. Jean Paul Perrault, a/k/a Perrault Jean Paul (Mr. "Perrault"); and it is further

**ORDERED** that the Trustee shall serve a copy of this Order via first class and certified mail, return receipt requested (and via email if known) upon: (i) Ms. Bolivar; (ii) Mr. Perrault; (iii) Joseph D. Lento, Esq.; and (iv) Samuel Jackson, Esq. and shall file a certification of such service (along with a second certification of service as necessary to report the result of service).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jan 25, 2022 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6