| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:   January 11, 2022<br>at 10:00 a.m. |

### ORDER DENYING CARLINE BOLIVAR'S MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE ERIC R. PERKINS TO FURNISH AN ACCOUNTING CONCERNING THE DEBTOR'S BANKRUPTCY ESTATE AND THE ESTATE'S ADMINISTRATION WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Supportive Health LLC

Case No.: 21-15113-VFP

Caption of Order: Order Denying Carline Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy Estate and the Estate's Administration Without Prejudice

___

**THIS MATTER** having been brought before the Court upon the *pro se* motion of Carline Bolivar ("Ms. Bolivar"), the managing member and principal of the debtor in the above-captioned case Supportive Health LLC (the "Debtor"), for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy Estate and the Estate's Administration pursuant to § 704(a)(7) of the Bankruptcy Code (the "Motion," ECF No. 74); and Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee (the "Trustee") having filed an objection thereto as part of his Omnibus Objection to Ms. Bolivar's various motions for Reconsideration and to Compel and Cross-Motions to Bar Future *Pro Se* Filings from Ms. Bolivar and Compel Ms. Bolivar's Attendance at the Debtor's § 341 Meeting (ECF No. 106); and creditor the City of Milwaukee, Wisconsin having filed a joinder to the Trustee's objection; and Ms. Bolivar having filed a reply to the Trustee's objection (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that Ms. Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy

Case 21-15113-VFP    Doc 143    Filed 01/27/22    Entered 01/28/22 00:15:46    Desc
                     Imaged Certificate of Notice    Page 3 of 5

Page 3 of 3

Debtor: Supportive Health LLC

Case No.: 21-15113-VFP

Caption of Order: Order Denying Carline Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtor's Bankruptcy Estate and the Estate's Administration Without Prejudice

_____

Estate and the Estate's Administration is **DENIED** without prejudice to Ms. Bolivar's right to renew said Motion, subject to the succeeding decretal paragraph, should a change in circumstances occur during the Trustee's administration of the Debtor's bankruptcy estate; and it is further

   **ORDERED** that Ms. Bolivar may only file a renewed Motion after the Debtor has submitted all necessary lists, schedules, and statements as required by § 521(a) of the Bankruptcy Code and the Trustee has conducted the Debtor's § 341 meeting of creditors.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jan 25, 2022 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6