| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date:    January 11, 2022<br>at 10:00 a.m. |

## ORDER DENYING CARLINE BOLIVAR'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE

The relief set forth on the following page, numbered two (2) is hereby

**ORDERED.**

**DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Supportive Health LLC |
| Case No.: | 21-15113-VFP |
| Caption of Order: | Order Denying Carline Bolivar's Motion for Reconsideration of Court's Order Denying Motion to Dismiss Bankruptcy Case |

___

**THIS MATTER** having been brought before the Court upon the *pro se* motion of Carline Bolivar ("Ms. Bolivar"), the managing member and principal of the debtor in the above-captioned case Supportive Health LLC (the "Debtor"), for reconsideration of the Court's Order Denying Motion To Dismiss Filed By Carline Bolivar (ECF No. 71) (the "Motion," ECF No. 78); and Ms. Bolivar having filed a Certification in further support of the Motion (ECF No. 93); and the Chapter 7 Trustee Eric. R. Perkins, Esq. (the "Trustee") having filed an objection thereto as part of his Omnibus Objection to Ms. Bolivar's various motions for Reconsideration and to Compel and Cross-Motions to Bar Future *Pro Se* Filings from Ms. Bolivar and Compel Ms. Bolivar's Attendance at the Debtor's § 341 Meeting (ECF No. 106); and creditor the City of Milwaukee, Wisconsin having filed a joinder to the Trustee's objection; and Ms. Bolivar having filed a reply to the Trustee's objection (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that Ms. Bolivar's Motion for reconsideration of the Court's Order Denying Motion To Dismiss Filed By Carline Bolivar is **DENIED**.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-15113-VFP

Supportive Health LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jan 25, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jan 25, 2022 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6