UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N. J. LBR 9004-2 (c)**

**BECKER LLC**
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Attorney for Chapter 7 Trustee, Eric R. Perkins
Justin S. Baumgartner, Esq.
Email: jbaumgartner@becker.legal

Order Filed on January 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Supportive Health LLC,

                    Debtor.

Case No. 21-15113-VFP

Chapter 7

Judge: Hon. Vincent F. Papalia

Hearing Date:    January 11, 2022
                        at 10:00 a.m.

## ORDER DENYING CARLINE BOLIVAR'S MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE ERIC R. PERKINS TO ABANDON PROPERTY OF THE DEBTOR WITHOUT PREJUDICE

      The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED.**

**DATED: January 25, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:                Supportive Health LLC

Case No.:              21-15113-VFP

Caption of Order:      Order Denying Carline Bolivar's Motion for an Order Compelling
                       Chapter 7 Trustee Eric R. Perkins to Abandon Property of the
                       Debtor Without Prejudice

_____

**THIS MATTER** having been brought before the Court upon the *pro se* motion of Carline Bolivar ("Ms. Bolivar"), the managing member and principal of the debtor in the above-captioned case Supportive Health LLC (the "Debtor"), for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon the Debtor's real property located at 3269 S New York Avenue, Milwaukee, WI (the "Motion," ECF No. 91); and Eric R. Perkins, Esq. in his capacity as Chapter 7 Trustee (the "Trustee") having filed an objection thereto as part of his Omnibus Objection to Ms. Bolivar's various motions for Reconsideration and to Compel and Cross-Motions to Bar Future *Pro Se* Filings from Ms. Bolivar and Compel Ms. Bolivar's Attendance at the Debtor's § 341 Meeting (ECF No. 106); and creditor the City of Milwaukee, Wisconsin having filed a joinder to the Trustee's objection; and Ms. Bolivar having filed a reply to the Trustee's objection (ECF No. 109); and the Court having considered the submissions of the parties; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on January 11, 2022, it is

**ORDERED** that Ms. Bolivar's Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon the Debtor's real property located at 3269 S New York Avenue, Milwaukee, WI is **DENIED** without prejudice to Ms. Bolivar's right to

Page 3 of 3

Debtor:              Supportive Health LLC

Case No.:            21-15113-VFP

Caption of Order:    Order Denying Carline Bolivar's Motion for an Order Compelling
                     Chapter 7 Trustee Eric R. Perkins to Abandon Property of the
                     Debtor Without Prejudice

_____

renew said Motion subject to the decretal paragraphs below and should circumstances

change during the Trustee's administration of the Debtor's bankruptcy estate; and it is

further

**ORDERED** that Ms. Bolivar shall cooperate with the Trustee's request to

provide all relevant documentation relative to any and all real estate of the Debtor,

including but not limited to, all mortgage documents, including without limitation,

recent mortgage statements of all balances due, copies of leases for all real estate of the

Debtor, and current bank statements of the Debtor; and it is further

**ORDERED** that Ms. Bolivar shall cooperate with the Trustee to provide the

Trustee and his professionals, including the Trustee's realtors and attorneys, with

immediate access to all real estate of the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 21-15113-VFP

Supportive Health LLC                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 25, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

**Name**      **Email Address**

David Gerardi
   on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Eric Raymond Perkins
   on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
   nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
   eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Justin Baumgartner
   on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal

Mitchell Hausman
   on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

U.S. Trustee

District/off: 0312-2                   User: admin                          Page 2 of 2
Date Rcvd: Jan 25, 2022              Form ID: pdf903                    Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6