UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
David Gerardi, Esq.
Robert J. Schneider, Jr.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: david.gerardi@usdoj.gov
　　　　 robert.j.schneider@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| Supportive Health, LLC, | Case No. 21-15113 (VFP) |
| Debtor. | The Honorable Vincent F. Papalia |

**UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Andrew R. Vara, the United States Trustee for Regions 3 and 9, designates pursuant to Fed. R. Bankr. P. 8009(a)(2) the following additional items to be included in the record in the appeal filed by Carline Bolivar of this Court's August 19, 2021 Order Granting Motion to Convert Case to Chapter 7 (Docket Entry 34), which has been assigned Case No. 2:21-cv-20464-SDW by the United States District Court for the District of New Jersey:

| Docket No. | Date | Description |
|---|---|---|
| | | Case Docket for Bankr. D.N.J. Case No. 21-15113 (VFP) |
| 10 | 6/28/21 | Declaration Under Penalty for Non-Individual Debtors, Statement of Financial Affairs for Non-Individuals, Schedules, Summary of Assets and Liabilities for Non-Individuals A/B, C, D, E/F, G, H, I, J |
| 11 | 6/28/21 | Meeting of Creditors – Chapter 11. 341(a) meeting to be held on 8/4/2021 at 9:00 AM at Telephonic. |
| 12 | 6/30/21 | BNC Certificate of Notice – Meeting of Creditors |
| 13 | 6/30/21 | Notice of Hearing for: General Status Conference (related document: 1 Chapter 11 Voluntary Petition Filed by Joseph D Lento on behalf of Supportive Health LLC. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/20/21. Filed by Debtor Supportive Health LLC). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing Scheduled for 8/12/2021 at 10:00 AM by telephone. |
| 14 | 7/3/21 | BNC Certificate of Service – Order |
| 21 | 8/10/21 | Status Change Form. The matter has been withdrawn (related document: 19 Document Filed by Supportive Health LLC) |
| 93 | 12/14/21 | Carline Bolivar's Supplemental Certification to the Motion for Reconsideration |
| N/A | | Transcript of August 12, 2021, Status Conference |
| N/A | | Transcript of August 19, 2021, Hearing on Motion to Convert Case From Chapter 11 to Chapter 7 |

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By:  /s/ Robert J. Schneider, Jr.
Robert J. Schneider, Jr.
Trial Attorney

Dated: February 1, 2022