UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Robert J. Schneider, Jr., Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: robert.j.schneider@usdoj.gov

In Re:

In re Supportive Health LLC,

Debtor.

Case No.: 21-15113 (VFP)

Chapter: 7

Adv. No.:

Hearing Date:

Judge:

## CERTIFICATION OF SERVICE

1. I, <u>Adela Alfaro</u>:

    ☐ represent _____ in this matter.

    ☒ am the paralegal for <u>Robert J. Schneider, Jr. Trial Attorney</u>, who represents the <u>United States Trustee</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>February 1, 2022</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - **Appellee United States Trustee's Designation of Additional Items to be Included in the Record on Appeal.**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    February 1, 2022            /s/ Adela Alfaro
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Carline Bolivar,<br>72 Van Reipen Avenue, #353<br>Jersey City, NJ 07306 | Appellant, *pro se* | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>_____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Justin S. Baumgartner, Esq.<br>Becker LLC<br>Eisenhower Plaza Two, Suite 1500<br>354 Eisenhower Parkway<br>Livingston, NJ 07039<br>jbaumgartner@becker.legal | Counsel for Appellee Eric J. Perkins, Chapter 7 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other: Via CM/ECF as authorized by Fed. R. Bankr. P. 9036 (As authorized by the court or by rule. Cite the rule if applicable) |