| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | |
| In re:<br><br>Supportive Health LLC,<br><br>                                                          Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia |

## CHAPTER 7 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Eric R. Perkins, the Chapter 7 Trustee and Appellee, designates pursuant to Fed. R. Bankr. P. 8009(a)(2) the following additional items to be included in the record in the appeal filed by Carline Bolivar of this Court's December 8, 2021 Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants and Perrault Jean Paul to The Chapter 7 Trustee And Granting Other Related Relief (ECF No. 72), which has been assigned 2:21-cv-20503-SDW by the United States District Court for the District of New Jersey:

| **Docket No.** | **Date** | **Description** |
|---|---|---|
|  |  | Case Docket for Bankr. D.N.J. Case No. 21-15113 (VFP) |
| 10 | 6/28/2021 | Declaration Under Penalty for Non-Individual Debtors, Statement of Financial Affairs for Non-Individuals, Schedules, Summary of Assets and Liabilities for Non-Individuals A/B, C, D, E/F, G, H, I, J |
| 11 | 6/28/2021 | Meeting of Creditors – Chapter 11.  341(a) meeting to be held on 8/4/2021 at 9:00 AM at Telephonic. |
| 12 | 6/30/2021 | BNC Certificate of Notice – Meeting of Creditors |
| 13 | 6/30/2021 | Notice of Hearing for: General Status Conference (related document: 1 Chapter 11 Voluntary Petition Filed by Joseph D Lento on behalf of Supportive Health LLC.  Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/20/21.  Filed by Debtor Supportive Health LLC).  The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee.  Hearing Scheduled for 8/12/2021 at 10:00 AM by telephone. |
| 14 | 7/3/2021 | BNC Certificate of Service – Order |
| 21 | 8/10/2021 | Status Change Form.  The matter has been withdrawn (related document: 19 Document Filed by Supportive Health LLC) |
| 93 | 12/14/2021 | Carline Bolivar's Supplemental Certification to the Motion for Reconsideration |
| 106 | 1/4/2022 | Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross-Motion to Bar Future Filings and Compel Attendance at 341 Meeting. |
| 118 | 1/18/2022 | Objection to Proposed forms of Orders, Related document(s) Minute of Hearing Held, OUTCOME: Granted; Doc# 106 Cross Motion as to barring future filings is Denied in Part; Request to Compel attendance by Ms. Bolivar on 341 Meeting is Granted. Trustee to submit order (related document(s): 95 Motion to Compel filed by Carline Bolivar) (jf) (Entered: 01/19/2022).). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2021. (jf)) filed by Carline Bolivar. (smz). Modified on 1/19/2022 (jf). (Entered: 01/19/2022) |
| 119 | 1/19/2022 | Document re: Trustee's Response to Objection of Carline Bolivar to Trustee's Proposed Forms of Order (related document:118 Objection filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Attachments: # 1 Exhibit A- Revised Proposed Order) (Baumgartner, Justin) (Entered: 01/19/2022) |

| | | |
|---|---|---|
| 123 | 1/25/2022 | Order Granting Carline Bolivars Motion to Compel the Production of Original Signatures Pursuant to Fed. R. Bankr. P. 9011 and New Jersey Bankruptcy Court Administrative Procedures and Granting Related Relief (Related Doc # 95). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf) (Entered: 01/25/2022) |
| 124 | 1/25/2022 | Order Granting In Part and Denying In Part Chapter 7 Trustees Cross-Motion to Bar Carline Bolivar From Future Pro Se Filings (related document:106 Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross-Motion to Bar Future Filings and Compel Attendance at 341 Meeting (related document:101 Notice of Hearing on various Motions for Reconsideration and Motions to Compel filed by Carline Bolivar and on request to shorten time, 99 Application to Shorten time. |
| 125 | 1/25/2022 | Response to (related document:119 Document re: Trustee's Response to Objection of Carline Bolivar to Trustee's Proposed Forms of Order (related document:118 Objection filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Attachments: # 1 Exhibit A- Revised Proposed Order) filed by Trustee Eric Raymond Perkins) filed by Supportive Health LLC. (lc) (Entered: 01/25/2022) |
| 126 | 1/25/2022 | Order Granting Chapter 7 Trustees Cross-Motion to Compel the Attendance of Carline Bolivar or Other Authorized Debtor Representative at the Debtors Rescheduled § 341 Meeting of Creditors |
| 127 | 1/25/2022 | Order Denying Carline Bolivars Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Furnish an Accounting Concerning the Debtors Bankruptcy Estate and the Estates Administration Without Prejudice (Related Doc # 74). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf) (Entered: 01/25/2022) |
| 128 | 1/25/2022 | Order Denying Carline Bolivars Motion for Reconsideration of Courts Order Denying Motion to Dismiss Bankruptcy Case (Related Doc # 78). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf) (Entered: 01/25/2022) |

| | | |
|---|---|---|
| 129 | 1/25/2022 | Order Denying Carline Bolivars Motion for an Order Compelling Chapter 7 Trustee Eric R. Perkins to Abandon Property of the Debtor Without Prejudice (Related Doc # 91). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf) (Entered: 01/25/2022) |
| 130 | 1/25/2022 | Order Denying Carline Bolivars Motion For Reconsideration of the Courts Order Pursuant to 11 U.S.C. §§ 105(a), 541(a), 542(a) and 704(a)(1) and (a)(4) Deeming Tenants Rents Property of the Bankruptcy Estate, Compelling the Turnover of All Rents Held by Tenants and Perrault Jean Paul to the Chapter 7 Trustee and Granting Other Related Relief (Related Doc # 92). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2022. (jf) (Entered: 01/25/2022) |
| 132 | 1/26/2022 | Certificate of Service (related document:123 Order on Motion to Compel, 124 Order (Generic), 126 Order (Generic), 127 Order (Generic), 128 Order on Motion To Reconsider, 129 Order on Motion to Compel Abandonment, 130 Order on Motion To Reconsider) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Baumgartner, Justin) (Entered: 01/26/2022) |

                                                    **BECKER LLC**
                                                    Attorneys for Appellee Chapter 7 Trustee

                                                    By: /s/ Justin S. Baumgartner
                                                            Justin S. Baumgartner, Esq.

Dated: February 4, 2022