Joseph D. Lento, Esq.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
Telephone:   856.652.2000
Fax:   856.375.1010
Email:   jdlento@lentolawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| Supportive Health, LLC, | : | Case No. 21-15113 (VFP) |
|  | : |  |
|  | : | Honorable Vincent F. Papalia |
| Debtor. | : |  |

**CERTIFICATION OF JOSEPH D. LENTO, ESQ.**

I, Joseph D. Lento, do hereby certify as follows:

1. I am an Attorney licensed in the State of New Jersey, State of New York, and the Commonwealth of Pennsylvania. I am also licensed to practice in the United States District Court of New Jersey.

2. I am fully familiar with the facts contained herein.

3. On or about June 19, 2021, I was contacted by an individual named Jean-Paul Perrault, identifying himself as a New York licensed attorney. He advised that he needed assistance in filing a Chapter 11 Bankruptcy and asked if we would be local counsel while he would apply for *pro hac vice* admission.

4. Before the initial filing, I had a meeting via Zoom with Mr. Perrault and agreed to assisting him with his client.

5. Sometime between June 19, 2021, and June 22, 2021, I signed the Chapter 11 Bankruptcy petition by hand and provided Mr. Perrault with the original signed document for him to file by mail.

6. On June 22, 2021, I was advised that Mr. Perrault filed the Petition by mail.

7. I later learned that this was not true. Instead, I discovered that Mr. Perrault had impersonated me in his communications with the Bankruptcy Court and fraudulently caused a Bankruptcy E-File account to be created in my name, which he then used to file the instant case, rather than mailing the Court the signed paper copy that I provided him.

8. Therefore, upon information and belief, the only "wet signature" I ever created in this matter is still in the possession of Mr. Perrault.

9. Furthermore, since Mr. Perrault and Carline Bolivar apparently share an address and live together, this document bearing my original signature is already in the possession of Carline Bolivar, as well.

10. The only original signature I ever created in this matter is therefore unavailable, since Mr. Perrault and Carline Bolivar are already in possession of it.

11. I never affixed my signature in electronic form to any document or filing herein, except for this Certification and the following documents that were part of my motion to withdraw, dated August 16, 2021:
    a. Notice of Cross-Motion; docket number 23, page 2.
    b. Certification of Joseph D. Lento, Esq.; docket number 23, page 4.
    c. Memorandum of Law; docket number 23, page 14.

12. Furthermore, I never authorized any party outside of my law firm to affix my electronic signature to any document or filing herein or in any other case; nor did I ever authorize Ms. Bolivar, Mr. Perrault, or any other party outside of my law firm to use of my electronic credentials to file any documents in this or any other case, or to create any filing accounts with the New Jersey Bankruptcy Court or any other court.

13. Other than the initial Petition (which I only authorized to be filed by mail), and the motion to withdraw (docket number 23) and this Certification (which were both filed by my firm), all other documents filed using my credentials or bearing my signature herein, including the documents numbered 10, 15, 16, 19, 20, 21, 24, and 25 on this docket, were filed without my knowledge or consent. Upon information and belief, those documents were instead filed fraudulently by Perrault Jean-Paul as part of his unlawful scheme.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: *Joseph D. Lento*
Joseph D. Lento, Esq.
Lento Law Group, P.C.

Dated: February 7, 2022