## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:

SUPPORTIVE HEALTH LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

**FILED
JEANNE A. NAUGHTON, CLERK
FEB - 4 2022
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY**

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

Carline Bolivar, as an interested party, equity stake holder and principal of Supportive Health LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐
Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (describe)  Party in Interest

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

Appellant appeals from two orders rendered by the bankruptcy court.  The first order is Dkt 123 Granting in part and denying in part the Motion to compel original signatures.  The second order is Dkt 126 Granting Trustee Motion to Compel Carline Bolivar to attend the 341 hearing.

2. State the date(s) on which the judgment, order, or decree was entered: Order Dkt 123 was entered on January 25, 2022.  Order Dkt 126 was entered on January 25, 2022.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee | Justin Baumgartner<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>973-422-1100<br>973-422-9122 (fax) |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    January 30, 2022
Carline Bolivar
Party in Interest
Principal of Supportive Health LLC



2022 FEB -4  A 11:41

RECEIVED
DISTRICT OF NEW JERSEY
DISTRICT COURT

DISTRICT OF NEW JERSEY
P.O. BOX 1352
NEWARK, NEW JERSEY 07101-1352

OFFICIAL BUSINESS

2022 FEB -4 P 1:04