IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 FEB 15 A 8:42

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## CERTIFICATION OF SERVICE

I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this bankruptcy.

On December 22, 2021, I sent a copy of the Motion to Redact to the following parties via first class mail:

Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Ste. 1500
Livingston, NJ 07039

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014

City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

_____
Carline Bolivar

DATED: December 22, 2021

72 Van Reipen St, #353
Jersey City, NJ 07305

February 10, 2021

US Bankruptcy Court
Court Clerk
50 Walnut Street
Newark, NJ 07102

Re:  In re: Supportive Health LLC,
     Case No.: 21-15113-VFP

Dear Court Clerk:

Enclosed for filing in the above referenced matter please find the certification of Service of the Motion to Redact in the above referenced matter.

Sincerely,
Carline Bolivar

Carline Bolivar
72 Van Reypen St #353
Jersey City, NJ 07305

US Bankruptcy Court
Court Clerk
50 Walnut St.
Newark, NJ 07102

DV DANIELS NJ 070
12 FEB 2022 PM 4 L