UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: 

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**     ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal     ❑ Order being Appealed     ❑ Designation of Record on Appeal

❑ Statement of Issues     ❑ Transcript     ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal     ❑ Certification of Failure to File Designation     ❑ Motion to Withdraw the Reference

❑ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____     Appellee(s): _____

Attorney: _____     Attorney: _____

Address: _____     Address: _____

_____     _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
| 22-CV-00646 | Judge Susan D. Wigenton | 2/8/22 |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____

*rev. 8/28/17*