| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)**<br><br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia |

# CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose am the secretary/paralegal for Becker LLC, who represents Eric R. Perkins, Chapter 7 Trustee in this matter.

2. On January 26, 2022, I sent a copy of the following pleadings and/or documents to all parties of interest via regular mail, certified mail, return receipt requested and/or email:

    a)     Order Granting Carline Bolivar's Motion To Compel The Production Of Original Signatures Pursuant To Fed. R. Bankr. P. 9011 And New Jersey Bankruptcy Court Administrative Procedures And Granting Related Relief (Document #123);

    b)     Order Granting In Part And Denying In Part Chapter 7 Trustee's Cross-Motion To Bar Carline Bolivar From Future *Pro Se* Filings (Document #124);

    c)     Order Granting Chapter 7 Trustee's Cross-Motion To Compel The Attendance Of Carline Bolivar Or Other Authorized Debtor Representative At the Debtor's Rescheduled § 341 Meeting Of Creditors (Document #126);

    d)     Order Denying Carline Bolivar's Motion For An Order Compelling Chapter 7 Trustee Eric R. Perkins To Furnish An Accounting Concerning The Debtor's Bankruptcy Estate And The Estate's Administration Without Prejudice (Document #127);

  e) Order Denying Carline Bolivar's Motion For Reconsideration Of The Court's Order Denying Motion To Dismiss Bankruptcy Case (Document #128);

  f) Order Denying Carline Bolivar's Motion For An Order Compelling Chapter 7 Trustee Eric R. Perkins To Abandon Property Of The Debtor Without Prejudice (Document #129); and

  g) Order Denying Carline Bolivar's Motion For Reconsideration Of the Court's Order Pursuant To 11 U.S.C. §§ 105(a), 541(a), 542(a) And 704(a)(1) And (a)(4) Deeming Tenants' Rents Property Of The Bankruptcy Estate, Compelling The Turnover Of All Rents Held By Tenants And Perrault Jean Paul To The Chapter 7 Trustee And Granting Other Related Relief (Document #130).

 3. Carline Bolivar, Pro Se Party-in-Interest was served via email on January 26, 2022 at donotreply@supportivehealth.com and via regular mail and certified mail, return receipt requested, tracking number 70210350000162223686 to 77 Van Reipen Street #353, Jersey City, New Jersey 07306. To date, the certified green card receipt has not been returned to our office. The United States Post Office tracks this delivery as "in transit". Said receipt is attached as Exhibit "A".

 Carline Bolivar, Pro See Party-In-Interest was also served on January 26, 2022 via regular mail and certified mail, return receipt requested, tracking number 7021 035000162223693 at 85 Sycamore Road, Jersey City, New Jersey 07305-1237. The certified mail green card was returned to our office on February 1, 2022 as received by signature "C19". Said receipt is attached as Exhibit "B".

 4. Perrault Jean-Paul, Party-in-Interest was served on January 26, 2022 regular mail and certified mail, return receipt requested, tracking number 70210350000162223709 at 85 Sycamore Road, Jersey City, New Jersey 07305-1237. To date, the certified green card receipt has not been returned to our office. The United States Post Office tracks this delivery as "unclaimed/being returned to sender". Said receipt is attached as Exhibit "C".

5. Samuel Jackson, Esq. was served on January 26, 2022 via email at sdjackson@Lentolawgroup.com and via regular mail and certified mail, return receipt requested to Lento Law Group, 3000 Atrium Way, Suite 200, Mt. Laurel, New Jersey 08054. To date, the certified green card receipt has not been returned to our office. The United States Post Office tracks this delivery as "delivered". Said receipt is attached as Exhibit "D".

6. Joseph D. Lento, Esq. was served on January 26, 2022 via email at jdlento@lentolawgroup.com and via regular and certified mail, return receipt requested to Lento Law Group, 3000 Atrium Way, Suite 200, Mt. Laurel, New Jersey 08054. To date, the certified green card receipt has not been returned to our office. The United States Post Office tracks this delivery as "delivered". Said receipt is attached as Exhibit "E".

7. The following parties were also serve on January 26, 2022 via regular mail:

- Mitchell Hausman, Esq., & David Gerardi, Esq., U.S. Department of Justice, Office of the US Trustee, One Newark Center, Suite 2100, Newark, New Jersey;

- Patrick Newbury & Jennifer Newbury, Party-in-Interest, 2431 South 66th Street, West Allis, WI 5329 and at 2229 E. Eden Place, St. Francis, WI 53235; and

- Department of Treasury, Internal Revenue Service, Creditor, P.O. Box 7346, Philadelphia, PA 19101.

8. I certify that the above statements made by me are true. I am aware that if any of the above statements made by me are willfully false, I am subject to punishment by law.

/s/ Mary Ann Ambrose
MARY ANN AMBROSE

February 25, 2022

# EXHIBIT "A"

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210350000162223686

Remove ×

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ⌄

## In Transit to Next Facility

February 1, 2022

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**February 1, 2022**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**January 28, 2022, 3:32 am**
Departed USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**January 26, 2022, 10:48 pm**
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

EXHIBIT "B"



EXHIBIT "C"

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210350000162223709

Remove ✕

Your item could not be delivered on February 18, 2022 at 9:28 am in JERSEY CITY, NJ 07305. It was held for the required number of days and is being returned to the sender.

**USPS Tracking Plus® Available** ˅

## Unclaimed/Being Returned to Sender

February 18, 2022 at 9:28 am
JERSEY CITY, NJ 07305

---

**Text & Email Updates** ˅

---

**Tracking History** ˄



**February 18, 2022, 9:28 am**
Unclaimed/Being Returned to Sender
JERSEY CITY, NJ 07305
Your item could not be delivered on February 18, 2022 at 9:28 am in JERSEY CITY, NJ 07305. It was held for the required number of days and is being returned to the sender.

**January 28, 2022, 4:44 pm**
Delivered, Left with Individual
JERSEY CITY, NJ 07305

**January 28, 2022, 3:32 am**
Departed USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**January 27, 2022**
In Transit to Next Facility

**January 26, 2022, 10:48 pm**
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®**

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT "D"

# USPS Tracking®

FAQs >

**Track Another Package +**

Tracking Number: 70210350000162223662

Remove ✕

Your item was delivered to an individual at the address at 12:36 pm on January 31, 2022 in MOUNT LAUREL, NJ 08054.

USPS Tracking Plus® Available ˅

## ⊘ Delivered, Left with Individual

January 31, 2022 at 12:36 pm
MOUNT LAUREL, NJ 08054

Get Updates ˅

---

Text & Email Updates ˅

---

Tracking History ˄

Feedback

**January 31, 2022, 12:36 pm**
Delivered, Left with Individual
MOUNT LAUREL, NJ 08054
Your item was delivered to an individual at the address at 12:36 pm on January 31, 2022 in MOUNT LAUREL, NJ 08054.

**January 31, 2022, 6:53 am**
Out for Delivery
MOUNT LAUREL, NJ 08054

**January 31, 2022, 6:42 am**
Arrived at Post Office
MOUNT LAUREL, NJ 08054

**January 30, 2022**
In Transit to Next Facility

**January 29, 2022, 2:20 pm**
Departed USPS Regional Facility
TRENTON NJ DISTRIBUTION CENTER

**January 28, 2022, 11:28 pm**
Arrived at USPS Regional Facility
TRENTON NJ DISTRIBUTION CENTER

**January 28, 2022, 5:17 pm**
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

Feedback

**January 28, 2022, 3:33 pm**
Arrived at USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

---

**January 26, 2022, 10:48 pm**
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

---

## USPS Tracking Plus®

## Product Information

Feedback

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# EXHIBIT "E"

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210350000162223662

Remove ✕

Your item was delivered to an individual at the address at 12:36 pm on January 31, 2022 in MOUNT LAUREL, NJ 08054.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

January 31, 2022 at 12:36 pm
MOUNT LAUREL, NJ 08054

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

Feedback

**January 31, 2022, 12:36 pm**
Delivered, Left with Individual
MOUNT LAUREL, NJ 08054
Your item was delivered to an individual at the address at 12:36 pm on January 31, 2022 in MOUNT LAUREL, NJ 08054.

**January 31, 2022, 6:53 am**
Out for Delivery
MOUNT LAUREL, NJ 08054

**January 31, 2022, 6:42 am**
Arrived at Post Office
MOUNT LAUREL, NJ 08054

**January 30, 2022**
In Transit to Next Facility

**January 29, 2022, 2:20 pm**
Departed USPS Regional Facility
TRENTON NJ DISTRIBUTION CENTER

**January 28, 2022, 11:28 pm**
Arrived at USPS Regional Facility
TRENTON NJ DISTRIBUTION CENTER

**January 28, 2022, 5:17 pm**
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

Feedback

**January 28, 2022, 3:33 pm**
Arrived at USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

**January 26, 2022, 10:48 pm**
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**USPS Tracking Plus®**

**Product Information**

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**