| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>SUPPORTIVE HEALTH, LLC,<br><br><br>Debtor. | Case No.:  21-15113 (VFP)<br><br>Chapter:  7<br><br>Hearing Date: March 1, 2022<br><br>Judge:  Vincent F. Papalia |

Order Filed on March 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER PARTIALLY REDACTING IDENTIFIERS FROM DOCKET NO. 99

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 21, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case:       In re Supportive Health, LLC
Case No.:   21-15113 (VFP) (Chapter 7)
Re:         Order Partially Redacting Identifiers from Docket No. 99
Page 2
_____

This matter was opened to the Court on the motion (the "Motion") filed on December 23, 2021 by Carline Bolivar ("Ms. Bolivar"), who is scheduled in Debtor's petition as Debtor's 100% owner, to redact certain identifiers and other materials included in an *Application for Order Shortening Time* ("Document No. 99") that she had filed on December 21, 2021. Ms. Bolivar certified and Document No. 99 appears to indicate that: (i) page 2 was part of or taken from another document; (ii) page 3 contained Debtor's Federal and New Jersey Tax identification numbers; and (iii) page 4 was a U.S. Treasury check payable to Jean-Paul Perrault. Although 11 U.S.C. 107 and Fed. R. Bankr. P. 9037(h)(1) and (2): (i) contemplate and authorize only the restriction of the original document from public view in limited circumstances that are not alleged to be present here, and (ii) further evidence the presumption that documents filed with this Court are public and should be available to be viewed by the public, Ms. Bolivar advised at the March 1, 2022 hearing that her intention was that Document No. 99 be removed from the Electronic Filing System completely. This Court denied that request that the Court on the grounds that 11 U.S.C. 107 and Fed. R. Bankr. P. 9037(h) do not authorize such complete removal or sealing and that the Court had already relied on certain other information in Document No. 99 in deciding other related matters. The Court also advised that it would consider redacting any material in addition to portions of the Federal and State Identification numbers of the Debtor on page 3 that Ms. Bolivar believed were protected and as to which she demonstrated a proper basis for such protection and instructed Ms. Bolivar to identify for the Court by March 4, 2022 what material, if any, she believes should be redacted from Document No. 99, in default of which only portions of the Federal and State Identification numbers of the Debtor would be redacted, but Ms. Bolivar did not respond. And the Court having considered Ms. Bolivar's submission; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons forth on the record on March 1, 2022, and in an abundance of caution, it is

> **ORDERED** that the Federal and New Jersey State tax identification numbers of the Debtor contained in Document No. 99, page 3, are redacted except for the last four (4) digits of each. The Courtroom Deputy is requested to make the above limited redaction and refile Document No. 99 under a new docket number. The Motion is otherwise **DENIED**.