Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 21–15113–VFP
                        Chapter: 7
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Supportive Health LLC
    72 Van Reipen St #353
    Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
    80–0198863

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on March 22, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 175 – 104
Order partially redacting identifiers from Docket No. 99 (related document:104 Motion Filed by Carline Bolivar. (Attachments: # 1 Carolin Bolivar's Motion to Redact) (env) filed by Interested Party Carline Bolivar). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/21/2022. (jf)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 22, 2022
JAN: jf

                                                            Jeanne Naughton
                                                            Clerk