UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Carline Bolivar
Interested Party and
Principal of Supportive Health LLC
72 Van Reipen St, #353
Jersey City, NJ 07306

FILED
JEANNE A. NAUGHTON, CLERK
DEC 21 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:
Supportive Health, LLC,

Debtors.

Case No.: 21-15113 (VFP)
Chapter: 7
Hearing Date: _____
Judge: Vincent F. Papalia

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Carline Bolivar__, on behalf of __Carline Bolivar__ requests that the time period to/for __notice, service and hearing__ as required by __D.N.J. LBR 9013-2__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Estate is in imminent danger of being liquidated. Shortened time requested for Carline Bolivar's motions for reconsideration and motion to compel

2. State the hearing dates requested:
   At the earliest convenience of the Court.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 12/17/2021

Signature

rev.8/1/15

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

_____
Carline Bolivar

DATED: December 20, 2021

```
fed tax id: ████8863                supportivehealth_taxid
nj state id: ████8-863
```





United States Treasury  15-51/000   B 367,459,277

12 15 21  20090800   KANSAS CITY, MO    4044 58792308
000751804105    4044 58792308  I    20213360810036

Pay to the order of
PERRAULT JEAN-PAUL
85 SYCAMORE RD
JERSEY CITY NJ 07305 1237

Check No. 4044 58792308

$****1000*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER      008
Vona S. Robinson

ADVANCE CHILD TAX CREDIT PAYMENT
DECEMBER 2021

⑈4044 7⑈   ⑆000000518⑆  58792308⑈  041221

# PRIORITY MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



---

**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

E  usps.com  $27.10  US POSTAGE  Flat Rate Env
9470 1036 9930 0062 8475 87 0271 0000 0010 7102



12/20/2021     Mailed from 07305     062S0000000309

### PRIORITY MAIL EXPRESS 1-DAY™

PERRAULT JEAN-PAUL
85 SYCAMORE RD
JERSEY CITY NJ 07305-1237

Scheduled Delivery Date: 12/21/21

**0007**

C014

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 6:00 PM

SHIP TO:
COURT CLERK
US BANKRUPTCY COURT
50 WALNUT ST
NEWARK NJ 07102-3551

**USPS TRACKING #**



9470 1036 9930 0062 8475 87


