**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SUPPORTIVE HEALTH, LLC, Debtor, <br><br> CARLINE BOLIVAR, <br><br>   Appellant, <br><br> v. <br><br> ERIC R. PERKINS, Chapter 7 Trustee, and ANDREW R. VARA, United States Trustee, <br><br>   Appellees. | Civil Action No. 21-20464(SDW) <br><br> **ORDER** <br><br> March 22, 2022 |

**WIGENTON**, District Judge.

  **THIS MATTER** having come before the Court by way of *pro se* Appellant Carline Bolivar's ("Appellant" and sole member and manager of Supportive Health, LLC (the "Debtor")) appeal of the bankruptcy court's August 19, 2021 Order granting the United States Trustee's motion to convert the Debtor's case to a case under Chapter 7 of the Bankruptcy Code (the "Conversion Order"), and Eric R. Perkins, Chapter 7 Trustee and Andrew R. Vara, United States Trustee's ("Appellees") Motion to Dismiss Appellant's Appeal and Stay Merits Briefing; and this Court having carefully reviewed and considered Appellant's submissions, for the reasons stated in this Court's Opinion dated March 22, 2022,

  **IT IS** on this 22nd day of March 2022,

  **ORDERED** that the Appellees' Motion to Dismiss is **GRANTED**, and

**ORDERED** that Appellant's appeal is **DISMISSED**.

**SO ORDERED**.

                                              /s/ Susan D. Wigenton
                                     **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties