Order Filed on March 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>SUPPORTIVE HEALTH, LLC,<br><br><br>Debtor. | Case No.:    21-15113 (VFP)<br><br>Chapter:    7<br><br>Hearing Date: March 1, 2022<br><br>Judge:    Vincent F. Papalia |

# ORDER PARTIALLY REDACTING IDENTIFIERS FROM DOCKET NO. 99

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 21, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Case: | In re Supportive Health, LLC |
| Case No.: | 21-15113 (VFP) (Chapter 7) |
| Re: | Order Partially Redacting Identifiers from Docket No. 99 |
| Page 2 | |

This matter was opened to the Court on the motion (the "Motion") filed on December 23, 2021 by Carline Bolivar ("Ms. Bolivar"), who is scheduled in Debtor's petition as Debtor's 100% owner, to redact certain identifiers and other materials included in an *Application for Order Shortening Time* ("Document No. 99") that she had filed on December 21, 2021. Ms. Bolivar certified and Document No. 99 appears to indicate that: (i) page 2 was part of or taken from another document; (ii) page 3 contained Debtor's Federal and New Jersey Tax identification numbers; and (iii) page 4 was a U.S. Treasury check payable to Jean-Paul Perrault. Although 11 U.S.C. 107 and Fed. R. Bankr. P. 9037(h)(1) and (2): (i) contemplate and authorize only the restriction of the original document from public view in limited circumstances that are not alleged to be present here, and (ii) further evidence the presumption that documents filed with this Court are public and should be available to be viewed by the public, Ms. Bolivar advised at the March 1, 2022 hearing that her intention was that Document No. 99 be removed from the Electronic Filing System completely. This Court denied that request that the Court on the grounds that 11 U.S.C. 107 and Fed. R. Bankr. P. 9037(h) do not authorize such complete removal or sealing and that the Court had already relied on certain other information in Document No. 99 in deciding other related matters. The Court also advised that it would consider redacting any material in addition to portions of the Federal and State Identification numbers of the Debtor on page 3 that Ms. Bolivar believed were protected and as to which she demonstrated a proper basis for such protection and instructed Ms. Bolivar to identify for the Court by March 4, 2022 what material, if any, she believes should be redacted from Document No. 99, in default of which only portions of the Federal and State Identification numbers of the Debtor would be redacted, but Ms. Bolivar did not respond. And the Court having considered Ms. Bolivar's submission; and having heard oral argument; and due notice having been given; and for good cause shown; and for the reasons forth on the record on March 1, 2022, and in an abundance of caution, it is

**ORDERED** that the Federal and New Jersey State tax identification numbers of the Debtor contained in Document No. 99, page 3, are redacted except for the last four (4) digits of each. The Courtroom Deputy is requested to make the above limited redaction and refile Document No. 99 under a new docket number. The Motion is otherwise **DENIED**.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-15113-VFP

Supportive Health LLC     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Robert J. Schneider | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 22, 2022 | Form ID: pdf903 | Total Noticed: 1

    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Samuel Jackson
    on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8