| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Justin S. Baumgartner, Esq.<br>Email: jbaumgartner@becker.legal | |
| In re:<br><br>Supportive Health LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia |

### CHAPTER 7 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Eric R. Perkins, the Chapter 7 Trustee and Appellee, designates pursuant to Fed. R. Bankr. P. 8009(a)(2) the following additional items to be included in the record in the appeal filed by Carline Bolivar of this Court's January 25, 2022 Order Granting Chapter 7 Trustees Cross-Motion to Compel the Attendance of Carline Bolivar or Other Authorized Debtor Representative at the Debtors Rescheduled § 341 Meeting of Creditors (ECF No. 126), which has been assigned Case 22-cv-00646-SDW by the United States District Court for the District of New Jersey:

| Docket No. | Date | Description |
|---|---|---|
|  |  | Case Docket for Bankr. D.N.J. Case No. 21-15113 (VFP) |
| 10 | 6/28/2021 | Declaration Under Penalty for Non-Individual Debtors, Statement of Financial Affairs for Non-Individuals, Schedules, Summary of Assets and Liabilities for Non-Individuals A/B, C, D, E/F, G, H, I, J |
| 11 | 6/28/2021 | Meeting of Creditors – Chapter 11.  341(a) meeting to be held on 8/4/2021 at 9:00 AM at Telephonic. |
| 12 | 6/30/2021 | BNC Certificate of Notice – Meeting of Creditors |
| 13 | 6/30/2021 | Notice of Hearing for: General Status Conference (related document: 1 Chapter 11 Voluntary Petition Filed by Joseph D Lento on behalf of Supportive Health LLC.  Chapter 11 Debtors Exclusive Right to File a Plan Expires on 10/20/21.  Filed by Debtor Supportive Health LLC).  The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee.  Hearing Scheduled for 8/12/2021 at 10:00 AM by telephone. |
| 14 | 7/3/2021 | BNC Certificate of Service – Order |
| 21 | 8/10/2021 | Status Change Form.  The matter has been withdrawn (related document:  19 Document Filed by Supportive Health LLC) |
| 82 | 12/14/2021 | Clerk's Notice of Fees Due (related document:79 Notice of Appeal filed by Interested Party Carline Bolivar) In the Amount of $ 298.00 (lc) (Entered: 12/14/2021) |
| 83 | 12/14/2021 | Clerk's Notice of Fees Due (related document:80 Notice of Appeal filed by Interested Party Carline Bolivar) In the Amount of $ 298.00 (lc) (Entered: 12/14/2021) |
| 84 | 12/14/2021 | Clerk's Notice of Fees Due (related document:81 Notice of Appeal filed by Interested Party Carline Bolivar) In the Amount of $ 298.00 (lc) (Entered: 12/14/2021) |
| 93 | 12/14/2021 | Carline Bolivar's Supplemental Certification to the Motion for Reconsideration |
| 106 | 1/4/2022 | Objection to Carline Bolivar's Motions to Reconsider and Compel and Trustee's Cross-Motion to Bar Future Filings and Compel Attendance at 341 Meeting. |

| | | |
|---|---|---|
| 118 | 1/18/2022 | Objection to Proposed forms of Orders, Related document(s) Minute of Hearing Held, OUTCOME: Granted; Doc# 106 Cross Motion as to barring future filings is Denied in Part; Request to Compel attendance by Ms. Bolivar on 341 Meeting is Granted. Trustee to submit order (related document(s): 95 Motion to Compel filed by Carline Bolivar) (jf) (Entered: 01/19/2022).). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/8/2021. (jf)) filed by Carline Bolivar. (smz). Modified on 1/19/2022 (jf). (Entered: 01/19/2022) |
| 119 | 1/19/2022 | Document re: Trustee's Response to Objection of Carline Bolivar to Trustee's Proposed Forms of Order (related document:118 Objection filed by Interested Party Carline Bolivar) filed by Justin Baumgartner on behalf of Eric Raymond Perkins. (Attachments: # 1 Exhibit A- Revised Proposed Order) (Baumgartner, Justin) (Entered: 01/19/2022) |
| 166 | 2/24/2022 | Certification of Failure to File Designation of Record, (related document:156 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) (Entered: 02/24/2022) |
| 167 | 2/24/2022 | Transmittal of Record on Appeal to U.S. District Court (related document:166 Certification of Failure to File Designation of Record) (lc) (Entered: 02/24/2022) |
| 168 | 2/24/2022 | Certification of Failure to File Designation of Record, (related document:159 Notice of Appeal filed by Interested Party Carline Bolivar) (lc) (Entered: 02/24/2022) |
| 169 | 2/24/2022 | Transmittal of Record on Appeal to U.S. District Court (related document:168 Certification of Failure to File Designation of Record) (lc) (Entered: 02/24/2022) |

**BECKER LLC**
Attorneys for Appellee Chapter 7 Trustee

By: /s/ Justin S. Baumgartner
    Justin S. Baumgartner, Esq.

Dated: April 4, 2022