UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❏ **DISTRICT COURT**    ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal    ❏ Order being Appealed    ❏ Designation of Record on Appeal

❏ Statement of Issues    ❏ Transcript    ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal    ❏ Certification of Failure to File Designation    ❏ Motion to Withdraw the Reference

❏ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____

Attorney: _____    Attorney: _____

Address: _____    Address: _____

_____    _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❏    An appeal has not previously been filed in this case.

❏    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
| 22-CV-20646 | Judge Susan D. Wigenton | 2/8/22 |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*