**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re SUPPORTIVE HEALTH, LLC<br><br>CARLINE BOLIVAR,<br>     Appellant,<br>v.<br>ERIC R. PERKINS, CHAPTER 7 TRUSTEE,<br>     Appellee. | Civil Action No: 21-20502 (SDW)<br><br>**ORDER**<br><br>May 11, 2022 |

**WIGENTON**, District Judge.

THIS MATTER, having come before the Court by way of the Appellant's Notice of Appeal related to Bankruptcy Case No. 21-15113, (D.E. 1); this Court having *sua sponte* issued notice, in accordance with Bankruptcy Rule 8018(a)(4), requiring Appellant to file a brief on the matter no later than May 9, 2022, (D.E. 5); and this Court having determined that Appellant failed to file the required brief by that date;

IT IS on this 11th day of May, 2022:

ORDERED that that the above-captioned matter is hereby DISMISSED without prejudice.

s/ *Susan D. Wigenton*
**UNITED STATES DISTRICT JUDGE**

Orig:   Clerk
cc:     Parties

1