---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

---

In Re:

Supportive Health, LLC.,

Debtor.

Case No: 21-15113 (VFP)

Chapter: 7

Judge: Hon. Vincent F. Papalia

---

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Eric R. Perkins, is the (check all that apply):

   ☒ Trustee:    ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☐ Debtor:     ☐ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional <u>Root River Realty as Realtor for Eric R. Perkins, Trustee (the "**Trustee**"), for the bankruptcy estate (the "**Estate**") of the Debtor herein Supportive Health, LLC. (the "**Debtor**"),</u>    to    serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:  ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☒ Realtor      ☐ Appraiser      ☐ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because: To assist in the effective liquidation of the estate by listing for sale and marketing the Debtor's real property located at the following addresses: 2229 E. Eden Pl, St. Francis, Wisconsin and 3269 S. New York Ave., Milwaukee, Wisconsin.

4. The professional has been selected because: Root River Realty (the "Realtor") has considerable experience and knowledge in the residential real estate market in the greater Milwaukee, Wisconsin area and is well qualified to act as the Trustee's realtor in this proceeding.

5. The professional services to be rendered are as follows: Listing for sale and marketing the Debtor's Real Property for sale located at 2229 E. Eden Pl, St. Francis, Wisconsin and 3269 S. New York Ave., Milwaukee, Wisconsin as provided by the Realtor's listing agreements attached hereto as Exhibits A and B respectively.

6. The proposed arrangement for compensation is as follows: The Realtor is to receive a commission of 6% on the sale of each of the above-referenced properties. All compensation will be subject to Court approval.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: (1) 2229 E. Eden Pl, St. Francis, Wisconsin; (2) 3269 S. New York Ave., Milwaukee, Wisconsin.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: May 25, 2022

/s/ Eric R. Perkins
Signature of Applicant

*rev.8/1/15*