UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two, Suite 1500
354 Eisenhower Parkway,
Livingston, NJ  07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

Order Filed on August 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Supportive Health, LLC.,
                        Debtor.

Case No.: 21-15113 (VFP)

Chapter: 7

Judge: Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

### BAYER & SONZ LLC

The relief set forth on the following page is **ORDERED**.

**DATED: August 4, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain      Bayer & Sonz LLC

as  Realtor for Eric R. Perkins, Chapter 7 Trustee , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   7430 Harwood Avenue, Suite 200

   Wauwatosa, WI  53213

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2