Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−15113−VFP
        Chapter:  7
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Supportive Health LLC
   72 Van Reipen St #353
   Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
   80−0198863

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 4, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 195 − 193
Order Granting Application to Employ Bayer & Sonz LLC as Realtor (Related Doc # 193). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/4/2022. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 4, 2022
JAN: jf

                                            Jeanne Naughton
                                            Clerk