EXHIBIT "A"

DOC.# 10543559
RECORDED 02-26-2018
03/01/2016 12:00PM
John Barrett
JOHN LA GAVE Clerk of Circuit Court
REGISTER OF DEEDS
2017CV012487
Milwaukee County, WI
AMOUNT: $30.00

FEE EXEMPT #: 77.25(15S)
0
***This document has been
electronically recorded and
returned to the submitter.**

State Bar of Wisconsin Form 3-2003
**QUIT CLAIM DEED**

| Document Number | Document Name |
|---|---|

THIS DEED, made between <u>PERRAULT JEAN PAUL</u>

_____ ("Grantor," whether one or more),
and <u>SUPPORTIVE HEALTH LLC, A NJ LLC</u>

_____ ("Grantee," whether one or more).

Grantor quit claims to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in <u>Milwaukee</u> County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

LOTS 13 AND 14 IN BLOCK 4, IN VILLAGE OF ST. FRANCIS BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 AND SOUTHWEST 1/4 OF SECTION 15, IN TOWNSHIP 6 NORTH, OF RANGE 22 EAST, IN THE CITY OF ST. FRANCIS, MILWAUKEE COUNTY, WISCONSIN

Recording Area

Name and Return Address
PERRAULT JEAN PAUL
85 SYCAMORE ROAD
JERSEY CITY, NJ 07305

540-1432-000
Parcel Identification Number (PIN)

This <u>is not</u> homestead property.
    (is) (is not)

Dated  2/17/16

_____(SEAL)
* PERRAULT JEAN PAUL

_____(SEAL)    _____(SEAL)
*                                    *

**AUTHENTICATION**

Signature(s) _____

authenticated on _____

*_____

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
    authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRAFTED BY:
PERRAULT JEAN PAUL

**ACKNOWLEDGMENT**

STATE OF New Jersey  )
                      ) ss.
Hudson        COUNTY  )

Personally came before me on February 17, 2016
the above-named Perrault Jean-Paul
_____
to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.

*_____
Notary Public, State of ~~Wisconsin~~ New Jersey
My Commission (is permanent) (expires: 9/30/2019 )

CARLINE BOLIVAR
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 9/30/2019

(Signatures may be authenticated or acknowledged. Both are not necessary.)
NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
QUIT CLAIM DEED    © 2003 STATE BAR OF WISCONSIN    FORM NO. 3-2003
* Type name below signatures.

Doc Yr: 2016 Doc# 10543559 Page# 1 of 1