# EXHIBIT "B"

# GAIDISH
**FOUNDATION COMPANY**
Basement Waterproofing

## WATERPROOFING & FOUNDATION SPECIALISTS
1572 E. Bolivar • St. Francis, WI 53235 • (414) 282-1800 • gaidishfoundation@gmail.com

OWNER _Amy Sliker_          PHONE _414-418-1498_

ADDRESS _2229 E. Eden Pl._          CITY _St. Francis_          DATE _3/10/22_

| CONSTRUCTION | JOIST SIZE | COURSES | DEPTH | DRAIN TILE | SUMP PUMP |
|---|---|---|---|---|---|
| Block 9x20 | 2x8 | 9 | 78" | no | no |

ANALYSIS _North wall has pushed inward up to 2 3/4", East wall has pushed in 1 5/8", South wall is in 1 1/2", however corner is in 1" showing 1/2" from built position movement. West wall is in 1 5/8", however corner is in 1 1/2" showing 1/8" movement from built position. I recommend to excavate, straighten and brace the North and East walls, brace the South wall and monitor the West wall. A new inside drain tile system and sump pump will need to be installed._

## OUTSIDE EXCAVATION METHOD
▪▪▪▪ A
- ☑ EXCAVATE TO FOOTINGS AND HAUL AWAY CLAY
- ☑ STRAIGHTEN WALLS AS MOST REASONABLY POSSIBLE AND TUCKPOINT MAJOR CRACKS
- ☑ SEAL WALL WITH SEALMASTIC WATERPROOFING
- ☑ CLEAN OUT EXPOSED BLEEDERS AND INSTALL NEW 4" EXTERIOR DRAIN TILE
- ☑ BACKFILL 80% WITH LIGHTWEIGHT #1 CLEAR STONE (100% UNDER CONCRETE)
- ☑ COVER STONE WITH FILTERING FABRIC AND ADD BLENDED TOPSOIL FOR PROPER SLOPE AWAY
- ☐ TEST INTERIOR DRAIN TILE - ANY FAILED TILE CAN BE REPLACED FOR _____ PER LINEAR FOOT
- ☑ STABILIZE WALL PER WALL STABILIZATION METHOD

*LICENSED INSURED BONDED* 100% GUARANTEED

## WALL STABILIZATION METHOD
▭▭▭▭ B
- ☑ INSTALL _2_" X _5_" STEEL WALL MEMBERS PER WAFRP STANDARDS-EVERY _32_ to _36_ inches _avg_
- ☑ CHIP OUT AND TUCK POINT OPEN MORTAR JOINTS _An Engineered grade beam will be needed to brace South wall_
- ☑ 100% GROUT FILL BEHIND BRACES WITH MORTAR _Owner to supply Engineering._

**Note: All Gaidish's wall braces have galvanized bottom plates to prevent rust**

## INSIDE DRAIN TILE METHOD
▨▨▨▨ C
- ☑ REMOVE FLOOR SECTION APPROXIMATELY 12" TO 18" WIDE FROM WALL AND OLD DRAIN TILE
- ☑ CLEAN EXPOSED BLEEDERS TO EXTERIOR DRAIN TILE ☑ DRILL BLOCK CORES AND TEST FLOW
- ☑ INSTALL NEW DRAIN TILE & CONNECT TO EXISTING SYSTEM ☑ INSTALL PREMIUM WALL DRAIN BOARD
- ☑ COVER DRAIN TILE WITH PROPER FILTERING STONE ☑ REPLACE FLOOR AREA REMOVED

▬▬ Excavate walls per "A" above (60')
▭▭▭ Brace walls per "B" above
▨▨▨ Install new inside drain tile system per "C" above.
Owner to move all personal items 10'-12' from walls.
Owner to remove fence and obtain permission from neighbor for access to excavate East wall. If not wall may need to be hand dug at extra cost.
Owner to provide electrical outlet for sump pump.
Owner to remove front porch as needed to allow for excavation.
Gaidish to remove bushes as needed for excavation, we will not replace.
Gaidish to remove and replace sidewalk as needed for excavation
Gaidish to install new sump crock, pump, and discharge.
Gaidish to provide permit.

This is a preliminary est. based on information available at time of visit. Once obstructions are moved and Engineering is obtained a re-visit will be needed to finalize this proposal. Scope of work and cost could change at that time.

_[Hand-drawn diagram: Garage with Grade Beam, Porch, Side Walk, chain link fence, E+W+N markings, Install new sump pump O]_

Starting Date _____  Completion Date _____

**GAIDISH** GUARANTEES FOR A PERIOD OF _20_ YEARS
TO SERVICE ANY DEFECTIVE WORK, INCLUDING LABOR
& MATERIALS.

FOR **GAIDISH**
**FOUNDATION** _John Voight_
**John Voight**

| | |
|---|---|
| TOTAL COST | $28,000.00 |
| DEPOSIT | $300.00 |
| 2.5% CREDIT CARD FEE | $ |
| BALANCE | $27,700.00 |

Note: This proposal may be withdrawn by us if not accepted within _30_ days.

I HAVE READ THE REVERSE SIDE OF THE PROPOSAL AND UNDERSTAND THIS AGREEMENT IS SUBJECT TO THOSE CONDITIONS. THE CONDITIONS, SPECIFICATIONS, PRICES AND TERMS ARE SATISFACTORY AND HEREBY ACCEPTED. OBSTRUCTION NOT MOVEN PRIOR TO REPAIR THAT WERE OWNERS RESPONSIBILITY SHALL BE MOVED BY GAIDISH AT COST OF: TIME WILL BE BILLED AT $65 PER MAN HOUR AND MATERIAL.

Signature _____ Date _____  Signature _____ Date _____

WHITE - OFFICE COPY          YELLOW- SHOP COPY          PINK- CUSTOMER COPY