UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ   07039
(973) 422-1100
Justin S. Baumgartner, Esq.
Email:  jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

    SUPPORTIVE HEALTH LLC,

Case No.:    21-15113 (VFP)

Chapter:    7

Hearing Date:  November 1, 2022 at 10:00 a.m. Requested

Judge:    Vincent F. Papalia

## APPLICATION FOR ORDER SHORTENING TIME

The applicant    Justin S. Baumgartner, Esq. , on behalf of Chapter 7 Trustee, Eric R. Perkins requests that the time period to/for the Trustee's Motion For The Entry of an Order (1) Authorizing Chapter 7 Trustee to Sell the Debtor's Residential Real Property Located at 2229 E. Eden Place, St. Francis, Wisconsin Free and Clear of any Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(b) and (f); (2) Authorizing Payment of Real Estate Brokers' Commission from the Sale Proceeds; (3) Waiving the Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (4) for Other Related Relief

as required by Bankruptcy Rule 6004(a) and DNJ LBR 9013-2 be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

    1.    A shortened time hearing is requested because: time is of the essence to close the contemplated transaction.

2. State the hearing dates requested: November 1, 2022 at 10:00 a.m.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: October 17, 2022                                /s/ Justin S. Baumgartner_
                                                     Signature

*rev.8/1/15*