UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ  07039
(973) 422-1100
Justin S. Baumgartner, Esq.
Email: jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

SUPPORTIVE HEALTH LLC,

                Debtor.

Case No.:  21-15113 (VFP)

Chapter 7

Hon. Vincent F. Papalia, USBJ

Hearing Date: November 1, 2022 at 10:00 a.m.

**CERTIFICATION OF SERVICE**

1.    I, _Mary Ann Ambrose_

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for _Becker LLC_, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.    On _October 18th & 19th, 2022_, I sent a copy of the following pleadings and/or documents to the Parties Listed In The Attached Chart (Exhibit A):

    Docket Entry No. 201 – Order Granting Motion on Shortening Time; and

    Docket Entry No. 199 - Application In Support Of Trustee's Motion For The Entry Of An Order (1) Authorizing Chapter 7 Trustee To Sell The Debtor's Residential Real Property Located At 2229 E. Eden Place, St. Francis, Wisconsin Free And Clear Of Any Liens, Claims, And Encumbrances Pursuant To 11 U.S.C. § 363(B) And (F); (2) Authorizing Payment Of Real Estate Brokers' Commission From The Sale Proceeds; (3) Waiving The Stay Pursuant To Fed. R. Bankr. P. 6004(H); And (4) For Other Related Relief and supporting documents.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 19, 2022 　　　　　　　　　　　　　/s/ Mary Ann Ambrose
　　　　　　　　　　　　　　　　　　　　　　　　Mary Ann Ambrose

# **EXHIBIT A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Hausman, Esq. &David Gerardi, Esq. & Robert J. Schneider, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>david.gerardi@usdoj.gov;<br>Mitchell.B.Hausman@usdoj.gov<br>robert.j.schneider@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Federal Express<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Patrick Newbury<br>Jennifer Newbury<br>2229 E. Eden Place<br>St. Francis, WI 53235<br>And<br>2431 South 66th Street<br>West Allis, WI 53219<br>newburyfloorsnmore@gmail.com | Party-in-Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Carline Bolivar<br>72 Van Reipen St #353<br>Jersey City, NJ 07306<br>donotreply@supportivehealth.com | Party-in Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| J. Nicole Knox, Esq.<br>6 Azalea Lane<br>Cedar Grove, New Jersey 07009<br>nknox@mayerbrown.com | Attorney for King James Investments, LLC Interested purchaser | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| City of Milwaukee<br>200 E Wells St<br>Milwaukee, WI 53202<br>hjahn@milwaukee.gov (10-18-22)<br>AaronB@kohnlaw.com (10-18-22)<br>JosephJ@kohnlaw.com (10-19-22)<br>JasonH@kohnlaw.com (10-19-22) | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

SUPPORTIVE HEALTH LLC

Debtor(s)

Case No. 21-15113

Chapter 7

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 10/19/2022, I did cause a copy of the following document(s), described below:

22-10-17- Doc. 199 - Motion to Sell 2229 E. Eden Place, St. Francis Wisconsin

Order Shortening Time

to be served for delivery by the United States Postal Service, via Overnight United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/19/2022

/s/ Eric R. Perkins
Eric R. Perkins
Becker LLC
354 Eisenhower Parkway
Plaza II, Suite 1500
Livingston NJ 07039
973-251-8925
eperkins@becker.legal

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                                    Case No. 21-15113

    SUPPORTIVE HEALTH LLC               Chapter 7

    Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/19/2022, I did cause a copy of the following document(s), described below:

22-10-17- Doc. 199 - Motion to Sell 2229 E. Eden Place, St. Francis Wisconsin

Order Shortening Time

were deposited for delivery by the United States Postal Service, via Overnight United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/19/2022

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/19/2022, I caused a copy of the 22-10-17- Doc. 199 - Motion to Sell 2229 E. Eden Place, St. Francis Wisconsin and Order Shortening Time to be served by Overnight United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | |
|---|---|---|
| Carline Bolivar | 72 Van Reipen St #353 | Jersey City NJ 07306-4408 |
| Supportive Health LLC | 72 Van Reipen St #353 | Jersey City NJ 07306-4408 |
| City of Milwaukee | 200 E Wells St | Milwaukee WI 53202-3515 |
| Jean-Paul Perrault | 85 Sycamore Road | Jersey City NJ 07305-1237 |
| Patrick & Jennifer Newbury | 2229 E. Eden Place | St. Francis WI 53235 |
| Patrick & Jennifer Newbury | 2431 South 66th Street | West Allis WI 53219 |
| J. Nicole Knox, Esq. | 6 Azalea Lane | Cedar Grove NJ 07009 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

SUPPORTIVE HEALTH LLC

Debtor(s)

Case No. 21-15113

Chapter 7

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 10/19/2022, I did cause a copy of the following document(s), described below:

Order Shortening Time

22-10-17- Doc. 199 - Motion to Sell 2229 E. Eden Place, St. Francis Wisconsin

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/19/2022

/s/ Eric R. Perkins
Eric R. Perkins
Becker LLC
354 Eisenhower Parkway
Plaza II, Suite 1500
Livingston NJ 07039
973-251-8925
eperkins@becker.legal

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re:  
    SUPPORTIVE HEALTH LLC  
    Debtor(s)

Case No. 21-15113  
Chapter 7

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/19/2022, I did cause a copy of the following document(s), described below:

Order Shortening Time

22-10-17- Doc. 199 - Motion to Sell 2229 E. Eden Place, St. Francis Wisconsin

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/19/2022

Melissa Membrino  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602  
(949) 222-1212  
declaration@stretto.com

I certify that on 10/19/2022, I caused a copy of the Order Shortening Time, 22-10-17- Doc. 199 - Motion to Sell 2229 E. Eden Place and St. Francis Wisconsin to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Carline Bolivar | 72 Van Reipen St #353 | | | | Jersey City NJ 07306-4408 |
| Joseph Lento | Lento Law Group, P.C. | 3000 Atrium Way | Suite 200 | | Mount Laurel NJ 08054-3910 |
| Office of the United States Trustee | One Newark Center | Suite 2100 | Attn: Mitchell Hausman, Esq. | Attn: David Geradi, Esq. | Newark NJ 07102-5235 |
| The Cream City Real Estate Company | The Cream City Real Estate Company | | 3474 S. Pennsylvania Avenue | | Milwaukee WI 53207-3106 |
| Schmidlkofer, Toth, Loeb & Drosen, LLC | 949 Glenview Ave | | | | Wauwatosa WI 53213-3007 |
| Root River Realty | 7430 Harwood Avenue | | | | Wauwatosa WI 53213-2641 |
| U.S. Trustee | US Dept of Justice | Office of the US Trustee | One Newark Center Ste 2100 | | Newark NJ 07102-5235 |
| Supportive Health LLC | 72 Van Reipen St #353 | | | | Jersey City NJ 07306-4408 |
| City of Milwaukee | 200 E Wells St | | | | Milwaukee WI 53202-3515 |
| U.S. Bankruptcy Court | MLK Jr Federal Building | | 50 Walnut Street | | Newark NJ 07102-3550 |
| Department of Treasury | Internal Revenue Service | | P O Box 7346 | | Philadelphia PA 19101-7346 |
| Bayer & Sonz LLC | Bayer & Sonz LLC | 7430 Harwood Avenue | Suite 200 | | Wauwatosa WI 53213-2641 |
| Perrault Jean-Paul | 85 Sycamore Road | | | | Jersey City NJ 07305-1237 |
| Patrick & Jennifer Newbury | 2229 E. Eden Place | | | | St. Francis WI 53235 |
| Patrick & Jennifer Newbury | 2431 South 66th Street | | | | West Allis WI 53219 |
| Anne Uecker, MMC/WCPC | City Clerk/Treasurer City of St. Francis, Wisconsin | | 3400 E. Howard Ave | | St. Francis WI 53235 |
| WEA Property and Casualty Insurance Co. | 660 John Nolen Driv | | | | Madison WI 53713 |
| Rich Hickles , Broker/Owner | 1345 N. Jefferson St. #529 | | | | Milwaukee WI 53202 |
| J. Nicole Knox, Esq. | 6 Azalea Lane | | | | Cedar Grove NJ 07009 |