UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ  07039
(973) 422-1100
Justin S. Baumgartner, Esq.
Email:  jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

Order Filed on October 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    SUPPORTIVE HEALTH LLC,

                    Debtor.

Case No.:   21-15113 (VFP)

Chapter:   7

Judge:   Vincent F. Papalia, USBJ

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: October 18, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of Chapter 7 Trustee, Eric R. Perkins for a reduction of time for a hearing on Trustee's Motion For The Entry of an Order (1) Authorizing Chapter 7 Trustee to Sell the Debtor's Residential Real Property Located at 2229 E. Eden Place, St. Francis, Wisconsin Free and Clear of any Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(b) and (f); (2) Authorizing Payment of Real Estate Brokers' Commission from the Sale Proceeds; (3) Waiving the Stay Pursuant to Fed. R. Bankr. P. 6004(h); and (4) for Other Related Relief (the "Sale Motion")

under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 1, 2022 at 10:00 AM in the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, Courtroom No. 3B

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (1) (1) the Debtor; (2) Jean Paul Perrault, the former owner of the Property; (3) Carline Bolivar, the Debtor's principal; (4) Patrick and Jennifer Newbury, the current occupants of the Property; (5) The City of Milwaukee, creditor; (6) J. Nicole Knox, Esq., counsel to initial bidder King James Investments LLC;

by ☒ each, ☐ any of the following methods selected by the Court:

*(if available)*
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: The Office of the United States Trustee; and any other party having filed a Notice of Appearance in this case; and any other creditor

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within   1   day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

2

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date. The Trustee is authorized but not directed to use Stretto to serve the Sale Motion, this Order, and all accompanying documents. The costs associated with this service are authorized to be paid from the Estate's proceeds from the contemplated sale.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___4___ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-15113-VFP
Supportive Health LLC                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Oct 18, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Robert J. Schneider | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

                on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Samuel Jackson
                on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8