# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

### ATTORNEY FEE INTERIM FEE APPLICATION COVER SHEET

In the Matter of:        Supportive Health LLC

Case No.:        21-15113 (VFP)

Name of Applicant        BECKER LLC
& Client:        Attorneys for Eric R. Perkins, Chapter 7 Trustee

**COMPLETION OF THIS FORM CONSTITUTES CERTIFICATION
UNDER PENALTY OF PERJURY**

/s/Eric R. Perkins
Signature of Applicant        Dated:  October 24, 2022
ERIC R. PERKINS, ESQ.

---

### SECTION I, FEE SUMMARY
Fee Summary

---

FIRST INTERIM FEE APPLICATION

Total Previous Fee Requested:        $ 0.00

Total Fees Allowed to Date:        $ 0.00

Total Retainer (if applicable)        $ 0.00

Total Holdback (if applicable)        $ 0.00

Total Received by Applicant        $ 0.00

| | |
|---|---|
| FEE TOTALS – Pages 2, 3 and 4 | $52,051.50 |
| DISBURSEMENT TOTALS | $    745.80 |
| **TOTAL FEE APPLICATION** | **$52,797.30** |

## SECTION II
## SUMMARY OF PROFFESSIONALS

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Eric R. Perkins | 1984 | 12.80 | $675.00 | $8,640.00 |
| 2.  Justin Baumgartner | 2017 | 135.10 | $315.00 | $42,556.50 |
| 3.  Tiffany Colombini  Paralegal | | 3.00 | $285.00 | $855.00 |
| **TOTALS:** | | **150.90** | | **$52,051.50** |

## SECTION III
## SUMMARY OF SERVICES

| SERVICE | HOURS | VALUE |
|---|---|---|
| (B110) Case Administration | 46.80 | $16,326.00 |
| (B120) Asset Analysis and Recovery | 48.30 | $16,114.50 |
| (B130) Asset Disposition | 20.10 | $6,799.50 |
| (B150) Meetings of and Communications with Creditors | 1.80 | $567.00 |
| (B160) Fee/Employment Applications | 11.10 | $3,694.50 |
| (B190) Other Contested Matters | 22.10 | $8,077.50 |
| (B250) Real Estate | 0.70 | $472.50 |
| **TOTAL SERVICES:** | **150.90** | **$52,051.50** |

## SECTION VI
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENT | VALUE |
|---|---|
| Copying | $293.00 |
| Facsimile | $25.00 |
| Delivery Services/Messengers | $119.04 |
| Postage | $148.76 |
| Other | $160.00 |
| **TOTAL** | **$745.80** |

**SECTION V**
**CASE HISTORY**

(1) Date case filed:                              June 22, 2021

(2) Chapter under which case commenced:          Chapter 11

(3) Case converted to a Chapter 7:               August 19, 2021

 (3) Date of retention:                          September 20, 2021

    (Annex copy of order(s))   ***SEE EXHIBIT "A" ATTACHED HERETO***

    If limit on numbers of hours or other limitations to retention, set forth:

(5) Summarize in brief the benefits to the estate and attach supplements as needed:

    *See Fee Application* filed herewith

(6) Anticipated distribution to creditors:

    (a) Administration Expense:        Unknown
    (b) Secured Creditors:             Unknown
    (c) Priority Creditors:            None
    (d) General Unsecured Creditors:   Unknown

(7) Final disposition of case and percentage of dividend paid to creditors (if applicable):

    Unknown

I certify under penalty of perjury that the foregoing is true and correct.

    /s/Eric R. Perkins
    Signature of Applicant        Dated:  October 24, 2022
    ERIC R. PERKINS, ESQ.