# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# ORDER AUTHORIZING RETENTION OF

_____

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____

as _____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  _____

    _____

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

———————————————————————————————

Case No.:  21–15113–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Supportive Health LLC
72 Van Reipen St #353
Jersey City, NJ 07306
Social Security No.:

Employer's Tax I.D. No.:
80–0198863

———————————————————————————————

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 28, 2021, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 43 – 41
Order Granting Application to Employ Becker LLC as Counsel for Chapter 7 Trustee (Related Doc # 41). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/28/2021. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 28, 2021
JAN: jf

Jeanne Naughton
Clerk

# EXHIBIT "B"

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

October 21, 2022

Supportive Health, LLC (ERP Trustee)

Invoice #64750

File Number: 3776-001-ERP

**RE:  Representation of Eric R. Perkins Chapter 7 Trustee**

Representation of Eric R. Perkins Chapter 7 Trustee

| Fee Detail | | | | | | |
|---|---|---|---|---|---|---|
| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
| Case Administration | | | | | | |
| 127236 | 10/13/2021 | JB | Researched procedures in WI for filing Lis Pendens in county property records. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 127237 | 10/14/2021 | JB | Researched legal property description for both of Debtor's real properties. | B110 -B110 | 0.60 | 315.00 | $189.00 |
| 127238 | 10/14/2021 | JB | Drafted and formatted Lis Pendens for both of the Debtor's properties and reviewed formatting and signature requirement for filing same in Milwaukee County property records. | B110 -B110 | 1.80 | 315.00 | $567.00 |
| 127239 | 10/14/2021 | JB | Drafted email enclosing draft of Lis Pendens for Trustee's review. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127240 | 10/14/2021 | JB | Address filing Lis Pendens. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127243 | 10/14/2021 | JB | Reviewed Debtor's letter to Court about needing additional time to obtain counsel. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127248 | 10/18/2021 | JB | Address filing Supportive Health retention applications and Lis Pendens. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 127249 | 10/19/2021 | JB | Address revisions to Lis Pendens to comply with Milwaukee County filing requirements. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 127250 | 10/20/2021 | JB | Executed Lis Pendens and cover letter. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 127253 | 10/28/2021 | JB | Executed final Lis Pendens for Debtor's Real Property. Scanned all documents to file and sent same to Milwaukee County recorder's office. | B110 -B110 | 0.30 | 315.00 | $94.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                          Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                           October 21, 2022
Invoice # 64750                                                                               Page # 3

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Case Administration | | | | | | | |
| 915141 | 11/02/2021 | ERP | Address email by debtor's principle to dismiss case. | B110 -B110 | 1.00 | 675.00 | $675.00 |
| 128802 | 11/02/2021 | JB | Reviewed Motion to Dismiss Chapter 7 Case filed by Debtor's Principal. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 128803 | 11/02/2021 | JB | Call with Trustee regarding Debtor's Motion to Dismiss Bankruptcy Case. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127183 | 11/16/2021 | JB | Review of Debtor's Motion to Dismiss and other subsequent pleadings attempting to delay Trustee's administration of bankruptcy estate. | B110 -B110 | 0.70 | 315.00 | $220.50 |
| 915143 | 11/18/2021 | ERP | Exchange emails with City of Milwaukee regarding motion to dismiss and setting up phone call to discuss same. | B110 -B110 | 0.20 | 675.00 | $135.00 |
| 128820 | 11/22/2021 | JB | Preparation for and call with attorneys from the City of Milwaukee to discuss secured claim and Debtor's pending Motion to Dismiss. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 128822 | 11/30/2021 | JB | Drafted, revised, finalized, and filed Trustee's Opposition to Motion to Dismiss Chapter 7 Case. | B110 -B110 | 6.50 | 315.00 | $2,047.50 |
| 128823 | 11/30/2021 | JB | Call with Trustee to go over necessary revisions to Opposition to Debtor's Motion to Dismiss Chapter 7 case. | B110 -B110 | 0.10 | 315.00 | $31.50 |
| 125714 | 12/01/2021 | JB | Research on opposing Debtor's motion to dismiss based on the principle of equitable estoppel and ratification. | B110 -B110 | 1.50 | 315.00 | $472.50 |
| 125715 | 12/02/2021 | JB | Call with Trustee about Debtor's Reply to Trustee's Objection to Motion to Dismiss Bankruptcy Case. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 125716 | 12/02/2021 | JB | Reviewed Debtor Reply to Trustee's Opposition to Dismiss Bankruptcy Case. | B110 -B120 | 0.30 | 315.00 | $94.50 |
| 125717 | 12/02/2021 | JB | Follow up email to Milwaukee Counsel about providing letter of dealing with Perrault Jean Paul. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127176 | 12/03/2021 | ERP | Review supplemental opposition to motion to dismiss. | B110 -B110 | 1.00 | 675.00 | $675.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)

Representation of Eric R. Perkins Chapter 7 Trustee

Invoice # 64750

Becker LLC

October 21, 2022

Page # 4

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| **Case Administration** | | | | | | | |
| 125718 | 12/03/2021 | JB | Reviewed letter sent from the City of Milwaukee about past history with the Debtor and Perrault Jean Paul, drafted cover letter from Trustee, and filed both letters on Court docket in advance of MTD hearing. | B110 -B110 | 0.50 | 315.00 | $157.50 |
| 125719 | 12/06/2021 | JB | Research as to Court's Authority to Appoint Counsel for Corporate Chapter 7 Debtor. | B110 -B110 | 0.80 | 315.00 | $252.00 |
| 125720 | 12/06/2021 | JB | Reviewed 160 West Broadway Case requiring transfer of assets for successor liability finding. | B110 -B110 | 0.80 | 315.00 | $252.00 |
| 125721 | 12/07/2021 | JB | Preparation for Hearing on Motion to Dismiss Bankruptcy Case. | B110 -B110 | 0.80 | 315.00 | $252.00 |
| 125722 | 12/07/2021 | JB | Hearing on Debtor's Motion to Dismiss Bankruptcy Case. | B110 -B110 | 1.80 | 315.00 | $567.00 |
| 125723 | 12/07/2021 | JB | Call with Trustee to review outcome of Hearing on Debtor's Motion to Dismiss. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 125724 | 12/07/2021 | JB | Email to Supportive Health principal about producing Debtor documents and case status. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 126936 | 12/08/2021 | JB | Email to Carline Bolivar about responding to Trustee's requests to provide lists, schedules, and statements. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127177 | 12/09/2021 | ERP | Address motion filed by debtor to compel Trustee to provide update. | B110 -B110 | 0.20 | 675.00 | $135.00 |
| 126937 | 12/09/2021 | JB | Reviewed entered orders denying motion to dismiss and granting motion to turnover rents. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 126938 | 12/09/2021 | JB | Sent Denial of Dismissal and Turnover of Rents Order to real property tenant Newbury. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 126939 | 12/09/2021 | JB | Sent Denial of Dismissal and Turnover of Rents Order to realtor in Milwaukee. | B110 -B110 | 0.20 | 315.00 | $63.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                      Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                        October 21, 2022

Invoice # 64750                                                                                                       Page # 5

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Case Administration | | | | | | | |
| 126940 | 12/09/2021 | JB | Communicated with Trustee about subsequent actions to take in case in light of Debtor's principal's refusal to cooperate with Trustee's requests for documents. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 126941 | 12/09/2021 | JB | Reviewed and researched Debtor's Motion to Compel an Accounting. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 126942 | 12/09/2021 | JB | Drafted email to Ms. Bolivar requesting she provide lists, schedules, and statements in advance of proposed 341 hearing date. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 126943 | 12/09/2021 | JB | Address service of Order to Turnover Rents and Denial of Dismissal of Case to various parties Certified mail. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 126944 | 12/10/2021 | JB | Detailed email to Carline Bolivar about Debtor's duties under the Bankruptcy Code and to submit all documents in advance of requested 341 meeting. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 126945 | 12/10/2021 | JB | Response email to Carline Bolivar about her request for an accounting. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 127178 | 12/13/2021 | ERP | Review various notices of appeal filed by pro se debtor. | B110 -B110 | 0.20 | 675.00 | $135.00 |
| 126946 | 12/13/2021 | JB | Email to Carline Bolivar explaining Trustee's position about sitting for 341 Meeting. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 126949 | 12/14/2021 | JB | Obtain mortgage on NY Ave. Property. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 126950 | 12/14/2021 | JB | Email to Realtor about appraisal/value of NY Ave. Property. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127123 | 12/14/2021 | JB | Researched and reviewed appeal procedures for Motion to Turnover Rent and Motion to Dismiss Bankruptcy Case. | B110 -B110 | 0.50 | 315.00 | $157.50 |
| 127124 | 12/14/2021 | JB | Reviewed new pleadings from Supportive Health Principal Carline Bolivar regarding Motion to Reconsider Court's denial of Motion to Dismiss case. | B110 -B190 | 0.70 | 315.00 | $220.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                    Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                                      October 21, 2022

Invoice # 64750                                                                                          Page # 6

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Case Administration | | | | | | | |
| 127126 | 12/15/2021 | JB | Review of Perrault Jean Paul letter to Trustee about submitting rents to Debtor. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 127127 | 12/15/2021 | JB | Research into cause to bar Carline Bolivar from future filings without an attorney. | B110 -B110 | 1.80 | 315.00 | $567.00 |
| 127179 | 12/16/2021 | ERP | Review new motion filed by pro se debtor in connection with request for documents. | B110 -B110 | 0.30 | 675.00 | $202.50 |
| 127180 | 12/21/2021 | ERP | Review latest motions and address regarding latest motion to shorten time regarding motion for reconsideration and latest issues. | B110 -B110 | 0.30 | 675.00 | $202.50 |
| 127130 | 12/21/2021 | JB | Reviewed Carline Bolivar's new motion to shorten time as to various motions filed by her on behalf of the Debtor and proof of interest. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 915158 | 12/23/2021 | ERP | Address preparing responses in connection with motions filed by debtor. | B110 -B110 | 0.40 | 675.00 | $270.00 |
| 127131 | 12/23/2021 | JB | Further research on Court's ability to bar subsequent filings by Ms. Bolivar pro se and procedures to dismiss district court appeal if appellate procedures not followed by Ms. Bolivar. | B110 -B110 | 0.70 | 315.00 | $220.50 |
| 127132 | 12/23/2021 | JB | Reviewed Mortgage documents provided on NY Ave. Property by the City of Milwaukee. | B110 -B110 | 0.60 | 315.00 | $189.00 |
| 129081 | 01/05/2022 | JB | Call with Trustee about Ms. Bolivar's Various Motions to Reconsider Court's Denial of Dismissal and Order Converting Case to Chapter 7 and Trustee's Oppositions thereto. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 129082 | 01/05/2022 | JB | Address service of Trustee's Omnibus Opposition and Cross-Motion in response to Ms. Bolivar's various motions to reconsider. | B110 -B110 | 0.40 | 315.00 | $126.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022 |
| Invoice # 64750 | Page # 7 |

### Fee Detail

#### Case Administration

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 128429 | 01/14/2022 | ERP | Address 7 orders  in connection with motions filed by debtor, review, revise and comment on same. | B110 -B110 | 0.50 | 675.00 | $337.50 |
| 129074 | 01/25/2022 | ERP | Review and address entry of orders and ascertain proper service thereof and instruct staff regarding same. | B110 -B110 | 0.30 | 675.00 | $202.50 |
| 129717 | 02/01/2022 | JB | Drafted detailed email memo explaining necessary documents for and scheduling 341 meeting. | B110 -B110 | 0.50 | 315.00 | $157.50 |
| 130265 | 02/09/2022 | JB | Reviewed Joseph Lento Certification of original signatures per Court Order requiring same. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 896284 | 03/07/2022 | JB | Calculated number of months Tenant Newbury was remitting  rent payment to Trustee for based on $5,200 payment. Reviewed Newbury lease agreement to determine same and emailed Trustee paralegal findings. | B110 -B110 | 0.50 | 315.00 | $157.50 |
| 896330 | 03/14/2022 | JB | Email to Trustee about scheduling and giving call in information for Debtor's 341 meeting. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 896331 | 03/14/2022 | JB | Email to Trustee about giving notice of Debtor's 341 meeting and putting same on case docket. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 896332 | 03/14/2022 | JB | Email to Ms. Bolivar, debtor's principal, about procedure for Debtor's upcoming  341 meeting. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 896484 | 03/23/2022 | JB | Call with Trustee about potential motion to appoint counsel for Debtor. | B110 -B110 | 0.30 | 315.00 | $94.50 |
| 896486 | 03/23/2022 | JB | Second call with Trustee about filing Motion to Appoint counsel for Debtor. | B110 -B110 | 0.40 | 315.00 | $126.00 |
| 896504 | 03/28/2022 | JB | Reviewed Wisconsin State Court order to dismiss complaint filed against City of Milwaukee for costs of razing Perrault Jean Paul properties and corresponding motion to dismiss. | B110 -B110 | 0.70 | 315.00 | $220.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee) | Becker LLC
--- | ---
Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022
Invoice # 64750 | Page # 8

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Case Administration | | | | | | | |
| 896505 | 03/28/2022 | JB | Reviewed numerous Wisconsin State Court pleading regarding Debtor by law firm Schmidlkofer Toth to determine why firm is listed as a $5,000 creditor on Debtor's petition and schedules and overall relationship with Debtor. | B110 -B110 | 2.10 | 315.00 | $661.50 |
| 896507 | 03/28/2022 | JB | Detailed email to WI title company explaining that Debtor is in bankruptcy and asking to order title work for both Eden Place and New York Ave. properties. | B110 -B110 | 0.50 | 315.00 | $157.50 |
| 896508 | 03/28/2022 | JB | Email to Trustee re: findings of Debtor's relationship with creditor Schmidlkofer law firm. | B110 -B110 | 0.20 | 315.00 | $63.00 |
| 896516 | 03/29/2022 | JB | Researched case law for Trustee's right to obtain case file of a current client of a state court law firm when ongoing matter stayed by bankruptcy proceeding. | B110 -B110 | 2.20 | 315.00 | $693.00 |
| 896522 | 03/31/2022 | JB | Finalized letter to Supportive Health State Court attorney about turning over client file and drafted email explaining and sending same. | B110 -B130 | 0.70 | 315.00 | $220.50 |
| 896523 | 03/31/2022 | JB | Begin preparation of real estate trustee sale contract for revisions and to be used for the potential sale of Debtor's properties. | B110 -B130 | 0.20 | 315.00 | $63.00 |
| 896528 | 03/31/2022 | JB | Further research case law for Motion to Appoint an Attorney for corporate debtor. | B110 -B110 | 2.80 | 315.00 | $882.00 |
| 906469 | 06/07/2022 | JB | Reviewed real estate listing agreement and discussed same with Trustee. | B110 - | 0.40 | 315.00 | $126.00 |
| | | | **Task Total** | | **46.80** | | **$16,326.00** |
| Asset Analysis and Recovery | | | | | | | |
| 131200 | 08/18/2021 | JB | Reviewed case file for new Perkins Trustee matter Supportive Health LLC. 21-15113-VFP. | B120 -B120 | 0.40 | 315.00 | $126.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                           Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                            October 21, 2022
Invoice # 64750                                                                               Page # 9

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Asset Analysis and Recovery | | | | | | | |
| 130813 | 09/16/2021 | JB | Reviewed case file including Debtor's 2 properties available for potential sale. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 127172 | 11/04/2021 | ERP | Review and address correspondence to bankruptcy court seeking to dismiss matter and review correspondence from Supportive Health; develop and communicate to attorney Baumgartner strategy of moving forward and next steps. | B120 -B120 | 1.00 | 675.00 | $675.00 |
| 127181 | 11/04/2021 | JB | Reviewed Residential Lease of Tenant in Debtor's Real Property. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 127182 | 11/04/2021 | JB | Call to Trustee about Motion to Dismiss and subsequent pleadings filed by the Debtor's principal seeking to delay administration of bankruptcy estate. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 128805 | 11/05/2021 | JB | Call with Trustee about filing Motion to Turnover Rents. | B120 -B120 | 0.30 | 315.00 | $94.50 |
| 128807 | 11/08/2021 | JB | Drafted Motion for Tenants to Turnover Rents and accompanying proposed order. | B120 -B120 | 6.20 | 315.00 | $1,953.00 |
| 128808 | 11/08/2021 | JB | Sent draft of Motion for Tenants to Turnover Rents to Trustee for Review. | B120 -B120 | 0.20 | 315.00 | $63.00 |
| 128809 | 11/09/2021 | JB | Edited and Revised Motion for Tenants to Turnover Rents. | B120 -B120 | 1.20 | 315.00 | $378.00 |
| 128810 | 11/09/2021 | JB | Calls with Legal Assistant about finalizing Motion for Tenants to Turnover Rents and filing same. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 128811 | 11/09/2021 | JB | Call with Trustee about revisions to Motion to Turnover Rents. | B120 -B120 | 0.30 | 315.00 | $94.50 |
| 128812 | 11/10/2021 | JB | Call with Legal Assistant about amending Supportive Health Cert. of Service to include tenants. | B120 -B120 | 0.20 | 315.00 | $63.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022 |
| Invoice # 64750 | Page # 10 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| <u>Asset Analysis and Recovery</u> | | | | | | | |
| 128818 | 11/10/2021 | JB | Checked with Milwaukee County recorder's office to make sure Trustee's lis pendens against Debtor's properties had been recorded. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 127134 | 01/04/2022 | ERP | Review, revise and address opposition to various motions by debtor's principal and address issues surrounding turnover of rents in connection therewith, phone call with attorney Baumgartner to discuss same and address comments and revisions to motion papers in opposition to pending motions. | B120 -B120 | 0.50 | 675.00 | $337.50 |
| 129078 | 01/04/2022 | JB | Drafted, revised, and finalized Trustee's Omnibus Objection to numerous of the Debtor's Motions to Reconsider and for an accounting of Trustee's funds and original signatures. | B120 -B190 | 9.60 | 315.00 | $3,024.00 |
| 129079 | 01/04/2022 | JB | Call with Trustee about Supportive Health real property recovery and responses as well as Cross-Motion to Compel 341 Meeting and Bar Ms. Bolivar from filing further motions to reconsider. | B120 -B120 | 0.20 | 315.00 | $63.00 |
| 129080 | 01/04/2022 | JB | Filed and served on Ms. Bolivar by email Trustee's Omnibus Objection and Cross-Motions to Compel 341 Meeting and Bar further motions to reconsider. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 129083 | 01/10/2022 | JB | Reviewed and analyzed Ms. Bolivar's reply to Trustee's Opposition to her Motions to Reconsider and Opposition to Trustee's Cross-Motions. | B120 -B120 | 2.30 | 315.00 | $724.50 |
| 129084 | 01/10/2022 | JB | Preparation for hearings on Ms. Bolivar's Motions to Reconsider and Trustee's Cross-Motions to Bar further reconsideration motions and to compel attendance at 341 meeting. | B120 -B120 | 0.80 | 315.00 | $252.00 |
| 129085 | 01/10/2022 | JB | Email to Creditor City of Milwaukee enclosing Ms. Bolivar's Reply to Trustee's Omnibus Objection and Cross-Motions. | B120 -B110 | 0.20 | 315.00 | $63.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                          Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                    October 21, 2022
Invoice # 64750                                                                                Page # 11

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| **Asset Analysis and Recovery** | | | | | | | |
| 129087 | 01/11/2022 | JB | Final Preparation for Hearing on Ms. Bolivar's various Motions to Reconsider denial of dismissal and conversion to Chapter 7 orders. | B120 -B120 | 1.00 | 315.00 | $315.00 |
| 129088 | 01/11/2022 | JB | Hearing on Ms. Bolivar's various Motions to Reconsider denial of dismissal and conversion to Chapter 7 orders as well as Trustee's Cross-Motions. | B120 -B120 | 3.30 | 315.00 | $1,039.50 |
| 129089 | 01/11/2022 | JB | Call with Trustee to recap hearings on Ms. Bolivar's various motions to reconsider and Trustee's cross-motions. | B120 -B120 | 0.50 | 315.00 | $157.50 |
| 129090 | 01/11/2022 | JB | Drafted notes on all 7 orders disposing of Ms. Bolivar's various Motions and Trustee's cross-motions in order to prepare proposed orders and submit same to Court. | B120 -B120 | 0.30 | 315.00 | $94.50 |
| 129091 | 01/13/2022 | JB | Reviewed case file and notes from hearing and drafted 7 proposed orders disposing of Ms. Bolivar's various Motions to Reconsider as well as Trustee's Cross-Motions to Bar further reconsideration motions and compel 341 attendance at 341 meeting. | B120 -B120 | 6.60 | 315.00 | $2,079.00 |
| 129092 | 01/13/2022 | JB | Emailed proposed orders to the Trustee for revisions and approval. | B120 -B120 | 0.20 | 315.00 | $63.00 |
| 129093 | 01/14/2022 | JB | Reviewed and Revised Supportive Health Proposed Order Denying Motion to Abandon NY Ave. Property. | B120 -B120 | 0.60 | 315.00 | $189.00 |
| 129094 | 01/14/2022 | JB | Review/revised Supportive Health Letter to Tenant Newbury to Vacate Property at end of lease term. | B120 -B120 | 0.50 | 315.00 | $157.50 |
| 129095 | 01/14/2022 | JB | Email to Chambers of VFP enclosing all 7 proposed orders from 1/11 hearing on various motions of Ms. Bolivar and Trustee's Cross-Motions. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 129096 | 01/18/2022 | JB | Drafted responses to Ms. Bolivar's objections to Trustee's proposed orders submitted to Chambers. | B120 -B120 | 3.20 | 315.00 | $1,008.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| Supportive Health, LLC (ERP Trustee) | Becker LLC |
|---|---|
| Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022 |
| Invoice # 64750 | Page # 12 |

### Fee Detail

#### Asset Analysis and Recovery

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 129097 | 01/19/2022 | JB | Further Reviewed Ms. Bolivar's Objections to Trustee's proposed orders from 1/11/22 hearing. | B120 -B120 | 0.60 | 315.00 | $189.00 |
| 129098 | 01/19/2022 | JB | Edited and finalized Trustee's Response to Ms. Bolivar's Objection to Trustee's proposed orders from 1/11/22 hearing. | B120 -B120 | 0.50 | 315.00 | $157.50 |
| 129099 | 01/19/2022 | JB | Drafted email to chambers submitting Trustee's response to Ms. Bolivar's objection to Trustee's proposed orders. | B120 -B120 | 0.30 | 315.00 | $94.50 |
| 129100 | 01/19/2022 | JB | Reviewed Ms. Bolivar's Designation of Items/Issues for Appeal. | B120 -B120 | 0.50 | 315.00 | $157.50 |
| 129101 | 01/25/2022 | JB | Address service of various orders disposing of Ms. Bolivar's Motions for Reconsideration and Trustee's Cross-Motions as required by Court. | B120 -B120 | 0.80 | 315.00 | $252.00 |
| 129102 | 01/25/2022 | JB | Review of Court's various orders disposing of Ms. Bolivar's Motions for Reconsideration and Trustee's Cross-Motions as required by Court. | B120 -B120 | 0.40 | 315.00 | $126.00 |
| 129103 | 01/26/2022 | JB | Address orders from 1/11 hearing on Ms. Bolivar's various motions which need to be served certified and subsequent associated deadlines. | B120 -B120 | 0.30 | 315.00 | $94.50 |
| 130287 | 02/25/2022 | JB | Address drafting of  supplemental certificate of service for notice of various orders entered by Court as required by Court order. | B120 -B120 | 0.60 | 315.00 | $189.00 |
| 899282 | 04/11/2022 | JB | Follow up on title work for Supportive Health Wisconsin properties. | B120 -B120 | 0.30 | 315.00 | $94.50 |
| 899731 | 04/18/2022 | JB | Review of title reports and judgment searches on two Wisconsin properties of Debtor. | B120 -B120 | 0.60 | 315.00 | $189.00 |
| 914604 | 10/12/2022 | ERP | Prepare R2004 Subpoena to PHH Mortgage regarding New York Avenue Property | B120 - | 1.00 | 675.00 | $675.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                    Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                                October 21, 2022
Invoice # 64750                                                                                          Page # 13

| | | | | **Task Total** | | **48.30** | | **$16,114.50** |
|---|---|---|---|---|---|---|---|---|

Asset Disposition

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 127171 | 10/14/2021 | ERP | Follow up on lis pendens with attorney Baumgartner and review draft of same in anticipation of filing. | B130 -B130 | | 0.30 | 675.00 | $202.50 |
| 898998 | 04/01/2022 | JB | Edited and revised proposed sale agreement for Debtor's Wisconsin properties for Trustee realtor to use with offer agreements. | B130 -B130 | | 1.70 | 315.00 | $535.50 |
| 898999 | 04/01/2022 | JB | Sent revised proposed sale agreement to Trustee for approval to send to Estate realtor. | B130 -B130 | | 0.10 | 315.00 | $31.50 |
| 899055 | 04/04/2022 | JB | Final revisions to Trustee's Sale Agreement to comport with Trustee's requested changes. Emailed finalized version to Estate Realtor. | B130 -B130 | | 0.40 | 315.00 | $126.00 |
| 896605 | 04/05/2022 | ERP | Address legal questions concerning proposed contract of sale | B130 - | | 0.20 | 675.00 | $135.00 |
| 899242 | 04/06/2022 | JB | Sent email responding to Estate Realtor's questions and proposed changes to Trustee's real estate sale agreement. | B130 -B130 | | 0.30 | 315.00 | $94.50 |
| 914104 | 09/07/2022 | JB | Reviewed offers from King James Investments to purchase Eden and NY Ave. Properties from Bankruptcy Estate. | B130 - | | 0.40 | 315.00 | $126.00 |
| 914561 | 10/12/2022 | ERP | Email to realtor concerning status of matter and status of contract of sale for Eden Place. | B130 - | | 0.20 | 675.00 | $135.00 |
| 914562 | 10/12/2022 | ERP | Prepare and forward draft of contract of sale for Eden Place | B130 - | | 0.60 | 675.00 | $405.00 |
| 915087 | 10/13/2022 | JB | Reviewed title work and statements of taxing authorities in regard to Debtor's property located at E Eden Place, St. Francis, Wisconsin in order to began preparing 363 sale motion for property. | B130 -B130 | | 1.20 | 315.00 | $378.00 |
| 915088 | 10/13/2022 | JB | Began drafting 363(f) sale motion application for Debtor's property located at E Eden Place, St. Francis, Wisconsin. | B130 -B130 | | 1.60 | 315.00 | $504.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                          Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                                  October 21, 2022
Invoice # 64750                                                                                                          Page # 14

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Asset Disposition | | | | | | | |
| 915089 | 10/14/2022 | JB | Continued drafting 363(f) sale motion application for Debtor's property located at E Eden Place, St. Francis, Wisconsin. | B130 -B130 | 7.40 | 315.00 | $2,331.00 |
| 915090 | 10/17/2022 | JB | Finished drafting 363(f) sale motion application for Debtor's property located at E Eden Place, St. Francis, Wisconsin. Sent same to Trustee for review and comment. | B130 -B130 | 1.40 | 315.00 | $441.00 |
| 915091 | 10/17/2022 | JB | Edited and revised 363(f) sale application for E. Eden Property in line with Trustee's comments and revisions | B130 -B130 | 0.60 | 315.00 | $189.00 |
| 915092 | 10/17/2022 | JB | Drafted proposed sale order, certification of Trustee in support of sale, Motion to Shorten Time and proposed order on same for sale of Debtor's property at E. Eden Place. | B130 -B130 | 2.80 | 315.00 | $882.00 |
| 915093 | 10/17/2022 | JB | Addressed filing and service of 363(f) Motion to Sell E. Eden Property and accompanying Motion to Shorten Notice period. | B130 -B130 | 0.50 | 315.00 | $157.50 |
| 915193 | 10/18/2022 | JB | Addressed email service of E Eden Place sale motion pursuant to Court's Order Shortening Notice. | B130 - | 0.40 | 315.00 | $126.00 |
| | | | | **Task Total** | **20.10** | | **$6,799.50** |
| Meetings of and Communications with Creditors | | | | | | | |
| 896454 | 03/21/2022 | JB | Attended Debtor's 341 meeting with Trustee. Carline Bolivar appeared. | B150 -B150 | 0.40 | 315.00 | $126.00 |
| 896455 | 03/21/2022 | JB | Follow up call with Trustee about Debtor's 341 meeting attended by Carline Bolivar. | B150 -B150 | 0.50 | 315.00 | $157.50 |
| 896502 | 03/25/2022 | JB | Call with counsel for the city of Milwaukee about the status of Debtor's case and appeals and potential disposition of Debtor's property. | B150 -B150 | 0.50 | 315.00 | $157.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022 |
| Invoice # 64750 | Page # 15 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Meetings of and Communications with Creditors | | | | | | | |
| 896506 | 03/28/2022 | JB | Emails to counsel for creditor City of Milwaukee about pending state court actions involving and against the Debtor and Perault Jean Paul. | B150 -B150 | 0.40 | 315.00 | $126.00 |
| | | | **Task Total** | | **1.80** | | **$567.00** |
| Fee/Employment Applications | | | | | | | |
| 130820 | 09/20/2021 | JB | Prepared/reviewed Application to employ Becker LLC as Trustee's counsel. | B160 -B160 | 0.40 | 315.00 | $126.00 |
| 130833 | 09/28/2021 | JB | Reviewed letter serving order granting application of Trustee to retain Becker LLC. | B160 -B160 | 0.10 | 315.00 | $31.50 |
| 127235 | 10/13/2021 | JB | Call with Trustee about filing application for retention of realtor to sell Debtor's real property. | B160 -B160 | 0.30 | 315.00 | $94.50 |
| 127241 | 10/14/2021 | JB | Drafted application and certification in support of retention of Cream City Realtors. | B160 -B160 | 0.80 | 315.00 | $252.00 |
| 127242 | 10/14/2021 | JB | Sent email to Amy at Cream City Realtors explaining realtor compensation process and enclosing certification in support of retention application for signature. | B160 -B160 | 0.20 | 315.00 | $63.00 |
| 127245 | 10/18/2021 | JB | Revised application for retention and certification in support of Cream City Realtors to include $1,000 liquidated damages clause. Also attached listing agreements to application. | B160 -B160 | 0.70 | 315.00 | $220.50 |
| 127246 | 10/18/2021 | JB | Email to Amy at Cream City Realtors to correct listing agreements to list mine and Trustee's email and $1,000 liquidated damages clause. | B160 -B160 | 0.20 | 315.00 | $63.00 |
| 127247 | 10/18/2021 | JB | Call with Trustee to discuss supportive health Amendment to realtor listing agreement. | B160 -B160 | 0.20 | 315.00 | $63.00 |
| 127251 | 10/27/2021 | JB | Reviewed Cream City Realtor's Retention Order and made changes to service letter enclosing same. | B160 -B160 | 0.20 | 315.00 | $63.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                    Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                      October 21, 2022

Invoice # 64750                                                                         Page # 16

### Fee Detail

Fee/Employment Applications

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| 127252 | 10/27/2021 | JB | Sent Trustee listing agreements of Debtor's real properties for signature. Emailed signed documents to Cream City Realtors. | B160 -B160 | 0.30 | 315.00 | $94.50 |
| 127254 | 10/29/2021 | JB | Further revisions to Cream City Realtor listing agreements for Debtor's properties. | B160 -B160 | 0.30 | 315.00 | $94.50 |
| 899439 | 04/13/2022 | JB | Initial call with Trustee about retaining new Realtor for Estate, | B160 -B160 | 0.20 | 315.00 | $63.00 |
| 899440 | 04/13/2022 | JB | Call with new realtor about being retained by the bankruptcy estate and history of properties and current procedural posture of Debtor's case, | B160 -B160 | 0.60 | 315.00 | $189.00 |
| 899740 | 04/19/2022 | JB | Follow up communication with new Wisconsin realtor re: certification in support of retention application. | B160 -B160 | 0.20 | 315.00 | $63.00 |
| 903724 | 05/04/2022 | JB | Email to Trustee about status of retaining Root River Realty as new realtor in case. | B160 - | 0.20 | 315.00 | $63.00 |
| 903725 | 05/04/2022 | JB | Email to Holly of Root River Realty following up on Certification in support of retention. | B160 - | 0.20 | 315.00 | $63.00 |
| 903951 | 05/25/2022 | JB | Reviewed application of former Estate realtor in order to draft Retention Application for Root River Realty. | B160 - | 1.20 | 315.00 | $378.00 |
| 903952 | 05/25/2022 | JB | Revised Root River Realty listing agreements for Debtor's two Wisconsin properties to account for sale being "as is where is" and subject to Bankruptcy Court approval. | B160 - | 0.30 | 315.00 | $94.50 |
| 906447 | 06/02/2022 | JB | Email to Trustee with retention agreements for new realtors Root River Realty, | B160 -B160 | 0.30 | 315.00 | $94.50 |
| 906461 | 06/06/2022 | JB | Email to Holly of Root River Realty enclosing signed listing agreements. | B160 -B160 | 0.20 | 315.00 | $63.00 |
| 907948 | 07/22/2022 | ERP | Phone call with potential property manager concerning retention application process and next steps | B160 - | 0.40 | 675.00 | $270.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                          Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                            October 21, 2022
Invoice # 64750                                                                                                        Page # 17

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Fee/Employment Applications | | | | | | | |
| 907947 | 07/25/2022 | ERP | Review and revise application to retain property manager. | B160 - | 0.40 | 675.00 | $270.00 |
| 911906 | 08/04/2022 | JB | Review of order authorizing employment of Bayer & Sonz LLC and letter serving same. | B160 - | 0.20 | 315.00 | $63.00 |
| 915408 | 10/20/2022 | TC | Preparation of First Interim Fee Application for Becker LLC, attorneys for Eric R. Perkins, Cover Sheet, Certification of Eric R. Perkins, Esq. and proposed Order. | B160 - | 3.00 | 285.00 | $855.00 |
| | | | **Task Total** | | **11.10** | | **$3,694.50** |
| Other Contested Matters (excluding assumption/rejection motions) | | | | | | | |
| 127173 | 11/09/2021 | ERP | Review motion to turnover property by Mr Jean-Paul and discuss strategy with attorney Baumgartner regarding same. | B190 -B190 | 0.40 | 675.00 | $270.00 |
| 127174 | 11/19/2021 | ERP | Address with attorney Baumgartner status of opposition to motion to dismiss and phone call with attorneys for City of Milwaukee regarding next steps. | B190 -B190 | 0.50 | 675.00 | $337.50 |
| 127175 | 12/02/2021 | ERP | Address status of objection to motion to dismiss by debtor, engage in phone calls with attorney Baumgartner regarding same. | B190 -B190 | 0.50 | 675.00 | $337.50 |
| 126947 | 12/13/2021 | JB | Review of Bolivar's Motion to Reconsider Denial of Dismissal and corresponding appeal. | B190 -B190 | 0.40 | 315.00 | $126.00 |
| 126948 | 12/13/2021 | JB | Call with Legal Assistant about procedures to monitor for Bolivar's District Court Appeals. | B190 -B190 | 0.30 | 315.00 | $94.50 |
| 127125 | 12/15/2021 | JB | Reviewed Motion to Compel Supportive Health Production of Original Signatures. | B190 -B190 | 0.30 | 315.00 | $94.50 |
| 127128 | 12/16/2021 | JB | Review of additional filings of Carline Bolivar related to Motion to reconsider denial of Motion to Dismiss bankruptcy case. | B190 -B190 | 0.20 | 315.00 | $63.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022 |
| Invoice # 64750 | Page # 18 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Other Contested Matters (excluding assumption/rejection motions) | | | | | | | |
| 127129 | 12/20/2021 | JB | Research and review of procedure rules when appeal and motion to reconsider same order are filed at the same time. | B190 -B190 | 0.40 | 315.00 | $126.00 |
| 127149 | 01/10/2022 | ERP | Review reply to opposition to motions filed by Ms. Bolivar and discuss legal strategy in connection with oral argument with attorney Baumgartner. | B190 -B190 | 0.70 | 675.00 | $472.50 |
| 127150 | 01/11/2022 | ERP | Phone conference with attorney Baumgartner to confer on outcome of seven motions filed by debtor's principal and begin drafting of order proving denial of same and approval in part, address strategy and legal theories in connection with same and discuss strategy for next steps. | B190 -B190 | 0.40 | 675.00 | $270.00 |
| 128311 | 01/13/2022 | ERP | Prepare 28 day notice letter for tenant on Egan place. | B190 -B190 | 0.40 | 675.00 | $270.00 |
| 129715 | 02/01/2022 | JB | Reviewed Ms. Bolivar's Appeal Designations and then the bankruptcy court docket and drafted additional appeal designations for Chapter 7 Trustee appellee for two separate appeals before District Court. | B190 -B190 | 1.80 | 315.00 | $567.00 |
| 129716 | 02/01/2022 | JB | Drafted email serving additional appeal designations on Ms. Bolivar. | B190 -B190 | 0.30 | 315.00 | $94.50 |
| 130233 | 02/02/2022 | JB | Address service of Supportive Health additional documents to designate be included in Appeal record. | B190 -B190 | 0.30 | 315.00 | $94.50 |
| 129208 | 02/09/2022 | ERP | Address appeals filed by principal of debtor. | B190 -B190 | 0.20 | 675.00 | $135.00 |
| 130272 | 02/10/2022 | JB | Checked status of 5 bankruptcy court order appeals by Ms. Bolivar. | B190 -B190 | 0.40 | 315.00 | $126.00 |
| 130280 | 02/23/2022 | JB | Reviewed 5 Appeals Dockets and Pleadings filed by Ms. Bolivar. | B190 -B190 | 0.60 | 315.00 | $189.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)     Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee     October 21, 2022

Invoice # 64750     Page # 19

### Fee Detail

Other Contested Matters (excluding assumption/rejection motions)

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| 130289 | 02/28/2022 | JB | Drafted, edited, and finalized Joinder to US Trustee's Motion to Dismiss Ms. Bolivar appeal of Order converting case to Chapter 7. | B190 -B190 | 2.10 | 315.00 | $661.50 |
| 130290 | 02/28/2022 | JB | Drafted Certificate of Service for Trustee's Joinder to UST's Motion to Dismiss. | B190 -B190 | 0.40 | 315.00 | $126.00 |
| 130291 | 02/28/2022 | JB | Emailed Ms. Bolivar copy of Trustee's Joinder to UST's Motion to Dismiss. | B190 -B190 | 0.20 | 315.00 | $63.00 |
| 896283 | 03/07/2022 | JB | Reviewed district court appeals case docket to see if hearing would be held on UST's motion to dismiss appeal. Called chambers to verify hearing would not be held on Motion to Dismiss Appeal. | B190 -B190 | 0.40 | 315.00 | $126.00 |
| 896460 | 03/21/2022 | JB | Reviewed new documents filed by Ms. Bolivar designating docket entries to be included in district court appeals. | B190 -B190 | 0.50 | 315.00 | $157.50 |
| 896487 | 03/23/2022 | JB | Reviewed District Court order dismissing Bolivar appeal for Order converting case to Chapter 7. | B190 -B190 | 0.30 | 315.00 | $94.50 |
| 896517 | 03/30/2022 | JB | Drafted, edited, and revised demand letter with supporting case law for Debtor's state law attorney to turn over case files re: pre-petition foreclosure and fraudulent transfers actions. | B190 -B190 | 3.60 | 315.00 | $1,134.00 |
| 898980 | 04/01/2022 | JB | Further research on Motion to Appoint Attorney for Debtor. | B190 -B190 | 2.20 | 315.00 | $693.00 |
| 899057 | 04/04/2022 | JB | Reviewed bankruptcy case docket and drafted Designation for Additional Items for Appeals of Order Compelling Attendance at 341 Meeting and Order Compelling Production of original signatures. Edited and filed same with bankruptcy court. | B190 -B190 | 2.90 | 315.00 | $913.50 |
| 899244 | 04/06/2022 | JB | Continued drafting Motion to Appoint counsel for the Debtor. | B190 -B190 | 0.60 | 315.00 | $189.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | October 21, 2022 |
| Invoice # 64750 | Page # 20 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Other Contested Matters (excluding assumption/rejection motions) | | | | | | | |
| 903766 | 05/12/2022 | JB | Reviewed District Court dismissal orders of Ms. Bolivar multiple appeals. | B190 - | 0.40 | 315.00 | $126.00 |
| 906505 | 06/14/2022 | JB | Email update to creditor City of Milwaukee providing about on status of Debtor's property sales and status of appeals. | B190 - | 0.40 | 315.00 | $126.00 |
| | | | **Task Total** | | **22.10** | | **$8,077.50** |
| Real Estate | | | | | | | |
| 128428 | 01/14/2022 | ERP | Draft letter to tenant at Eden Place in Wisconsin to move out of the premises no later than February 28, 2022. | B250 -B250 | 0.50 | 675.00 | $337.50 |
| 128426 | 01/18/2022 | ERP | Finalize and issue 28 day letter to tenant Newbury. | B250 -B250 | 0.20 | 675.00 | $135.00 |
| | | | **Task Total** | | **0.70** | | **$472.50** |
| | | | **Total Fees** | | **150.90** | | **$52,051.50** |

### Cost Detail

| Entry ID | Entry Date | Qty | Amount | Description | Code |
|---|---|---|---|---|---|
| 915180 | 10/19/2021 | 112.00 | $112.00 | Photocopies - 112 copies @ $0.20/page | E101 |
| 915182 | 10/19/2021 | 12.01 | $12.01 | Postage Expense | E108 |
| 5586 | 10/20/2021 | 60.00 | $60.00 | Record 2 Lis Pendens in Milwaukee County, WI | E124 |
| 5725 | 11/03/2021 | 29.34 | $29.34 | Delivery Charges - 10/22/21 - 10/28/21 - Justin Baumgartner | E107 |
| 5977 | 11/03/2021 | 29.34 | $29.34 | Delivery Charges - 10/22/21 - 10/28/21 - Justin Baumgartner | E107 |
| 6101 | 11/03/2021 | 29.34 | $29.34 | Delivery Charges - 10/22/21 - 10/28/21 - Justin Baumgartner | E107 |
| 5479 | 11/11/2021 | 31.02 | $31.02 | Delivery charges - 10/29/2021 - 11/3/2021 | E107 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                    Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                      October 21, 2022

Invoice # 64750                                                                         Page # 21

### Cost Detail

| Entry ID | Entry Date | Qty | Amount | Description | Code |
|----------|-----------|-----|--------|-------------|------|
| 915184 | 11/16/2021 | 13.74 | $13.74 | Postage Expense | E108 |
| 915186 | 12/01/2021 | 13.20 | $13.20 | Photocopies - 66 copies @ $.20/page | E101 |
| 915188 | 12/01/2021 | 4.56 | $4.56 | Postage Expense | E108 |
| 915190 | 12/09/2021 | 9.60 | $9.60 | Photocopies - 48 copies @ $.20 Per Copy | E101 |
| 915192 | 12/09/2021 | 18.92 | $18.92 | Postage Expense | E108 |
| 6243 | 01/06/2022 | 22.80 | $22.80 | Photocopies - 114 copies @ $.20/page | E101 |
| 6244 | 01/06/2022 | 5.58 | $5.58 | Postage | E108 |
| 6256 | 01/13/2022 | 50.00 | $50.00 | Visa Charges for Statement Date 11/24/21 - 12/23/21 | E124 |
| 915166 | 01/26/2022 | 92.40 | $92.40 | Photocopies - 462 copies @ $.20/per page | E101 |
| 915168 | 01/26/2022 | 42.80 | $42.80 | Postage Expense | E108 |
| 915172 | 01/26/2022 | 15.84 | $15.84 | Postage Expense | E108 |
| 915170 | 02/02/2022 | 3.60 | $3.60 | Photocopies - 18 copies @ $.20/page | E101 |
| 915174 | 02/02/2022 | 0.40 | $0.40 | Photocopies - 2 copies @ $.20/page | E101 |
| 915176 | 02/02/2022 | 1.46 | $1.46 | Postage Expense | E108 |
| 915178 | 02/02/2022 | 0.53 | $0.53 | Postage Expense | E108 |
| 3987 | 02/07/2022 | 50.00 | $50.00 | Visa Charges for Statement Date 12/24/21 - 1/23/22 | E124 |
| 897880 | 04/04/2022 | 0.53 | $0.53 | Postage. | E108 |
| 897881 | 04/05/2022 | 1.46 | $1.46 | Postage. | E108 |
| 905072 | 05/25/2022 | 72.00 | $14.40 | Photocopies - 72 pages @ $.20/page | E101 |
| 905073 | 05/25/2022 | 5.28 | $5.28 | Postage. | E108 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                          Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                      October 21, 2022

Invoice # 64750                                                                                        Page # 22

### Cost Detail

| Entry ID | Entry Date | Qty | Amount | Description | Code |
|----------|-----------|-----|--------|-------------|------|
| 905728 | 06/10/2022 | 1.59 | $1.59 | Postage. | E108 |
| 908134 | 07/26/2022 | 40.00 | $8.00 | Photocopies - 40 copies @ $.20/page | E101 |
| 908135 | 07/26/2022 | 3.24 | $3.24 | Postage. | E108 |
| 914884 | 10/17/2022 | 35.00 | $7.00 | Photocopies - 35 copies @ $.20/page | E101 |
| 915212 | 10/19/2022 | 48.00 | $9.60 | Copying. | E101 |
| 915214 | 10/19/2022 | 25.00 | $25.00 | Facsimile. | E104 |
| 915213 | 10/19/2022 | 21.22 | $21.22 | Postage. | E108 |

**COST TOTAL**                    **$745.80**

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                          Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                           October 21, 2022
Invoice # 64750                                                               Page # 23

### Timekeeper Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Justin Baumgartner | $315.00 | 135.10 | $42,556.50 |
| Tiffany Colombini | $285.00 | 3.00 | $855.00 |
| Eric R. Perkins | $675.00 | 12.80 | $8,640.00 |

### Task Code Summary

| Task Code | | Rate | Hours | Amount |
|---|---|---|---|---|
| B110 | Case Administration | $348.85 | 46.80 | $16,326.00 |
| B120 | Asset Analysis and Recovery | $333.63 | 48.30 | $16,114.50 |
| B130 | Asset Disposition | $338.28 | 20.10 | $6,799.50 |
| B150 | Meetings of and Communications with Creditors | $315.00 | 1.80 | $567.00 |
| B160 | Fee/Employment Applications | $332.84 | 11.10 | $3,694.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | $365.50 | 22.10 | $8,077.50 |
| B250 | Real Estate | $675.00 | 0.70 | $472.50 |

### EXPENSE SUMMARY

| Code | Description | Amount |
|---|---|---|
| E101 | Copying | $293.00 |
| E104 | Facsimile | $25.00 |
| E107 | Delivery services/messengers | $119.04 |
| E108 | Postage | $148.76 |
| E124 | Other | $160.00 |

| Total Fees & Expenses | $52,797.30 |
|---|---|

**DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY**

Supportive Health, LLC (ERP Trustee)                                         Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                    October 21, 2022

Invoice # 64750                                                                    Page # 24

**BALANCE DUE UPON RECEIPT**                              **$52,797.30**