| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>ERIC R. PERKINS, ESQ.<br>Email: eperkins@becker.legal<br>Counsel for Eric R. Perkins, as Chapter 7 Trustee for Supportive Health LLC | |
| In Re:<br><br>SUPPORTIVE HEALTH LLC,<br><br>                Debtor. | Case No.: 21-15113 (VFP)<br><br>Chapter 7<br><br>Hon. Vincent F. Papalia, USBJ<br><br>Hearing Date: November 22, 2022<br>                      at 2:00 p.m. |

**CERTIFICATION OF ERIC R. PERKINS, ESQ. IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF BECKER LLC AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE FOR SERVICES RENDERED FOR THE PERIOD OF SEPTEMBER 20, 2021 THROUGH OCTOBER 20, 2022**

I, ERIC R. PERKINS, of full age hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am the Chapter 7 Trustee of the Bankruptcy Estate of Supportive Health LLC (hereinafter the "Debtor"). I am fully familiar with the matters set forth herein.

2. No agreement or understanding in any form or guise exists between myself and any other person for a division of compensation for services rendered in or in

connection with this proceeding and that no such division of compensation prohibited by § 504 of the Bankruptcy Code will be made by me, except with members of my firm.

3. I hereby state in accordance with the aforementioned § 504 of the Bankruptcy Code that neither Becker LLC, nor its members or attorneys have entered into any agreement, expressed or implied, with any other party in interest including the Debtor herein, any creditor or the representatives of any of them, or with any attorney for any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any such party in interest in the within proceeding for services rendered in connection herewith.

4. I prepared the Application of Becker LLC for the First Interim Fee Allowance submitted herewith and state that the information set forth therein is true and correct based upon my personal knowledge.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Eric R. Perkins*
Eric R. Perkins

Date: October 24, 2022