| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **BECKER LLC** Eisenhower Plaza II 354 Eisenhower Parkway, Suite 1500 Livingston, New Jersey 07039 (973) 422-1100 ERIC R. PERKINS, ESQ. Email: eperkins@becker.legal Counsel for Eric R. Perkins, as Chapter 7 Trustee for Supportive Health LLC |
| In Re: SUPPORTIVE HEALTH LLC, Debtor. |

Case No.:  21-15113 (VFP)

Chapter 7

Hon. Vincent F. Papalia, USBJ

Hearing Date: November 22, 2022
at 2:00 p.m.

**ORDER ALLOWING FIRST INTERIM FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**Debtor:** SUPPORTIVE HEALTH LLC

**Case No.:** 21-15113 (VFP)

**Caption*:* *Order Allowing First Interim Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed a first interim application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC<br>Counsel for<br>Eric R. Perkins, Chapter 7<br>Trustee for Supportive Health LLC | $52,051.50 | $745.80 |