Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  21−15113−VFP
                        Chapter:  7
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Supportive Health LLC
    72 Van Reipen St #353
    Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
    80−0198863

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       11/22/22
Time:      02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Becker LLC, Trustee's Attorney,

COMMISSION OR FEES
$52,051.50

EXPENSES
$745.80

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 25, 2022
JAN:

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15113-VFP |
| Supportive Health LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 25, 2022 | Form ID: 137 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |
| aty | + | Becker LLC, Eisenhower Plaza Two, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| aty | + | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 1500, Livingston, NJ 07039-1023 |
| r | + | Bayer & Sonz LLC, Bayer & Sonz LLC, 7430 Harwood Avenue, Suite 200, Wauwatosa, WI 53213-2641 |
| intp | + | Carline Bolivar, 72 Van Reipen Avenue, #353, Jersey City, NJ 07306-2806 |
| intp | + | Joseph Lento, Lento Law Group, P.C., 3000 Atrium Way, Suite 200, Mount Laurel, NJ 08054-3910 |
| r | + | Root River Realty, 7430 Harwood Avenue, Wauwatosa, WI 53213-2641 |
| r | + | The Cream City Real Estate Company, The Cream City Real Estate Company, 3474 S. Pennsylvania Avenue, Milwaukee, WI 53207-3106 |
| 519466315 | + | Carline Bolivar, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |
| 519247929 | + | Schmidlkofer, Toth, Loeb & Drosen, LLC, 949 Glenview Ave, Wauwatosa, WI 53213-3007 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247928 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Oct 25 2022 20:27:49 | City of Milwaukee, 200 E Wells St, Milwaukee, WI 53202-3515 |
| 519248475 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2022 20:27:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519484484 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2022 20:27:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eric R. Perkins | on behalf of Attorney Becker LLC eperkins@becker.legal tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Justin Baumgartner | on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Samuel Jackson | on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9