| | |
|---|---|
| **From:** | Knox, J. Nicole |
| **To:** | Eric R Perkins |
| **Subject:** | RE: Eden Place Sale |
| **Date:** | Friday, November 4, 2022 12:12:08 PM |
| **Attachments:** | image001.png |

He said he'll do $125K.

**J. Nicole Knox**
Mayer Brown LLP
T +1 212 506 2446 | M +1 917 435 3807

**From:** Knox, J. Nicole
**Sent:** Friday, November 4, 2022 11:29 AM
**To:** 'Eric R Perkins' <eperkins@becker.legal>
**Subject:** RE: Eden Place Sale

No apologies needed.

I'll let OJ and know and see what he says.

**J. Nicole Knox**
Mayer Brown LLP
T +1 212 506 2446 | M +1 917 435 3807

**From:** Eric R Perkins <eperkins@becker.legal>
**Sent:** Friday, November 4, 2022 11:08 AM
**To:** Knox, J. Nicole <NKnox@mayerbrown.com>
**Subject:** FW: Eden Place Sale

**CAUTION: External Email -** Only click on contents you know are safe.

Hi Nicole,

I just got this just now.  Sorry.

Eric

**From:** holly <holly@rootriverrealty.com>
**Sent:** Friday, November 4, 2022 11:04 AM
**To:** Eric R Perkins <eperkins@becker.legal>
**Cc:** Justin Baumgartner <jbaumgartner@becker.legal>; Tiffany Colombini <tcolombini@becker.legal>
**Subject:** Re: Eden Place Sale

Hello Eric,

I have continued to market Eden Place to the investor community and I have an investor who

will offer $120,000.  The major concern that potential buyers have had has been the foundation, but no that we have some numbers for that, buyers are more comfortable with offering a bit more, since it is less of an unknown.  I'm just waiting for the offer to be sent to me and I'll forward it to you, which will be today.

Thank you,
Holly



**From:** Eric R Perkins <eperkins@becker.legal>
**Sent:** Wednesday, November 2, 2022 3:30 PM
**To:** holly <holly@rootriverrealty.com>
**Cc:** Justin Baumgartner <jbaumgartner@becker.legal>; Tiffany Colombini <tcolombini@becker.legal>
**Subject:** Eden Place Sale

Hi Holly,

Trust you are well.  I heard from the attorney for Mr. Orenthia James and he is prepared to sign a contract identical to the current buyer and has offered $115,000.00.  Can you check with the current buyer and let me know if he is prepared to go to $120,000.00?  Just let me know as soon as possible so we can close this out before Friday when we have to submit our reply to the Court.

As an aside, given the objection of the principal of the debtor, this back and forth on bidding on the property is helpful to us, in the sense that it shows the Court that the market has helped set the price of the property, given the condition of the property and the fact it is subject to the occupancy of the Newberrys.

Obviously, if you have any questions, please call me to discuss.  Thanks.

Eric

**Eric R. Perkins**
Chapter 7 Trustee for Supportive Health, LLC
c/o Becker LLC
Eisenhower Plaza II

354 Eisenhower Parkway, Suite 1500

Livingston, New Jersey 07039

Phone +1 (973) 422-1100

Direct +1 (973)251-8925

Mobile +1 (862)588-6197

Fax +1 (973) 422-9122

 [www.becker.legal](www.becker.legal)

cid:image002.jpg@01D53598.705AAEF0

*****************************************************************

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged, confidential and/or attorney work product and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing, or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank you.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership). Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.