## Juan Filgueiras

| | |
|---|---|
| **From:** | donotreply@supportivehealth.com |
| **Sent:** | Tuesday, November 1, 2022 3:18 PM |
| **To:** | Chambers_of VFP |
| **Cc:** | Justin Baumgartner; Eric R Perkins |
| **Subject:** | Re: Supportive Health LLC; Case No. 21-15113-VFP- Motion to Redact Hearing |
| **Attachments:** | SupportiveHealth_ObjectionSell_XMotionWithdrawProofOfClaim_Packet_10282022.pdf |

**CAUTION - EXTERNAL:**

The attached objection has been submitted to the Bankruptcy Court for filing.

On 2022-10-26 17:15, Chambers_of VFP wrote:

Dear all,

The Court just finished reviewing the adjournment request of Caroline Bolivar and the response by the Trustee.

Ms. Bolivar's request for a one week adjournment is granted.

Accordingly, the Motion to sell (Dkt. #199) currently scheduled for November 1, 2022 will be adjourned for one week, to November 8, 2022 at 10am. Objections, if any, shall be filed and served on movant no later than Tuesday, November 1st with replies, if any, due by Friday, November 4th.

Sincerely,

**Juan Filgueiras**

**Courtroom Deputy to Judge Vincent F. Papalia**

**U.S. Bankruptcy Court**

**50 Walnut Street**

**Newark, NJ 07102**

1

*973-645-3262*

**From:** Justin Baumgartner <jbaumgartner@becker.legal>
**Sent:** Tuesday, October 25, 2022 4:59 PM
**To:** Chambers_of VFP <chambers_of_vfp@njb.uscourts.gov>; donotreply@supportivehealth.com
**Cc:** Eric R Perkins <eperkins@becker.legal>
**Subject:** RE: Supportive Health LLC; Case No. 21-15113-VFP- Motion to Redact Hearing

**CAUTION - EXTERNAL:**

Juan,

Please see the Trustee's objection to Ms. Bolivar's adjournment request attached to this email and filed on the docket for the Court's consideration.

Respectfully submitted,

Justin Baumgartner, Esq.

**Justin Baumgartner**

Attorney

Becker LLC

Eisenhower Plaza II

354 Eisenhower Parkway, Suite 1500

Livingston, New Jersey 07039

2

Phone: (973) 422-1100

Direct Line: (973) 251-8920

Fax: (973) 422-9122

www.becker.legal

**From:** Justin Baumgartner
**Sent:** Tuesday, October 25, 2022 4:07 PM
**To:** Chambers_of VFP <chambers_of_vfp@njb.uscourts.gov>; donotreply@supportivehealth.com
**Cc:** Eric R Perkins <eperkins@becker.legal>
**Subject:** RE: Supportive Health LLC; Case No. 21-15113-VFP- Motion to Redact Hearing

Hi Juan,

Yes, we are finalizing a letter for the Court's review now.

Best,

Justin

**From:** Chambers_of VFP <chambers_of_vfp@njb.uscourts.gov>
**Sent:** Tuesday, October 25, 2022 4:06 PM
**To:** donotreply@supportivehealth.com
**Cc:** Justin Baumgartner <jbaumgartner@becker.legal>; Eric R Perkins <eperkins@becker.legal>
**Subject:** RE: Supportive Health LLC; Case No. 21-15113-VFP- Motion to Redact Hearing

3

Dear Mr. Baumgartner,

Does counsel take a position as to Ms. Bolivar's adjournment request?

Sincerely,

**Juan Filgueiras**

**Courtroom Deputy to Judge Vincent F. Papalia**

**U.S. Bankruptcy Court**

**50 Walnut Street**

**Newark, NJ 07102**

**973-645-3262**

**From:** donotreply@supportivehealth.com <donotreply@supportivehealth.com>
**Sent:** Tuesday, October 25, 2022 2:58 PM
**To:** Chambers_of VFP <chambers_of_vfp@njb.uscourts.gov>
**Cc:** Justin Baumgartner <jbaumgartner@becker.legal>; Eric R Perkins <eperkins@becker.legal>
**Subject:** Supportive Health LLC; Case No. 21-15113-VFP- Motion to Redact Hearing

CAUTION - EXTERNAL:

Dear Judge Papalia,

I have just been made aware that a motion has been filed to sell my property at 2229 E Eden Pl in St Francis, WI. I request additional time to oppose that motion. In March 2022, I was diagnosed with colon cancer and have been fighting for my life. I have had to undergo multiple blood transfusions and chemotherapy. As such, I have not been able to defend myself in this suit. I ask that the court provide me an additional week to oppose the motion to sell my house.

Carline Bolivar

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.