UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Phone: (973) 422-1100
Attorneys for Eric R. Perkins, Chapter 7 Trustee
JUSTIN S. BAUMGARTNER, ESQ.
jbaumgartner@becker.legal

In Re:

SUPPORTIVE HEALTH, LLC

Debtor.

Case No.: 21-15113 (VFP)
Judge: Vincent F. Papalia
Chapter: 7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Eric R. Perkins__, is the (check all that apply):

   ☒ Trustee:       ☒ Chap. 7       ☐ Chap. 11       ☐ Chap. 13.

   ☐ Debtor:        ☐ Chap. 11      ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Bederson LLP__ to serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee       ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☒ Accountant for:  ☒ Trustee       ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel

    ☐ Auctioneer     ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   The Trustee requires certified public accountants to assist in the investigation of the Debtor's assets, potential assets, and to perform accounting services required during the pendency of this case.

4. The professional has been selected because:
   The personnel of Bederson LLP have extensive experience in the area of accounting. Trustee believes that Bederson LLP is well qualified to serve as his accountants in this Chapter 7 proceeding.

5. The professional services to be rendered are as follows:
   Investigate the Debtor's assets, review the Debtor's tax returns and other financial documents, prepare estate tax returns and otherwise assist the Chapter 7 Trustee and his counsel as may be appropriate.

6. The proposed arrangement for compensation is as follows:
   Partners: $480.00 to $515.00; Directors: $350.00; Senior Accountants: $275.00 to $290.00; Staff Accountants: $240.00; Para Professionals: $175.00.
   Rates are subject to review and are usually increased once per year.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☐ None

   ☒ Describe connection: The professional performed services with the Trustee and his counsel in other matters completely unrelated to this case.

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____
   _____
   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____
   _____
   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date:  November 10, 2022                                /s/Eric R. Perkins
                                                        Eric R. Perkins

*rev.8/1/15*