UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(B)

In Re:

**SUPPORTIVE HEALTH LLC, S**

Debtor

Case No.: 21-15113 (VFP)

Judge: Vincent F. Papalia

Chapter: 7

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Timothy J. King, CPA, being of full age, certify as follows:

1. I am seeking authorization to be retained as Accountants to the Chapter 7 Trustee, Eric R. Perkins, Esq.

2. My professional credentials include: I am a Certified Public Accountant/Certified in Financial Forensics and a Certified Fraud Examiner. Bederson LLP has the appropriate accounting skills and personnel needed to perform the accounting services required by the Chapter 7 Trustee. Bederson LLP has previously been employed as Accountants for Trustees and has extensive experience and expertise in performing this type of service.

3. I am a member of or associated with the firm of: Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, New Jersey 07004.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows Partners $480.00 to $515.00, Director: $350.00, Senior Accountants: $275.00 to $290.00, Semi-Sr. Accountant $240.00 and Para Professionals: $175.00. Our rates are subject to review and are usually increased once a year.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

&boxtimes; None

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

&boxtimes; Describe Connection: <u>We have performed services for the Trustee and Counsel in other matters completely unrelated to this case.</u>

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

&boxtimes; do not hold an adverse interest to the estate.

&boxtimes; do not represent an adverse interest to the estate.

&boxtimes; are disinterested under 11 U.S.C. § 101(14).

&boxtimes; do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

8. If the professional is an auctioneer,

a. The following are my qualifications and experience with the liquidation or sale of similar property:

_____

    b.    The proposed method of calculation of my compensation, including rates and formulas, is:

_____

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

    c.    The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

_____

    d.    Have you, or a principal of your firm, been convicted of a criminal offense?

☒ No    ☐ Yes (explain below)

    e.    I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

I certify under penalty of perjury that the above information is true.

Date: <u>November 9, 2022</u>                                                     */s/ Timothy J. King*
                                                                                    Timothy J. King