UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Phone: (973) 422-1100
Attorneys for Eric R. Perkins, as Chapter 7 Trustee
JUSTIN S. BAUMGARTNER, ESQ.
jbaumgartner@becker.legal

In Re:

SUPPORTIVE HEALTH, LLC

Debtor.

Case No.: 21-15113 (VFP)

Chapter: 7

Judge: Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

BEDERSON LLP, As Accountants for the Chapter 7 Trustee

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain  __Bederson LLP__

as __Accountants to Eric R. Perkins, Chapter 7 Trustee__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: __100 Passaic Avenue, Suite 310__
__Fairfield, NJ 07004__

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*