IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re<br>**SUPPORTIVE HEALTH LLC**<br>    Debtor<br><br>**CARLINE BOLIVAR**<br>    Appellant, Pro Se<br><br>V.<br><br>**ERIC R. PERKINS**<br>    Appellee | Docket No. _____<br><br>Bankruptcy Court<br>Case No.: 21-15113-VFP<br><br>*Civil Action*<br><br>**CERTIFICATION OF CARLINE BOLIVAR IN SUPPORT OF EMERGENCY MOTION TO STAY PENDING APPEAL AND FOR TEMPORARY STAY PENDING CONSIDERATION OF MOTION**<br><br>**Judge:** Judge Susan D. Wigenton |

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 NOV 21  P 1:37
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

**CERTIFICATION OF CARLINE BOLIVAR IN SUPPORT OF EMERGENCY MOTION TO STAY PENDING APPEAL AND FOR TEMPORARY STAY PENDING CONSIDERATION OF MOTION**

I, Carline Bolivar, being of full age, do hereby certify as follows:

1. I am the sole proprietor of Supportive Health LLC, the debtor in this bankruptcy.

2. I did not authorize the filing of the bankruptcy in this matter. I did not sign the petition or any of the schedules in the bankruptcy.

3. Upon being made aware of the bankruptcy, I immediately moved to dismiss it. In my motion to dismiss I made it clear that I wanted to pay the debt owed to the sole creditor, the City of Milwaukee.

4. I filed many subsequent motions to dismiss the bankruptcy and all of the motions were denied by the bankruptcy court.

5. To any reasonable person, it is obvious that this bankruptcy has no basis in law. The entire bankruptcy was procured through fraud, I never signed any of the forms, and the

14

withdrawn attorney of record was unable to produce any original signatures as required by bankruptcy code.

6. The only motive by the trustee to continue this illegal bankruptcy is greed.

7. I filed appeals of the bankruptcy court decisions and intended to file briefs to perfect the appeals.

8. I have attempted several times, through the attorney for Supportive Health in a state case in Wisconsin, to pay off the debt to the City of Milwaukee. The City has refused to accept payment in collusion with the trustee to liquidate all of my assets.

9. I have suffered debilitating Inflammatory Bowel Syndrome for many years that have left me weak and unable to fully function.

10. In March 2022, after suffering from weeks of sharp spiking pain that left me bedridden, I was diagnosed with colon cancer.

11. Since the diagnosis, I have been fighting for my life and endured toxic chemotherapy in bid to fight the cancer and stay alive. I have not been able to devote any time to the appeals and the appeals were dismissed without prejudice.

12. Now the trustee moves to liquidate my properties starting with 2229 E Eden Place.

13. The properties owned by my LLC represent the culmination of a lifetime of my work. I am a Haitian immigrant who slaved long and hard to be able to acquire the properties. Now, face with a battle with cancer, I would be left penniless if my properties were sold pursuant to this fraudulent bankruptcy.

14. Based on the clear merits in favor of the dismissal of the bankruptcy and the substantial harm that would befall me should the properties be liquidated, I pray that the court

15

grants my motion to stay pending appeal, and further grants a temporary stay pending consideration of this motion.

## CERTIFICATION

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: November 16, 2022