| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>ERIC R. PERKINS, ESQ.<br>Email: eperkins@becker.legal<br>Counsel for Eric R. Perkins, as Chapter 7 Trustee for Supportive Health LLC | Order Filed on November 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SUPPORTIVE HEALTH LLC,<br><br>                    Debtor. | Case No.:  21-15113 (VFP)<br><br>Chapter 7<br><br>Hon. Vincent F. Papalia, USBJ<br><br>Hearing Date: November 22, 2022<br>                   at 2:00 p.m. |

**ORDER ALLOWING FIRST INTERIM FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

      The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: November 22, 2022**

                                                                         _____<br>
                                                                      **Honorable Vincent F. Papalia**<br>
                                                                      **United States Bankruptcy Judge**

**Debtor:** SUPPORTIVE HEALTH LLC

**Case No.:** 21-15113 (VFP)

**Caption*:* *Order Allowing First Interim Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee***

And now, the Court finds that the Applicant named below filed a first interim application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC<br>Counsel for<br>Eric R. Perkins, Chapter 7<br>Trustee for Supportive Health LLC | $52,051.50 | $745.80 |