UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
ERIC R. PERKINS, ESQ.
Email: eperkins@becker.legal
Counsel for Eric R. Perkins, as Chapter 7
Trustee for Supportive Health LLC

In Re:

SUPPORTIVE HEALTH LLC,

               Debtor.

Case No.:  21-15113 (VFP)

Chapter 7

Hon. Vincent F. Papalia, USBJ

Hearing Date: November 22, 2022
at 2:00 p.m.

Order Filed on November 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER ALLOWING FIRST INTERIM FEES AND REIMBURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

     The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: November 22, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2 of 2**

**Debtor:**     **SUPPORTIVE HEALTH LLC**

**Case No.:**     **21-15113 (VFP)**

**Caption:** ***Order Allowing First Interim Fees and Reimbursement of Costs to Becker LLC,
as Counsel to Eric R. Perkins, Chapter 7 Trustee***

---

And now, the Court finds that the Applicant named below filed a first interim

application for allowances; notice and opportunity for hearing were given to creditors and

other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC<br>Counsel for<br>Eric R. Perkins, Chapter 7<br>Trustee for Supportive Health LLC | $52,051.50 | $745.80 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 21-15113-VFP

Supportive Health LLC                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2
Date Rcvd: Nov 22, 2022                   Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

**Recip ID            Recipient Name and Address**
db                       + Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed
below:**

**Name                    Email Address**

David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Eric R. Perkins
    on behalf of Attorney Becker LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric Raymond Perkins
    eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Justin Baumgartner
    on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal

District/off: 0312-2                        User: admin                                    Page 2 of 2
Date Rcvd: Nov 22, 2022                  Form ID: pdf903                          Total Noticed: 1

Mitchell Hausman
                    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Robert J. Schneider
                    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Samuel Jackson
                    on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9