IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

Debtor.

2022 NOV 29 P 4:00

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date



# NOTICE OF EMERGENCY MOTION TO STAY BANKRUPTCY PROCEEDINGS AND COMPEL SOLE CREDITOR CITY OF MILWAUKEE TO ACCEPT PAYMENT OF ITS PROOF OF CLAIM AND DISMISS IRS PROOF OF CLAIM

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and an interested party in Supportive Health LCC bankruptcy, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an emergency motion to Stay Bankruptcy Proceedings and Compel Sole Creditor City of Milwaukee to Accept Payment of Its Proof Of Claim and Dismiss IRS Proof Of Claim.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

I declare under penalty of perjury that the forgoing is true and correct.

Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: November 23, 2022