IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## MOTION TO STAY BANKRUPTCY PROCEEDINGS AND COMPEL SOLE CREDITOR CITY OF MILWAUKEE TO ACCEPT PAYMENT OF ITS PROOF OF CLAIM AND DISMISS IRS PROOF OF CLAIM

Carline Bolivar, in her capacity as an equity stake hold of the debtor, Supportive Health LLC, and further as principal of Supportive Health LLC, hereby files this motion to Stay Bankruptcy Proceedings and Compel Sole Creditor City of Milwaukee to Accept Payment of Its Proof Of Claim and Dismiss IRS Proof Of Claim.

1. The initial motion to dismiss the IRS Proof of Claim and compel the City of Milwaukee to accept payment of its proof of claim in order to dismiss this instant bankruptcy was filed as a cross motion on November 4, 2022.

2. The bankruptcy court denied the cross motion on November 9, 2022 without prejudice as a certification of service was not attached to the cross motion and as, the court claims, it was not filed timely.

3. I now renew that motion and, with that motion, I also move to stay proceedings such that Milwaukee may be compelled to accept payment and the IRS can formally verify that all penalties have been resolved such that its proof of claim can be dismissed.

4. The Internal Revenue Service filed it proof of claim in the instant matter on July 12, 2021 (see Exhibit A). From the proof of claim, it is clear that the IRS claims are solely based

on alleged penalties assessed for not filing the failure of Supportive Health LLC to file its tax returns from 2017 to 2021.

5. As of June 2022, all tax returns due (tax returns from 2017 to Present) were filed with the IRS. The tax returns clearly show that no tax is due from Supportive Health LLC.

6. Further, Supportive Health entered into negotiations with the IRS to eliminate the penalties.

7. Based on the filings that show that no tax is owed to the IRS and the elimination of the penalties for failure to file, I move the court to dismiss the proof of claim filed by the IRS.

8. As for the City of Milwaukee, many attempts were made by Supportive Health, via its attorney, and personally by Mr. Perrault Jean-Paul to pay off the alleged lien owed. The City of Milwaukee has refused to accept payment and has provided no explanation as to why it does not want to accept payment on its lien.

9. I move the court to compel the City of Milwaukee to accept payment on its lien as it is currently the only alleged lien holder in this bankruptcy matter.

10. With the payment of the City of Milwaukee lien there will be no basis to liquidate the assets of Supportive Health.

WHEREFORE, for the foregoing reasons, Carline Bolivar, respectfully requests that this Court grant her motion to Stay Bankruptcy Proceedings and Compel Sole Creditor City of Milwaukee to Accept Payment of Its Proof Of Claim and Dismiss IRS Proof Of Claim.

I declare under penalty of perjury that the forgoing is true and correct.

Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: November 23, 2022