IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## CERTIFICATION OF SERVICE

I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this bankruptcy.

On November 23, 2022, I sent a copy of the Motion to Stay Bankruptcy Proceedings and Compel Sole Creditor City of Milwaukee to Accept Payment of Its Proof Of Claim and Dismiss IRS Proof Of Claim to the following parties via first class mail:

Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Ste. 1500
Livingston, NJ 07039

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014

City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

*(signature)*
Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: November 23, 2022