# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: _____

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____

_____

accept payment of its Proof of Claim, and Dismiss IRS Proof of Claim.

**Location of Hearing:**    Courtroom No. _____

_____

_____

_____

**Hearing Date; objection deadline; and Service requirement:**   Hearing Date: 12/15/2022 @ 11:30am with objections due by 12/8/2022. The movant must serve this notice and the motion on Eamonn J. O'Hagan from the U.S. Attorneys Office located at 970 Broad Street, Newark, NJ 07102, and Hannah R. Jahn as counsel for the City of Milwaukee, by overnight mail; and by regular mail as to all other parties listed on the movant's Certificate of Service filed with the motion.

**COURT APPEARANCES:**   ❏ ARE REQUIRED    ❏ ARE NOT REQUIRED

DATE: _____

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_22___ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*