IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## CERTIFICATION OF SERVICE

I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this bankruptcy.

On December 4, 2022, I sent a copy of the Notice of Hearing and Motion to Stay to the following parties via next day mail:

Eamonn J. O'Hagan
US Attorneys Office
970 Broad St,
Newark, NJ 07102

Hannah R. Jahn
City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: December 4, 2022