# Exhibit A



donotreply@supportivehealth.com

November 15, 2022

Re: Supportive Health, LLC ("Supportive")

Dear Ms. Bolivar:

I am the Court Appointed Accountant for the Chapter 7 Trustee of Supportive. In that regard I am requesting that you turnover all of the accounting and tax records of Supportive for the last three years. If it is easy for you to send them via email my email address is tking@bederson.com. If there are hard copy records, please advise me of their location and I will have an associate retrieve them.

Thank you for your assistance.

Very truly yours,

BEDERSON LLP

Timothy J. King, CPA.CFF, CFE

TJK:nr
Cc: Justin Baumgartner, Esq. (via email)
     Eric Perkins, Esq., Trustee (via email)

I:\Supportive Health\Correspondence\Outgoing\2022.11.15 to C Bolivar.docx

85 Sycamore Rd
Jersey City, NJ 07305

November 16, 2022

Email: Timothy King tking@bederson.com

Re:   Supportive Health LLC

Dear Mr. King:

I am in receipt of your email wherein you request all of the accounting and tax records for Supportive Health LLC for the last three years.  Please be advised that I have no accounting records or tax returns in my possession for Supportive Health LLC.


Thank you.

Sincerely,

Carline Bolivar

| | |
|---|---|
| **From:** | Timothy King |
| **To:** | Justin Baumgartner; Eric R Perkins |
| **Subject:** | FW: Supportive Health, LLC |
| **Date:** | Tuesday, December 6, 2022 10:23:30 AM |
| **Attachments:** | image001.png |
| | SupportiveHealth_RecordsReq_Ltr_11162022.pdf |

See attached    Tim

*Timothy J. King, CPA/CFF, CFE*
*Partner, Insolvency & Litigation*



*100 Passaic Avenue, Suite 310*
*Fairfield, NJ 07004*
*t. (973) 530-9140 / m. (201) 704-9854 / f. (862) 926-2440*

tking@bederson.com

*www.bederson.com*



**From:** donotreply@supportivehealth.com [mailto:donotreply@supportivehealth.com]
**Sent:** Thursday, November 17, 2022 12:17 PM
**To:** Timothy King <tking@Bederson.com>
**Subject:** Re: Supportive Health, LLC

Response attached

On 2022-11-15 15:04, Timothy King wrote:

> Please see attached letter.
>
> *Nancy Ramos*
> *Administrative Assistant*
>
> 

*100 Passaic Avenue, Suite 310*
*Fairfield, NJ 07004*
*t. (973) 530-9112 / f. (862) 926-2412*

nramos@bederson.com

# www.bederson.com
*Click here to send a file to me securely!*