**BECKER LLC**
ATTORNEYS AT LAW

JUSTIN BAUMGARTNER

MEMBER OF NJ BAR
MEMBER OF NY BAR

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 1500
Livingston, New Jersey 07039

Direct:      (973) 251-8920
Main:        (973) 422-1100
Facsimile:   (973) 422-9122

jbaumgartner@becker.legal

December 8, 2022

<u>Via ECF</u>
The Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court for the District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, NJ 07102

Re:   **In re Supportive Health, LLC.**
      **Case No. 21-15113 (VFP)**
      **Chapter 7**

**Opposition of City of Milwaukee to Carline Bolivar's Motion to Stay Bankruptcy Proceeding and Compel Sole Creditor City of Milwaukee to Accept Payment of its Proof of Claim and Dismiss IRS Proof of Claim**

Your Honor:

As the Court is aware, this firm represents Eric R. Perkins, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of the Debtor Supportive Health, LLC (the "Debtor") in the above-referenced matter. On December 6, 2022, counsel for the City of Milwaukee sent the Trustee the attached opposition to Ms. Bolivar's Motion to Stay Bankruptcy Proceeding and Compel Sole Creditor City of Milwaukee to Accept Payment of its Proof of Claim and Dismiss IRS Proof of Claim (the "Motion," ECF No. 227). Given the shortened objection period and the fact that The City of Milwaukee does not have electronic filing privileges in this Court, counsel for The City of Milwaukee asked the Trustee to electronically file said opposition. As such, attached to this letter please find The City of Milwaukee's opposition to Ms. Bolivar's Motion for the Court's consideration.

As always, the courtesies of the Court are greatly appreciated.

Respectfully submitted,
BECKER LLC

*/s/ Justin S. Baumgartner*

Justin S. Baumgartner