UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
ERIC R. PERKINS, ESQ.
Email: eperkins@becker.legal
Counsel for Eric R. Perkins, as Chapter 7 Trustee for Supportive Health LLC

In re:

SUPPORTIVE HEALTH LLC,

Debtor.

Chapter 7

Case No. 21-15113 (VFP)

Honorable Vincent F. Papalia, U.S.B.J.

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

Eric R. Perkins, Chapter 7 Trustee for the above-referenced Debtor, hereby renders the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. Eric R. Perkins, Chapter 7 Trustee of the above-referenced bankruptcy estate of Supportive Health LLC, has received all net sale proceeds.

2. The following property of the Debtor was sold: 2229 E. Eden Place, St. Francis, Wisconsin ("Property")

3. The gross sale proceeds were $125,000.00.

4. The sale of the Property was approved pursuant to Court Order dated November 9, 2022 as Document No. 212.

5. A closing of the Property took place on December 14, 2022.

Dated:  December 15, 2022

/s/Eric R. Perkins
ERIC R. PERKINS