# EXHIBIT A

| Fill in this information to identify the case: |
|---|

Debtor 1  Supportive Health LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of New Jersey**

Case number:  **21-15113**

**FILED**

**U.S. Bankruptcy Court**
**District of New Jersey**

1/7/2022

Jeanne Naughton, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

City of Milwaukee

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor
_____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

City of Milwaukee

Name

200 E Wells St
Milwaukee, WI 53202

Contact phone _____414-276-0435_____

Contact email _____jasonh@kohnlaw.com_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**Where should payments to the creditor be sent? (If different)**

Kohn Law Firm, S.C.

Name

735 N. Water Street, Suite 1300

Milwaukee, WI 53202

Contact phone _____414-276-0435_____

Contact email _____jasonh@kohnlaw.com_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                              page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6.** **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | |
|---|---|
| **7.** **How much is the claim?** | $ _____76238.56_____   **Does this amount include interest or other charges?**<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8.** **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>City of Milwaukee has a claim for damages and costs associated with razing buildings. |

| | |
|---|---|
| **9.** **Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br><br>**Amount of the claim that is secured:** $ _____<br><br>**Amount of the claim that is unsecured:** $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br><br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| **10.** **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| **11.** **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.<br>18 U.S.C. §§ 152, 157 and 3571. | Check the appropriate box:<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date    1/7/2022
                     MM / DD / YYYY

/s/ Jason D. Hermersmann

Signature

Print the name of the person who is completing and signing this claim:

Name         Jason D. Hermersmann

               First name    Middle name    Last name

Title          Attorney

Company     Kohn Law Fim, S.C.

               Identify the corporate servicer as the company if the authorized agent is a servicer

Address      735 N. Water Street, Suite 1300

               Number  Street

               Milwaukee, WI 53202

               City  State  ZIP Code

Contact phone    414-276-0435      Email    jasonh@kohnlaw.com

STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY

CITY OF MILWAUKEE

          Plaintiff,                              Case No. 16CV000255

vs.

JEAN PAUL PERRAULT

          Defendant.

---

ORDER FOR JUDGMENT

---

          Upon all records, files and proceedings herein, judgment is hereby ordered in favor of the
plaintiff and against the defendant, Jean Paul Perrault, in the amount of $61,015.29 plus costs and
disbursements as set forth in attached judgment.

          This Order is final for purposes of appeal.

          Dated    3/9/16

                                                  BY THE COURT:

                                                  _____
                                                  Glenn Yamahiro
                                                  Circuit Court Judge

STATE OF WISCONSIN                CIRCUIT COURT                MILWAUKEE COUNTY

CITY OF MILWAUKEE

     Plaintiff,                                    Case No.  16CV000255

vs.

JEAN PAUL PERRAULT                                    MAR 15 2016

    Defendant.                           $5.00 JUDGMENT FEE PAID  COPY

---

JUDGMENT

---

    In that the Court granted judgment in favor of the Plaintiff,

    IT IS ADJUDGED as follows:

    The plaintiff, City Of Milwaukee, shall recover from the defendant, Jean Paul Perrault, the amount of $61,015.29 plus costs taxed at $359.00 plus statutory attorney fees of $250.00 for a total sum of $61,624.29.    MAR 15 2016

    Dated _____



**FILED**

MAR 15 2016

JOHN BARRETT
Clerk of Circuit Court

JOHN BARRETT,
Clerk of Circuit Court/Director of Court Services

BY: _____
DEPUTY CLERK/JUDGMENT CLERK

DAMAGES:

| | |
|---|---|
| Suit Amount: | $61,015.29 |
| Less Payments to Date: | ($.00) |
| Plus Additional Interest from Date of Complaint: | $.00 |
| TOTAL DAMAGES: | $61,015.29 |

COSTS AND DISBURSEMENTS:

| | |
|---|---|
| Filing Fees: | $269.00 |
| Entry of Judgment Fees: | $5.00 |
| Service of Process Fees: | $85.00 |
| Attorney Fees: | $250.00 |
| TOTAL COSTS AND DISBURSEMENTS: | $609.00 |
| TOTAL JUDGMENT: | $61,624.29 |



JOHN BARRETT,
Clerk of Circuit Court/Director of Court Services

BY: _____
JUDGMENT CLERK

DATE OF ENTRY OF JUDGMENT: _____ MAR 1 5 2016 _____

DATE OF DOCKET OF JUDGMENT: _____ MAR 1 5 2016 _____

Ledger Card for:832442          Date:                    1/6/2022          Page:

CITY OF MILWAUKEE          Vs.          PERRAULT/JEAN PAUL
200 E WELLS ST
MILWAUKEE WI 53202                     JERSEY CITY NJ 07305

**Debtor Balance:**    **$61,624.29**
**Interest Due:**      **$14,614.27**
**Total Due:**         **$76,238.56**

| Date Posted | Check or Ref# | Description | Deposit Amount | Costs Expended | Debtor Balance |
|---|---|---|---|---|---|
| 1/8/2016 | 394214 | Suit Filing Fee | $0.00 | $269.00 | $61,284.29 |
| 2/18/2016 | 407841 | Process Service Fee, Serv | $0.00 | $85.00 | $61,369.29 |
| 2/29/2016 | 411475 | Judgment Entry Fee | $0.00 | $5.00 | $61,374.29 |
| 3/18/2016 | | Judgment Entered | $0.00 | $0.00 | $61,624.29 |
| 6/18/2016 | | CMEDI - Interest Adjustme | $0.00 | $0.00 | $61,624.29 |
| 9/4/2016 | | CMEDI - Interest Adjustme | $0.00 | $0.00 | $61,624.29 |
| 3/29/2017 | 202646 | NR Costs | $0.00 | $110.00 | $61,624.29 |
| 10/2/2017 | 600664 | Execution Fee | $0.00 | $289.00 | $61,913.29 |
| 10/23/2017 | 607130 | Execution Fee | $0.00 | ($289.00) | $61,624.29 |
| 10/31/2017 | 228291 | Execution Fee | $0.00 | $289.00 | $61,913.29 |
| 12/6/2017 | 619880 | Service Fee, Post-Judgmen | $0.00 | $35.00 | $61,948.29 |
| 4/19/2018 | | Balance Adjustment | $0.00 | $0.00 | $61,624.29 |
| 11/27/2019 | 298059 | Deposition | $0.00 | $175.00 | $61,799.29 |
| 11/27/2019 | 890304 | Deposition | $0.00 | ($175.00) | $61,624.29 |
| 5/17/2021 | | Balance Adjustment | $0.00 | $0.00 | $61,624.29 |
| 1/6/2022 | | Balance Adjustment | $0.00 | $0.00 | $61,624.29 |
| Totals: | | | **$0.00** | **$793.00** | **$61,624.29** |