**FILED**
JEANNE A. NAUGHTON, CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

DEC 20 2022

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:

Supportive Health LLC,

　　Debtor.

Case No.: **21-15113-VFP**

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

**CERTIFICATION OF SERVICE**

I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this

bankruptcy.

On December 13, 2022, I sent a copy of the Motion to Dismiss the City of Milwaukee

Proof of Claim for Fraud, issue sanctions against the City of Milwaukee and the Kohn Law

Firm and Terminate the Bankruptcy to the following parties via first class mail:

Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Ste. 1500
Livingston, NJ 07039

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014

City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


I declare under penalty of perjury that the above documents were sent using the mode of

service indicated.


Carline Bolivar
Sole-Member, Supportive Health LLC


DATED: December 13, 2022