# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____

_____

    terminate the Bankruptcy_____

**Location of Hearing:**    Courtroom No. _____

_____

_____

_____

**Date and Time:** _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

Parties may request to appear by phone by contacting Court Solutions via embedded link or by calling 917-746-7476.

JEANNE A. NAUGHTON, Clerk

DATE: _December 21, 2022_____    By: _____
                                         Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_22___ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
     Deputy Clerk

*rev.1/4/17*