**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SUPPORTIVE HEALTH, LLC, Debtor, | Civil Action No. 22-cv-06709 (SDW) |
| CARLINE BOLIVAR, Appellant, | **ORDER** |
| v. | |
| ERIC R. PERKINS, Chapter 7 Trustee, Appellee. | December 23, 2022 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before the Court by way of *pro se* Appellant Carline Bolivar's ("Appellant" or "Bolivar") Motion to Alter Denial of Motion to Stay Pending Appeal ("Motion to Alter Judgment"), (D.E. 7), pursuant to Federal Rule of Civil Procedure ("Rule") 59(e), and this Court having carefully reviewed and considered Appellant's submission, (D.E. 7), and Appellee's opposition, (D.E. 9), for the reasons stated in this Court's Whereas Opinion dated December 23, 2022,

**IT IS** on this 23rd day of December 2022,

**ORDERED** that Appellant's Motion to Alter Judgment, (D.E. 7) is **DENIED** as moot.

**ORDERED** that Appellant's underlying appeal, (D.E. 1) is **DISMISSED** as moot and the matter shall be closed.

**SO ORDERED**.

                                                  /s/ Susan D. Wigenton
                                      **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties