# Exhibit A

72 Van Reipen St #353
Jersey City, NJ 07306

December 19, 2022

Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

Dear Mr. Perkins,
I am in receipt of your subpoena dated December 16, 2022. Please be advised that, as with the 341 Hearing, I exercise my Fifth Amendment right to remain silent.

Thank you.

Sincerely,

Carline Bolivar
Sole-Member, Supportive Health LLC