UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CITY OF MILWAUKEE
Office of the City Attorney
841 North Broadway
Milwaukee, WI 53202
(414) 286-2601
Representative for Creditor, City of Milwaukee
Hannah R. Jahn, Wis. Bar No. 1088851
Email: hjahn@milwaukee.gov

Case No.: 21-15113-VFP
Chapter: 7

In Re:
Supportive Health, LLC,
Debtor.

Adv. No.:
Hearing Date: Jan. 18, 2023 10:00am
Judge: Hon. Vincent F. Papal

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 JAN 11  P 3: 29
JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, Hannah R. Jahn :

   ☒ represent Creditor City of Milwaukee in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 10, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   CREDITOR CITY OF MILWAUKEE'S OBJECTION TO DEBTOR SUPPORTIVE HEALTH, LLC'S MOTION TO DISMISS THE CITY OF MILWAUKEE'S PROOF OF CLAIM FOR FRAUD, ISSUE SANCTIONS AGAINST THE CITY OF MILWAUKEE, AND TERMINATE THE BANKRUPTCY

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: Jan. 10, 2023

[signature] Hannah R Jahn
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Justin Baumgartner<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>jbaumgartner@becker.legal | Attorney for Eric R. Perkins, Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Gerardi<br>DOJ-Ust<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102<br>david.gerardi@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitchell Hausman<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Ctr<br>Suite 2100<br>Newark, NJ 07102-5504<br>Mitchell.B.Hausman@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eamonn O'Hagan<br>U.S. Attorneys Office<br>970 Broad Street, Suite 700<br>Newark, NJ 07102-2535<br>eamonn.ohagan@usdoj.gov | Attorney for United States Internal Revenue Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>eperkins@becker.legal | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J. Schneider<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>robert.j.schneider@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supportive Health LLC<br>72 Van Reipen St #353<br>Jersey City, NJ 07306<br>donotreply@supportivehealth.com | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney Basil Loeb<br>Schmidlkofer, Toth, Loeb & Drosen, LLC<br>949 Glenview Ave.<br>Wauwatosa, WI 53213<br>loeb@lawintosa.com | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carline Bolivar<br>72 Van Reipen St #353<br>Jersey City, NJ 07306<br>donotreply@supportivehealth.com | Principal of Supportive Health, LLC; Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Clerk to the Hon. Vincent F. Papalia<br>Newark<br>United States Bankruptcy Court<br>District of New Jersey<br>P.O. Box 1352 - 50 Walnut Street<br>Newark, NJ 07101-1352<br>chambers_of_vfp@njb.uscourts.gov | Court, for filing | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email and UPS<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*