IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ — 2023 JAN 19 P 2:18 — JEANNE A. NAUGHTON — DEPUTY CLERK*

## NOTICE OF MOTION TO COMPEL TRUSTEE TO PROVIDE AN ACCOUNTING AND ALLOW CARLINE BOLIVAR TO PAY OUTSTANDING DEBT TO TERMINATE THE BANKRUPTCY

**PLEASE TAKE NOTICE** that Carline Bolivar, Principal of Supportive Health LLC and an interested party in Supportive Health LCC bankruptcy, shall move before the Honorable Vincent F. Papalia, on a date and time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for a Motion to compel trustee to provide an accounting and allow carline bolivar to pay outstanding debt to terminate the bankruptcy.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon Carline Bolivar and Supportive Health LLC.

I declare under penalty of perjury that the forgoing is true and correct.

*[signature]*

Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: January 18, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 JAN 19 P 2:19
JEANNE A. NAUGHTON
By: [signature]
DEPUTY CLERK

## MOTION TO COMPEL TRUSTEE TO PROVIDE AN ACCOUNTING AND ALLOW CARLINE BOLIVAR TO PAY OUTSTANDING DEBT TO TERMINATE THE BANKRUPTCY

Carline Bolivar, in her capacity as an equity stake hold of the debtor, Supportive Health LLC, and further as principal of Supportive Health LLC, hereby files this motion to compel trustee to provide an accounting of the bankruptcy and allow Carline Bolivar to pay outstanding debt to terminate the bankruptcy.

1. On December 14, 2022, the bankruptcy Trustee sold 2229 E Eden Pl, St. Francis, WI for $125,000.

2. Prior to the sale of the property, the trustee collected rent on the property at a rent of $1,200 per month for 1.5 years.

3. The City of Milwaukee has a proof of claim for $76,238.56.

4. The motion to dismiss the IRS proof claim has been adjourned until February 7, 2023 as the IRS needs time to review the tax returns that have been submitted to it. However, movant believes that the IRS will dismiss its proof of claim for penalties based on the documents submitted to the IRS.

5. Movant believes that there is more than enough funds present from the sale of the Eden Property coupled with the rental income received by the Trustee to cover all debt all by

Supportive Health and allow Supportive Health LLC to retain the property at 3269 S New York Ave, Milwauke. WI.

6. To that end, I move the court to compel the trustee to provide an accountin of all moneys acquired from the sale of the Eden Property and all moneys collected from the rental of the Eden Property for over a year.

7. Further, I move the court to compel the trustee to determine all debts owed by Supportive Health LLC.

8. Movant, again, believes that the moneys collected by the trustee are suffice to pay the debt owed by Supportive Health LLC thereby making the sale of 3269 S New York Ave unnecessary.

WHEREFORE, for the foregoing reasons, Carline Bolivar, respectfully requests that this Court grant her motion to motion to compel trustee to provide an accounting of the bankruptcy and allow Carline Bolivar to pay outstanding debt to terminate the bankruptcy.

I declare under penalty of perjury that the forgoing is true and correct.

Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: January 18, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

　　Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JAN 19 P 2:18

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

## CERTIFICATION OF SERVICE

I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this bankruptcy.

On January 18, 2023, I sent a copy of the Motion to Stay Bankruptcy Proceedings and Compel Sole Creditor City of Milwaukee to Accept Payment of Its Proof Of Claim and Dismiss IRS Proof Of Claim to the following parties via first class mail:

Eric Raymond Perkins
Eric R. Perkins, Chapter 7 Trustee
354 Eisenhower Parkway
Suite 1500
Livingston, NJ 07039

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Ste. 1500
Livingston, NJ 07039

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
973-645-3014

City of Milwaukee
200 E Wells St
Milwaukee, WI 53202

Schmidlkofer, Toth, Loeb & Drosen, LLC
949 Glenview Ave
Wauwatosa, WI 53213

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

_____
Carline Bolivar
Sole-Member, Supportive Health LLC

DATED: January 18, 2023