UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Carline Bolivar
Interested Party and
Principal of Supportive Health LLC
72 Van Reipen St, #353
Jersey City, NJ 07306

In Re:
Supportive Health, LLC,

Debtors.

Case No.: 21-15113 (VFP)

Chapter: 7

Hearing Date: _____

Judge: Vincent F. Papalia

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Carline Bolivar__, on behalf of __Carline Bolivar__ requests that the time period to/for __notice, service and hearing__ as required by __D.N.J. LBR 9013-2__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Estate is in imminent danger of being liquidated. Shortened time requested for Carline Bolivar's motion to compel

2. State the hearing dates requested:
   At the earliest convenience of the Court.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 01/18/2023

Signature

rev.8/1/15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Supportive Health LLC,

    Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

Hearing Date

## CERTIFICATION OF SERVICE

    I, Carline Bolivar, am a principal of Supportive Health LLC and a party of interest in this bankruptcy.

    On December 14, 2022, I sent a copy of the Notice of Hearing accompanied by the Motion to Dismiss the IRS Proof of Claim via first class mail to:

    Office of the Attorney General for the District of Columbia
    400 6th St NW
    Washington, DC 20001

    I declare under penalty of perjury that the above documents were sent using the mode of service indicated.

                                             Carline Bolivar
                                             Sole-Member, Supportive Health LLC

DATED: December 14, 2022