UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

Order Filed on January 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER DENYING APPLICATION TO SHORTEN TIME
## AND SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: January 27, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____ for the reduction of time for a hearing on _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is,

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____, Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ business days of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

*The Court will not consider that portion of the motion that seeks to "terminate" or dismiss this bankruptcy case, as that same relief has been repeatedly requested and denied by this Court and no new or different grounds are alleged for that relief. Further, no relief is necessary to allow all outstanding debts of the estate, including all creditors and administrative claimants, to be immediately paid in full. However, despite Ms. Bolivar's repeated claims that she desires to do so, she has provided no proof to date of her ability to do so, including in this latest Motion. Thus, the parties are not required to respond to those portions of the motion that seek to terminate this case or which seek to allow immediate payment in full of their respective claims.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

In denying this application to shorten time, the Court is relying on the Trustee's statement that the sale of the remaining real property in this estate is not imminent. With no sale imminent, there is no need to shorten time. Further, another matter is on for hearing in this case on February 7, 2023. Thus, this date is more efficient for the parties and the Court.

*rev.1/12/22*