Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15113−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Supportive Health LLC
   72 Van Reipen St #353
   Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
   80−0198863

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 25, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 245 − 227
Order Denying with Prejudice: (i) the Motion of Carline Bolivar to Stay Bankruptcy Case; (ii) to Compel the City of Milwaukee to Accept Payments; and (iii) Granting Related Relief (Related Doc # 227). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/25/2023. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2023
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-15113-VFP
Supportive Health LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jan 25, 2023    Form ID: orderntc    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |
| intp | + | Carline Bolivar, 72 Van Reipen Avenue, #353, Jersey City, NJ 07306-2806 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

**Name**    **Email Address**
David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Eamonn O'Hagan
    on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Eric R. Perkins
    on behalf of Attorney Becker LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric Raymond Perkins
    eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 2 |

Justin Baumgartner
 on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal

Mitchell Hausman
 on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Robert J. Schneider
 on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Samuel Jackson
 on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10