Order Filed on January 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>SUPPORTIVE HEALTH, LLC,<br><br><br>Debtor. | Case No.:   21-15113 (VFP)<br><br>Chapter:   7<br><br>Hearing Date: January 18, 2023<br><br>Judge:   Vincent F. Papalia |

### ORDER DENYING WITH PREJUDICE THE
### MOTION OF CARLINE BOLIVAR:
### (I) TO DISALLOW CLAIM NO. 3-1 FILED BY THE CITY OF MILWAUKEE;
### (II) TO DISMISS CASE; AND (III) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: January 25, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 3
Case:            In re Supportive Health, LLC
Case No.:     21-15113 (VFP) (Chapter 7)
Re:                Order Denying with Prejudice the Motion of Carline Bolivar (i) to Disallow
                      Claim No. 3-1 Filed by the City of Milwaukee; (ii) to Dismiss Case; and (iii)
                      Granting Related Relief

---

This matter was opened to the Court on the motion (the "Motion") filed by Carline Bolivar ("Ms. Bolivar") to dismiss the case and to disallow Claim No. 3-1 filed by the City of Milwaukee ("Milwaukee) [Dkt. No. 236]; and Milwaukee and the Chapter 7 Trustee, Eric R. Perkins, Esq. (the "Trustee") having filed objections thereto [Dkt. Nos. 241, 240]; and the Court having considered the parties' submissions; and having heard oral argument; and due notice having been given; and for good cause shown;

And for the reasons set forth on the record on January 18, 2023, including that Ms. Bolivar failed to produce *any* competent evidence to rebut the *prima facie* validity under Fed. R. Bankr. P. 3001(f) of the Milwaukee proof of claim (which Ms. Bolivar alleged was procured by some unspecified fraud), and Ms. Bolivar having argued that Milwaukee's claim was actually secured, which would have benefited and enhanced Milwaukee's position in this case, but Milwaukee having in good faith taken the position that it is unsecured because it believed and alleged that Mr. Perrault Jean Paul, against whom it obtained a judgment, had improperly and fraudulently transferred the subject real property to the Debtor by quitclaim deed for no stated consideration after Milwaukee commenced an action against the Debtor on those grounds, but before Milwaukee could obtain judgment against the Debtor, and that, as a result, Milwaukee's subsequent action against the Debtor was stayed by the Debtor's bankruptcy filing;

And Ms. Bolivar having again failed to state any new or different grounds or offer any competent evidence to support of her renewed motion for dismissal of this case, including her claim that the petition was not properly authorized, an argument that the Court previously rejected twice by Orders entered on December 8, 2021 and on January 25, 2022 [Dkt. Nos. 71, 128], with Ms. Bolivar's appeal of the December 8, 2021 Order (among others) having been dismissed by the District Court;

Page 3

Case: In re Supportive Health, LLC
Case No.: 21-15113 (VFP) (Chapter 7)
Re: Order Denying with Prejudice the Motion of Carline Bolivar (i) to Disallow Claim No. 3-1 Filed by the City of Milwaukee; (ii) to Dismiss Case; and (iii) Granting Related Relief

---

And it further appearing that Ms. Bolivar has repeatedly made motions before this Court to dismiss or stay all or a portion of these bankruptcy proceedings, and then sought stays from the District Court and the Third Circuit Court of Appeals of this Court's approving a sale of the Debtor's property and granting related relief, all of which have been denied to date; and it appearing that these repetitive and unsupported applications have unnecessarily and vexatiously delayed and increased the costs of the prosecution and administration of these proceedings, it is hereby

**ORDERED** that Ms. Bolivar's Motion is **DENIED** in all respects, with prejudice, and it is further

**ORDERED** that pursuant to this Court's inherent authority to manage the cases before it and section 105 of the Bankruptcy Code, Ms. Bolivar may not file any further motion to dismiss, terminate or stay these proceedings or for reconsideration (directly or indirectly) of any Order entered in the captioned Bankruptcy Case, or, in each case, a motion that seeks effectively the same relief, unless she: (i) first sends a letter request to the Court via chambers email that sets forth the new or different grounds on which such motion is based, which letter may include a summary or copy of the proposed motion to dismiss or stay these proceedings, for reconsideration, or for similar relief; (ii) simultaneously provides copies to all parties-in-interest; and (iii) receives a written response from the Court permitting the filing of such motion for reconsideration, for a stay, dismissal or other similar relief. If the response is affirmative, the Court will docket the motion as and when permitted to be submitted and Ms. Bolivar will serve it on the Chapter 7 Trustee and other affected parties. If the response is negative, the motion shall not be filed and shall not be further considered by the Court; and it is further

**ORDERED** that Ms. Bolivar's failure to comply with the above Order may subject her, or any party acting on her behalf, to additional sanctions; and it is further

**ORDERED** that the Trustee shall serve a copy of this Order on all interested parties by regular mail and email (if an email address is known) within three (3) business days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-15113-VFP
Supportive Health LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jan 25, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

**Name**     **Email Address**

David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Eamonn O'Hagan
    on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Eric R. Perkins
    on behalf of Attorney Becker LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric Raymond Perkins
    eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Justin Baumgartner
    on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal  mambrose@becker.legal

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Robert J. Schneider
    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Samuel Jackson
    on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10