## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SUPPORTIVE HEALTH LLC,<br><br>Debtor. | Case No.: 21-15113-VFP<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1.  Name(s) of appellant(s):
Carline Bolivar, as an interested party, equity stake holder and principal of Supportive Health LLC

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>❏ Plaintiff<br>❏ Defendant<br>❏ Other (describe) _____ | For appeals in a bankruptcy case and not in an adversary proceeding.<br>❏ Debtor<br>❏ Creditor<br>❏ Trustee<br>☒ Other (describe)  Party in Interest |

**Part 2: Identify the subject of this appeal**

1.  Describe the judgment, order, or decree appealed from:
    Appellant appeals from an order of the bankruptcy court Order denying with prejudice the motion of Carline Bolivar: (i) to stay bankruptcy case; (ii) to compel the city of milwaukee to accept payment; and (iii) granting related relief (Order Dkt 245 and 246 – same order used for two different motion filings).
2.  State the date(s) on which the judgment, order, or decree was entered: Order Dkt 245 and 246 were entered on January 27, 2023.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

#254

| Party | Attorney |
|---|---|
| Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee | Justin Baumgartner<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>973-422-1100<br>973-422-9122 (fax) |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒    Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_                                                                                           January 30, 2023

*Carline Bolivar*
Party in Interest
Principal and Sole Member of Supportive Health LLC