CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 FEB 03 P 5:42

FILED
JEANNE A. NAUGHTON, CLERK
FEB 03 2023
U.S. BANKRUPTCY COURT
BY _____ NEWARK, N.J.
_____ DEPUTY

72 Van Reipen St #353
Jersey City, NJ 07306

February 17, 2022

Chambers of Hon. Vincent F. Papalia
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  Letter in Further Support of Motion to Stay and Dismiss IRS Proof of Claim
     In re Supportive Health LLC, 21-15113-VFP (Bankr. D.N.J.)

Dear Chambers of Judge Papalia:

Please accept this letter in further support of my motions to dismiss both the City of Milwaukee and the IRS Proof of Claims and terminate the bankruptcy. It was my understanding that the January 18, 2023 hearing would be rescheduled due to the email communications from Deputy Filgueiras. As such, I did not have time to fully draft and file a response to the Trustee's and the City of Milwaukee's oppositions.

The City of Milwaukee has admitted that the debt for which it filed a proof of claim has not even been determined by the Milwaukee County Court to be a debt of Supportive Health LLC. The City of Milwaukee has been denied two summary judgment motions in its bid to transfer the judgment against Perrault Jean-Paul to Supportive Health LLC. The alleged debt from the IRS is penalties for failure to file taxes. Those taxes have been filed and those penalties will most likely be eliminated per communications with the IRS.

Essentially, we have a bankruptcy of a company for which there is no actual debt. The sale of 2229 E Eden is essentially to satisfy the attorney of the trustee in the bankruptcy of an entity to which no actual debt has been established.

Sincerely,

Carline Bolivar
Sole-Member, Supportive Health LLC