Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21–15113–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Supportive Health LLC
72 Van Reipen St #353
Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
80–0198863

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 24, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 261 – 242
Order Denying as Moot the Motion of Carline Bolivar to Compel Chapter 7 Trustee Eric R. Perkins to provide accounting (Related Doc # 242). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/23/2023. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 24, 2023
JAN: jf

Jeanne Naughton
Clerk