Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>SUPPORTIVE HEALTH, LLC,<br><br><br>Debtor. | Case No.:  21-15113 (VFP)<br>Chapter:  7<br>Hearing Date: February 22, 2023<br>Judge:   Vincent F. Papalia |

### ORDER DENYING THE MOTION OF CARLINE BOLIVAR TO EXPUNGE CLAIM NO. 1-1 FILED BY INTERNAL REVENUE SERVICE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 23, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Case: | In re Supportive Health, LLC |
| Case No.: | 21-15113 (VFP) (Chapter 7) |
| Re: | Order Denying the Motion of Carline Bolivar to Expunge Claim No. 1-1 Filed by Internal Revenue Service |

_____

This matter was opened to the Court on the motion (the "Motion") filed by Carline Bolivar ("Ms. Bolivar") to expunge Claim No. 1-1 filed by Internal Revenue Service (the "Service") on July 12, 2021 in the amount of $28,560 for penalties on unfiled tax returns [Dkt. No. 227];[1] and Chapter 7 Trustee Eric R. Perkins and the Service having filed responses thereto [Dkt. Nos. 231, 233, 253]; and Ms. Bolivar having filed further letters in support [Dkt. No. 255] (including once submitted through chambers email on the morning of the hearing); and the Court having considered the parties' submissions; and having heard oral argument; and it appearing that Ms. Bolivar has raised no legal or factual grounds to refute the *prima facie* validity of Claim No. 1-1 filed by the Service and has not, after several adjournments, submitted the documents that she claimed would refute the validity of Claim No. 1-1) to the Court or the Service; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on February 22, 2023, it is

**ORDERED** that Ms. Bolivar's Motion " to expunge Claim No. 1-1 filed by Internal Revenue Service is **DENIED,** with prejudice.

---

[1] The Court previously denied, with prejudice, under a January 25, 2023 Order, Debtor's other requests for relief in this Motion [Dkt. No. 245].