Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br> SUPPORTIVE HEALTH, LLC, <br><br><br> Debtor. | Case No.:     21-15113 (VFP) <br> Chapter:      7 <br> Hearing Date: February 22, 2023 <br> Judge:        Vincent F. Papalia |

# ORDER DENYING THE MOTION OF CARLINE BOLIVAR TO EXPUNGE CLAIM NO. 1-1 FILED BY INTERNAL REVENUE SERVICE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 23, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case:       In re Supportive Health, LLC
Case No.:   21-15113 (VFP) (Chapter 7)
Re:         Order Denying the Motion of Carline Bolivar to Expunge Claim No. 1-1 Filed by Internal Revenue Service

_____

This matter was opened to the Court on the motion (the "Motion") filed by Carline Bolivar ("Ms. Bolivar") to expunge Claim No. 1-1 filed by Internal Revenue Service (the "Service") on July 12, 2021 in the amount of $28,560 for penalties on unfiled tax returns [Dkt. No. 227];[1] and Chapter 7 Trustee Eric R. Perkins and the Service having filed responses thereto [Dkt. Nos. 231, 233, 253]; and Ms. Bolivar having filed further letters in support [Dkt. No. 255] (including once submitted through chambers email on the morning of the hearing); and the Court having considered the parties' submissions; and having heard oral argument; and it appearing that Ms. Bolivar has raised no legal or factual grounds to refute the *prima facie* validity of Claim No. 1-1 filed by the Service and has not, after several adjournments, submitted the documents that she claimed would refute the validity of Claim No. 1-1) to the Court or the Service; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on February 22, 2023, it is

**ORDERED** that Ms. Bolivar's Motion " to expunge Claim No. 1-1 filed by Internal Revenue Service is **DENIED,** with prejudice.

---

[1] The Court previously denied, with prejudice, under a January 25, 2023 Order, Debtor's other requests for relief in this Motion [Dkt. No. 245].

United States Bankruptcy Court

District of New Jersey

In re:  
Supportive Health LLC  
    Debtor

Case No. 21-15113-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 24, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supportive Health LLC, 72 Van Reipen St #353, Jersey City, NJ 07306-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Eamonn O'Hagan | on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov |
| Eric R. Perkins | on behalf of Attorney Becker LLC eperkins@becker.legal<br>tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Eric Raymond Perkins | eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal<br>nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Gokce Tugce Yurekli
    on behalf of Creditor United States Internal Revenue Service gokce.t.yurekli@usdoj.gov eastern.taxcivil@usdoj.gov

Justin Baumgartner
    on behalf of Trustee Eric Raymond Perkins jbaumgartner@becker.legal mambrose@becker.legal

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Robert J. Schneider
    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Samuel Jackson
    on behalf of Interested Party Joseph Lento sdjackson@lentolawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11