# EXHIBIT "A"

DOC.# 10543560
RECORDED
03/01/2016 12:00PM

JOHN LA FAVE
REGISTER OF DEEDS
Milwaukee County, WI
AMOUNT: $30.00

FEE EXEMPT #: 77.25(15S)
0
***This document has been
electronically recorded and
returned to the submitter. **

State Bar of Wisconsin Form 3-2003
**QUIT CLAIM DEED**

Document Number | Document Name

THIS DEED, made between PERRAULT JEAN-PAUL

("Grantor," whether one or more),

and SUPPORTIVE HEALTH LLC, A NJ LLC

("Grantee," whether one or more).

Grantor quit claims to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in Milwaukee County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

LOT 17 AND THE NORTH 1/2 OF LOT 18, IN BLOCK 2, IN FERNWOOD, IN THE NORTHEAST 1/4 OF SECTION 15, TOWNSHIP 6 NORTH, RANGE 22 EAST, IN THE CITY OF MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN

Recording Area

Name and Return Address
PERRAULT JEAN-PAUL
85 SYCAMORE ROAD
JERSEY CITY, NJ 07305

541-0643-7
Parcel Identification Number (PIN)

This is not homestead property.
(is) (is not)

Dated 2/17/16

_____ (SEAL)
* PERRAULT JEAN-PAUL

_____ (SEAL)   _____ (SEAL)
*                                 *

AUTHENTICATION                    ACKNOWLEDGMENT
Signature(s) _____      STATE OF New Jersey
authenticated on _____      Hudson COUNTY }ss.

                                  Personally came before me on February 17, 2016,
*                                 the above-named Perrault Jean-Paul
TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____          to me known to be the person(s) who executed the foregoing
  authorized by Wis. Stat. § 706.06)   instrument and acknowledged the same.

THIS INSTRUMENT DRAFTED BY:
PERRAULT JEAN-PAUL                *
                                  Notary Public, State of ~~Wisconsin~~ New Jersey
                                  My Commission (is permanent) (expires: 9/30/2019)

(Signatures may be authenticated or acknowledged. Both are not necessary.)
NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
QUIT CLAIM DEED        © 2003 STATE BAR OF WISCONSIN        FORM NO. 3-2003
* Type name below signatures.

CARLINE BOLAR
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 9/30/2019

Doc Yr: 2016 Doc# 10543560 Page# 1 of 1