# EXHIBIT "C"

Approved by the Wisconsin Real Estate Examining Board
7-1-16 (Mandatory Use Date)

Keller Williams Realty Milwaukee North

Page 1 of 6, WB-1

**WB-1 RESIDENTIAL LISTING CONTRACT - EXCLUSIVE RIGHT TO SELL**

1  **SELLER GIVES THE FIRM THE EXCLUSIVE RIGHT TO SELL THE PROPERTY ON THE FOLLOWING TERMS:**
2  ■ **PROPERTY DESCRIPTION:** Street address is: _____3269-69A S New York Avenue_____
3  _____
4  in the _____city_____ of _____Milwaukee_____, County of _____Milwaukee_____,
5  Wisconsin. Insert additional description, if any, at lines 303-308 or attach as an addendum per lines 309-310.
6  ■ **INCLUDED IN LIST PRICE:** Seller is including in the list price the Property, all Fixtures not excluded on lines 12-14,
7  and the following items: **NONE**_____
8  _____
9  _____
10 _____
11 _____ .
12 ■ **NOT INCLUDED IN LIST PRICE:** **Tenants' Personal Items**_____
13 _____
14 _____ .
15 **CAUTION:** Identify Fixtures to be excluded by Seller or which are rented and will continue to be owned by the
16 lessor. (See lines 181-194).
17 ■ **LIST PRICE:** _____One Hundred Ninety-Nine Thousand, Nine Hundred_____ Dollars ($**199,900.00**).
18 **MARKETING** Seller authorizes and the Firm and its agents agree to use reasonable efforts to market the Property.
19 Seller agrees that the Firm and its agents may market Seller's personal property identified on lines 7-11 during the term
20 of this Listing. The marketing may include: **MLS, Social Media, Network of Agents, Investors and Buyers,**
21 **multiple websites**_____ .
22 The Firm and its agents may advertise the following special financing and incentives offered by Seller: _____
23 _____ .
24 Seller has a duty to cooperate with the marketing efforts of the Firm and its agents. See lines 246-252 regarding the
25 Firm's role as marketing agent and Seller's duty to notify the Firm of any potential buyer known to Seller. Seller agrees
26 that the Firm and its agents may market other properties during the term of this Listing.
27 **COMMISSION** The Firm's commission shall be **6% + $295**_____
28 _____ .
29 ■ **EARNED:** Seller shall pay the Firm's commission, which shall be earned, if, during the term of this Listing:
30   1) Seller sells or accepts an offer which creates an enforceable contract for the sale of all or any part of the Property;
31   2) Seller grants an option to purchase all or any part of the Property which is subsequently exercised;
32   3) Seller exchanges or enters into a binding exchange agreement on all or any part of the Property;
33   4) A transaction occurs which causes an effective change in ownership or control of all or any part of the Property; or
34   5) A ready, willing and able buyer submits a bona fide written offer to Seller or Firm for the Property at, or above, the list
35      price and on substantially the same terms set forth in this Listing and the current WB-11 Residential Offer to Purchase,
36      even if Seller does not accept the buyer's offer. A buyer is ready, willing and able when the buyer submitting the
37      written offer has the ability to complete the buyer's obligations under the written offer.
38 The Firm's commission shall be earned if, during the term of the Listing, one seller of the Property sells, conveys,
39 exchanges or options, as described above, an interest in all or any part of the Property to another owner, except by divorce
40 judgment.
41 ■ **DUE AND PAYABLE:** Once earned, the Firm's commission is due and payable in full at the earlier of closing or the date
42 set for closing, even if the transaction does not close, unless otherwise agreed in writing.
43 ■ **CALCULATION:** A percentage commission shall be calculated based on the following, if earned above:
44   • Under 1) or 2) the total consideration between the parties in the transaction.
45   • Under 3) or 4) the list price if the entire Property is involved.
46   • Under 3) if the exchange involves less than the entire Property or under 4) if the effective change in ownership or
47     control involves less than the entire Property, the fair market value of the portion of the Property exchanged or for
48     which there was an effective change in ownership or control.
49   • Under 5) the total offered purchase price.
50 **NOTE:** If a commission is earned for a portion of the Property it does not terminate the Listing as to any remaining
51 **Property.**
52 **COMPENSATION TO OTHERS** The Firm offers the following commission to cooperating firms: **2.4%**_____
53 _____ . (Exceptions if any): _____ .
54 **BUYER FINANCIAL CAPABILITY** The Firm and its agents are not responsible under Wisconsin statutes or regulations to
55 qualify a buyer's financial capability. If Seller wishes to confirm a buyer's financial capability, Seller may negotiate inclusion of
56 a contingency for financing, proof of funds, qualification from a lender, sale of buyer's property, or other confirmation in any
57 offer to purchase or contract.

Authentisign ID: 65A5D9D3-C2B3-ED11-BA77-14CB652F4E5B
Case 21-15113-VFP    Doc 268-3    Filed 03/17/23    Entered 03/17/23 11:32:23    Desc
Exhibit C to Application    Page 3 of 7

Page 2 of 6, WB-1

58  **DISPUTE RESOLUTION** The parties understand that if there is a dispute about this Listing or an alleged breach, and
59  the parties cannot resolve the dispute by mutual agreement, the parties may consider judicial resolution in court or may
60  consider alternative dispute resolution. Alternative dispute resolution may include mediation and binding
61  arbitration. Should the parties desire to submit any potential dispute to alternative dispute resolution, it is recommended
62  that the parties add such in Additional Provisions or in an Addendum.
63  **FAIR HOUSING** Seller and the Firm and its agents agree that they will not discriminate against any
64  prospective buyer on account of race, color, sex, sexual orientation as defined in Wisconsin Statutes, Section
65  111.32(13m), disability, religion, national origin, marital status, lawful source of income, age, ancestry, family
66  status, status as a victim of domestic abuse, sexual assault, or stalking, or in any other unlawful manner.
67  **DISCLOSURE TO CLIENTS**
68  Under Wisconsin law, a brokerage firm (hereinafter firm) and its brokers and salespersons (hereinafter agents) owe
69  certain duties to all parties to a transaction:
70  (a)  The duty to provide brokerage services to you fairly and honestly.
71  (b)  The duty to exercise reasonable skill and care in providing brokerage services to you.
72  (c)  The duty to provide you with accurate information about market conditions within a reasonable time if you request
73       it, unless disclosure of the information is prohibited by law.
74  (d)  The duty to disclose to you in writing certain Material Adverse Facts about a property, unless disclosure of the
75       information is prohibited by law. (See lines 195-198.)
76  (e)  The duty to protect your confidentiality. Unless the law requires it, the firm and its agents will not disclose your
77       confidential information or the confidential information of other parties. (See lines 135-150.)
78  (f)  The duty to safeguard trust funds and other property the firm or its agents holds.
79  (g)  The duty, when negotiating, to present contract proposals in an objective and unbiased manner and disclose the
80       advantages and disadvantages of the proposals.

81  **BECAUSE YOU HAVE ENTERED INTO AN AGENCY AGREEMENT WITH A FIRM, YOU ARE THE FIRM'S CLIENT.**
82  **A FIRM OWES ADDITIONAL DUTIES TO YOU AS A CLIENT OF THE FIRM:**
83  (a)  The firm or one of its agents will provide, at your request, information and advice on real estate matters that affect
84       your transaction, unless you release the firm from this duty.
85  (b)  The firm or one of its agents must provide you with all material facts affecting the transaction, not just Adverse
86       Facts.
87  (c)  The firm and its agents will fulfill the firm's obligations under the agency agreement and fulfill your lawful requests
88       that are within the scope of the agency agreement.
89  (d)  The firm and its agents will negotiate for you, unless you release them from this duty.
90  (e)  The firm and its agents will not place their interests ahead of your interests. The firm and its agents will not, unless
91       required by law, give information or advice to other parties who are not the firm's clients, if giving the information or
92       advice is contrary to your interests.
93  If you become involved in a transaction in which another party is also the firm's client (a "multiple representation
94  relationship"), different duties may apply.

95              **MULTIPLE REPRESENTATION RELATIONSHIPS AND DESIGNATED AGENCY**
96  ■ A multiple representation relationship exists if a firm has an agency agreement with more than one client who is a
97  party in the same transaction. If you and the firm's other clients in the transaction consent, the firm may provide
98  services through designated agency, which is one type of multiple representation relationship.
99  ■ Designated agency means that different agents with the firm will negotiate on behalf of you and the other client or
100 clients in the transaction, and the firm's duties to you as a client will remain the same. Each agent will provide
101 information, opinions, and advice to the client for whom the agent is negotiating, to assist the client in the negotiations.
102 Each client will be able to receive information, opinions, and advice that will assist the client, even if the information,
103 opinions, or advice gives the client advantages in the negotiations over the firm's other clients. An agent will not reveal
104 any of your confidential information to another party unless required to do so by law.
105 ■ If a designated agency relationship is not authorized by you or other clients in the transaction you may still authorize
106 or reject a different type of multiple representation relationship in which the firm may provide brokerage services to
107 more than one client in a transaction but neither the firm nor any of its agents may assist any client with information,
108 opinions, and advice which may favor the interests of one client over any other client. Under this neutral approach, the
109 same agent may represent more than one client in a transaction.
110 ■ If you do not consent to a multiple representation relationship the firm will not be allowed to provide brokerage
111 services to more than one client in the transaction.

112                      **CHECK ONLY ONE OF THE THREE BELOW:**
113    [ ]   The same firm may represent me and the other party as long as the same agent is not
114          representing us both (multiple representation relationship with designated agency).

115    [x]   The same firm may represent me and the other party, but the firm must remain neutral
116          regardless if one or more different agents are involved (multiple representation relationship
117          without designated agency).

118    [ ]   The same firm cannot represent both me and the other party in the same transaction (I reject
119          multiple representation relationships).

120  **NOTE: All clients who are parties to this agency agreement consent to the selection checked above. You may**
121  **modify this selection by written notice to the firm at any time. Your firm is required to disclose to you in your**
122  **agency agreement the commission or fees that you may owe to your firm. If you have any questions about the**
123  **commission or fees that you may owe based upon the type of agency relationship you select with your firm,**
124  **you should ask your firm before signing the agency agreement.**

125                                      **SUBAGENCY**
126  Your firm may, with your authorization in the agency agreement, engage other firms (subagent firms) to assist your firm by
127  providing brokerage services for your benefit. A subagent firm and the agents associated with the subagent firm will not put
128  their own interests ahead of your interests. A subagent firm will not, unless required by law, provide advice or opinions to
129  other parties if doing so is contrary to your interests.

130  **PLEASE REVIEW THIS INFORMATION CAREFULLY. An agent can answer your questions about brokerage**
131  **services, but if you need legal advice, tax advice, or a professional home inspection, contact an attorney, tax**
132  **advisor, or home inspector.**

133  This disclosure is required by section 452.135 of the Wisconsin statutes and is for information only. It is a plain language
134  summary of the duties owed to you under section 452.133 (2) of the Wisconsin statutes.

135  ■ **CONFIDENTIALITY NOTICE TO CLIENTS:** The Firm and its agents will keep confidential any information given to
136  the Firm or its agents in confidence, or any information obtained by the Firm and its agents that a reasonable person
137  would want to be kept confidential, unless the information must be disclosed by law or you authorize the Firm to
138  disclose particular information. The Firm and its agents shall continue to keep the information confidential after the Firm
139  is no longer providing brokerage services to you.
140  The following information is required to be disclosed by law:
141  1) Material Adverse Facts, as defined in section 452.01 (5g) of the Wisconsin statutes (see lines 195-198).
142  2) Any facts known by the Firm and its agents that contradict any information included in a written inspection report on
143     the property or real estate that is the subject of the transaction.
144  To ensure that the Firm and its agents are aware of what specific information you consider confidential, you may list
145  that information below (see lines 147-148). At a later time, you may also provide the Firm with other information you
146  consider to be confidential.
147  **CONFIDENTIAL INFORMATION:** _____
148  _____ .
149  **NON-CONFIDENTIAL INFORMATION** (The following may be disclosed by the Firm and its agents): _____
150  _____ .

151  **COOPERATION, ACCESS TO PROPERTY OR OFFER PRESENTATION** The parties agree that the Firm and its
152  agents will work and cooperate with other firms and agents in marketing the Property, including firms acting as
153  subagents (other firms engaged by the Firm - see lines 125-129) and firms representing buyers. Cooperation includes
154  providing access to the Property for showing purposes and presenting offers and other proposals from these firms to
155  Seller. Note any firms with whom the Firm shall not cooperate, any firms or agents or buyers who shall not be allowed
156  to attend showings, and the specific terms of offers which should not be submitted to Seller: _____
157  _____ .
158  **CAUTION: Limiting the Firm's cooperation with other firms may reduce the marketability of the Property.**

159  **EXCLUSIONS** All persons who may acquire an interest in the Property who are Protected Buyers under a prior listing
160  contract are excluded from this Listing to the extent of the prior firm's legal rights, unless otherwise agreed to in writing.
161  Within seven days of the date of this Listing, Seller agrees to deliver to the Firm a written list of all such Protected Buyers.
162  **NOTE: If Seller fails to timely deliver this list to the Firm, Seller may be liable to the Firm for damages and costs.**
163  The following other buyers _____
164  _____ are excluded from this Listing until _____ [INSERT DATE].
165  These other buyers are no longer excluded from this Listing after the specified date unless, on or before the specified date,
166  Seller has either accepted a written offer from the buyer or sold the Property to the buyer.

Authentisign ID: 65A5D9D3-C2B3-ED11-BA77-14CB652F4E5B
Case 21-15113-VFP    Doc 268-3    Filed 03/17/23    Entered 03/17/23 11:32:23    Desc
Exhibit C to Application    Page 5 of 7

Page 4 of 6, WB-1

**DEFINITIONS**

■ <u>ADVERSE FACT:</u> An "Adverse Fact" means any of the following:
(a) A condition or occurrence that is generally recognized by a competent licensee as doing any of the following:
   1) Significantly and adversely affecting the value of the Property;
   2) Significantly reducing the structural integrity of improvements to real estate; or
   3) Presenting a significant health risk to occupants of the Property.
(b) Information that indicates that a party to a transaction is not able to or does not intend to meet his or her obligations under a contract or agreement made concerning the transaction.

■ <u>DEADLINES – DAYS:</u> Deadlines expressed as a number of "days" from an event are calculated by excluding the day the event occurred and by counting subsequent calendar days.

■ <u>DEFECT:</u> "Defect" means a condition that would have a significant adverse effect on the value of the Property; that would significantly impair the health or safety of future occupants of the Property; or that if not repaired, removed or replaced would significantly shorten or adversely affect the expected normal life of the premises.

■ <u>FIRM:</u> "Firm" means a licensed sole proprietor broker or a licensed broker business entity.

■ <u>FIXTURES:</u> A "Fixture" is an item of property which is physically attached to or so closely associated with land or buildings so as to be treated as part of the real estate, including, without limitation, physically attached items not easily removable without damage to the premises, items specifically adapted to the premises, and items customarily treated as fixtures, including, but not limited to, all: garden bulbs; plants; shrubs and trees; screen and storm doors and windows; electric lighting fixtures; window shades; curtain and traverse rods; blinds and shutters; central heating and cooling units and attached equipment; water heaters, water softeners and treatment systems; sump pumps; attached or fitted floor coverings; awnings; attached antennas and satellite dishes; audio/visual wall mounting brackets (but not the audio/visual equipment); garage door openers and remote controls; installed security systems; central vacuum systems and accessories; in-ground sprinkler systems and component parts; built-in appliances; ceiling fans; fences; in-ground pet containment systems (but not the collars); storage buildings on permanent foundations and docks/piers on permanent foundations.
**CAUTION: Exclude any Fixtures to be retained by Seller or which are rented (e.g., water softener or other water treatment systems, home entertainment and satellite dish components, L.P. tanks, etc.) on lines 12-14 and in the offer to purchase.**

■ <u>MATERIAL ADVERSE FACT:</u> A "Material Adverse Fact" means an Adverse Fact that a party indicates is of such significance, or that is generally recognized by a competent licensee as being of such significance to a reasonable party, that it affects or would affect the party's decision to enter into a contract or agreement concerning a transaction or affects or would affect the party's decision about the terms of such a contract or agreement.

■ <u>PERSON ACTING ON BEHALF OF BUYER:</u> "Person Acting on Behalf of Buyer" shall mean any person joined in interest with buyer, or otherwise acting on behalf of buyer, including but not limited to buyer's immediate family, agents, employees, directors, managers, members, officers, owners, partners, incorporators and organizers, as well as any and all corporations, partnerships, limited liability companies, trusts or other entities created or controlled by, affiliated with or owned by buyer, in whole or in part whether created before or after expiration of this Listing.

■ <u>PROPERTY:</u> Unless otherwise stated, "Property", means all property included in the list price as described on lines 2-5.

■ <u>PROTECTED BUYER:</u> Means a buyer who personally, or through any Person Acting on Behalf of Buyer, during the term of this Listing:
   1) Delivers to Seller or the Firm or its agents a written offer to purchase, exchange or option on the Property;
   2) Views the Property with Seller or negotiates directly with Seller by communicating with Seller regarding any potential terms upon which the buyer might acquire an interest in the Property; or
   3) Attends an individual showing of the Property or communicates with agents of the Firm or cooperating firms regarding any potential terms upon which the buyer might acquire an interest in the Property, but only if the Firm or its agents deliver the buyer's name to Seller, in writing, no later than three days after the earlier of expiration or termination (lines 263-271) of the Listing. The requirement in 3), to deliver the buyer's name to Seller in writing, may be fulfilled as follows:
      a) If the Listing is effective only as to certain individuals who are identified in the Listing, by the identification of the individuals in the Listing; or,
      b) If a buyer has requested that the buyer's identity remain confidential, by delivery of a written notice identifying the firm or agents with whom the buyer negotiated and the date(s) of any individual showings or other negotiations.
A Protected Buyer also includes any Person Acting on Behalf of Buyer joined in interest with or otherwise acting on behalf of a Protected Buyer, who acquires an interest in the Property during the extension of listing period as noted on lines 220-224.

**EXTENSION OF LISTING** The Listing term is extended for a period of one year as to any Protected Buyer. Upon receipt of a written request from Seller or a firm that has listed the Property, the Firm agrees to promptly deliver to Seller a written list of those buyers known by the Firm and its agents to whom the extension period applies. Should this Listing be terminated by Seller prior to the expiration of the term stated in this Listing, this Listing shall be extended for Protected Buyers, on the same terms, for one year after the Listing is terminated (lines 263-271).

Authentisign ID: 65A5D9D3-C2B3-ED11-BA77-14CB652F4E5B
Case 21-15113-VFP    Doc 268-3    Filed 03/17/23    Entered 03/17/23 11:32:23    Desc
Exhibit C to Application    Page 6 of 7

Page 5 of 6, WB-1

225 **OCCUPANCY** Unless otherwise provided, Seller agrees to give the buyer occupancy of the Property at time of closing
226 and to have the Property in broom swept condition and free of all debris and personal property except for personal
227 property belonging to current tenants, sold to the buyer or left with the buyer's consent.
228 **LEASED PROPERTY** If Property is currently leased and lease(s) will extend beyond closing, Seller shall assign Seller's
229 rights under the lease(s) and transfer all security deposits and prepaid rents (subject to agreed upon prorations) thereunder
230 to buyer at closing. Seller acknowledges that Seller remains liable under the lease(s) unless released by tenants.
231 **CAUTION: Seller should consider obtaining an indemnification agreement from buyer for liabilities under the**
232 **lease(s) unless released by tenants.**
233 **NOTICE ABOUT SEX OFFENDER REGISTRY** You may obtain information about the sex offender registry and
234 persons registered with the registry by contacting the Wisconsin Department of Corrections on the Internet at
235 http://www.doc.wi.gov or by telephone at (608)240-5830.
236 **REAL ESTATE CONDITION REPORT** Seller agrees to complete the real estate condition report provided by the Firm
237 to the best of Seller's knowledge. Seller agrees to amend the report should Seller learn of any Defect(s) after completion
238 of the report but before acceptance of a buyer's offer to purchase. Seller authorizes the Firm and its agents to distribute
239 the report to all interested parties and agents inquiring about the Property. Seller acknowledges that the Firm and its
240 agents have a duty to disclose all Material Adverse Facts as required by law.
241 **SELLER REPRESENTATIONS REGARDING DEFECTS** Seller represents to the Firm that as of the date of this
242 Listing, Seller has no notice or knowledge of any Defects affecting the Property other than those noted on the real estate
243 condition report.
244 **WARNING: IF SELLER REPRESENTATIONS ARE INCORRECT OR INCOMPLETE, SELLER MAY BE LIABLE FOR**
245 **DAMAGES AND COSTS.**
246 **SELLER COOPERATION WITH MARKETING EFFORTS** Seller agrees to cooperate with the Firm in the Firm's
247 marketing efforts and to provide the Firm with all records, documents and other material in Seller's possession or
248 control which are required in connection with the sale. Seller authorizes the Firm and its agents to do those acts
249 reasonably necessary to effect a sale and Seller agrees to cooperate fully with these efforts which may include use of a
250 multiple listing service, Internet advertising or a lockbox system on Property. Seller shall promptly refer all persons
251 making inquiries concerning the Property to the Firm and notify the Firm in writing of any potential buyers with whom Seller
252 negotiates or who view the Property with Seller during the term of this Listing.
253 **OPEN HOUSE AND SHOWING RESPONSIBILITIES** Seller is aware that there is a potential risk of injury, damage
254 and/or theft involving persons attending an "individual showing" or an "open house." Seller accepts responsibility for
255 preparing the Property to minimize the likelihood of injury, damage and/or loss of personal property. Seller agrees to
256 hold the Firm and its agents harmless for any losses or liability resulting from personal injury, property damage, or theft
257 occurring during "individual showings" or "open houses" other than those caused by the negligence or intentional
258 wrongdoing of the Firm or its agents. Seller acknowledges that individual showings and open houses may be
259 conducted by licensees other than agents of the Firm, that appraisers and inspectors may conduct appraisals and
260 inspections without being accompanied by agents of the Firm or other licensees, and that buyers or licensees may be
261 present at all inspections and testing and may photograph or videotape Property unless otherwise provided for in
262 additional provisions at lines 303-308 or in an addendum per lines 309-310.
263 **TERMINATION OF LISTING** Neither Seller nor the Firm has the legal right to unilaterally terminate this Listing absent a
264 material breach of contract by the other party. Seller understands that the parties to the Listing are Seller and the Firm.
265 Agents for the Firm do not have the authority to enter into a mutual agreement to terminate the Listing, amend the
266 commission amount or shorten the term of this Listing, without the written consent of the agent(s)' supervising broker. Seller
267 and the Firm agree that any termination of this Listing by either party before the date stated on line 312 shall be
268 effective by the Seller only if stated in writing and delivered to the Firm in accordance with lines 280-302 and effective
269 by the Firm only if stated in writing by the supervising broker and delivered to Seller in accordance with lines 280-302.
270 **CAUTION: Early termination of this Listing may be a breach of contract, causing the terminating party to**
271 **potentially be liable for damages.**
272 **EARNEST MONEY** If the Firm holds trust funds in connection with the transaction, they shall be retained by the Firm in the
273 Firm's trust account. The Firm may refuse to hold earnest money or other trust funds. Should the Firm hold the earnest money,
274 the Firm shall hold and disburse earnest money funds in accordance with Wis. Stat. Ch. 452 and Wis. Admin. Code Ch. REEB
275 18. If the transaction fails to close and the Seller requests and receives the earnest money as the total liquidated damages,
276 then upon disbursement to Seller, the earnest money shall be paid first to reimburse the Firm for cash advances made by the
277 Firm on behalf of Seller and one half of the balance, but not in excess of the agreed commission, shall be paid to the Firm as
278 full commission in connection with said purchase transaction and the balance shall belong to Seller. This payment to the Firm
279 shall not terminate this Listing.

Property Address: **3269-69A S New York Avenue, Milwaukee, WI  53207** _____ Page 6 of 6, WB-1

280 **DELIVERY OF DOCUMENTS AND WRITTEN NOTICES** Unless otherwise stated in this Listing, delivery of
281 documents and written notices to a party shall be effective only when accomplished by one of the methods specified at
282 lines 283-302.
283 (1) Personal Delivery: giving the document or written notice personally to the party, or the party's recipient for delivery
284 if named at line 285 or 286.
285 Seller's recipient for delivery (optional): _____
286 Firm's recipient for delivery (optional): _____
287 [ ] (2) Fax: fax transmission of the document or written notice to the following telephone number:
288 Seller: (____) _____ Firm: (____) _____
289 [x] (3) Commercial Delivery: depositing the document or written notice fees prepaid or charged to an account with a
290 commercial delivery service, addressed either to the party, or to the party's recipient for delivery if named at line 285 or
291 286, for delivery to the party's delivery address at line 295 or 296.
292 [x] (4) U.S. Mail: depositing the document or written notice postage prepaid in the U.S. Mail, addressed either to the
293 party, or to the party's recipient for delivery if named at line 285 or 286, for delivery to the party's delivery address at
294 line 295 or 296.
295 Delivery address for Seller: **354 Eisenhower Parkway, Suite 1500 Livingston, NJ 07039**
296 Delivery address for Firm: **10001 W Innovation Dr #102, Wauwatosa, WI 53226**
297 [x] (5) E-Mail: electronically transmitting the document or written notice to the party's e-mail address, if given below at
298 line 301 or 302. If this is a consumer transaction where the property being purchased or the sale proceeds are used
299 primarily for personal, family or household purposes, each consumer providing an e-mail address below has first
300 consented electronically as required by federal law.
301 E-Mail address for Seller: **jbaumgartner@becker.legal ; eperkins@becker.legal**
302 E-Mail address for Firm: **holly@rootriverrealty.com**
303 **ADDITIONAL PROVISIONS** _____
304 _____
305 _____
306 _____
307 _____
308 _____
309 **ADDENDA** The attached addenda _____
310 _____ is/are made part of this Listing.
311 **TERM OF THE CONTRACT** From the ____**24th**____ day of ____**February**____, **2023**, up
312 to the earlier of midnight of the ____**30th**____ day of ____**June**____, **2023**, or the
313 conveyance of the entire Property.

314 **BY SIGNING BELOW, SELLER ACKNOWLEDGES RECEIPT OF A COPY OF THIS LISTING CONTRACT AND
315 THAT HE/SHE HAS READ ALL 6 PAGES AS WELL AS ANY ADDENDA AND ANY OTHER DOCUMENTS
316 INCORPORATED INTO THE LISTING.**

317 (x) _____  Eric Perkins, Becker LLC  _____
318 Seller's Signature ▲                   Print Name Here ▲           Date ▲

319 (x) _____  _____  _____
320 Seller's Signature ▲                   Print Name Here ▲           Date ▲

321 (x) _____  _____  _____
322 Seller's Signature ▲                   Print Name Here ▲           Date ▲

323 (x) _____  _____  _____
324 Seller's Signature ▲                   Print Name Here ▲           Date ▲

325 Seller Entity Name (if any): **Eric Perkins, Becker Legal for Supportive Health LLC**
326                                         Print Name Here ▲

327 (x) _/s/ Eric Perkins_____   Eric Perkins              02/23/23
328 Authorized Signature ▲   Print Name & Title Here ▶ Eric Perkins   Date ▲

329 (x) _/s/ Holly Speranza_____   Holly Speranza    Root River Realty Group - Keller Williams    02/23/23
330 Agent for Firm ▲          Print Name Here ▲     Firm Name ▲           Date ▲