UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ  07039
(973) 422-1100
Justin S. Baumgartner, Esq.
Email: jbaumgartner@becker.legal
Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

SUPPORTIVE HEALTH LLC,

                Debtor.

Case No.: 21-15113 (VFP)

Chapter 7

Hon. Vincent F. Papalia, USBJ

Hearing Date: April 4, 2023 at 10:00 a.m.

## CERTIFICATION OF SERVICE

1.    I, <u>Mary Ann Ambrose</u>

      ☐ represent the _____ in the above-captioned matter.

      ☒ am the secretary/paralegal for <u>Becker LLC</u>, in the above captioned matter.

      ☐ am the _____ in the above case and am representing myself.

2.    On <u>March 20, 2023</u>, I sent a copy of the following pleadings and/or documents to the Parties Listed In The Attached Chart (Exhibit A):

Docket Entry No. 270 – Order Granting Motion on Shortening Time; and

    Docket Entry No. 268 - Application In Support Of Trustee's Motion For The Entry Of An Order (1) Authorizing Chapter 7 Trustee To Sell The Debtor's Residential Real Property Located At 3269 South New York Avenue, Milwaukee, Wisconsin Free And Clear Of Any Liens, Claims, And Encumbrances Pursuant To 11 U.S.C. § 363(B) And (F); (2) Authorizing Payment Of Real Estate Brokers' Commission From The Sale Proceeds; (3) Waiving The Stay Pursuant To Fed. R. Bankr. P. 6004(H); And (4) For Other Related Relief and supporting documents.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 20, 2023 /s/ Mary Ann Ambrose
Mary Ann Ambrose

# EXHIBIT A

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Hausman, Esq. & David Gerardi, Esq. & Robert J. Schneider, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>david.gerardi@usdoj.gov;<br>Mitchell.B.Hausman@usdoj.gov<br>robert.j.schneider@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Federal Express<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Damon Bruce<br>damonbruce15@yahoo.com | Party-in Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Carline Bolivar<br>72 Van Reipen St #353<br>Jersey City, NJ 07306<br>donotreply@supportivehealth.com | Party-in Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Alexandria Lenz<br>alexandria.lenz1401@gmail.com | Party-in Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| City of Milwaukee<br>200 E Wells St<br>Milwaukee, WI 53202<br>hjahn@milwaukee.gov<br>JosephJ@kohnlaw.com<br>JasonH@kohnlaw.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Bob Norman<br>Courtney E. Kleiser<br>bnorman@houser-law.com<br>ckleiser@houser-law.com | Attorney for PHH Mortgage Services | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |

| Name | Role | Delivery Method |
|---|---|---|
| PHH Mortgage Services<br>research@mortgagefamily.com | Party-in-Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Holly Speranza<br>holly@rootriverrealty.com | Realtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| IRS<br>Gokce Tugce Yurekli<br>Eamonn O'Hagan<br>gokce.t.yurekli@usdoj.gov<br>eamonn.ohagan@usdoj.gov | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| | | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

SUPPORTIVE HEALTH LLC

Debtor(s)

Case No. 21-15113

Chapter 7

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 3/20/2023, I did cause a copy of the following document(s), described below:

23-3-17 - Doc. 268 - Trustee's Motion to Sell NY Ave. Property Free & Clear on Shorten Time

23-17-3 - Doc. 270 - Order On Shorten Time ENTERED by Bankruptcy Court

to be served for delivery, via Overnight Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/20/2023

/s/ Eric R. Perkins
Eric R. Perkins
Becker LLC
354 Eisenhower Parkway
Plaza II, Suite 1500
Livingston NJ 07039
973-251-8925
eperkins@becker.legal

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                         Case No. 21-15113

SUPPORTIVE HEALTH LLC                          Chapter 7

Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/20/2023, I did cause a copy of the following document(s), described below:

23-3-17 - Doc. 268 - Trustee's Motion to Sell NY Ave. Property Free & Clear on Shorten Time

23-17-3 - Doc. 270 - Order On Shorten Time ENTERED by Bankruptcy Court

were deposited for delivery, via Overnight Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/20/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/20/2023, I caused a copy of the 23-3-17 - Doc. 268 - Trustee's Motion to Sell NY Ave. Property Free & Clear on Shorten Time and 23-17-3 - Doc. 270 - Order On Shorten Time ENTERED by Bankruptcy Court to be served by Overnight Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Carline Bolivar | 72 Van Reipen St #353 | | | | Jersey City NJ 07306-4408 |
| Supportive Health LLC | 72 Van Reipen St #353 | | | | Jersey City NJ 07306-4408 |
| City of Milwaukee | 200 E Wells St | | | | Milwaukee WI 53202-3515 |
| Perrault Jean-Paul | 85 Sycamore Road | | | | Jersey City NJ 07305-1237 |
| Alexandria & Joseph Lenz | 3269 South New York avenue | | Unit A | | Milwaukee WI 53207 |
| Damon Bruce | 3269 South New York Avenue | | Unit B | | Milwaukee WI 53207 |
| PHH Mortgage Services | Attn: SV50 | 1661 Worthington Road | Suite 100 | | West Palm Beach FL 33409 |
| Houser LLP | 350 Highway 7 | | Suite 216 | | Excelsior MN 55331 |
| Spa Life Furnished Oasis, LLC | 2919 S. Superior Street | | Unit 1 | | Milwaukee WI 53207 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

SUPPORTIVE HEALTH LLC

Debtor(s)

Case No. 21-15113

Chapter 7

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 3/20/2023, I did cause a copy of the following document(s), described below:

23-3-17 - Doc. 268 - Trustee's Motion to Sell NY Ave. Property Free & Clear on Shorten Time

23-17-3 - Doc. 270 - Order On Shorten Time ENTERED

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/20/2023

/s/ Eric  R. Perkins
Eric  R. Perkins
Becker LLC
354 Eisenhower Parkway
Plaza II, Suite 1500
Livingston NJ 07039
973-251-8925
eperkins@becker.legal

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:  
    SUPPORTIVE HEALTH LLC  
    Debtor(s)

Case No. 21-15113  
Chapter 7

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/20/2023, I did cause a copy of the following document(s), described below:

23-3-17 - Doc. 268 - Trustee's Motion to Sell NY Ave. Property Free & Clear on Shorten Time

23-17-3 - Doc. 270 - Order On Shorten Time ENTERED

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/20/2023

Melissa Membrino  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602  
(949) 222-1212  
declaration@stretto.com

I certify that on 3/20/2023, I caused a copy of the 23-3-17 - Doc. 268 - Trustee's Motion to Sell NY Ave. Property Free & Clear on Shorten Time and 23-17-3 - Doc. 270 - Order On Shorten Time ENTERED to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Joseph Lento | Lento Law Group, P.C. | 3000 Atrium Way | Suite 200 | | Mount Laurel NJ 08054-3910 |
| United States Trustee | One Newark Center | | Suite 2100 | | Newark NJ 07102-5235 |
| The Cream City Real Estate Company | The Cream City Real Estate Company | | 3474 S. Pennsylvania Avenue | | Milwaukee WI 53207-3106 |
| Schmidlkofer, Toth, Loeb & Drosen, LLC | 949 Glenview Ave | | | | Wauwatosa WI 53213-3007 |
| Department of Treasury | Internal Revenue Service | | P O Box 7346 | | Philadelphia PA 19101-7346 |
| Bayer & Sonz LLC | Bayer & Sonz LLC | 7430 Harwood Avenue | Suite 200 | | Wauwatosa WI 53213-2641 |
| WEA Property & Casualty Insurance Co. | 660 John Nolen Drive | | | | Madison WI 53202 |
| Office of the City Treasurer | City Hall | 200 E. Wells Street | Room 103 | | Milwaukee WI 53202 |