| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N. J. LBR 9004-2 (c) | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2023 APR 12  P 2: 08<br><br>JEANNE A. NAUGHTON<br>BY: _____<br>DEPUTY CLERK |
| **CITY OF MILWAUKEE**<br>Office of the City Attorney<br>841 North Broadway<br>Milwaukee, WI 53202<br>(414) 286-2601<br>Representative for Creditor, City of Milwaukee<br>Hannah R. Jahn, Wis. Bar No. 1088851<br>Email: hjahn@milwaukee.gov | |
| In re:<br><br>Supportive Health, LLC,<br><br>Debtor. | Case No. 21-15113-VFP<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia |

## NOTICE OF WITHDRAWAL OF CLAIM

Creditor City of Milwaukee hereby withdraws its Claim No. 3, filed January 7, 2022.

Hannah R. Jahn certifies as follows:

1. I am an Assistant City Attorney for the City of Milwaukee, creditor of the debtor.

2. Claim No. 3, in the amount of $76,238.56, has been paid in full by agents of Supportive Health, LLC, and deposited by the City of Milwaukee.

3. The payment was made by Jean-Paul Industries, LLC Check No. 2722, dated March 23, 2023, a copy of which has previously been submitted to the Court.

4. I certify under penalty of perjury that the above is true.

Date: April 11, 2023          _Hannah R. Jahn_
                              Hannah R. Jahn, Assistant City Attorney

HANNAH R. JAHN
4142862601 2654
MILWAUKEE CITY ATTORNEYS OFFIC
841 N BROADWAY
MILWAUKEE WI 53202

**SHIP TO:**
DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET
NEWARK NJ 07102



**UPS NEXT DAY AIR**
TRACKING #: 1Z Y82 395 01 9222 3650

BILLING: P/P

NV45 15.0A 04/2023*
XOL 23.04.10