IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK
APR 13 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:

SUPPORTIVE HEALTH LLC,

Debtor.

Case No.: 21-15113-VFP

Chapter 7

Honorable Vincent F. Papalia

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

Carline Bolivar, as an interested party, equity stake holder and principal of Supportive Health LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (describe)  Party in Interest

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

Appellant appeals from an order of the bankruptcy court Order Granting the motion to sell debtor's property at 3269 S new York Ave, Milwaukee, WI (Order Dkt 274).

2. State the date(s) on which the judgment, order, or decree was entered: Order Dkt 274 was entered on April 11, 2023.

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|

| Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7<br>Trustee | Justin B. Gartner<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039<br>973-422-1100<br>973-422-9122 (fax) |
|---|---|

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒    Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____                April 12, 2023

*Carline Bolivar*
Party in Interest
Principal and Sole Member of Supportive Health LLC

2023 APR 13 A 11:44

RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT
CLERK