<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SUPPORTIVE HEALTH, LLC, Debtor, <br><br> CARLINE BOLIVAR, <br><br> Appellant, <br><br> v. <br><br> ERIC R. PERKINS, Chapter 7 Trustee, <br><br> Appellee. | Civil Action No. 23-00640(SDW) <br><br> **ORDER** <br><br> April 18, 2023 |

**WIGENTON**, District Judge.

  **THIS MATTER** having come before the Court *sua sponte* concerning *pro se* Appellant Carline Bolivar's ("Appellant" and sole member and manager of Supportive Health, LLC (the "Debtor")) appeal of two Bankruptcy Court Orders denying with prejudice Appellant's motion to stay the bankruptcy proceeding and order the City of Milwaukee to accept payment, (D.E. 1); and this Court having carefully reviewed and considered Appellant's submissions, for the reasons stated in this Court's Opinion dated April 18, 2023,

  **IT IS** on this 18th day of April 2023,

  **ORDERED** that Appellant's appeal is **DISMISSED**.

  **SO ORDERED**.

   /s/ Susan D. Wigenton   <br>
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties