UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
ERIC R. PERKINS, ESQ.
Email: eperkins@becker.legal
Counsel for Eric R. Perkins, as Chapter 7 Trustee for Supportive Health LLC

| | |
|---|---|
| In re: | Chapter 7 |
| SUPPORTIVE HEALTH LLC, | Case No. 21-15113 (VFP) |
| Debtor. | Honorable Vincent F. Papalia, U.S.B.J. |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

Eric R. Perkins, Chapter 7 Trustee for the above-referenced Debtor, hereby renders the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. Eric R. Perkins, Chapter 7 Trustee of the above-referenced bankruptcy estate of Supportive Health LLC, has received all net sale proceeds.

2. The following property of the Debtor was sold: 3269 South New York, Milwaukee, WI ("Property")

3. The gross sale proceeds were $285,000.00.

4. The sale of the Property was approved pursuant to Court Order dated April 11, 2023 as Document No. 274.

5. A closing of the Property took place on April 28, 2023.

Dated: May 2, 2023

/s/Eric R. Perkins
ERIC R. PERKINS