# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

### ATTORNEY SECOND INTERIM FEE APPLICATION COVER SHEET

| | |
|---|---|
| In the Matter of: | Supportive Health LLC |
| Case No.: | 21-15113 (VFP) |
| Name of Applicant & Client: | BECKER LLC<br>Attorneys for Eric R. Perkins, Chapter 7 Trustee |

**COMPLETION OF THIS FORM CONSTITUTES CERTIFICATION UNDER PENALTY OF PERJURY**

/s/Eric R. Perkins
Signature of Applicant          Dated:  May 4, 2023
ERIC R. PERKINS, ESQ.

### SECTION I, FEE SUMMARY
Fee Summary

SECOND INTERIM FEE APPLICATION

| | |
|---|---|
| Total Previous Fee Requested: | $52,051.50 |
| Total Fees Allowed to Date: | $745.80 |
| Total Retainer (if applicable) | $ 0.00 |
| Total Holdback (if applicable) | $ 0.00 |
| Total Received by Applicant | $ 0.00 |

SECOND INTERIM FEE TOTALS
    – Pages 2, 3 and 4          $68,330.00
    DISBURSEMENT TOTALS    $ 1,245.09
    **TOTAL FEE APPLICATION**    **$69,575.09**

## SECTION II
## SUMMARY OF PROFFESSIONALS

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Eric R. Perkins | 1984 | 4.20 | $700.00 | $2,940.00 |
| 2. Eric R. Perkins | 1984 | 16.50 | $675.00 | $11,137.50 |
| 3. Justin Baumgartner | 2017 | 68.40 | $425.00 | $29,070.00 |
| 4. Justin Baumgartner | 2017 | 69.10 | $350.00 | $24,185.00 |
| 5. Tiffany Colombini Paralegal | | 3.50 | $285.00 | $997.50 |
| **TOTALS:** | | **161.70** | | **$68,330.00** |

## SECTION III
## SUMMARY OF SERVICES

| SERVICE | HOURS | VALUE |
|---|---|---|
| (B110) Case Administration | 1.80 | $710.00 |
| (B120) Asset Analysis and Recovery | 13.30 | $5,780.00 |
| (B130) Asset Disposition | 93.50 | $39,560.00 |
| (B150) Meetings of and Communications with Creditors | 2.40 | $952.50 |
| (B160) Fee/Employment Applications | 8.00 | $4,132.50 |
| (B190) Other Contested Matters | 42.70 | $17,195.00 |
| **TOTAL SERVICES:** | **161.70** | **$68,330.00** |

# SECTION VI
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENT | VALUE |
|---|---|
| Copying | $200.40 |
| Delivery Services/Messengers | $30.06 |
| Postage | $80.31 |
| Court Fees | $426.00 |
| Other | $508.32 |
| **TOTAL** | **$1,245.09** |

## SECTION V
## CASE HISTORY

(1) Date case filed:                                                 June 22, 2021

(2) Chapter under which case commenced:         Chapter 11

(3) Case converted to a Chapter 7:               August 19, 2021

(3) Date of retention:                                         September 20, 2021

        (Annex copy of order(s))     ***SEE EXHIBIT "A" ATTACHED HERETO***

If limit on numbers of hours or other limitations to retention, set forth:

(5) Summarize in brief the benefits to the estate and attach supplements as needed:

        *See Fee Application* filed herewith

(6) Anticipated distribution to creditors:

        (a) Administration Expense:        Unknown
        (b) Secured Creditors:               Unknown
        (c) Priority Creditors:                 None
        (d) General Unsecured Creditors:    Unknown

(7) Final disposition of case and percentage of dividend paid to creditors (if applicable):

                               Unknown

I certify under penalty of perjury that the foregoing is true and correct.

                        /s/Eric R. Perkins
                        Signature of Applicant       Dated: May 4, 2023
                        ERIC R. PERKINS, ESQ.