| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>ERIC R. PERKINS, ESQ.<br>Email: eperkins@becker.legal<br>Counsel for Eric R. Perkins, as Chapter 7 Trustee<br>for Supportive Health LLC | |
| In Re:<br><br>SUPPORTIVE HEALTH LLC,<br><br>　　　　　　　　　Debtor. | Case No.:  21-15113 (VFP)<br><br>Chapter 7<br><br> Hon. Vincent F. Papalia, USBJ<br><br>Hearing Date: June 6, 2023 at 2:00 p.m. |

**SECOND INTERIM FEE APPLICATION OF BECKER LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE, FOR THE PERIOD OF OCTOBER 21, 2022 THROUGH MAY 4, 2023**

TO:　HONORABLE VINCENT F. PAPALIA
　　　UNITED STATES BANKRUPTCY JUDGE

　　　The Application of Becker LLC ("Becker"), as Counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee") in the Chapter 7 case of Supportive Health LLC (the "Debtor"), respectfully represents as follows as to Becker's second interim fee application (the "Fee Application") for the period October 21, 2022 through May 4, 2023 (the "Fee Period"):

## I.    BACKGROUND.

### A.  The Debtor's Bankruptcy Case.

1.      On June 22, 2021, (the "Petition Date"), the Debtor filed a voluntary petition for liquidation under Chapter 7 11f title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") commencing the Debtor's above-captioned case (the "Supportive Case").

2.      On August 19, 2021, the case was converted to a Chapter 7, and on the same date, Eric R. Perkins was appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate (the "Estate") pursuant to § 701 of the Bankruptcy Code.

3.      On September 20, 2021, the Trustee filed his Application to retain Becker LLC ("Becker") as counsel to the Chapter 7 Trustee in the Supportive Case.

4.      On September 28, 2021, the Bankruptcy Court entered an Order Authorizing the Retention of Becker LLC as Counsel to the Chapter 7 Trustee with fees and disbursements subject to further Order of this Court (the "Becker Retention Order"). The Becker Retention Order is attached hereto as **Exhibit A**.

5.      Becker filed its first interim fee application ("Becker's First Interim Fee Application") on October 24, 2022, which sought the allowance to Becker of compensation for services and the reimbursement of expenses incurred during the period from September 20, 2021 through October 20, 2022.

6.      By Court Order entered on November 22, 2022, Becker's First Interim Fee Application was approved in the amount of $52,051.50 for fees and expenses of $745.80.

**B.    Introductory Statement.**

7.    Throughout the Fee Period, Becker worked closely with the Trustee and performed a variety of services on behalf of the Trustee and the Supportive Estate. The services rendered provided benefit to the Supportive Estate.

8.    The following section details the significant areas in which Becker rendered professional services to the Trustee during the Fee Period. A more comprehensive description of the professional services rendered by Becker to the Trustee during the Fee Period is contained in the in-house computer printout attached hereto as **Exhibit B**. This printout itemizes all services performed by Becker's attorneys and its paralegals during the Fee Period.

**II.    LEGAL SERVICES AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

9.    Throughout the course of the Debtor's Chapter 7 case, the Trustee and Becker were consistently met with resistance from the Debtor, a non-debtor third party, Perrault Jean Paul, and Carline Bolivar (hereinafter "Ms. Bolivar"), Sole-Member and Principal of the Debtor, and Creditor of the Debtor, who refused to cooperate with the Trustee in the performance of his statutory duties, resulting in a multitude of motion practice and telephonic court appearances.

10.    Due to the Debtor and Ms. Bolivar's resistance in providing us with requested documents, Becker had to issue formal subpoenas to the Debtor, Ms. Bolivar and a mortgage company pursuant to Fed. R. Bankr. P. 2004.

3

**C.** **Closing on Sale of Eden Place Property and Sale of New York Avenue Property.**

11.     Ms Bolivar interposed an objection to the sale of the Eden Place Property. Becker assisted the Trustee by submitting a reply to the opposition.  Upon approval of the Sale Motion, Ms Bolivar then filed an appeal of the Order approving the sale of Eden Place Property with both the U.S. District Court for the District of New Jersey and the U.S. Court of Appeals for the Third Circuit, which Becker was required to address in behalf of the Trustee.  All appeals by Ms Bolivar were summarily dismissed.

12.     The Trustee and Becker made attempts to amicably collect rent and liquidate property owned by the Debtor located at 3269 South New York Ave, Milwaukee, WI (the "New York Ave. Property"), but the Debtor, Mr. Perrault Jean Paul and Ms. Bolivar were very uncooperative with the process and attempted to obstruct the Trustee in the performance of his duties.

13.     Ms Bolivar refused to provide any information on the mortgage on the New York Avenue Property, which required Becker to prepare and serve a R2004 subpoena on the mortgage holder.   Additionally, Ms. Bolivar refused to give the Trustee information regarding the residents of the New York Ave. Property because Perrault Jean Paul continued to collect the rents from the Property's occupants despite the bankruptcy filing.

14.     Accordingly, on or around November 9, 2022, Becker, on behalf of the Trustee, filed an eviction action in Wisconsin Circuit Court, Milwaukee County based on the non-payment of rent (the "Eviction Action").

15.     Becker prepared the eviction complaint, correspondence in connection therewith and attended several hearings regarding the Eviction Action.

16.     As a result of the Eviction Action, the Trustee was able to establish contact with the occupants of the New York Ave. Property and entered into a Use and Occupancy Agreement prepared by Becker and agreed to dismiss the Eviction Action.

17.     Becker worked closely with the Trustee and the realtor Root River Realty (the "Realtor") to negotiate an agreement to sell the Debtor's property.

18.     On March 17, 2023, Becker prepared and filed a Motion to Sell the New York Ave. Property (the "New York Ave. Sale Motion") on shortened notice.

19.     Consistent with Ms. Bolivar's actions, Ms. Bolivar requested an adjournment of the New York Ave. Sale Motion in order to give her additional time to file an objection to same.

20.     Ms Bolivar initially did not file an objection to the Sale Motion for the New York Avenue Property, but rather waited until around the last day to file objections to request an adjournment, advising the Court and the Trustee, that her objection, which was sent by mail, had not yet been docketed. The Trustee objected to the request for the adjournment and the Court denied the request, requiring Ms Bolivar to forward the objection by email. As a result, the Court and the Trustee did receive the Objection and the Trustee, through Becker submitted a reply.

21.     The New York Ave. Sale Motion was granted and an Order Authorizing the Sale Motion was entered by the Court on April 11, 2023.

22.     Becker assisted the Trustee and Title Company with the sale of the New York Ave. Property including, but not limited to preparing the closing documents, corresponding with the tenants and reviewing the closing statement.

23.     The Property closed on April 28, 2023 and the Estate received the full net proceeds of the sale.

24.     Becker submits that all of these services provided were necessary to the administration of the Supportive Case and benefited the Supportive Estate, including without limitation, the City of Milwaukee being paid in full.

## III.    QUALIFICATIONS OF BECKER FIRM AND CONCLUSION

25.     Becker has rendered professional services as counsel to the Trustee as requested, necessary and appropriate, in furtherance of the Trustee's duties and functions in the Supportive Case.  In accordance with the factors enumerated in § 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the cost of comparable services in a similar case under the Bankruptcy Code.

26.     Becker provides distinguished service as a team of professionals in the bankruptcy and reorganization area.  Thus, Becker was equipped to provide the Trustee with a full range of services and expertise necessary to adequately represent the Estate.

27.     Becker's professionals have acted in a professional capacity in countless proceedings under the various chapters of the Bankruptcy Code, either as attorneys for

debtors and debtors-in-possession or as attorneys for creditors' committees, or trustees in bankruptcy and enjoy a reputation as experts in the field of bankruptcy and insolvency.

28.     When the services described in this Application are measured by the standards propounded by various bankruptcy courts – the nature and extent of the services, the complexity and urgency of the problems presented, the time expended, the result obtained, and the expertise required – Becker respectfully submits that the fees requested represent the fair and reasonable value for the services rendered for the Fee Period.

29.     Annexed hereto as **Exhibit B** is an in-house computer printout itemizing all services performed by attorneys and paralegals of Becker for the Trustee during the Fee Period.  As shown on Exhibit B, Becker devoted 161.70 hours to this matter during this period, having a value of $68,330.00 at this firm's billing rates. The names of the attorneys and paralegals from Becker involved in this matter, the time spent by each of them, and their normal billing rates in matters of this type are:

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Eric R. Perkins | 1984 | 4.20 | $700.00 | $2,940.00 |
| 2.  Eric R. Perkins | 1984 | 16.50 | $675.00 | $11,137.50 |
| 3.  Justin Baumgartner | 2017 | 68.40 | $425.00 | $29,070.00 |
| 4.  Justin Baumgartner | 2017 | 69.10 | $350.00 | $24,185.00 |
| 5.  Tiffany Colombini Paralegal | | 3.50 | $285.00 | $997.50 |
| **TOTALS:** | | **161.70** | | **$68,330.00** |

**WHEREFORE**, Becker respectfully requests the entry of an Order granting it an allowance of second interim fees in the amount of $68,330.00 for services rendered as counsel to the Trustee as well as an allowance for the reimbursement of expenses in the amount of $1,245.09, for a total of $69,575.09 for the period of October 21, 2022 through May 4, 2023.

**BECKER LLC**
Counsel to Eric R. Perkins,
Chapter 7 Trustee

By:   /s/Eric R. Perkins
ERIC R. PERKINS

Dated:  May 4, 2023

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza Two, Suite 1500
354 Eisenhower Parkway,
Livingston, NJ  07039
(973) 422-1100
Justin S. Baumgartner, Esq.
jbaumgartner@becker.legal
Proposed Attorneys for Eric R. Perkins, Chapter 7
Trustee

**Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Supportive Health, LLC.,<br>　　　　　　　　　Debtor. | Case No.: _____ 21-15113 (VFP) _____<br><br>Chapter: _____ 7 _____<br><br>Judge: _____ Vincent F. Papalia _____ |

## ORDER AUTHORIZING RETENTION OF

_____ BECKER LLC _____

 

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2021**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____ Becker LLC _____

as _ Counsel for Eric R. Perkins, Chapter 7 Trustee_, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is: _ 354 Eisenhower Parkway_____
    _ Plaza Two, Suite 1500_____
    _ Livingston, New Jersey 07039_____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper
    application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
    13 case. Payment to the professional may only be made after satisfactory completion of
    services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

# EXHIBIT "B"

**DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY**

May 4, 2023

Supportive Health, LLC (ERP Trustee)

Invoice #66633

File Number: 3776-001-ERP

**RE:  Representation of Eric R. Perkins Chapter 7 Trustee**

Representation of Eric R. Perkins Chapter 7 Trustee

| | | | Fee Detail | | | | |
|---|---|---|---|---|---|---|---|
| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
| Case Administration | | | | | | | |
| 919314 | 12/06/2022 | ERP | Address latest motion by Debtor's principal to delay proceedings | B110 - | 0.20 | 675.00 | $135.00 |
| 921357 | 12/15/2022 | JB | Finished Document Production Requests for Debtor's Tax Returns and related information. Sent draft to Trustee for review and approval. | B110 - | 1.40 | 350.00 | $490.00 |
| 923870 | 01/24/2023 | JB | Email request for Trustee to provide accounting of rent payments received from E. Eden Place property. | B110 - | 0.20 | 425.00 | $85.00 |
| | | | **Task Total** | | **1.80** | | **$710.00** |
| Asset Analysis and Recovery | | | | | | | |
| 915654 | 10/18/2022 | ERP | Prepare, finalize and serve R2004 subpoena on PHH Mortgage | B120 - | 1.00 | 675.00 | $675.00 |
| 915953 | 10/28/2022 | ERP | Phone call and follow up email to counsel for PHH concerning R2004 Subpoena served on PHH | B120 - | 0.50 | 675.00 | $337.50 |
| 921165 | 12/09/2022 | JB | Began drafting Rule 2004 subpoena for Debtor's tax returns or tax returns of Ms. Bolivar related to Debtor's income. | B120 - | 1.60 | 350.00 | $560.00 |
| 921166 | 12/12/2022 | JB | Continued drafting Rule 2004 document production requests for Supportive Health Tax Returns. | B120 - | 1.30 | 350.00 | $455.00 |
| 921167 | 12/12/2022 | JB | Call with Trustee regarding status of Bolivar appeals. | B120 - | 0.40 | 350.00 | $140.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                                        Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                                            May 4, 2023

Invoice # 66633                                                                                                                               Page # 3

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| _Asset Analysis and Recovery_ | | | | | | | |
| 923643 | 01/10/2023 | JB | Drafted, edited, revised, and filed Letter in Opposition to Carline Bolivar's Motion to Dismiss City of Milwaukee Proof of Claim and Terminate Bankruptcy Proceeding (ECF No. 236) and Giving Further Status Update on Administration of the Estate. | B120 - | 3.20 | 425.00 | $1,360.00 |
| 923839 | 01/18/2023 | JB | Final preparation for and appearance at hearing on Carline Bolivar Motion to compel payment of City of Milwaukee POC and disallow IRS POC. | B120 - | 2.70 | 425.00 | $1,147.50 |
| 923841 | 01/18/2023 | JB | Call with Trustee to go over what happened during hearings on Bolivar Motions to Compel. | B120 - | 0.20 | 425.00 | $85.00 |
| 923843 | 01/18/2023 | JB | Drafted, edited, and revised Trustee's Letter giving authorization to myself to act as his agent in Wisconsin Circuit Court for land lord tenant eviction action on New York Property. | B120 - | 1.20 | 425.00 | $510.00 |
| 928209 | 03/24/2023 | JB | Reviewed email communications between City of Milwaukee and Carline Bolivar concerning payment of the City of Milwaukee's claim. Advised Trustee of same. | B120 - | 0.40 | 425.00 | $170.00 |
| 930230 | 04/11/2023 | JB | Reviewed deposition of Perrault Jean Paul provided by City of Milwaukee as to members of Supportive Health, LLC. | B120 - | 0.80 | 425.00 | $340.00 |
| | | | **Task Total** | | **13.30** | | **$5,780.00** |
| _Asset Disposition_ | | | | | | | |
| 915645 | 10/17/2022 | ERP | Review and revise motion to sell Eden Place property on shortened notice. | B130 - | 1.00 | 675.00 | $675.00 |
| 915647 | 10/18/2022 | ERP | Address service of sale motion on shortened notice and next steps | B130 - | 0.30 | 675.00 | $202.50 |
| 915743 | 10/25/2022 | ERP | Address request for more time to object by Ms Bolivar to sale of Eden Place property. | B130 - | 0.20 | 675.00 | $135.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 4 |

### Fee Detail

**Asset Disposition**

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 916791 | 10/25/2022 | JB | Reviewed communication with chambers from Carline Bolivar requesting adjournment of Trustee's sale Motion. | B130 - | 0.20 | 350.00 | $70.00 |
| 916792 | 10/25/2022 | JB | Drafted letter to chambers opposing Ms. Bolivar's adjournment request of the Trustee's Sale Motion emailed to Chambers and filed on the docket. | B130 - | 1.70 | 350.00 | $595.00 |
| 916769 | 10/27/2022 | JB | Drafted and sent email to all parties giving notice that Trustee's Motion to Sell Debtor's Real Property has been adjourned from November 1, 2022 to November 8, 2022. | B130 - | 0.30 | 350.00 | $105.00 |
| 916693 | 11/01/2022 | ERP | Review objection to sale | B130 - | 0.20 | 675.00 | $135.00 |
| 919116 | 11/01/2022 | JB | Email to Realtor about Trustee being owner of NY Ave. property by virtue of bankruptcy filing. | B130 - | 0.20 | 350.00 | $70.00 |
| 919117 | 11/01/2022 | JB | Reviewed Carline Bolivar objection to sale Motion and discussed same with Trustee over email. | B130 - | 0.80 | 350.00 | $280.00 |
| 919118 | 11/01/2022 | JB | Email to Property Manager/Eviction Specialist about drafting letter of authority from Trustee to proceed with eviction of Tenants from NY Ave. Property. Reviewed sample letter of authority provided by property manager. | B130 - | 0.50 | 350.00 | $175.00 |
| 919119 | 11/01/2022 | JB | Email to Realtor requesting Certification in response to Bolivar objection to sale motion. | B130 - | 0.40 | 350.00 | $140.00 |
| 919151 | 11/02/2022 | JB | Call with Trustee about strategy for 363 sale hearing of E. Eden Place Property. | B130 - | 0.60 | 350.00 | $210.00 |
| 919152 | 11/02/2022 | JB | Drafted letter giving Property Manager authority from Trustee to file eviction complaint. Edited/revised same and sent to the Trustee. | B130 - | 1.60 | 350.00 | $560.00 |
| 919157 | 11/02/2022 | JB | Further review of Bolivar objection to sale and cross-motion to withdraw IRS and City of Milwaukee POC. Research on Bolivar standing to file objection and cross motion. | B130 - | 1.80 | 350.00 | $630.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)

Representation of Eric R. Perkins Chapter 7 Trustee

Invoice # 66633

Becker LLC

May 4, 2023

Page # 5

### Fee Detail

#### Asset Disposition

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 919161 | 11/03/2022 | JB | Called Realtor for information relating to foundation inspections at E. Eden Property. Further communications with Realtor about foundation issues in Property and drafting a certification of Realtor detailing same in reply to Bolivar objection to sale. | B130 - | 0.80 | 350.00 | $280.00 |
| 919162 | 11/03/2022 | JB | Reviewed eviction complaint for NY Ave. property. Provided comments and revisions to Property Manager in Wisconsin. | B130 - | 0.60 | 350.00 | $210.00 |
| 917038 | 11/04/2022 | ERP | Revise contract to incorporate new buyer and forward for execution. | B130 - | 0.30 | 675.00 | $202.50 |
| 917039 | 11/04/2022 | ERP | Review and revise reply certifications reply to opposition to sale. | B130 - | 0.50 | 675.00 | $337.50 |
| 919164 | 11/04/2022 | JB | Drafted, edited, and revised Certification of Holly Speranza, Realtor in reply to Bolivar Opposition to 363 sale motion. | B130 - | 2.20 | 350.00 | $770.00 |
| 919166 | 11/04/2022 | JB | Drafted, edited, and revised Certification of Eric Perkins Trustee in reply to Bolivar Opposition to 363 sale motion. | B130 - | 2.30 | 350.00 | $805.00 |
| 919167 | 11/04/2022 | JB | Call with Trustee to discuss Certification of Trustee and Realtor in reply to Bolivar Opposition to 363 sale motion. | B130 - | 0.20 | 350.00 | $70.00 |
| 919171 | 11/04/2022 | JB | Reviewed back up bid sale contract of 1st Generation Investments and sent same back to Trustee with redline edits and revisions. | B130 - | 0.70 | 350.00 | $245.00 |
| 917064 | 11/05/2022 | ERP | Review and revise contracts of sale.  Finalize contracts. Forward to winning bidder and to realtor for backup bidder for execution. Begin preparation of  supplemental certification advising Court of bidding and there are no more qualified bidders. | B130 - | 1.00 | 675.00 | $675.00 |
| 917173 | 11/07/2022 | ERP | Prepare supplemental certification for filing, Submit for filing after final revisions | B130 - | 1.20 | 675.00 | $810.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)

Representation of Eric R. Perkins Chapter 7 Trustee

Invoice # 66633

Becker LLC

May 4, 2023

Page # 6

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Asset Disposition | | | | | | | |
| 918134 | 11/07/2022 | JB | Reviewed and revised supplemental Certification of Trustee Perkins in further support of 363 sale motion for St. Francis property. Filed same on docket. | B130 - | 0.60 | 350.00 | $210.00 |
| 918135 | 11/07/2022 | JB | Email to chambers providing a courtesy copy of Trustee's supplemental certification in further support of 363 sale for St. Francis property and explaining bidding process that took place while motion was pending. | B130 - | 0.30 | 350.00 | $105.00 |
| 918136 | 11/07/2022 | JB | Preparation for contested 363 sale hearing for Debtor's St. Francis property. | B130 - | 1.80 | 350.00 | $630.00 |
| 918137 | 11/07/2022 | JB | Call with Chapter 7 Trustee about revising and filing his supplemental certification in further support of 363 sale of St. Francis property. | B130 - | 0.20 | 350.00 | $70.00 |
| 918147 | 11/07/2022 | JB | Email to Realtor for Trustee inquiring about the dates and details surrounding the structural engineer's visit to E. Eden Place Property in St. Francis, WI. | B130 - | 0.30 | 350.00 | $105.00 |
| 918148 | 11/08/2022 | JB | Appearance and participation in telephonic hearing on Trustee's 363 Motion to Sale Debtor's property located at E. Eden Place, St. Francis, WI. | B130 - | 1.40 | 350.00 | $490.00 |
| 918149 | 11/08/2022 | JB | Follow up call with Chapter 7 Trustee about revising proposed order approving 363 sale and strategy to close on St. Francis Property. | B130 - | 0.40 | 350.00 | $140.00 |
| 918153 | 11/08/2022 | JB | Edited and revised Order approving sale of E. Eden Property in accordance with the Court's and Trustee's direction. Submitted revised proposed order to chambers for entry. | B130 - | 1.10 | 350.00 | $385.00 |
| 918887 | 11/09/2022 | JB | Review of entered Court Order approving sale of E. Eden Place, St. Francis Property. | B130 - | 0.20 | 350.00 | $70.00 |
| 919085 | 11/18/2022 | JB | Reviewed Bolivar Motion for Stay Pending Appeal of Sale. | B130 - | 0.60 | 350.00 | $210.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                                    Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                                        May 4, 2023

Invoice # 66633                                                                                                                    Page # 7

| | | | Fee Detail | | | | |
|---|---|---|---|---|---|---|---|

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | | |
| 919098 | 11/22/2022 | JB | Researched case law to draft response to Carline Bolivar Motion for Stay Pending Appeal. | B130 - | 0.80 | 350.00 | $280.00 |
| 919176 | 11/28/2022 | JB | Call with Hannah Jahn of City of Milwaukee about Bolivar new Motion to compel payment and stay bankruptcy proceeding. | B130 - | 0.30 | 350.00 | $105.00 |
| 921143 | 12/06/2022 | JB | Emails to Estate's Accountant about status of Supportive Health Tax Returns. | B130 - | 0.30 | 350.00 | $105.00 |
| 921144 | 12/06/2022 | JB | Email to counsel for City of Milwaukee about response to Bolivar Motion to Stay Bankruptcy Proceeding. | B130 - | 0.30 | 350.00 | $105.00 |
| 921151 | 12/07/2022 | JB | Provided Certificate of Service for Sale Motion to title agency in order to facilitate closing of E Eden Place property. | B130 - | 0.30 | 350.00 | $105.00 |
| 921163 | 12/09/2022 | JB | Email to Title Closing agent for E Eden Place property enclosing Notice of Appointment of Trustee and Legal Description of subject property. | B130 - | 0.40 | 350.00 | $140.00 |
| 921168 | 12/12/2022 | JB | Call with Robyn Johnson WI property manager about emergency hearing to stay eviction proceeding related to NY Ave. Property in Milwaukee County Circuit Court. | B130 - | 0.30 | 350.00 | $105.00 |
| 921169 | 12/12/2022 | JB | Drafted Certification of Trustee in opposition to emergency motion of Carline Bolivar to stay eviction proceeding related to NY Ave. Property in Milwaukee County Circuit Court. | B130 - | 3.70 | 350.00 | $1,295.00 |
| 930527 | 12/12/2022 | TC | Prepare Trustee's Report of Sale regarding 2229 E. Eden Place, St. Francis, Wisconsin. | B130 - | 0.50 | 285.00 | $142.50 |
| 920096 | 12/13/2022 | ERP | Finalizing closing, review and approve closing statement, obtain pay off from Bank. | B130 - | 1.00 | 675.00 | $675.00 |

DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                      Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                       May 4, 2023

Invoice # 66633                                                           Page # 8

## Fee Detail

### Asset Disposition

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| 921343 | 12/13/2022 | JB | Additional research on E Eden Place sale being closed before Third Circuit Court of Appeals rules on Stay pending Appeal emergency motion. | B130 - | 1.40 | 350.00 | $490.00 |
| 920127 | 12/14/2022 | ERP | Close matter and address issues surrounding closing. | B130 - | 1.00 | 675.00 | $675.00 |
| 921348 | 12/14/2022 | JB | Communications with Trustee's Realtor about filing a second eviction proceeding for NY Ave. Property as property is a duplex. | B130 - | 0.30 | 350.00 | $105.00 |
| 919962 | 12/15/2022 | ERP | Address post closing issues, respond to emails concerning the closing and related matters. | B130 - | 0.40 | 675.00 | $270.00 |
| 921359 | 12/15/2022 | JB | Drafted Status Letter to Bankruptcy Court Regarding Trustee's Sale of 2229 E. Eden Place, St. Francis, Wisconsin and Administration of Estate Assets. Edited and revised same in accordance with Trustee's suggestions. | B130 - | 3.20 | 350.00 | $1,120.00 |
| 921490 | 12/20/2022 | JB | Reviewed Third Circuit Court of Appeals Local Rules and Procedures for Supportive Health E Eden Property Sale Appeal and 3rd Circuit Admission. | B130 - | 0.90 | 350.00 | $315.00 |
| 921491 | 12/20/2022 | JB | Drafted, edited, revised and finalized Opposition to Bolivar Motion to Reconsider denial of stay pending appeal for E. Eden property sale filed in District Court. | B130 - | 1.80 | 350.00 | $630.00 |
| 921492 | 12/20/2022 | JB | Addressed service of Trustee's Opposition to Bolivar District Court Motion to Reconsider Denial of Stay Pending Appeal. | B130 - | 0.30 | 350.00 | $105.00 |
| 923831 | 01/17/2023 | JB | Preparation for hearing on Bolivar Motions to compel city of Milwaukee payment of POC and disallow IRS claim. | B130 - | 1.80 | 425.00 | $765.00 |
| 923849 | 01/19/2023 | JB | Reviewed merits of Carline Bolivar Motion to Compel Accounting from Trustee and attendant Motion to Shorten Time. | B130 - | 0.70 | 425.00 | $297.50 |

DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 9 |

### Fee Detail

**Asset Disposition**

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| 923872 | 01/24/2023 | JB | Drafted, revised, and filed Objection to Bolivar Motion to Compel Accounting of Trustee. | B130 - | 1.80 | 425.00 | $765.00 |
| 923880 | 01/25/2023 | JB | Reviewed Court's Orders Denying Bolivar Motion Compel Payment of City of Milwaukee POC and Motion to Impose Sanctions. | B130 - | 0.30 | 425.00 | $127.50 |
| 923884 | 01/26/2023 | JB | Addressed service of Orders Denying Motion to Compel City of Milwaukee Payment and Deny Sanctions. | B130 - | 0.30 | 425.00 | $127.50 |
| 923891 | 01/27/2023 | JB | Preparation for eviction hearing for New York Ave. Property against Carline Bolivar in WI Circuit Court. | B130 - | 1.10 | 425.00 | $467.50 |
| 923896 | 01/27/2023 | JB | Call with Realtor about potential change in Property managers for New York Ave. Property. | B130 - | 0.20 | 425.00 | $85.00 |
| 923892 | 01/27/2023 | JB | Pre-hearing Call with Robyn Johnson, individual that filed NY Ave. eviction complaint, in order to ascertain additional details regarding eviction. | B130 - | 0.20 | 425.00 | $85.00 |
| 923893 | 01/27/2023 | JB | Zoom Hearing in WI Circuit Court regarding Emergency Motion to Halt Eviction for NY Ave. Property filed by Carline Bolivar. | B130 - | 0.80 | 425.00 | $340.00 |
| 923895 | 01/27/2023 | JB | Call with Trustee about what occurred at New York Ave. Eviction Hearing. | B130 - | 0.40 | 425.00 | $170.00 |
| 923899 | 01/30/2023 | JB | Review of new emergency motion to stay New York Ave. Property eviction filed by tenant Lenz. | B130 - | 0.80 | 425.00 | $340.00 |
| 923902 | 01/31/2023 | JB | Preparation for 2nd emergency hearing on New York Ave. property eviction in Wisconsin Circuit Court. | B130 - | 0.80 | 425.00 | $340.00 |
| 923903 | 01/31/2023 | JB | Attendance and Appearance at second emergency hearing on New York Ave. property eviction in Wisconsin Circuit Court. Motion filed by Tenant Lenz. | B130 - | 1.20 | 425.00 | $510.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 10 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| _Asset Disposition_ | | | | | | | |
| 923904 | 01/31/2023 | JB | Communications with New York Ave. Tenant Alexandria Lenz about Supportive Health Bankruptcy Case and potentially resolving eviction issue. | B130 - | 0.70 | 425.00 | $297.50 |
| 923905 | 01/31/2023 | JB | Sent email to New York Ave. tenant Alexandria Lenz attaching documents regarding bankruptcy case that give Trustee authority over New York Ave. Property. | B130 - | 0.20 | 425.00 | $85.00 |
| 923906 | 01/31/2023 | JB | Call with Trustee about what happened during second emergency hearing on eviction stay for NY Ave. property in WI Circuit Court and subsequent discussions with tenant Alexandria Lenz. | B130 - | 0.50 | 425.00 | $212.50 |
| 927072 | 02/06/2023 | JB | Call with Trustee Realtor about where we stand with listing NY Ave. Property. | B130 - | 0.40 | 425.00 | $170.00 |
| 927075 | 02/07/2023 | JB | Call with Trustee about listing and selling New York Ave. Property. | B130 - | 0.60 | 425.00 | $255.00 |
| 927077 | 02/07/2023 | JB | Began drafting Opposition to Ms. Bolivar Motion to Compel Accounting from Trustee | B130 - | 1.20 | 425.00 | $510.00 |
| 927076 | 02/07/2023 | JB | Finished drafting use and occupancy agreement for New York Ave. tenants. Edited and revised same and sent to the Trustee for review. | B130 - | 3.60 | 425.00 | $1,530.00 |
| 927086 | 02/09/2023 | JB | Organized conference call with tenants of New York Ave. property to introduce them to Trustee's realtor and answer questions. | B130 - | 0.30 | 425.00 | $127.50 |
| 926844 | 02/10/2023 | JB | Preparation for and call with Tenants of New York Ave. Property about establishing procedures to list property for sale. | B130 - | 0.50 | 425.00 | $212.50 |
| 927088 | 02/10/2023 | JB | Email to Trustee's realtor about contacting New York Ave. property tenants to arrange for showings of the property. | B130 - | 0.20 | 425.00 | $85.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                                                  Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                                                   May 4, 2023
Invoice # 66633                                                                                                       Page # 11

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| **Asset Disposition** | | | | | | | |
| 926845 | 02/14/2023 | JB | Email to Trustee's Realtor providing names and contact information for tenants of New York Ave. Property. | B130 - | 0.20 | 425.00 | $85.00 |
| 926846 | 02/14/2023 | JB | Reviewed and Finalized Use and Occupancy Agreements for Trustee's Signature. | B130 - | 0.60 | 425.00 | $255.00 |
| 926853 | 02/15/2023 | JB | Preparation for hearing on Ms. Bolivar's Motion to Compel Accounting. | B130 - | 0.80 | 425.00 | $340.00 |
| 926854 | 02/15/2023 | JB | Appearance at hearing on Ms. Bolivar's Motion to Compel Accounting. | B130 - | 0.20 | 425.00 | $85.00 |
| 927094 | 02/22/2023 | JB | Preparation for and appearance at hearings on Bolivar Motions to Compel Trustee Accounting and Disallow IRS POC. | B130 - | 1.80 | 425.00 | $765.00 |
| 927095 | 02/22/2023 | JB | Call with Trustee about what transpired at hearing on Bolivar Motion to Compell Trustee Accounting and Disallow IRS POC. | B130 - | 0.20 | 425.00 | $85.00 |
| 927105 | 02/24/2023 | JB | Call with Trustee on status of sale and listing of NY Ave. Property. | B130 - | 0.30 | 425.00 | $127.50 |
| 928820 | 03/06/2023 | JB | Drafted and sent to New York Ave. property tenant Stipulation of Dismissal of Milwaukee Circuit Court Landlord Tenant Action. | B130 - | 0.80 | 425.00 | $340.00 |
| 928821 | 03/06/2023 | JB | Obtained Trustee's signature for Stipulation of Dismissal of Milwaukee Circuit Court Landlord Tenant Action for New York Ave. property. Finalized and filed fully executed document. | B130 - | 0.50 | 425.00 | $212.50 |
| 927006 | 03/07/2023 | ERP | Draft contract of sale for property located on New York Avenue. | B130 - | 1.00 | 700.00 | $700.00 |
| 927222 | 03/08/2023 | ERP | Draft and forward contract of sale to realtor regarding sale of New York Avenue property | B130 - | 1.00 | 700.00 | $700.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 12 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Asset Disposition | | | | | | | |
| 928834 | 03/08/2023 | JB | Reviewed and edited and revised draft of Trustee sale contract for New York Ave Property. Sent revised contract to Trustee's realtor for review and proposed buyer's signature. | B130 - | 1.60 | 425.00 | $680.00 |
| 928802 | 03/15/2023 | JB | Began drafting 363 Motion to Approve Sale of Debtor's NY Ave. Property. | B130 - | 4.30 | 425.00 | $1,827.50 |
| 928803 | 03/15/2023 | JB | Call with Trustee about contents of Motion to Approve sale of NY Ave. Property. | B130 - | 0.20 | 425.00 | $85.00 |
| 928673 | 03/16/2023 | ERP | Review and revise motion to sell New York Avenue property | B130 - | 1.00 | 700.00 | $700.00 |
| 928795 | 03/16/2023 | JB | Call with Trustee about status and contents of Motion to Approve NY Ave. Property Sale and filing same on shortened notice. | B130 - | 0.30 | 425.00 | $127.50 |
| 928798 | 03/17/2023 | JB | Finished and filed Motion to Approve Sale of New York Ave. Property. Drafted and filed accompanying application to shorten the notice period. | B130 - | 2.30 | 425.00 | $977.50 |
| 928799 | 03/17/2023 | JB | Addressed service list for Application to Shorten Notice Period for NY Ave. Sale Motion. | B130 - | 0.60 | 425.00 | $255.00 |
| 928245 | 03/20/2023 | JB | Addressed email service of Trustee's Motion to Authorize Sale of NY Ave. property, including service of Motion on Trustee's Realtor. | B130 - | 0.70 | 425.00 | $297.50 |
| 928219 | 03/23/2023 | JB | Drafted letter opposition to Bolivar request for an adjournment of NY Ave. sale hearing. Edited, revised, and filed same. | B130 -B130 | 2.10 | 425.00 | $892.50 |
| 928190 | 03/28/2023 | JB | Reviewed claims and admin expenses in case in anticipation of Ms. Bolivar objecting to sale motion of NY Ave. property. | B130 - | 0.30 | 425.00 | $127.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)

Representation of Eric R. Perkins Chapter 7 Trustee

Invoice # 66633

Becker LLC

May 4, 2023

Page # 13

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Asset Disposition | | | | | | | |
| 928191 | 03/28/2023 | JB | Research on Trustee's duty under 704 to liquidate all assets of corporate chapter 7 debtor. | B130 - | 1.20 | 425.00 | $510.00 |
| 928192 | 03/28/2023 | JB | Addressed Title Company's requests for closing documents on NY Ave. Property. | B130 - | 0.40 | 425.00 | $170.00 |
| 928187 | 03/29/2023 | JB | Email to NY Ave. property Tenant about making occupancy payment to Trustee until closing of sale on property. | B130 - | 0.20 | 425.00 | $85.00 |
| 928188 | 03/29/2023 | JB | Email to Trustee about intent to payoff secured creditor PHH Mortgage at closing of NY Ave. Sale. | B130 - | 0.20 | 425.00 | $85.00 |
| 930094 | 04/10/2023 | JB | Communications with Ms. Bolivar and Chambers about not having received Bolivar's Opposition to Motion to Sell Property. | B130 - | 0.30 | 425.00 | $127.50 |
| 930129 | 04/10/2023 | JB | Preparation for Sale Hearing of NY Ave. Property. | B130 - | 0.80 | 425.00 | $340.00 |
| 930227 | 04/11/2023 | JB | Preparation for hearing on 363(f) motion to sell NY Ave. Property. | B130 - | 0.90 | 425.00 | $382.50 |
| 930228 | 04/11/2023 | JB | Drafted email to counsel for City of Milwaukee detailing remaining judgment liens City of Milwaukee has on NY Property. | B130 - | 0.40 | 425.00 | $170.00 |
| 930242 | 04/12/2023 | JB | Call with Alexandria Lenz, occupant of NY Ave. Property about Ms. Bolivar being able to pick up personal property located at NY Ave. property to be sold. | B130 - | 0.20 | 425.00 | $85.00 |
| 930244 | 04/12/2023 | JB | Emailed title agency to provide it with Order approving sale of NY Ave. Property. Explained that pursuant to bankruptcy code and order all liens attach to the proceeds of the sale. | B130 - | 0.30 | 425.00 | $127.50 |
| 930253 | 04/14/2023 | JB | Drafted letter to Carline Bolivar regarding pickup of personal possessions before NY Ave. Property is sold. | B130 - | 0.80 | 425.00 | $340.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)

Representation of Eric R. Perkins Chapter 7 Trustee

Invoice # 66633

Becker LLC

May 4, 2023

Page # 14

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| **Asset Disposition** | | | | | | | |
| 930254 | 04/14/2023 | JB | Reviewed Appeal filed by Carline Bolivar of Order approving sale. | B130 - | 0.50 | 425.00 | $212.50 |
| 930262 | 04/18/2023 | JB | Email message to Carline Bolivar about making arrangements with NY Property's Occupants to allow for Ms. Bolivar to collect personal items. | B130 - | 0.20 | 425.00 | $85.00 |
| 930355 | 04/19/2023 | JB | Communications with the City of Milwaukee about Judgment lien satisfaction letter for NY Ave. Property. | B130 - | 0.40 | 425.00 | $170.00 |
| 930385 | 04/19/2023 | JB | Communications with NY Ave. Property occupant Alexandria Lenz about Carline Bolivar visit to property to recover personal items and logistics thereof. | B130 - | 0.60 | 425.00 | $255.00 |
| 930403 | 04/20/2023 | JB | Email to Carline Bolivar about timing of picking up personal items at NY Ave. property. | B130 - | 0.20 | 425.00 | $85.00 |
| 930404 | 04/20/2023 | JB | Email communications to title company about remaining judgment liens on NY Ave. Property and steps necessary to proceed to closing. | B130 - | 0.50 | 425.00 | $212.50 |
| 930406 | 04/20/2023 | JB | Call with Trustee and Trustee's Realtor about impending closing and whether buyer's $5,000 deposit was submitted. | B130 - | 0.40 | 425.00 | $170.00 |
| 930407 | 04/20/2023 | JB | Reviewed initial closing statement provided by title company on NY Ave. Property. | B130 - | 0.50 | 425.00 | $212.50 |
| 930423 | 04/24/2023 | JB | Email to Ms. Bolivar about scheduling a new date to retrieve personal items from NY Ave. Property. | B130 - | 0.20 | 425.00 | $85.00 |
| 930426 | 04/24/2023 | JB | Call with Trustee about status of Ms. Bolivar retrieving personal items from NY Ave. Property and status of upcoming closing on Property. | B130 - | 0.30 | 425.00 | $127.50 |
| 930436 | 04/27/2023 | JB | Communications with title company to ensure all Preparation work has been completed and sale will be able to close as of 4/28/23. | B130 - | 0.30 | 425.00 | $127.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 15 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | | |
| 930439 | 04/28/2023 | JB | Drafted response email to Carline Bolivar about closing of NY Ave. Property and picking up personal items. | B130 - | 0.20 | 425.00 | $85.00 |
| 930440 | 04/28/2023 | JB | Communications with Realtor and Ms. Lenz, Occupant of NY Ave. Property, about sale being closed and providing Occupants with new owner/landlord's contact information. | B130 - | 0.40 | 425.00 | $170.00 |
| | | | | **Task Total** | **93.50** | | **$39,560.00** |
| **Meetings of and Communications with Creditors** | | | | | | | |
| 921346 | 12/13/2022 | JB | Addressed Creditor City of Milwaukee concerns regarding filed proof of claim. Provided proof of claim for reference via email. | B150 - | 0.40 | 350.00 | $140.00 |
| 921363 | 12/16/2022 | JB | Communications with creditor City of Milwaukee about most recent Bolivar Filings for sanctions. | B150 - | 0.50 | 350.00 | $175.00 |
| 922705 | 01/09/2023 | JB | Communications with creditor City of Milwaukee about upcoming motions of Carline Bolivar to compel payment of City of Milwaukee proof of claim and for related sanctions. | B150 - | 0.40 | 425.00 | $170.00 |
| 923840 | 01/18/2023 | JB | Call with counsel for IRS to give background on bankruptcy case. | B150 - | 0.30 | 425.00 | $127.50 |
| 930116 | 04/10/2023 | JB | Communications with counsel for the City of Milwaukee about filing a Notice of Withdrawal of Claim based on payment the City of Milwaukee received from Perrault Jean Paul's LLC. | B150 - | 0.40 | 425.00 | $170.00 |
| 930247 | 04/12/2023 | JB | Drafted email to counsel for City of Milwaukee requesting satisfaction of debt letter for judgment against NY Ave. Property found in title report. | B150 - | 0.20 | 425.00 | $85.00 |
| 930255 | 04/14/2023 | JB | Communicated with counsel for the City of Milwaukee about providing payoff figures for any outstanding judgment liens on the NY Ave. Property. | B150 - | 0.20 | 425.00 | $85.00 |

DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supportive Health, LLC (ERP Trustee) | | | | | | | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | | | | | | | May 4, 2023 |
| Invoice # 66633 | | | | | | | Page # 16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Task Total** | | **2.40** | | **$952.50** |

Fee/Employment Applications

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 915650 | 10/18/2022 | ERP | Review and revise certification in support of first interim fee application for Becker | B160 - | 1.00 | 675.00 | $675.00 |
| 915933 | 10/21/2022 | ERP | Review and revise, finalize first interim fee application for Becker. | B160 - | 1.00 | 675.00 | $675.00 |
| 917250 | 11/09/2022 | ERP | Contact Tim King regarding retention of Bederson and begin preparing retention application | B160 - | 0.30 | 675.00 | $202.50 |
| 917406 | 11/10/2022 | ERP | Address preparation of retention application for Bederson | B160 - | 0.40 | 675.00 | $270.00 |
| 919070 | 11/15/2022 | JB | Call with Tim King about Bederson retention in case. | B160 - | 0.30 | 350.00 | $105.00 |
| 930472 | 05/03/2023 | TC | Prepare Second Interim Fee Application, Cover Sheet, Certification of Eric Perkins, Esq. and proposed Order and electronically file same with the Bankruptcy Court. | B160 - | 3.00 | 285.00 | $855.00 |
| 930528 | 05/04/2023 | ERP | Review, revise and finalize second interim fee application for Becker, LLC | B160 - | 2.00 | 675.00 | $1,350.00 |
| | | | **Task Total** | | **8.00** | | **$4,132.50** |

Other Contested Matters (excluding assumption/rejection motions)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 916168 | 10/28/2022 | JB | Research on parties to copy of Rule 2004 subpoena pursuant to Fed. R. Civ. Pro 45. Emailed findings to Trustee. | B190 - | 0.40 | 350.00 | $140.00 |
| 918143 | 11/07/2022 | JB | Reviewed and revised draft of eviction complaint for New York Ave. property in Milwaukee WI. Complaint to be filed by state court counsel. | B190 - | 0.40 | 350.00 | $140.00 |
| 919174 | 11/28/2022 | JB | Call with Trustee about Bolivar's Motion for Stay Pending Appeal of 363 sale. | B190 - | 0.30 | 350.00 | $105.00 |
| 919177 | 11/28/2022 | JB | Reviewed new Motion of Ms. Bolivar to stay bankruptcy and compel payoff of IRS and City of Milwaukee. | B190 - | 0.70 | 350.00 | $245.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 17 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| | | | Other Contested Matters (excluding assumption/rejection motions) | | | | |
| 920838 | 12/01/2022 | JB | Review of Bolivar Motion to Stay Bankruptcy Proceedings and Compel Sole Creditor City of Milwaukee to Accept Payment of Its Proof Of Claim and Dismiss IRS Proof Of Claim. Review of Court's Notice setting hearing on same. | B190 -B190 | 1.10 | 350.00 | $385.00 |
| 920908 | 12/05/2022 | JB | Review response of City of Milwaukee to Ms. Bolivar's Motion to Stay Bankruptcy Proceeding and Compel Payoff of IRS and City of Milwaukee Claim. | B190 - | 0.90 | 350.00 | $315.00 |
| 921153 | 12/07/2022 | JB | Began drafting Opposition to Bolivar Motion to Stay Bankruptcy Proceeding and Compel City of Milwaukee to Accept Payments. | B190 - | 2.80 | 350.00 | $980.00 |
| 919522 | 12/08/2022 | ERP | Review and address various new motions and appeals filed by debtor's principal, Bolivar. | B190 - | 0.50 | 675.00 | $337.50 |
| 919523 | 12/08/2022 | ERP | Review and revise opposition to motion to stay bankruptcy pending appeal and expungement of claims filed by City of Milwaukee and IRS | B190 - | 0.40 | 675.00 | $270.00 |
| 921154 | 12/08/2022 | JB | Research for drafting Trustee Opposition to Motion to Stay Bankruptcy Proceeding and Compel City of Milwaukee to Accept Payment. | B190 - | 1.80 | 350.00 | $630.00 |
| 921155 | 12/08/2022 | JB | Finished Drafting Trustee Opposition to Motion to Stay Bankruptcy Proceeding and Compel City of Milwaukee to Accept Payment. edited and Revised same. | B190 - | 3.80 | 350.00 | $1,330.00 |
| 921156 | 12/08/2022 | JB | Drafted Trustee cover letter explaining Trustee filing City of Milwaukee Opposition to Bolivar Motion to Stay Bankruptcy Proceeding and Compel City of Milwaukee Payment. | B190 - | 0.90 | 350.00 | $315.00 |
| 921157 | 12/08/2022 | JB | Reviewed new Bolivar filings in District Court Appeal re: E Eden Place Sale Order- Motion to Reconsider Sale Order. | B190 - | 0.80 | 350.00 | $280.00 |
| 921158 | 12/08/2022 | JB | Reviewed Bolivar brief in Third Circuit Court of Appeals in support of issuing a Stay Pending Appeal. | B190 - | 0.40 | 350.00 | $140.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                    Becker LLC
Representation of Eric R. Perkins Chapter 7 Trustee                                     May 4, 2023
Invoice # 66633                                                                        Page # 18

### Fee Detail

Other Contested Matters (excluding assumption/rejection motions)

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| 921172 | 12/12/2022 | JB | Research on implications of 363(m) of the Bankruptcy Code on Bolivar appeal of sale order. | B190 - | 0.80 | 350.00 | $280.00 |
| 921339 | 12/13/2022 | JB | Preparation for hearing in Wisconsin Landlord Tenant Court on New York Ave. property eviction. | B190 - | 0.90 | 350.00 | $315.00 |
| 921340 | 12/13/2022 | JB | Appearance and participation in Wisconsin Landlord Tenant hearing for NY Ave. Property eviction | B190 - | 0.70 | 350.00 | $245.00 |
| 921341 | 12/13/2022 | JB | Continued drafting and revising Rule 2004 document production requests for Debtor tax returns and related tax documents from Bolivar. | B190 - | 1.80 | 350.00 | $630.00 |
| 921342 | 12/13/2022 | JB | Call with Trustee on status of Bolivar's various Motions and Appeals. | B190 - | 0.40 | 350.00 | $140.00 |
| 920129 | 12/14/2022 | ERP | Review additional motions filed by Carlin Bolivar | B190 - | 0.30 | 675.00 | $202.50 |
| 921347 | 12/14/2022 | JB | Email to Trustee Realtor regarding evictions at NY Ave. Property. | B190 - | 0.20 | 350.00 | $70.00 |
| 921349 | 12/14/2022 | JB | Email to New York Ave. property manager to commence eviction proceeding on the second unit of New York Ave, Property located at  3269A S New York Ave. | B190 - | 0.20 | 350.00 | $70.00 |
| 921353 | 12/14/2022 | JB | Preparation for Bolivar Hearing on Motion to Compel Acceptance of Payment by City of Milwaukee and IRS and Stay Bankruptcy Proceeding. | B190 - | 2.10 | 350.00 | $735.00 |
| 921354 | 12/15/2022 | JB | Final Preparation for Bolivar Motion to Stay Bankruptcy Proceeding and Compel Acceptance of Payment of Milwaukee POC. | B190 - | 0.50 | 350.00 | $175.00 |
| 921355 | 12/15/2022 | JB | Email to Ms. Bolivar regarding copying Trustee's counsel on all filings and adjournment requests. | B190 - | 0.20 | 350.00 | $70.00 |
| 919970 | 12/16/2022 | ERP | Review and revise letter to Court concerning status of sale and pending matters. | B190 - | 0.40 | 675.00 | $270.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| Supportive Health, LLC (ERP Trustee) | Becker LLC |
|---|---|
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 19 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Other Contested Matters (excluding assumption/rejection motions)

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 920138 | 12/16/2022 | ERP | Review and revise status letter to Court in response to motion by Bolivar seeking stay of Bankruptcy proceedings | B190 - | 1.00 | 675.00 | $675.00 |
| 920139 | 12/16/2022 | ERP | Review additional motion papers filed by Bolivar.  Discuss legal strategy with attorney Baumgartner. | B190 - | 0.40 | 675.00 | $270.00 |
| 921360 | 12/16/2022 | JB | Made final edits to to Letter to Bankruptcy Court Concerning Closing of E. Eden Property and updating Court on Administration of case. Finalized and filed document. | B190 - | 1.50 | 350.00 | $525.00 |
| 921362 | 12/16/2022 | JB | Reviewed Ms. Bolivar Motion to Dismiss POC for City of Milwaukee and for Sanctions. | B190 - | 0.40 | 350.00 | $140.00 |
| 921495 | 12/21/2022 | JB | Review new Motion for Ms. Bolivar filed in Third Circuit Court of Appeals for a Stay Pending Appeal of E. Eden Sale. | B190 - | 0.80 | 350.00 | $280.00 |
| 921504 | 12/22/2022 | JB | Completed Third Circuit Admissions Application, Corporate Information Statement, and Notice of Appearance filings for Bolivar Third Circuit Appeal of District Court Denial of Motion for a Stay Pending Appeal of E. Eden Place Sale Order. | B190 - | 0.80 | 350.00 | $280.00 |
| 921505 | 12/22/2022 | JB | Review of Summary Action Notice filed by Third Circuit Court of Appeals in regard to Bolivar appeal of denial of stay of sale order pending appeal. | B190 - | 0.40 | 350.00 | $140.00 |
| 921506 | 12/23/2022 | JB | Reviewed District Court Opinion and Order Dismissing Bolivar Appeal of E. Eden Place Sale Order. Communicated with Trustee about same. | B190 - | 0.70 | 350.00 | $245.00 |
| 921517 | 12/29/2022 | JB | Review of Third Circuit Order Dismissing Bolivar Appeal. Advised Trustee of same. | B190 - | 0.40 | 350.00 | $140.00 |
| 922681 | 01/05/2023 | JB | Email to Trustee's WI Property Management  Company about status of eviction hearing on NY Ave. Property. | B190 - | 0.30 | 425.00 | $127.50 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)

Representation of Eric R. Perkins Chapter 7 Trustee

Invoice # 66633

Becker LLC

May 4, 2023

Page # 20

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|--------|------|------|-------------|----------|-------|------|--------|
| Other Contested Matters (excluding assumption/rejection motions) | | | | | | | |
| 922684 | 01/05/2023 | JB | Researched and drafted letter to WI Circuit Court concerning Carline Bolivar's Lack of Standing in the New York Ave. eviction proceeding. | B190 - | 1.60 | 425.00 | $680.00 |
| 922690 | 01/06/2023 | JB | Communications with Trustee's eviction agent Robyn Johnson about appearance at eviction hearing on New York Ave. Property and to get Zoom hearing information. | B190 - | 0.40 | 425.00 | $170.00 |
| 922693 | 01/06/2023 | JB | At request of WI Circuit Court presiding over New York Ave. eviction action drafted a formal letter request for a Zoom hearing and sent same to Court for review. | B190 - | 0.90 | 425.00 | $382.50 |
| 922694 | 01/06/2023 | JB | Reviewed latest eviction action pleadings of Carline Bolivar including new alleged lease agreement giving Ms. Bolivar a tenancy in New York Ave. Property. | B190 - | 1.30 | 425.00 | $552.50 |
| 922695 | 01/06/2023 | JB | Attended hearing on New York Ave. Property eviction via Zoom in WI Circuit Court. | B190 - | 1.50 | 425.00 | $637.50 |
| 922696 | 01/06/2023 | JB | Call with Trustee about outcome of New York Ave. eviction hearing. | B190 - | 0.30 | 425.00 | $127.50 |
| 923114 | 01/18/2023 | ERP | Review Reply Certification filed by creditor Bolivar in connection with Motion to Object to claims and seeking dismissal of bankruptcy matter | B190 - | 0.50 | 700.00 | $350.00 |
| 923845 | 01/19/2023 | JB | Email to Robyn Johnson of Bayer and Sonz LLC, Estate property manager, requesting her to file Trustee's authorization for me to act as agent in landlord tenant court in WI. | B190 - | 0.20 | 425.00 | $85.00 |
| 923153 | 01/24/2023 | ERP | Review and revise letter to Court objecting to application to shorten time on new motion by creditor Bolivar | B190 - | 0.30 | 700.00 | $210.00 |
| 926874 | 02/01/2023 | JB | Call with Counsel for the City of Milwaukee about potential payoff of city's claim by Ms. Bolivar. | B190 - | 0.40 | 425.00 | $170.00 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| Supportive Health, LLC (ERP Trustee) | Becker LLC |
|---|---|
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 21 |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Other Contested Matters (excluding assumption/rejection motions) | | | | | | | |
| 926875 | 02/01/2023 | JB | Call with NY Ave. property tenants about sale of property and allowing access to same. | B190 - | 0.60 | 425.00 | $255.00 |
| 923991 | 02/03/2023 | ERP | Address pleadings filed by creditor Bolivar and Bolivar's notice of appeal. | B190 - | 0.40 | 700.00 | $280.00 |
| 927069 | 02/06/2023 | JB | Began drafting Use and Occupancy Agreements for New York Ave. Property Tenants. | B190 - | 2.40 | 425.00 | $1,020.00 |
| 927081 | 02/08/2023 | JB | Drafted adjournment request letter and filed on docket for eviction proceeding in Milwaukee County Circuit Court. | B190 - | 0.40 | 425.00 | $170.00 |
| 927082 | 02/08/2023 | JB | Finished objection to Motion to Compel Accounting from Trustee and filed same. | B190 - | 0.80 | 425.00 | $340.00 |
| 928172 | 03/30/2023 | JB | Email communications with PHH Mortgage Corp. about paying off secured creditor at the time of NY Ave. sale closing. | B190 - | 0.30 | 425.00 | $127.50 |
| | | | **Task Total** | | **42.70** | | **$17,195.00** |
| | | | **Total Fees** | | **161.70** | | **$68,330.00** |

### Cost Detail

| Entry ID | Entry Date | Qty | Amount | Description | Code |
|---|---|---|---|---|---|
| 917299 | 11/10/2022 | 680.00 | $136.00 | Copying. | E101 |
| 917323 | 11/10/2022 | 40.00 | $8.00 | Copying. | E101 |
| 917300 | 11/10/2022 | 33.15 | $33.15 | Postage. | E108 |
| 917324 | 11/10/2022 | 3.24 | $3.24 | Postage. | E108 |
| 917293 | 11/10/2022 | 188.00 | $188.00 | Cardmember Service-Stmt 9/24/22 - 10/23/22 Account #: 4246 3152 7875 2082 Credit Card charges - 9/24/22 - 10/23/22 - Court fees | E112 |

DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | | | | | |
|---|---|---|---|---|---|
| Supportive Health, LLC (ERP Trustee) | | | | | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | | | | | May 4, 2023 |
| Invoice # 66633 | | | | | Page # 22 |

**Cost Detail**

| Entry ID | Entry Date | Qty | Amount | Description | Code |
|---|---|---|---|---|---|
| 917680 | 11/18/2022 | 20.00 | $4.00 | Copying. | E101 |
| 917681 | 11/18/2022 | 2.28 | $2.28 | Postage. | E108 |
| 919434 | 12/08/2022 | 50.00 | $50.00 | Cardmember Service-10/24/22-11/23/22<br>Account #:  4246 3152 7875 2082<br>credit card charges 10/24/22 - 11/23/22 - Other - JB Court Appearance | E124 |
| 920116 | 12/16/2022 | 36.00 | $7.20 | Copying. | E101 |
| 920117 | 12/16/2022 | 17.70 | $17.70 | Postage. | E108 |
| 920471 | 12/20/2022 | 6.00 | $1.20 | Copying. | E101 |
| 920472 | 12/20/2022 | 1.14 | $1.14 | Postage. | E108 |
| 922421 | 01/26/2023 | 216.00 | $43.20 | Copying. | E101 |
| 922422 | 01/26/2023 | 21.60 | $21.60 | Postage. | E108 |
| 924025 | 02/07/2023 | 358.32 | $358.32 | Cardmember Service-stmt-12/24/22 - 1/23/23<br>Account #:  4246 3152 7875 2082<br>Credit card charges - 12/24/22 through 1/23/23 - Other - stretto copying | E124 |
| 924029 | 02/07/2023 | 50.00 | $50.00 | Cardmember Service-stmt-12/24/22 - 1/23/23<br>Account #:  4246 3152 7875 2082<br>Credit card charges - 12/24/22 through 1/23/23 - Other - JSB court appearance | E124 |
| 924516 | 02/13/2023 | 30.06 | $30.06 | Fedex-8-028-84035<br>Account #:  2309-4737-6<br>delivery service - 1/27/23 - 2/1/23 - Delivery services/messengers | E107 |
| 927185 | 03/10/2023 | 50.00 | $50.00 | Cardmember Service-1/24/23 - 2/23/23<br>Account #:  4246 3152 7875 2082<br>credit card charges for 1/24/23 - 2/23/23 - Other - JSB court appearance | E124 |
| 929265 | 04/13/2023 | 188.00 | $188.00 | Cardmember Service-2/24/23-3/23/23<br>Account #:  4246 3152 7875 2082<br>credit card charges - stmt 2/24/23 - 3/23/23 - Court fees - filing sales motion | E112 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 23 |

### Cost Detail

| Entry ID | Entry Date | Qty | Amount | Description | Code |
|---|---|---|---|---|---|
| 929270 | 04/13/2023 | 50.00 | $50.00 | Cardmember Service-2/24/23-3/23/23<br>Account #:  4246 3152 7875 2082<br>credit card charges - stmt 2/24/23 - 3/23/23 - Court fees - JSB court appearance | E112 |
| 929363 | 04/14/2023 | 4.00 | $0.80 | Copying. | E101 |
| 929364 | 04/14/2023 | 1.20 | $1.20 | Postage. | E108 |

| | | | |
|---|---|---|---|
| **COST TOTAL** | | **$1,245.09** | |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

| | |
|---|---|
| Supportive Health, LLC (ERP Trustee) | Becker LLC |
| Representation of Eric R. Perkins Chapter 7 Trustee | May 4, 2023 |
| Invoice # 66633 | Page # 24 |

### Timekeeper Summary

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Justin Baumgartner | $425.00 | 68.40 | $29,070.00 |
| Justin Baumgartner | $350.00 | 69.10 | $24,185.00 |
| Tiffany Colombini | $285.00 | 3.50 | $997.50 |
| Eric R. Perkins | $700.00 | 4.20 | $2,940.00 |
| Eric R. Perkins | $675.00 | 16.50 | $11,137.50 |

### Task Code Summary

| Task Code | | Rate | Hours | Amount |
|---|---|---|---|---|
| B110 | Case Administration | $394.44 | 1.80 | $710.00 |
| B120 | Asset Analysis and Recovery | $434.59 | 13.30 | $5,780.00 |
| B130 | Asset Disposition | $423.10 | 93.50 | $39,560.00 |
| B150 | Meetings of and Communications with Creditors | $396.88 | 2.40 | $952.50 |
| B160 | Fee/Employment Applications | $516.56 | 8.00 | $4,132.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | $402.69 | 42.70 | $17,195.00 |

### EXPENSE SUMMARY

| Code | Description | Amount |
|---|---|---|
| E101 | Copying | $200.40 |
| E107 | Delivery services/messengers | $30.06 |
| E108 | Postage | $80.31 |
| E112 | Court fees | $426.00 |
| E124 | Other | $508.32 |

## DRAFT BILL - FOR INTERNAL DISTRIBUTION ONLY

Supportive Health, LLC (ERP Trustee)                                                    Becker LLC

Representation of Eric R. Perkins Chapter 7 Trustee                                      May 4, 2023

Invoice # 66633                                                                         Page # 25

| | |
|---|---|
| Total Fees & Expenses | $69,575.09 |
| **BALANCE DUE UPON RECEIPT** | **$69,575.09** |