| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>ERIC R. PERKINS, ESQ.<br>Email: eperkins@becker.legal<br>Counsel for Eric R. Perkins, as Chapter 7 Trustee for Supportive Health LLC |
| In Re:<br><br>SUPPORTIVE HEALTH LLC,<br><br>                Debtor. |

Case No.: 21-15113 (VFP)

Chapter 7

Hon. Vincent F. Papalia, USBJ

Hearing Date: June 6, 2023 at 2:00p.m.

**ORDER ALLOWING SECOND INTERIM FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

    The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**Page 2 of 2**

**Debtor:**     SUPPORTIVE HEALTH LLC

**Case No.:**    21-15113 (VFP)

**Caption:** *Order Allowing Second Interim Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed a second interim application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that second interim compensation and expenses are as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC<br>Counsel for<br>Eric R. Perkins, Chapter 7<br>Trustee for Supportive Health LLC | $68,330.00 | $1,245.09 |