UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: _____

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**   ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal   ❑ Order being Appealed   ❑ Designation of Record on Appeal

❑ Statement of Issues   ❑ Transcript   ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal   ❑ Certification of Failure to File Designation   ❑ Motion to Withdraw the Reference

❑ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

Appellant(s): _____   Appellee(s): _____

Attorney: _____   Attorney: _____

Address: _____   Address: _____

_____   _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
| 23-CV-00640 - SDW | Susan D. Wigenton | 2/3/23 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*