UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

Debtor: Supportive Health LLC          Applicant: Bederson LLP

Case No.: 21-15113 (VFP)              Client: Eric R Perkins, Esq., Trustee

Chapter 7                              Case Filed: June 22, 2021

---

SECTION 1
FEE SUMMARY

Interim Fee Application No.___ or Final Fee Application  X

|                              | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ | $ |
| Total Fees Allowed To Date:   | $ | $ |
| Total Retainer (If Applicable) | $ | $ |
| Total Holdback (If Applicable) | $ | $ |
| Total Received By Applicant   | $ | $ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. | | | | |
| B. | | | | |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| F. | | | | |
| G. | | | | |

Fee Totals:              $5,095.00
Disbursements Totals:        24.44
Total                    $5,119.44

**SUPPORTIVE HEALTH LLC**
**ATTACHMENT TO INVOICE**

| ACCOUNTANT | TITLE | DATE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| TIMOTHY KING | PARTNER | 2023 | 2.50 | $ 490.00 | $ 1,225.00 |
| TIMOTHY KING | PARTNER | 2022 | 2.40 | 480.00 | 1,152.00 |
| CHRISTOPHER PHILLIPPS | DIRECTOR | 2023 | 1.10 | 360.00 | 396.00 |
| SHIRLEY THOMAS | SENIOR ACCOUNTANT | 2023 | 7.20 | 300.00 | 2,160.00 |
| NANCY RAMOS | PARA PROFESSIONAL | 2023 | 0.90 | 180.00 | 162.00 |
| TOTAL FEES | | | 14.10 | $ 361.35 | $ 5,095.00 |

# SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 1.00 | 480.00 |
| **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 1.50 | 726.00 |
| **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 0.90 | 162.00 |
| **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.70 | 312.00 |
| **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 10.00 | 3,415.00 |
| **Valuation**<br>Appraise or review appraisals of assets. | | |
| **Travel Time (@ 50%)**<br>**Inventory of Records** | | |
| **SERVICE TOTALS:** | 14.10 | 5,095.00 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | 3.60 |
| d) | **Fax) ( pages @ $1.00)**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | 17.40 |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel (Exhibit B)**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | 3.44 |
| m) | **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | | 24.44 |

I certify under penalty of perjury that the above is true.

Date: 9/6/23

Signature

## SUPPORTIVE HEALTH LLC

**EXHIBIT A**

| DESCRIPTION | DATE | ACCT | HOURS |
|---|---|---|---|
| REVIEW DOCKET AND PETITION | 11/9/2022 | TJK | 0.20 |
| PREPARE INTERNAL MEMO AND COMPLETE CONFLICT SEARCH | 11/9/2022 | TJK | 0.30 |
| REVIEW INITIAL DOCUMENTS RECEIVED FROM THE TRUSTEE AND MEMO TO ASSOCIATE RE: HANDLING | 11/10/2022 | TJK | 0.20 |
| COMPLETE CERTIFICATION AND CORRESPONDENCE TO THE TRUSTEE | 11/10/2022 | TJK | 0.30 |
| REVIEW PETITION AND EMAIL TRUSTEE RE: CONTACT INFO FOR KEY PERSONNEL | 11/11/2022 | TJK | 0.20 |
| REVIEW DOCUMENTS BEING FILED AT THE COURT | 11/14/2022 | TJK | 0.10 |
| TELEPHONE CONFERENCE WITH J. BAUMGARTNER RE: CASE BACKGROUND AND OBTAINING CONTACT INFORMATION FOR DEBTOR PRINCIPAL | 11/15/2022 | TJK | 0.20 |
| CORRESPONDENCE TO DEBTOR'S PRINCIPAL REQUESTING BOOKS AND RECORDS | 11/15/2022 | TJK | 0.20 |
| REVIEW CORRESPONDENCE AND COURT ORDER OF RETENTION | 11/22/2022 | TJK | 0.10 |
| REVIEW FILE AND EMAIL COUNSEL RE: PRINCIPAL'S EMAIL THAT SHE HAS NO RECORDS | 12/5/2022 | TJK | 0.20 |
| EMAIL ASSOCIATE RE: TAX ANALYSIS | 12/6/2022 | TJK | 0.10 |
| REVIEW CORRESPONDENCE FROM THE TRUSTEE RE: PLAN TO OBTAIN COOPERATION OF PRINCIPAL | 12/6/2022 | TJK | 0.10 |
| REVIEW NOTICE OF HEARING AND EMAILS WITH COUNSEL RE: COMPLETE LACK OF ANY DEBTOR COOPERATION | 12/12/2022 | TJK | 0.20 |
| REVIEW COURT NOTICE; REVIEW FILE AND EMAIL TRUSTEE RE: LACK OF RECORDS | 5/15/2023 | TJK | 0.20 |
| TELEPHONE CONFERENCE WITH TRUSTEE RE: CASE STATUS LOCATING DOCUMENTS AND TAX WORK | 5/17/2023 | TJK | 0.20 |
| REVIEW CORRESPONDENCE FROM TRUSTEE RE: CASE CLOSING AND PRELIMINARY REVIEW OF DOCUMENTS | 8/17/2023 | TJK | 0.20 |

## SUPPORTIVE HEALTH LLC

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS |
|---|---|---|---|
| EMAIL TO ASSOCIATE WITH DOCUMENTS FOR TAX RETURNS AND CASE BACKGROUND | 8/28/2023 | TJK | 0.30 |
| REVIEW TRUSTEE'S TRANSACTIONS, COMPARE WITH PETITION, PROVIDE STAFF WITH INSTRUCTIONS FOR DETERMINING TAX FILING RESPONSIBILITIES | 8/30/2023 | CLP | 0.30 |
| MEETING WITH C. PHILLIPPS TO DISCUSS CASE, RE PACER DOCUMENT | 8/30/2023 | SZT | 0.30 |
| IDENTIFY PETITION SECTION THAT IDENTIFIES DEBTOR'S PRINCIPAL AS SOLE OWNER, SUMMARIZE FINDINGS FOR TAX REPORTING PURPOSES, ADVISE CASE PARTNER OF FINDINGS, REVIEW EMAIL FROM TRUSTEE REGARDING DECISION TO TREAT DEBTOR AS A SINGLE MEMBER LLC FOR TAX PURPOSES, PROVIDE STAFF WITH INSTRUCTIONS FOR SUMMARIZING TRUSTEE'S TRANSACTIONS FOR DEBTOR'S PRINCIPAL'S TAX RETURNS | 8/31/2023 | CLP | 0.60 |
| MEET WITH T. KING AND C. PHILLIPPS TO DISCUSS TAX RETURN ISSUE AND TRUST TRANSACTIONS. | 8/31/2023 | SZT | 0.20 |
| ENTER DATA INTO QB FOR CALENDAR 2023 AND PREPARE WORKPAPER FOR 2023. | 8/31/2023 | SZT | 1.60 |
| ENTER DATA INTO QB FOR CALENDAR YEAR 2022 AND PREPARE WORKPAPER FOR 2022. | 8/31/2023 | SZT | 1.90 |
| UPDATED LETTER TO PRINCIPAL OF THE DEBTOR | 8/31/2023 | SZT | 0.40 |
| REVIEW COURT DOCUMENT FOR LLC'S TAX STRUCTURE. | 8/31/2023 | SZT | 0.40 |
| PREPARE INDEX. | 8/31/2023 | SZT | 0.20 |
| PRINT SUPPORTING DOCUMENTS | 8/31/2023 | SZT | 0.20 |
| MEETING WITH S. THOMAS TO REVIEW SUMMARY OF TRUSTEE'S FINANCIAL TRANSACTIONS TO BE REPORTED TO DEBTOR'S PRINCIPAL FOR HER TAX PURPOSES | 9/1/2023 | CLP | 0.20 |
| UPDATE WORKPAPERS AND LETTERS | 9/1/2023 | SZT | 0.40 |
| PREPARE 2022 WORKPAPERS AND CROSS REFERENCE. | 9/1/2023 | SZT | 0.60 |
| PREPARE 2023 WORKPAPERS AND CROSS REFERENCE. | 9/1/2023 | SZT | 0.60 |

## SUPPORTIVE HEALTH LLC

**EXHIBIT A**

| DESCRIPTION | DATE | ACCT | HOURS |
|---|---|---|---|
| MEET WITH C. PHILLIPPS TO REVIEW WORKPAPERS | 9/1/2023 | SZT | 0.20 |
| PREPARE CONTROL SHEET. | 9/1/2023 | SZT | 0.20 |
| REVIEW 2 YEARS OF TAX DOCUMENTS FOR SINGLE MEMBER LLC AND APPROVE | 9/5/2023 | TJK | 0.80 |
| REVIEW AND COMPLETE CORRESPONDENCE WITH INSTRUCTIONS FOR 2 YEARS OF TAX DOCUMENTS TO THE PRINCIPAL | 9/6/2023 | TJK | 0.40 |
| PREPARE FEE APPLICATION | 9/6/2023 | NR | 0.90 |
| REVIEW AND SIGN FEE APPLICATION AND CORRESPONDENCE RE: FILING | 9/6/2023 | TJK | 0.40 |
| | | | 14.10 |

| | |
|---|---|
| TJK - TIMOTHY KING | 4.90 |
| CLP - CHRISTOPHER PHILLIPPS | 1.10 |
| SZT - SHIRLEY THOMAS | 7.20 |
| NR - NANCY RAMOS | 0.90 |
| | 14.10 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BECKER LLC
Eisenhower Plaza Two
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Phone: (973) 422-1100
Attorneys for Eric R. Perkins, as Chapter 7 Trustee
JUSTIN S. BAUMGARTNER, ESQ.
jbaumgartner@becker.legal

Order Filed on November 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SUPPORTIVE HEALTH, LLC

Debtor.

Case No.: 21-15113 (VFP)

Chapter: 7

Judge: Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

BEDERSON LLP, As Accountants for the Chapter 7 Trustee

The relief set forth on the following page is **ORDERED**.

DATED: November 18, 2022

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Bederson LLP_____ as __Accountants to Eric R. Perkins, Chapter 7 Trustee__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 100 Passaic Avenue, Suite 310
   Fairfield, NJ 07004

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2